Case 03-CA-291157

Starbucks Corporation
Case 03-CA-291157

## Confidential Witness Affidavit

I, <u>WILLIAM WESTLAKE</u>, under the penalty of perjury, state as follows:

**I have been given assurances by an agent of the National Labor Relations Board (NLRB) that this Confidential Witness Affidavit will be considered a confidential law enforcement record by the NLRB and will not be disclosed unless it becomes necessary to produce this Confidential Witness Affidavit in connection with a formal proceeding.**

1) I have previously provided an affidavit to the NLRB regarding charges filed against Starbucks Corporation ("Starbucks" or "the Employer") by Workers United ("the Union"). All information provided in that affidavit remains true, to the best of my knowledge.

2) I am providing this affidavit to give testimony regarding signatures I collected from my coworkers at the Starbucks store located on Camp Road in Hamburg, New York ("the Camp Road store" or "my store") on cards authorizing the Union to act as my collective-bargaining representative ("authorization cards"). I am also providing this affidavit to give testimony regarding the authorization card that I signed.

3) All dates in this affidavit are in 2021 unless otherwise stated.

4) I signed an authorization card on August 22. On that date, there was a meeting held at the Union's office at the Tri-Main building in Buffalo, New York. This meeting was held to decide whether an organizing committee should be formed and a sign-up sheet was posted for those who wanted to join this committee. There was also a discussion about signing authorization cards at this meeting. Richard Bensinger, the Workers United representative assisting employee organizers with our campaign, informed us that if we wished, we could sign authorization cards. He said that these cards were for people to

**Exhibit 3(ww)**

- 1 -

Initials: _____

Case 03-CA-291157

state that they supported the Union at their store. Bensinger also said that if any stores had enough support, our authorization cards would be given to the NLRB to show that we were able to have an election. At no time did Bensinger state that the only reason for signing this card was to have an election. There was a stack of these authorization cards at this meeting. I took one of these cards, read it, and then filled out the information on the card, including my signature. After I signed this card, I placed it in a folder that had been marked "Camp Road" on the outside of it. To my knowledge, my signed authorization card remained at the Union's office until it was submitted to the NLRB in connection with the petition that we filed to have an election at my store.

5) At the same meeting that I signed my authorization card, I took a stack of blank authorization cards to hand out to employees at my store.

6) Also in attendance at the August 22 meeting was Kathryn Bergmann, a coworker from the Camp Road store. Bergmann was planning on transferring to another store in a few weeks and she was also on a leave of absence at the time of this meeting. She asked me if she thought it was worth it to sign an authorization card even if she was going to transfer. I said that I thought it was. I then saw Bergmann sign an authorization card in front of me. She appeared to read the authorization card before she signed it. Bergmann's card was placed in the same file as mine. Bergamnn was not transferred to another store and she later voted in the election that was held at my store.

7) On August 24, I worked a shift at the Camp Road store. On that date, I spoke with Joshua Pike, another employee at my store. From previous conversations with Pike, I knew that he was pro-union. August 24 was the first shift that he and I had both worked since the August 22 meeting I have described above. I told him something along the lines of "this

- 2 -                    Initials: _____

Case 03-CA-291157

is officially happening now." I said that the next steps were for us to sign cards to show that there is support in the store for the Union. I also said that part of the reason for signing the card was to have an election, but I did not tell him that the only reason to sign the card was to have an election. I told Pike that I would love it if he signed a card but asked him to let me know if he had questions. I handed Pike a blank authorization card and he filled it out in front of me. It appeared to me that he read it over before he signed it. He also asked me what else he could do to support the Union in the meantime, and I told him that he could join the organizing committee. This conversation took place on the floor of the store while we were working.

8) On August 25, I had a conversation with Molly Beaudoin at the Camp Road store. This conversation took place on the floor of the store while Beaudoin was on the bar. I had previously told Beaudoin about the union campaign. During this conversation on August 25, I told her the campaign was officially happening and listed some of the reasons why I thought the campaign was a good idea. I offered her a blank authorization card. When I did this, I told her that she should read it over but that the card was to show that there was support for the Union and that we would also use this card to file for an election. Beaudoin took this authorization card and filled it out in front of me before handing it back to me. She appeared to have read the card before signing it.

9) On August 28, I was approached behind the counter of the Camp Road store by Danielle DeTomaso. DeTomaso was on her break at the time and I was working on the register. She said that she had heard that people were signing cards and that she wanted to sign one as well. We walked to the back room of the store, where I was keeping the blank authorization cards that I had. I told her that she should read it over and that if she was on

Initials: _____

Case 03-CA-291157

board, she could fill it out and give it back to me. DeTomaso filled out the card in front of me, and it looked as though she read the card before filling it out. She gave me her signed card after it was finished.

10) While I was in the back room with DeTomaso, Zachary Weller was also present. Weller was a new employee being trained by DeTomaso. Their breaks were at the same time because of this. I told Weller that I knew he was new, but that we were filing for a union election and that we wanted people to sign cards. I told him that the cards were how we would show there was support to have a union and to have an election. Weller said "hell yeah" or something similar. I gave Weller a blank authorization card. He filled it out in front of me and handed it back to me after signing it. It appeared to me that he had read this card before he signed it.

11) On August 29, I was on my lunch break at the Camp Road store when I had a conversation with Victoria Drake. She came into the back room and said something along the lines of "give me the damn card." I asked her if she had any questions and she said she did not. She said things needed to change around here. I gave Drake a blank authorization card and asked her to make sure she read it over before she signed it. Drake filled out the card in front of me before signing it and giving it back to me. It looked as though she had read this card before signing it.

12) Greyson Mutton, another employee at my store, had a conversation with me in the back room of the store during my lunch break on August 29. This was after I had already spoken with Drake. He asked me if he could sign a card. I said "definitely" but told him to read the card over first. He asked me if he was going to get fired for signing the card,

Initials: _____

Case 03-CA-291157

and I said no. Mutton took a blank authorization card from me and filled it out in front of me. It appeared to me that he read the authorization card before he signed it.

13) Haley Gortzig also signed a card on August 29. I remember this, even though Gortzig did not date her authorization card, because it was later in the same day that I received Mutton and Drake's signed authorization cards. Gortzig had come to the same August 22 meeting but had not signed a card at that meeting. As I was getting ready to leave for the day on August 29, I walked up to Gortzig on the floor of the store. I told her that we would be sending our cards to the NLRB because we had enough cards to file. I asked if she wanted to support the Union and sign a card before we sent our cards in. She agreed to sign a card and did so in front of me. It appeared that she had read this card before she signed it. Gortzig was somewhat recently married and, based on the email address she provided on her authorization card, I believe her previous last name was Sansoucie.

14) All of the signed authorization cards that I received as described above were taken by me to the Union's office and placed in the folder designated "Camp Road." Though I kept blank authorization cards in the back room of the store, I kept the signed authorization cards in my apron pocket after I received them from employees.

15) Jawad Atif was hired by the Employer after we filed our petition to have an election at the Camp Road store. Based on some of my conversations with him, I knew he was interested in the Union. On October 21, he and I went to the back room of the store and I gave him an authorization card to read over and sign. Atif appeared to read the card before he filled it out and signed it. Atif gave the card back to me after he signed it.

16) After we filed for an election at the Camp Road store, Ryan Mox transferred to my store from the store located on Walden Avenue and Anderson Road in Cheektowaga, New

Initials: 

Case 03-CA-291157

York ("the Walden & Anderson store"). Mox had already signed an authorization card

while working at the Walden & Anderson store but had not signed an authorization card

for the Camp Road store. I approached Mox while we were working at the Camp Road

store on October 22 and handed him a blank authorization card. I told Mox that he

already knew what this card was but asked him to sign another card to show that he

supported the Union at the Camp Road store as well. Mox filled out the card and handed

it back to me. It appeared that he had read over the card before he signed it.

17) I have nothing further to add at this time.

**I understand that this affidavit is a confidential law enforcement record and should not be shown to any person other than my attorney or other person representing me in this proceeding.**

**I have read this Confidential Witness Affidavit consisting of 6 pages, including this page. I fully understand the Affidavit and I state under penalty of perjury that it is true and correct.**

**Date:**  __4/6/2022__          **Signature:**  _____

**WILLIAM WESTLAKE**

**This affidavit was taken by:**

THOMAS
MILLER

Digitally signed by
THOMAS MILLER
Date: 2022.04.06
09:38:46 -04'00'

**THOMAS A. MILLER**
**Board Agent**
**National Labor Relations Board**

Initials: _____

Case 03-CA-285671

Starbucks Corporation
Case 03-CA-285671

## Confidential Witness Affidavit

I, <u>William Westlake</u>, under the penalty of perjury, state as follows:

**I have been given assurances by an agent of the National Labor Relations Board (NLRB) that this Confidential Witness Affidavit will be considered a confidential law enforcement record by the NLRB and will not be disclosed unless it becomes necessary to produce this Confidential Witness Affidavit in connection with a formal proceeding.**

1.      I have previously provided at least two affidavits to the NLRB regarding charges filed against Starbucks Corporation ("Starbucks" or "the Employer") by Workers United ("the Union"). All information provided in those affidavits remains true, to the best of my knowledge.

2.      I am providing this affidavit to give testimony regarding the impact of Starbucks' unfair labor practices in Buffalo, New York on employees' efforts to organize a Starbucks' stores in other parts of the country.

3.      I have been a point person for organizing Starbucks stores in Oklahoma City, Oklahoma.  I first began communicating with partners in Oklahoma City in late January 2022. Around that time, a partner named Evie (I do not presently recall her last name) reached out to me from a store on Independence Avenue in Oklahoma City about organizing.  Since that time, I have worked with partners from about 10 stores in the area, 4 of which are going to an election.

4.      The timing of the organizing efforts in Oklahoma City is critical to understanding the impact of the Buffalo unfair labor practices there.  In early February 2022, the Starbucks campaign had filed petitions for about 70 stores nationwide.  I was working with a total of 9 or 10 stores in Oklahoma City that were looking to organize by the end of February.  There was a bargaining committee for each store.  In early and mid-February, the Union believed it had or was going to soon have supermajorities at all 10 stores in Oklahoma City.  However, at that time,

**Exhibit 3(xx)**

Initials: _____<u>WW</u>_____

Case 03-CA-285671

Starbucks had not fired anybody, and partners generally thought that was a line the company would not cross.  Then, in middle or end of February, Starbucks fired Cassie Fleischer in Buffalo for not meeting the new minimum availability requirement.  At the same time, there were a lot of national headlines about the people in Memphis getting fired for their union activity as well as leaked conversations between union organizer Layla Dalton in Phoenix with a manager trying to get her to quit.  A lot of committee members in Oklahoma City became scared and many had new-found doubt because Starbucks' approach had changed; it was now showing that it was willing to fire organizers and supporters.

5.      To the best of my knowledge, 4 out of 10 stores in Oklahoma City eventually filed petitions.  For the remaining 6 stores, it is unclear how things will develop.  We had 3 stores that got to the 50 percent mark in terms of signed authorization cards, and then very shortly thereafter either got stuck at that level or lost people who decided to back away from supporting the Union.  This happened in late February after Cassie got fired.

6.      I would say that all 10 stores that I have worked with in Oklahoma City have lost support.  The impact of that lost support depends on the margins the stores had to begin with.  For example, a store in Nichols Hills, which is a suburb of Oklahoma City, had 90 percent support when it filed but won with only 60 percent of the vote. The Oklahoma City store on 23rd and Robinson filed a petition with 65 percent support, but we anticipate that the actual vote will be closer to 55 or 60 percent in favor of unionization because some supporters are backing away.  I would estimate that every store lost about 30 percent of their voters after the firings started.  Other stores did not file petitions despite initially believing they had greater than 50 percent support because too many people backed away after the firings and they did not have a sufficient margin to proceed without them.  I believe I have some group messages that I can provide the Board Agent

about this issue.  In my experience as an organizer, the great majority of this loss of support is due to Starbucks engaging in its anti-union campaign, particularly in Buffalo, with terminations and store closings having the greatest impact.  This is clear from conversations I have had with people organizing in their stores and from the timing of the loss of support of the union at each store.

7.     Even where the firings did not completely stop campaigns, it slowed them significantly.  The organizing process has been that I connect with potential committee members early to walk them through the organizing process.  Thereafter, we will meet as-needed or once per week until there is a majority of support.  For the first three stores that filed after their initial committee meeting, they had more than 65 percent support within two weeks.  Then, with the fourth store, they got stuck and slowed down in February after the firings.  It took them a whole month to rebuild that support and did not file because mid-to-late March.  They had to do a lot more convincing, acknowledging that people had been fired but urging their coworkers that organizing is still worth it.  For other stores, this argument has not been as successful.

8.     I specifically recall conversations with Alicia Humphrey in Nichols Hills; Alyssa Sperrazza at the same location; Colin Pollitt at the 23rd and Robinson location in Oklahoma City; Jack McKay in Norman, Oklahoma, which is a college town suburb; and Nico Melton at the 36th and Main location in Oklahoma City.  In each conversation, people from these stores were freaking out.  They had begun the process knowing that no one had been fired for organizing.  Then, Starbucks fired the Buffalo workers and began shutting down stores.  The workers became worried about losing their jobs or having their store shut down if they kept up with the organizing.  They were specifically aware of the closure of the kiosk and the Walden & Anderson closings.  They would say, I can't afford to organize; I have kids at home and will lose out on my paycheck.  These were a mix of one-on-one conversations and whole-committee calls in which we discussed moving

Case 03-CA-285671

forward even though they had lost some people.  Many participants said they were not sure if they could move forward now and that they weren't sure they could convince people anymore.

9.      Although I have mostly focused on Oklahoma, I have also been a point person for a store in Maine and a few in Texas.  I have also connected with a lot of stores across the country during national calls and reached out to people at different locations on a one-off basis.  Partners on all of these calls say the same thing:  once Starbucks started firing people, they got scared.  I can't think of a store that hasn't raised the issue during a call with me.  I can specifically recall such conversations with partner Ash McUmber in Maine, CJ (I do not presently recall his last name) in San Antonio, Texas, Nikita Birkholz in Dallas, and Maggie Carter in Knoxville, Tennessee.  I have also spoken to local New Jersey people but do not recall their names.  They all made similar comments.  Similarly, I had a call with a store in Nebraska in early February that expressed a lot of enthusiasm.  I spoke with them on February 9 and we agreed they would follow-up soon.  Then, Cassie was let go, and I did not hear anything further from them. They just went radio silent.

10.      Cassie's firing was particularly scary because her store had already unionized.  It showed that the company did not care if the Union had already won; it would still fire union supporters. People knew Cassie was fired specifically for her union support and not for a legitimate reason.  It was a national story and at least a dozen people I spoke to noted the article about her in Newsweek, which made me realize that everyone I worked with was aware of what had happened. Also, Cassie had been a long-time partner with no disciplinary history, a good relationship with management, and no workplace rules violations.  Starbucks simply refused to schedule her in an unprecedented way.  Her firing sent a clear message to people:  even if they win, even if they do nothing wrong, they can still end up losing their jobs over the campaign.

Case 03-CA-285671

11. After Cassie was fired, Starbucks fired union supporters in a wave. As a result, as time went on people did not mention individual names the way they did with Cassie. Many people noted that Starbucks particularly targeted union supporters who were trans and/or people of color. That made many partners with these identities feel that they were especially at risk.

12. Additionally, partners nationwide were aware of the store closures. The Buffalo closures were widely reported. I often ask people about the worst thing they've heard about the union. Time and again, the response has been that Union is going to lead Starbucks to fire me or close my store. Given the company's behavior, I cannot say that's not going to happen even if I do try to curb that fear.

13. I want to emphasize the role that social media has played both in making the Buffalo campaign national and also in disseminating information about Starbucks' unfair labor practices there. People follow the SB United Twitter handle and inevitably hear about what has happened. Some don't formally follow the Twitter handle but their algorithm picks up their interest in the campaign and keeps the information about it in their feed. Whenever someone brought me an article, I knew a hundred people must have already read it. Even if an article doesn't have a million views, if it's just under a million views, I would expect at least half of that to be people who work at Starbucks because we're all part of the same social media sphere based on these algorithms. In February 2022, especially, there were probably two or three weeks where partners could basically doom scroll through a Twitter feed of people being fired, captive audience meetings, and other really negative stuff. Because of the scope of Starbucks' anti-union campaign, there is more information about it online than one person could possibly consume. When the video of Danny Rojas being fired in Buffalo came out, I couldn't even watch it because it was too difficult to have to watch another bad video. If I feel that way as someone who has been involved and committed

- 5 -                Initials: _____**WW**_____

Case 03-CA-285671

for a while, I can only imagine the impact on people who are on the fence or are scared would feel

about now speaking out or getting involved.

14.     I have nothing further to add at this time.

**I understand that this affidavit is a confidential law enforcement record and should not be shown to any person other than my attorney or other person representing me in this proceeding.**

**I have read this Confidential Witness Affidavit consisting of 6 pages, including this page. I fully understand the Affidavit and I state under penalty of perjury that it is true and correct.**

Date:   **06/01/2022**_____     Signature:   _____

                                                                    **William Westlake**

**This affidavit was taken by:**

*Caroline Wolkoff*_____
**CAROLINE V. WOLKOFF**
**Board Agent**
**National Labor Relations Board**

Starbucks Corporation
Case 03-CA-285671

# Confidential Witness Affidavit

**I, <u>Richard Bensinger</u>, under the penalty of perjury, state as follows:**

**I have been given assurances by an agent of the National Labor Relations Board (NLRB) that this Confidential Witness Affidavit will be considered a confidential law enforcement record by the NLRB and will not be disclosed unless it becomes necessary to produce this Confidential Witness Affidavit in connection with a formal proceeding.**

My home address is ███████████████████████████████████

My cell phone number (including area code) is ███████████

My e-mail address ████████████████████████

I am self-employed and I work as an organizing consultant. I am currently working with Workers United.

1.      I am the senior advisor for Workers United on the Starbucks Workers United organizing campaign ("Starbucks campaign").  I have been involved in union organizing since 1974.  In 1989, I founded the Organizing Institute in Washington, D.C.  From 1996 to 1998, I was the first National Organizing Director for the AFL-CIO.   Since then, I have worked as an organizing consultant for numerous labor unions in the United States and Canada, with most of my work being devoted to campaigns where workers organize a new bargaining unit or units.  I also formed a labor management partnership called the Institute for Employee Choice with the former president of Bethlehem Steel, Dick Schubert, which examined the ethical conduct of both employers and unions in the context of union organizing campaigns.  We met with many employers, unions and non-union workers who had recently experienced an NLRB union vote. One of the employers I met with was Starbucks.  We created a voluntary code of conduct for

**Privacy Act Statement**

The NLRB is asking you for the information on this form on the authority of the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the NLRB in processing representation and/or unfair labor practice cases and related proceedings or litigation.  The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006).  Additional information about these uses is available at the NLRB website, www.nlrb.gov.  Providing this information to the NLRB is voluntary.  However, if you do not provide the information, the NLRB may refuse to continue processing an unfair labor practice or representation case, or may issue you a subpoena and seek enforcement of the subpoena in federal court.

**Exhibit 3(yy)**

Initials _____

Case 03-CA-285671

employers to follow when their employees initiate an organizing campaign a version of which Starbucks workers have proposed to the employer.

2.      My role with the Starbucks campaign is to oversee or have a direct decision-making role in most aspects of the campaign, with a particular emphasis on organizing new Starbucks locations.  I have been doing this work with the campaign since it went public in August 2021, when the workers in the Buffalo, New York area began organizing at several stores.  Since that time, and particularly since the campaign had its first victories with elections in Buffalo, I have been involved in the campaign's national organizing efforts.  I currently have the title of Senior Advisor with the campaign.

3.      The Starbucks campaign has grown because of organic interest from Starbucks partners (what the company calls their employees) around the country.  Each new group of workers organizing at a store has come about because workers have decided they want to unionize and have reached out to the national campaign.  In other words, the success and movement of workers' organizing depends on their asserting interest in organizing.

4.      In most cases, an organizing effort at a particular store starts with workers reaching out to the campaign, and having an email or social media exchange, followed by a conversation over the phone or video conference.  Those initial conversations are most often with a Starbucks partner and sometimes with me or a WU organizer and are about the basic steps required to unionize at a store.  We also listen to workers talk about issues at the store.  I'm involved in some of those initial conversations, although they are usually led by Starbucks workers who are helping other workers organizing.  After that point, workers interested in organizing their stores will usually attempt to engage in organizing work at their stores – by speaking with co-workers about

- 2 -        Initials: _____

Case 03-CA-285671

their interest in organizing and the value of a union, holding meetings with their co-workers, etc. – and remain in contact with the campaign if those efforts are successful.

5.     The pace with which the Starbucks campaign has grown has been intense and demands constantly changing commitments and scheduling. As such, the organizing conversations I mentioned above are often done on an impromptu basis and include whichever members of the campaign are available at the time.  My role in these meetings also means that I sometimes have to leave the meeting and join another one.  Most organizing conversations are done over video conference on Zoom.   There are also some phone calls.  This situation is somewhat typical of all new union organizing work, which by nature does not follow traditional or rigid schedules, and which often involves fast decision making and action.

6.     Because of these factors, I do not have a way of documenting exactly how many meetings I participate in, the individuals involved, or the exact substance discussed in each meeting.  My calendar, for example, does not include every organizing meeting – either an initial conversation or a follow-up conversation – in which I participate.  Nor do I keep written notes of most meetings.  My contacts over the phone are numerous and I do not save the names of every new person I speak with, meaning whatever call history is available at any time also does not present a complete account of everyone with whom I speak.  With this in mind, I would conservatively estimate I have been involved in an average of 10 organizing conversations per week since Christmas 2021.

7.     Starbucks' campaign in reaction to its workers organizing has been one of the most aggressive anti-union campaigns I'm aware of.  Part of the anti-union campaign has been to terminate known union supporters and leaders.  To date, the Union has filed charges against Starbucks for terminating approximately 25 workers in retaliation for their organizing activities,

Initials: _____

Case 03-CA-285671

with most of those terminations occurring in February and Spring 2022.  I suspect the true number of workers that Starbucks has fired for their union activity is much higher than the number subject to formal charges.  There are likely many cases in which workers have been separated but have no idea why.  The company constructively discharges them by reducing their hours or suddenly clamps down on them for violating a rule that has never been enforced previously.  As a result, many fired partners may not realize the true motivation behind their terminations.

8.      Each of the terminations in Buffalo has received significant press coverage, which means they have a significant national impact on organizing. For various reasons, the Starbucks campaign receives an extraordinarily high degree of public attention in traditional media and on social media.  Starbucks' partners are generally young and use social media to consume news about the campaign, as well as to engage in organizing work with other Starbucks workers locally and nationally.  Due to these factors, both positive and negative developments within the campaign are typically known by Starbucks workers across the U.S., virtually instantly.  I am not aware of a union campaign where so many details of organizing are publicized in the most prestigious traditional media outlets and through social media, nor where the spread of this information happens so frequently or quickly.

9.      News about Starbucks' firing of union supporters and leaders spreads like wildfire. Partners nationwide know perfectly well what caused the terminations; they are not fooled by the explanations the company offers and recognize that the terminations are a clear part of Starbucks' anti-union campaign.  In fact, they are aware that Starbucks does not generally fire people for the reasons they fired the workers in Buffalo. They are also aware that as soon as they launch an organizing campaign the company will immediately begin cracking down on them too.  For example, a store with a new campaign will suddenly find that Starbucks has decided to strictly

- 4 -                    Initials: _____

Case 03-CA-285671

enforce every work rule.  Many watch a video on this.  Managers will let it be known it is a new day at Starbucks and workers better be careful as they are going to strictly enforce everything from the dress code, to the late policy, to not talking to the media, to no cursing, etc.  In this regard, what happened in Buffalo is a template and proof of what lies in store.

10.     In the time immediately after Starbucks fired the Buffalo union supporters and leaders, workers would frequently bring up the terminations in their initial organizing conversations with me.  For example, a worker or group of workers would have contacted the campaign with questions about how to organize a union.  I will then conduct an intake call with them. During these intake calls, the workers often ask about whether Starbucks can terminate or otherwise discipline them for organizing.  More specifically, they ask if they will be fired like the Buffalo workers if they join the organizing committee.  Workers often say things along the lines of: "I saw that Starbucks fired a union leader in Buffalo.  Will that happen to us if we try to organize?" or "Workers in my store saw that the company fired a union supporter, and they're worried about that happening to them."  I have noticed a clear pattern where workers raise questions or concerns like this much more frequently in the week or weeks following a publicly known termination of a union supporter.  This was certainly the case with each Buffalo firing.

11.     Similarly, workers who have previously made initial contact about organizing sometimes follow-up with the campaign later to say that workers in their store do not appear to want to organize after all.  Many times, when interest dissipates, workers say in a follow-up discussion that they and/or their co-workers are worried about being terminated or otherwise disciplined once the company knows they are pro-union and attempting to organize.  I have observed that fear of termination is the most common reason why workers who were initially interested in organizing later report they or their co-workers are no longer interested.  When

Initials: _____

Case 03-CA-285671

describing this, workers often say things along the lines of: "I tried to talk to my co-workers about a union, but too many of them said they're scared of being fired if we unionize." Just as frequently, workers tell the campaign that workers' support for a union at their store decreased after they heard about Starbucks terminating a union supporter or leader. Again, I have noticed a clear pattern where workers make comments like this more frequently in the week or weeks following a publicly known termination of a union supporter. This pattern has been true of all Starbucks' terminations nationwide during union campaigns, and especially after the firings in Buffalo. Workers have been following the Buffalo campaign in particular because it was the first to gain momentum and significant attention.

12.    I have personally heard these types of comments and concerns rained in either initial organizing conversations or in follow-up conversations, following the terminations in Buffalo. Workers don't always recall the specific names of those who were terminated, although Cassie Fleischer, Danny Rojas, and Angel Krempa are frequently identified. Regardless, workers will raise specific reasons that workers in Buffalo were let go and express concern about it. For example, on every call, people will talk about cutting hours and how Starbucks has been showing videos about how it is going to start enforcing the rules as a "reset," suggesting of course that the rules had not been enforced before. Partners will tell me, they're doing exactly what they did in Buffalo. They also uniformly say that the reasons for the Buffalo terminations are bogus because Starbucks never fired people for those reasons before. They will say that they have never disciplined or fired for being late or having piercings, and that both were common at all stores.

13.    These comments come up in numerous of organizing conversations with Starbucks workers from across the U.S. In almost every conversation, we'll ask the workers what they're scared of. They will almost always cite these issues and will emphasize that Starbucks is firing

- 6 -                    Initials: _____

Case 03-CA-285671

people for reasons that were tolerated before.  They will say that they just want their hours back; their flexibility back; a return to laxer enforcement of rules.  They will ask if they can help organize without being part of a committee because they don't want to go public.  They will say they were scared to even reach out. These sentiments are a major impediment to organizing. The Union cannot support a campaign where people are unwilling to go public.

14.     As a result, the firings have had an impact on our ability to recruit committee members and therefore on our ability to organize additional stores nationwide. The campaign is totally committee-driven.    As a result, increased reluctance to participate on a committee stymies campaigns before they start.

15.     A recent example stands out.  In Newport News, VA, a partner named Duncan (I do not presently recall his last name) said that he wanted to be the public member of the committee because he does not have a family and can afford to be terminated if and when Starbucks retaliates against workers at the store for organizing.  In other words, there are other organizing committee members at the store, but there is a tangible fear of being terminated.  All the firings – Buffalo, Ithaca, Rochester, Memphis – cumulatively create this impact.  However, workers bring up Buffalo more than anything, particularly the terminations, store closings, surveillance, and threats.

16.     The store closings and surveillance in Buffalo have also impacted the organizing effort nationally. Employees know about these issues because they have been widely discussed on social media.  For the surveillance issue, many partners nationwide witnessed Starbucks take their store managers to Buffalo to stave off the campaign and surveille workers there. They will talk about what the Buffalo workers are going through with bated breath. I've also had many conversations with people across the country about the Buffalo store closings.    When national interest in the campaign first started increasing, I was in conversations with dozens of workers

Initials: _____

Case 03-CA-285671

across the country.  The September 2021 store closings in Buffalo came up in nearly all my calls. It was the number one comment at that point, because the firings had not yet happened.  There had been a lot of headlines about closings.  Even though the Starbucks campaign has had a lot of success, I also noticed that many people have been too terrified to call us back when we reached out.  This sudden fear was all about the Buffalo store closings.  I received this explanation directly from people who fell out of touch after initial intake calls.  They would apologize for being out of touch and say that they're afraid their stores would be closed and did not want to move forward at this time.  Starbucks is closing stores and firing people for this very reason—it's not just about clamping down on Buffalo organizing but to scare people everywhere else by way of example.

17.     Starbucks' threats to Buffalo-area workers that they will lose transfer rights if they unionize have also been impactful nationally.  Many Starbucks employees are students and therefore move a lot and have variable schedules throughout the year.  They may, for example, transfer to a different location during the summer.  Starbucks' threats about transfer rights therefore directly effects their livelihood and make them reluctant to start a campaign.  I have heard many partners mention this concern during calls.

18.     The firings, threats, stricter enforcement of work rules, and store closures have also led to increased turnover at stores with active campaigns nationwide.  Specifically, the amount of turnover has increased dramatically because Starbucks has increasingly made employees paranoid and unhappy by cracking down on them over minor issues.  For example, a Starbucks store in Ithaca recently had a 6 to 3 vote in favor of unionization with 10 potentially determinative challenges, despite robust prior support.  The close margin is due in large part to the fact that, in the 70 days preceding the election, over half the workforce quit due to radical cuts in hours. Starbucks imposed a double bind on workers by cutting hours while also demanding 4 days per

Initials: _____

Case 03-CA-285671

week of availability.  If a partner wanted to work more, their hours were cut.  If they wanted to work a day a week as they always had, they can't anymore.  I hesitate to bring these issues up on calls because I do not want to scare people, but they already know. People across the country see how this has played out in Buffalo and now Ithaca, and they worry they will be pushed out too if their store launches a campaign.

19.     While I can speak to those conversations where workers have reached out to say they or their co-workers are no longer interested in organizing because of fear of termination, common sense dictates that those do not represent the total number of times workers have been dissuaded by fear of termination.  First, neither I nor anyone else from the campaign can know about instances where workers were interested in organizing, but then declined to reach out to the campaign in the first place out of fear of being terminated.  However, it would be unreasonable to claim those instances did not exist.  Second, there are certainly instances where workers make initial contact with us, but then do not follow-up because they and/or their co-workers are scared of being terminated, and thus don't organize.  Due to the nature of communications within the campaign and with workers around the country, I cannot say how frequently a worker who made initial contact does not follow up.  And, because those workers do not follow up, I cannot estimate what percentage of them fail to follow up because of fear of termination, as opposed to other reasons.  However, fear of termination almost certainly contributes to many of these instances.  As an example, I met a Starbucks worker at an event in late April 2022.  The worker said they were fired for cussing at their store, because the company started more strictly enforcing rules on cussing.  Several weeks later, I learned from a former member of management that the worker had actually been fired because they were a union supporter (though the company used cussing as a pretext for the firing).

Initials: _____ _____

Case 03-CA-285671

20.     In summary, I would like to emphasize that Starbucks' firings of the Buffalo organizers are highly publicized on social media particularly. SBWU itself has huge social media engagement and in fact higher engagement than Starbucks corporate site with 10 million followers. The 65,000 followers are largely made of Starbucks workers themselves. And many more follow but have told me they are afraid to do so publicly (meaning follow or like our social media pages or posts) due to fear Starbucks corporate is monitoring these sites which is a safe bet.  The instant spread of fear and knowledge of firings reminds me of my factory decades ago where a worker was fired and everyone knew within hours if not minutes. Today the same happens on social media with everyone following on cell phones.  Except there is one big difference: the instant spread of fear is not limited to the one store or factory but spreads throughout the country from barista to barista via cell phones and Instagram, Twitter, Reddit, Facebook and Tik Tok.

21.     I have nothing further to add at this time.

**I understand that this affidavit is a confidential law enforcement record and should not be shown to any person other than my attorney or other person representing me in this proceeding.**

**I have read this Confidential Witness Affidavit consisting of 10 pages, including this page. I fully understand the Affidavit and I state under penalty of perjury that it is true and correct.**

**Date:**     5-31-22                                **Signature:**     _Richard Bensinger_

                                                                                  **Richard Bensinger**

**This affidavit was taken by:**

_Caroline Wolkoff_
**CAROLINE V. WOLKOFF**
**Board Agent**
**National Labor Relations Board**

- 10 -                                          Initials: _____



Kevin Johnson
President and CEO
Starbucks Support Center
Seattle, Washington, United States

Dear Kevin,

We believe that there can be no true partnership without power-sharing and accountability. We are organizing a union because we believe that this is the best way to contribute meaningfully to our partnership with the company and ensure both that our voices are heard and that, when we are heard, we have equal power to affect change and get things done.

We are forming a union to bring out the best in all of us. Our organizing committee includes Starbucks partners from across the Buffalo region. Many of us have invested years of our lives at Starbucks, while others have recently become partners. We all have one thing in common -- we want the company to succeed and we want our work lives to be the best they can be.

Starbucks' mission is improving communities one coffee at a time. Respecting partners' right to organize will help us help the company accomplish this mission, by improving our lives and raising standards across the industry. In this spirit of true partnership, we call on you to sign the Fair Election Principles, attached to this letter, to provide a level playing field that will enable Starbucks partners to choose whether or not to unionize without fear of reprisal.

We see unions as the best way to make Starbucks a place to have a sustainable career and a true partnership. We do not see our desire to organize as a reaction to specific policies but as a commitment to making Starbucks, Buffalo, and the world a better place.

We believe that the best way to truly inspire and nourish the human spirit is to organize for greater justice, greater equality, and a greater vision of what life can be for Starbucks workers across the Buffalo region and for workers in the coffee and restaurant industry. By signing onto these principles, Starbucks can prove itself a true partner in this mission.

In Solidarity,
Starbucks Workers United Organizing Committee

Kayla Sterner
Lexi Rizzo
Katie Cook
Gianna Reeve
Casey Moore
Jaz Brisack
Samantha Banaszak
Josie Homer
Róisín Doherty
Emily Hirsch
Zachary Field
Hannah Scott
Loretta Scherrer
Maram Albakri
Erin O'Hare

**Exhibit 4**

Colin Cochran
William Westlake
Danka Dragic
Minwoo Park
Kim Howell
Kellen Montanye
Caroline Lerczak
Michael Sanabria
Matt Narinesingh
Lee Want
Brian Murray
Michelle Eisen
Roger Huang
Kathryn Bergmann
Colin Marchincin
De'Juan Dabney
Trav Wolf
James Skretta
Cory Johnson
Lauren Calandra
Stephen Bishop
Leyla Gentil
Sylvie Waligora
Josh Pike
Marcus Hopkins
Halie Beyer
Lilimae Chrzanowski
Alexai Dean
Brianna Marciniak
Caroline East
Khari Waits
Stephen Simonelli
Avrium Douglas
Jonathan Nieves

# Non-interference and Fair Election Principles for Partner Unionization

1. The right to organize a union is a fundamental civil right essential to our democracy.

2. If partners choose to unionize, there will be no negative repercussions from management.

3. Starbucks agrees not to make any implicit threats (lawful but unethical) or explicit threats (unlawful).

4. If Starbucks holds a meeting with partners on company time to discuss unionization, then the union may hold a meeting of equal length on company time. This holds true for one-on-one meetings or any discussions that Starbucks chooses to hold with partners during the union organizing effort.

5. If Starbucks posts any anti-union material on its premises, it will provide Starbucks partners equal space to post pro-union material.

5. Starbucks management must not bribe or threaten partners with higher or lower wages or benefits to gain support. Management will not make changes in wages and benefits that were not announced or decided upon prior to the commencement of the union campaign.

6. Principled disagreements are part of the campaign process but disparaging remarks about Workers United or the labor movement are not appropriate and not conducive to a spirit of mutual respect and harmony and should not be made. Additionally, ad hominem attacks against individuals are unacceptable.

7. If any partner feels they have been retaliated against in any manner due to their union activity, Starbucks will agree to resolve this immediately by a mutually agreed upon arbitrator. The partner would still have the right to go to the National Labor Relations Board.

8. A secret ballot election will be conducted by the NLRB or, if both parties agree, by an arbitrator or a neutral community organization. If at any time Starbucks Workers United secures a simple majority of authorization cards of the eligible partners within an appropriate bargaining unit, Starbucks and the union may instead have the option, if they both agree, to recognize Starbucks Workers United as the exclusive representative of such partners via a card check election.



**Starbucks**  Investor Relations

## Starbucks Founder Howard Schultz Takes the Helm as Starbucks Chief Executive Officer

DATE:  04/04/22

Suspends Stock Buyback Program to Invest in Starbucks Employees and Stores for Long-term Growth

SEATTLE--(BUSINESS WIRE)-- Starbucks Corporation (NASDAQ: SBUX) today marked the return of founder Howard Schultz as chief executive officer and as a director on the company's Board.

In an early morning letter, Schultz shared with all company stakeholders a vision and invitation to join in the reimagination of the company he built, one with a storied history and an enduring mission to inspire and nurture the human spirit — one person, one cup, and one neighborhood at a time.

"I am returning to the company to work with all of you to design our next Starbucks — an evolution of our company deep with purpose, where we each have agency and where we work together to create a positive impact in the world," he wrote.

Schultz also announced Starbucks will suspend its stock repurchasing program, effectively immediately. "This decision will allow us to invest more into our people and our stores — the only way to create long-term value for all stakeholders."

Schultz is known for his transparent and bold leadership with a history of leading a business that can simultaneously deliver best-in-class financial performance, shared success with its people and measurable societal impact in the communities it serves.

"Our vision is to once again reimagine a first-of-a-kind for-purpose company in which the value we create for each of us as partners, for each of us as customers, for our communities, for the planet, for shareholders — comes because our company is designed to share success with each of us and for the collective success of all our stakeholders," he wrote.

Since the company's initial public offering in 1992, Starbucks has continued to provide innovative benefits, including access to healthcare benefits for full- and part-time employees, equity in the form of stock options, free college tuition through the Starbucks College Achievement Plan, comprehensive mental health benefits, pay equity, best-in-class paid parental leave and a national sick pay program.

During Schultz's previous four decades as ceo and chairman, the company grew from 11 stores to more than 28,000 stores in 77 markets around the world. During his tenure, Starbucks delivered a 21,000% gain in the value of its stock price between its initial public offering in 1992 and Schultz's departure as ceo in 2017.

**About Starbucks**

Since 1971, Starbucks Coffee Company has been committed to ethically sourcing and roasting high-quality arabica coffee. Today, with more than 34,000 stores worldwide, the company is the premier roaster and retailer of specialty coffee in the world. Through our unwavering commitment to excellence and our guiding principles, we bring the unique Starbucks Experience to life for every customer through every cup. To share in the experience, please visit us in our stores or online at stories.starbucks.com or www.starbucks.com.

View source version on businesswire.com: https://www.businesswire.com/news/home/20220404005309/en/

press@starbucks.com
206-318-7100

Source: Starbucks Corporation

---

## Script

---

**Exhibit 5**

OFFICIAL REPORT OF PROCEEDINGS

BEFORE THE

NATIONAL LABOR RELATIONS BOARD

REGION 3

In the Matter of:

Starbucks Corporation,          Case No.   03-CA-285671

                    Employer.


_____

_____



Dates: September 2, 2021



OFFICIAL REPORTERS
eScribers, LLC
E-Reporting and E-Transcription
7227 North 16th Street, Suite 207
Phoenix, AZ 85020
(602) 263-0885


# Exhibit 6


www.escribers.net | 800-257-0885

**UNITED STATES OF AMERICA**

**BEFORE THE NATIONAL LABOR RELATIONS BOARD**

**REGION 3**

In the Matter of:

STARBUCKS CORPORATION,                  Case No. 03-CA-285671

                          Employer.

**EMPLOYER LISTENING SESSION**

The above-entitled matter was transcribed from an audio

recording on Thursday, September 2, 2021, with an unspecified

time and location.

1                    P R O C E E D I N G S

2          DEANNA PUSATIER:   -- seating ourselves since everyone was

3    walking in.   But what I said kickoff was introductions on who

4    we are and kind of (Indiscernible) today.   I'm really excited

5    to get to know you all.   So first of all, I just want to thank

6    you for coming here.   I'm really excited to meet all of you.

7          So I'm Deanna Pusatier.   I am a 22-year partner.   I

8    started at Starbucks as a barista years ago, and I worked in

9    stores for a long time, like many of you.   And I'm -- yeah.   So

10   I'm from Southern California.   But I am now the regional

11   director for -- for this market.   And (indiscernible).

12         ROSEANN WILLIAMS:   And I go next?

13         DEANNA PUSATIER:   You go next.

14         ROSEANN WILLIAMS:   You've been a barista for 22 years?

15         DEANNA PUSATIER:   22 years?   Yeah, 22 years.

16         ROSEANN WILLIAMS:   Hello, everyone.   For those of you I

17   didn't get a chance to say (indiscernible).   It's nice to see

18   you all, thanks for making time today.   We all have busy lives,

19   and to make the time to come to whatever a listening session

20   is, you're just probably like what is this thing.   We're

21   talking about (indiscernible) so we made the time.   I am a 17-

22   year partner, so (indiscernible) here as a 22-year-old.   I have

23   been fortunate enough to be all over the place.   I started in

24   Texas, I lived in Europe for a couple years, I came back to the

25   U.S., then I moved to Canada.   And then I came back to the U.S.



1    for about three years.  And my job is to help support

2    (indiscernible) stores.  So I was excited to be able to come

3    out and enjoy the east coast anyway.  And Deanna and I have

4    worked together on and off for a number of years.  And when I

5    found out she was coming to this (indiscernible), it gave me

6    the perfect reason to come out and celebrate with you and the

7    team, get to know some of you.  And since the time

8    (indiscernible) I haven't been able to get out to you yet.  So

9    thanks for having us, and I look forward to the conversation.

10       EMILY FILC:  Thanks, Roseann.

11       Hi, everyone.  I met most of you out in the lobby.  My

12   name is Emily Filc.  And similarly to Roseann -- and I think I

13   may have you beat by a little bit, that we discussed last

14   night.

15       ROSEANN WILLIAMS:  By about a week or two.

16       EMILY FILC:  Yes.  I am a 17-year partner as well.  And I

17   started at Starbucks for health insurance.  That's why I joined

18   as a barista and I spent the majority of the 17 years working

19   in stores.  And right now I'm going to be supporting Deanna in

20   this market as department resource manager.

21       So thank you all for having us and again for coming.  And

22   I look forward to hearing from all of you.

23       DEANNA PUSATIER:  Excellent.  Excellent.

24       So for those of you that have been partners for a bit, you

25   likely know that this is part of our culture, this is who we



1   are.  Talking to our partners, listening, sharing, getting

2   together.  We call these milk crate conversations.  And there's

3   a reason for that, it's because back when we started, we used

4   to literally pull up a milk crate, sit on it, and have a real

5   conversation, just like this.  Okay?  So that's what we're here

6   to do today.

7       And this -- this listening session, I'll just kind of

8   share in the front, it's a little bit different than others.

9   Right?  The reason it's different than others is because a

10  group of -- a union called Worker's United has filed a petition

11  to hold (indiscernible).  So there -- because of that, we

12  (indiscernible) today.  And we're not going to talk about what

13  an election is or get into any of the details or any of that

14  stuff.  But we do just want to share that there are certain

15  things that we're not going to be able to kind of answer today

16  because we don't want to break that law.

17      But with that, that doesn't change our position on talking

18  to our partners and hearing from you and hearing about what's

19  going on at the stores.  But also aligned with what -- you

20  know, we can't deal with, we want to make sure we're not

21  breaking the law; that we're not going to be able to make any

22  promises to you.  But we do want to hear from you.  Want to

23  know how you're feelings and what's going on in the stores,

24  because that's what this is about.  We're Starbucks partners,

25  this is, you know, again, our long-standing tradition.

1       Anything to add?

2       ROSEANN WILLIAMS:  I would just say, as I've shared with a

3   couple of you, my favorite part -- I started as a store manager

4   a long, long, long, long time ago.  But one of my favorite

5   things in my current job, is I get to travel all across the

6   country and do this for a living:  meet new partners, have

7   listening sessions, talk about how we feel.  And the milk crate

8   conversation actually came from our (indiscernible) and really

9   -- and it's just people who used to (indiscernible) just

10  partners?  What kind of company are you building?  How do we --

11  how do we stay small and be connected as partners; and still be

12  able to talk about things that we believe (indiscernible).

13      And so these listening sessions that we have across the

14  country are the best of things, because nothing gets

15  translated.  I don't think -- it's not a memo, you're not

16  hearing it from somebody else.  You get to hear it from real

17  partners, (indiscernible) taking notes, there's no reason to,

18  these are called honest conversations.  Unless there's a law

19  that's broken and you say that or something that -- something is

20  happening to you is against the law, there's nothing that goes

21  outside this room.

22      So that's the other thing I would say, is that these

23  conversations are confidential.  They are the safe place for

24  all of us to have a voice and to know that your voices are

25  heard all the way back across the company.  Every partner who



1    wants to have the same session opportunity, we try to provide

2    one.  We don't get to everybody; but when we do get a chance,

3    it's probably one of the best opportunities for us to just have

4    (indiscernible) dialogue.

5        So in my position, sometimes things get really, really

6    translated (indiscernible) when I get to them.  And I think not

7    talking to partners in the store is always the best way to say

8    how are things actually working.  So (indiscernible)

9    confidential, nothing written down.  It's about having

10   (indiscernible) all around.  So and thank you for being

11   (indiscernible).  That's it.  That's what I got.

12       DEANNA PUSATIER:  All right.  So we want to start out --

13   we really want to hear what's on your minds, how you're

14   feeling. Most of --

15       ROSEANN WILLIAMS:  (Indiscernible).

16       DEANNA PUSATIER:  Yeah.

17       ROSEANN WILLIAMS:  I'm trying to (indiscernible) so I

18   don't (indiscernible).  I can pull it down right there.  There

19   we go.  I can just see it (indiscernible).  Yeah.  I love the

20   sunlight but not when it's in your eyes.

21       DEANNA PUSATIER:  Like that.  There you go.

22       ROSEANN WILLIAMS:  That's probably good.

23       DEANNA PUSATIER:  Now I can see.

24       ROSEANN WILLIAMS:  That's good.

25       DEANNA PUSATIER:  Great.  So I'd love to kind of kick it



1    off and understand what's your favorite part about working for

2    Starbucks.

3          UNIDENTIFIED SPEAKER:  (Indiscernible).

4          ROSEANN WILLIAMS:  That's -- that's an answer too.

5          DEANNA PUSATIER:  Yeah, it is.

6          UNIDENTIFIED SPEAKER 2:  I mean --

7          DEANNA PUSATIER:  Yeah?

8          UNIDENTIFIED SPEAKER 2:  -- kind of like -- you guys said

9    this was, like, an honest conversation.  So like, we all know

10   you're here because of the union.  Like, you can't really look

11   us in the eye and say that's not the thing.  Like, there hasn't

12   been one of these in, what, five, six years?  So we all kind of

13   know that that's why we're here.  So I think, like, what's on

14   our mind is why Starbucks hasn't signed the fair election

15   principles?

16         DEANNA PUSATIER:  So we can't get any of the specifics

17   around any of that.  And I do also want to share with you, I

18   know we haven't worked together at all, this is our first time

19   meeting.  But as a general practice, I do do this and will be

20   doing this for the entire market.

21         UNIDENTIFIED SPEAKER 2:  Oh, yeah.  I didn't mean to say

22   that you didn't.  Just like here.  Like, it's -- it's pretty

23   obvious this in response to the union campaign; so I know

24   that's why we're here to talk about it.  So I just wanted to

25   ask straight off the bat about -- because that was what was



1    honestly on my mind.

2         DEANNA PUSATIER:  Sure.

3         ROSEANN WILLIAMS:  And if I could just chime in.  I

4    appreciate you speaking up, that's exactly why we have these

5    conversations.  And whether -- whether your opinion is the only

6    reason we're here is because of that or not, it is in fact true

7    that we (indiscernible) with you guys.  If we feel at Starbucks

8    that we have partners that don't think that we're listening and

9    care about them, we honestly believe -- and I can say this is

10   (indiscernible) last few years, every single market I go to is

11   a listening session, is this -- is this more (indiscernible)

12   Deanna's new and we (indiscernible)?  If there's a single

13   partner here (indiscernible) mind, if you feel that your voice

14   is not heard and valued by Starbucks, then we've got something

15   wrong, because that's not who we are.  I mean, for 50 years

16   we've done these listening sessions and we've honestly believed

17   that the best way for us to have honest conversation is your

18   voice being heard and us listening.

19        So it -- whether the union is a part of the reason or not

20   part of the reason, listening to each other and making this a

21   greater company is what we've always (indiscernible).  And so I

22   appreciate you going first.

23        UNIDENTIFIED SPEAKER 2:  Yeah.

24        ROSEANN WILLIAMS:  And Deanna is right, she's the new

25   (indiscernible), she's going to be doing listening sessions all



1    across your region and this is what every (indiscernible).  And

2    I would say if you guys haven't had a listening session for

3    five years here, then we've got something wrong and that's not

4    right.  So I apologize about that.

5        UNIDENTIFIED SPEAKER 3:  Yeah, I -- I've been here for I

6    want to say four years, and then I was in Detroit, Michigan for

7    a year and a half.  And in those six or seven years I've never

8    even had one of these type of guys.  So when I saw the

9    opportunity, I was like, even if I don't have anything to say.

10       ROSEANN WILLIAMS:  Thank you.

11       UNIDENTIFIED SPEAKER 3:  And hear what everybody else

12   says.  But it's been six-ish.  I'll just round to six.  Six

13   years, six-ish years that I've -- I've never even heard of this

14   happening.  So I think it's great that you all are in town, so

15   that it actually (indiscernible) so that's nice.  But yeah.  In

16   six-ish years, I haven't even heard it happening.  So I feel

17   like this is probably --

18       UNIDENTIFIED SPEAKER 4:  I will say, like, I -- I've been

19   here for about five years and I've never heard of anything

20   opened to baristas like this.  But I've been at shift

21   roundtables a few times.  But I've never heard of anything open

22   to baristas the entire time.

23       ROSEANN WILLIAMS:  I don't think (indiscernible).  We just

24   got back from Alaska because it was (Indiscernible) last month

25   we did barista roundtable, a shift supervisor roundtable, and a

1    store manager roundtable, and a district manager roundtable

2    because it's a bigger market.  And it gets interesting how we

3    hear so many different -- depending on the job (indiscernible)

4    baristas certainly have different things on their minds than

5    shift supervisors.  Shift supervisors have things.  So it's --

6    the opportunity to sit and talk together is a valuable thing.

7    And if you haven't had a chance to do it before for baristas

8    then we have a chance to start that today.

9         And if you've been a partner for six and a half years and

10   you've never been invited to one; you're here today so thank

11   you for showing up.

12        UNIDENTIFIED SPEAKER 3:  I'm very glad to be here.

13        ROSEANN WILLIAMS:  (Indiscernible) we're glad you're here

14   today too.

15        And we hope that this starts a new -- a new way of

16   communicating with one another.  You guys know that these are

17   sessions that will be available to you on a quarterly basis or

18   twice a year, whatever it is.  (Indiscernible).

19        (Simultaneous speech)

20        UNIDENTIFIED SPEAKER 5:  I was -- I've been eating.  I

21   haven't -- I haven't had anything.  Well, I had breakfast this

22   morning (indiscernible) Starbucks.  But working here really

23   saved me a lot of money.  (Indiscernible).  I personally hate

24   coffee, but I love all of the other stuff.

25        ROSEANN WILLIAMS:  Okay, good.



1          DEANNA PUSATIER:  There's something for everybody.

2          UNIDENTIFIED SPEAKER 5:  But I did want to ask.  I know

3     that you're not allowed to answer questions about the union.

4     But would you be able to answer questions about who the lead

5     marketing team at Starbucks is hiring for help with the union?

6     Because I mean, things spread pretty fast, we've seen a lot of

7     store managers have been on (indiscernible) calls with getting

8     advice of how they're immediately supposed to work with the

9     union.  And a big question we're all curious of was who

10    Starbucks has working with (indiscernible) aspect of it.

11         ROSEANN WILLIAMS:  I'm not sure if we can --

12         UNIDENTIFIED SPEAKER 6:  So (indiscernible) I saw a slide

13    that said T-I-P-S and you've used one of those words.

14         UNIDENTIFIED SPEAKER 5:  Tips?

15         UNIDENTIFIED SPEAKER 6:  T-I-P-S, threats, interrogation,

16    promise, and (indiscernible).  These are the things that people

17    in management positions are not allowed to do when there's a

18    union conversation.  I -- I present the (indiscernible) because

19    I saw my manager on this same presentation.  I think we have a

20    right to know like what -- what is (indiscernible).

21         ROSEANN WILLIAMS:  So what I can say to that is as

22    (Indiscernible) chair, once you -- once we receive a petition

23    to (indiscernible) petition that there -- the legal

24    requirements about what we're able to share and not able to

25    share are moved into another phase of what we can protect and



1   what we can say (Indiscernible) people or not.  Part of that is

2   also making sure that we are educating our store managers on

3   what is legal or not because it's not something typical that we

4   deal with.  So part of protecting you or anyone else that works

5   at Starbucks is every single one of you have a right to have

6   your own voice and have your own position.  And we respect

7   that, we always have.  But we also have to train our management

8   teams on what they can do, what they can't do.  So for example,

9   TIPS (indiscernible).  If you're a manager and you've never

10  been in the situation before, you may not know the definition

11  of what that is so you wouldn't know if you were actually doing

12  one of those four things.  And so part of what we need to do as

13  a leadership team is train our management team on what's legal

14  and what's not.  So if that's what you're saying, is that

15  you've seen people on Dunes (phonetic) calls and we're

16  educating our store managers on the legality of what their

17  roles are, I hope that that's something you would want us to

18  do, make sure that we're protecting you and we're protecting

19  the store managers so that they're not doing anything that

20  makes you or anybody else that works at Starbucks feel

21  uncomfortable for the situation if you choose you want to be in

22  it, whatever that choice might be.  So I don't know if saying

23  if you have a better recommendation on how to help train our

24  managers or help train management staff, I'm -- I'd love to

25  work with you because I don't know either.  But it's not -- I'm



1    not trying to hide anything from you; nobody here is.  We're

2    trying to train our managers to have legal -- legal -- legally

3    development and meaningful conversations and relationships with

4    some of their partners.  So I -- again, I'm open to whatever

5    other ideas you guys have.  I'd certainly like to hear them.

6    But I hope that doesn't come across as that we're trying to do

7    something that is not right.  Because I -- did I hear you

8    wrong?

9         UNIDENTIFIED SPEAKER:  (Indiscernible).

10         ROSEANN WILLIAMS:  I just want to make sure I heard

11    because I really don't want to do something that's not right.

12         UNIDENTIFIED SPEAKER 5:  I mean, I don't think it's

13    necessarily right to prevent -- something that I see a lot at

14    my store is people are afraid of retaliation.  Like, that's a

15    very, very common theme that I hear.  What we want more in

16    (indiscernible) getting involved with any kind of movement at

17    all that might bring about more worker democracy.  And I

18    (indiscernible) when my workers feel afraid of retaliation.  It

19    says something about the structure of (indiscernible).

20         ROSEANN WILLIAMS:  Hello.  Come on in.

21         Sorry, I didn't mean to -- I didn't mean to cut you off.

22         Have a seat.  Welcome.

23         I just wanted to make sure I heard you, that's all.

24    Because I -- I wasn't sure of the question is we were doing

25    something that you thought that we shouldn't be doing and we



1    need to know something.  And what I was trying to say, we're

2    trying to do what we think the right thing to do is that we

3    support our managers to have the right conversations with our

4    partners.

5         Now, if you think you have a situation, then you can talk

6    to Emily afterwards if you want.  If you have a situation and

7    you would like a voice and you feel like one of your partners

8    are in fear of retaliation, we need to know that because that's

9    actually against our company policy.  So if that is in fact

10   going on and we don't know about it, we can't do anything about

11   it.  So minus -- minus the situation or not, retaliation at

12   Starbucks is against our company policy, no matter what the

13   situation is.  And so if in fact that is happening, and you

14   know people that feel that way, please confidentially

15   (indiscernible) out.  I think it's a compliance hotline number

16   that you can call that's confidential.  But we certainly, no

17   matter what (Indiscernible) you know, sexual harassment,

18   retaliation, discrimination in any way, those are all against

19   our company policy.  So nothing can be, you know -- if that's

20   happening we need to know about it, because that's -- that's

21   not who we are.

22        UNIDENTIFIED SPEAKER 3:  That's a common thing --

23        ROSEANN WILLIAMS:  Where we have -- if you have people

24   that feel like that, please have them speak up or call the

25   confidential hotline so they can feel comfortable, they can

1   speak up.  And somebody can deal with -- address what their

2   concerns are.  Okay?

3        UNIDENTIFIED SPEAKER 5:  Thanks for your response to that.

4        UNIDENTIFIED SPEAKER 3:  It was really great to hear you

5   say that, though, just because that's such -- there's so much

6   fear.  Everybody is scared of being fired, of being -- of

7   losing their jobs if they support the union.  People are

8   terrified.  They heard about what happened in Philly with

9   people getting fired.  They're terrified.  So this is not an

10  individual problem, this is a company problem that I think --

11       UNIDENTIFIED SPEAKER 7:  (Indiscernible).

12       UNIDENTIFIED SPEAKER 3:  -- deserves a much bigger

13  response because people are -- they have too much on the line

14  and they can't lose their jobs but they support -- a lot of

15  people support this but they can't lose their jobs and they're

16  terrified.

17       UNIDENTIFIED SPEAKER 7:  I know a lot of people who are

18  also scared from the first attempt in 2006, 2007, in New York

19  City.  There was a coworker who was fired and then rehired.

20  Under this -- the accusation of them being fired was because

21  they were supporting the union; Starbucks' official response

22  was that that was not part of it.  But I know a lot of people

23  who are even scared of that.  And this is the (indiscernible)

24  response from Starbucks on the imaginative effort that seems to

25  go into it from Starbucks to high (indiscernible) news from



1    that, because most of the news that you can find from that is

2    like a single or (indiscernible).

3          DEANNA PUSATIER:   I do -- I want to comment on our whole

4    day, too.  So what we share at the beginning, we mean

5    (indiscernible) in terms of every single partner's voice in

6    this company matters.  It's one of my favorite things about

7    working for Starbucks, right?  We -- you know, we're in a place

8    where, you know, we can say that we're (indiscernible) people

9    and we have all kind of different people.  But it doesn't

10   change the fact that we're here as partners together.  So just

11   know that, and know that every single partner's experience

12   matters.  Their -- their voice matters.  We're here to listen

13   to that.

14         And to that, and I also want to make sure that we get to

15   use it and you can try to use it.  So I'd love to hear what you

16   have to say.

17         UNIDENTIFIED SPEAKER 2:   So I just want to just preface

18   this by saying, like, you said that you want the managers --

19   the store managers to be, like, protected.  And like, I have a

20   amazing store manager, I think maybe the best in the district.

21   So I just want to say, like, she's great and we've had

22   conversations that are really good.

23         UNIDENTIFIED SPEAKER 5:   The people at OD would say ours

24   is better.

25         UNIDENTIFIED SPEAKER 2:   I don't want to --



1          (Simultaneous speech)

2          UNIDENTIFIED SPEAKER:  But I think my whole question is --

3     I think my question is in terms of who's advising them and

4     making sure they're protected.  There's a lot of people who

5     would know about unions and know about labor law and there's a

6     lot of different folks, like you know, from like Brittany

7     Sanders (phonetic) and (indiscernible) to labor side lawyers

8     instead of union besting lawyers.  And I don't know who

9     Starbucks is working with here, and I'm also interested in

10    knowing that.  But I think, so Starbucks has definitely given

11    their diversity and inclusion awards, which if you go into

12    (indiscernible) to Littler Mendelson, which is a anti-union law

13    firm.  And I don't know if it's Littler or if it's a different

14    law firm here; but why does Starbucks hire, like, anti-union

15    folks to train managers on how to talk to us rather than pro-

16    union folks who would be able to protect and like, establish

17    the same guidelines for what people should be doing or not

18    doing.  But instead of taking from an anti-union stance, speak

19    it from a truly democratic stance?

20         ROSEANN WILLIAMS:  Thank you for sharing that.  You know,

21    part of (indiscernible) in all honestly, we don't know the

22    future (indiscernible) right now, and I don't have a response

23    to that.  But what I would say, is it is (indiscernible) which

24    is we just want to make sure that everyone is -- it's really

25    not about anybody being anti or pro anything.  It's just really



1  about making sure that we're following the law in terms of what

2  we can or can't say.  And so it's actually not anti or pro, any

3  training we're providing our store managers.  It's just making

4  sure that we're following the law.  And that's really what it

5  is.  And you know, this is a moment, I'll tell with you -- I'll

6  tell you, my (indiscernible) is to be as open and transparent

7  as possible.  So to continually tell you I don't know, it's

8  really out of my comfort zone because I want to be able to

9  share as much as I can.  But I also want to obey the law, and

10  that's important.

11       UNIDENTIFIED SPEAKER:  Like, I think we can all agree that

12  there are a lot of laws in this country that are really messed

13  up.  Like, Texas just passed a law that makes it virtually

14  impossible for a woman to have abortions.  Like --

15       UNIDENTIFIED SPEAKER:  (Indiscernible) yesterday about

16  that --

17       UNIDENTIFIED SPEAKER:  This could be the difference

18  between -- this could be the difference between following the

19  law and having more conscience.  And recognizing that the law

20  doesn't actually support building space (indiscernible).

21       UNIDENTIFIED SPEAKER 5:  I think, like, so the fear of

22  retaliation I think is a big problem at my store as well.  And

23  I just think, like, a statement from Starbucks to all the

24  partners that lets them know, like, there will not be any

25  retaliation towards you for joining or supporting the union in



1   any way.  You know, that will be totally unacceptable.  I

2   think, like, partners need to hear that from the company as you

3   discussed.

4       UNIDENTIFIED SPEAKER:  That's also what the fair election

5   principles are.  Like, I know you all said you can't comment

6   about them directly right now.  But that's what the fair

7   election principles (indiscernible) asking Starbucks to sign

8   would provide because that sets a higher standard for making

9   sure that everyone has a democratic choice without

10  interference.

11      UNIDENTIFIED SPEAKER:  A lot of the fair election -- fair

12  election policy (indiscernible) started on top of that.

13  They're matched to the (indiscernible) that's been sitting in

14  congress for an extended period of time because it's

15  continuously fought by anti-union groups, including Littler

16  Mendelson which Starbucks -- if they're not using them for

17  right now, Starbucks does (indiscernible) by Littler Mendelson.

18  So it's -- I feel that it is within Starbucks' not only ability

19  but responsibility to reiterate that they're going to follow

20  the law because it is the law to not retaliate against people

21  organizing a union.  But we've all (indiscernible) we've heard

22  from Starbucks -- officially was Starbucks -- frankly,

23  Starbucks was gaslighting us, telling us that we don't need a

24  union in their official statement.  While we had just put out a

25  massive -- a massive letter to Heather Dawson with signatures

1    of almost 50 people around the -- around the district and we've

2    -- Starbucks Baristas United followed petitions for three

3    different stores.  And the only official statement we have is

4    still saying we don't feel that unions are necessary to get in

5    Starbucks for (indiscernible) by the partner's company.  So I

6    think what a lot of people are trying to say is that there's

7    plenty of things that Starbucks can do that are within the law,

8    and -- but Starbucks hasn't done.  And the things that

9    Starbucks hasn't done is kind of speaking more than what

10   Starbucks is doing right now.

11       ROSEANN WILLIAMS:  So I appreciate all of the energy and

12   passion that you're -- for those of you that are speaking and

13   want more information around labor and labor unions.  What I

14   would -- what I would reiterate is what you just said, is we

15   actually do have a position.  Where we feel like for 50 years,

16   our partner for work policies we believe is the best way

17   forward to create a work environment where the shortest

18   distance between your partner, which is why we're having these

19   listening sessions and why we do have them.  Again, I'm sorry

20   that some of you haven't had a chance to do them before.  You

21   also (indiscernible), we constantly update our total pay and

22   rewards benefits, including the most generous benefits package

23   in retail.  So we honestly believe when we say that we don't

24   believe our partners need unions to speak on their behalf

25   because we believe that speaking to our partners directly is

1    the best way that we can listen.  So we're not trying to be pro

2    or against, we are trying to say that our approach to partner

3    experience has also been this, has been talking with one

4    another.  It's about having open dialogue and being in --

5    communicating with one another.  It's about asking for help

6    when you need help.  It's about getting ideas and sharing ideas

7    about how to create a very nice work environment.  So it's not

8    that we're trying to skirt around things, that's actually what

9    we honestly believe.  And again, I've been in -- I've been a

10   partner for 17 years and we follow the rules, it's the same

11   approach no matter what country we've been in.  Is we believe

12   that the environment that we try to create is one of trust, is

13   one of respect.  It's one that every single one of you have a

14   voice in this room that we want to hear.  And whether you're

15   pro union or anti-union it really doesn't have anything to do

16   with what Starbucks is.  It is we are a company that's trying

17   to do the very best job we can to build a kind of company where

18   we all feel like we can sit around and have a conversation.  So

19   I'm happy to hear the union questions and happy to hear the

20   commentary on what Starbucks should or shouldn't do in a

21   political environment.  What I'm trying to also make sure that

22   we have room for is that those partners that want to share what

23   their experience is that doesn't maybe necessarily have

24   anything tied to a union or not a union.  I'm also interested

25   in hearing you to say what is your partner experience like and



1   what can you (indiscernible) how you were.  I know by talking

2   to one or two of you saying this is the best job you've had and

3   you love working with your store manager.  I'd love to hear

4   more about what makes this a great job for you, or why do you

5   like working with your store manager, because that's actually

6   the partner who -- that's the partner experience that we're

7   trying to learn from.  So I'm not taking anymore questions

8   around the union.  That is -- that is a piece of what your

9   individual right is and we completely respect that.  And we

10  support you in whatever your personal decision is.  And we also

11  have a company and a culture that we're trying to build that

12  include pro -- people that are pro-union and people that may

13  not be pro-union.  And that's a place -- one of the things I

14  love about Starbucks is you will respect who you are and what

15  your personal opinion is, as long as you're not (indiscernible)

16  anybody else's rights, right?  Certainly will not tolerate that

17  either.  But this is the place where everybody is welcome and

18  (indiscernible).  So I just want to make sure we open that up

19  for everybody else as well.

20       UNIDENTIFIED SPEAKER:  I mean, on the non-union front.

21  I've only been with the company for a little over a month and

22  part of the reason why I was interested in the union was

23  because the -- when I was being onboarded, I found out about

24  the partner (indiscernible) questionnaires.  And the first and

25  the only things that I ever heard about that were from



1    (indiscernible) long-time partner saying, don't bother filling

2    that out, they aren't listening to you.  On top of the fact

3    that there's multiple offering partners who have never been in

4    a listening session, I think that that kind of adds to the

5    reason why people are here specifically about the union

6    because --

7        ROSEANN WILLIAMS:  That's correct.  I get it.

8        UNIDENTIFIED SPEAKER:  -- it feels that Starbucks isn't

9    holding up to the policies that they're saying they do.

10       ROSEANN WILLIAMS:  I hear you.

11       Did you have a question, I'm sorry.

12       VINCE:  I just -- I just wanted to speak.  My name's

13   Vince.

14       DEANNA PUSATIER:  Hi, Vince.

15       VINCE:  Hi.  I've been with the company for the better --

16   about seven years.  And in that time -- your initial question

17   at the beginning of the session was what somebody liked about

18   Starbucks.  When I -- I left for a little bit in April and I

19   was away from Starbucks for a couple months.  And when I was --

20   I had that time to think back on, like, what I had done here.

21   The only thing that, like, really meant anything to me was that

22   I got to watch other partners grow and I got to watch the

23   (indiscernible) you guys have given people to change people's

24   lives.  And I really have seen people, like, turn their whole

25   life around just because of opportunities you guys have



1   provided.  And I want to thank you guys because you guys really

2   have provided a lot of stuff that other places aren't giving.

3   And I just want to -- I just want to, like, speak out and say

4   that that's how I feel.  Like, I really have, like, seen it in

5   action, I've seen people, like, become educated.  Like, a

6   person who comes to a place where, like, they're stable and

7   sufficient and (indiscernible) still.  I guess just thank you

8   guys.

9       ROSEANN WILLIAMS:  Thank you.  And what benefits are most

10  beneficial?  What benefits --

11      VINCE:  I've seen people, like, go -- I've seen -- right

12  now -- I came back to go to school, so that's why I --

13      ROSEANN WILLIAMS:  (indiscernible)?

14      VINCE:  Yeah, I came back to SU.

15      ROSEANN WILLIAMS:  Awesome.

16      VINCE:  And I -- because I had seen other people do it, I

17  had seen people get nursing degrees and other degrees through

18  SU.  I had seen people start out as baristas and they were --

19  they just seem so lost, and I was so lost the first day I

20  started.  I got to see them progress and grow and like, become

21  supervisors.  And like, be able to like, build skills and

22  (indiscernible) and progressed and move forward with their

23  lives.  And I've seen people build real life skills here.  And

24  that's something that's really valuable that I think that we

25  need to be very careful about in a time like this.



1          ROSEANN WILLIAMS:  Are we still doing that here?

2          VINCE:  It's -- there are (indiscernible) you know what I

3     mean?

4          ROSEANN WILLIAMS:  Yeah, that's fair.

5          VINCE:  And that's part of it, is people need to have bad

6     days though sometimes to like -- to build those skills, so

7     those skills (indiscernible) on the best days.  I think that if

8     anything the only thing I would say is that you could all do a

9     better job about, like, trying to engage more with each other

10    like we are now.  And to get -- on your guys' end to help us

11    understand what the resources available are and how to access

12    them; and trying to do a better job of getting the partners --

13         ROSEANN WILLIAMS:  More educating.

14         VINCE:  -- to engage in all of the benefits that we have.

15    SO that they understand, like, what's available to them.

16         UNIDENTIFIED SPEAKER:  Yeah, because there are a number of

17    partners at our store who don't know.

18         ROSEANN WILLIAMS:  Don't know about benefits?

19         UNIDENTIFIED SPEAKER:  Like, don't know anything that's

20    going to ultimately --

21         ROSEANN WILLIAMS:  Like (indiscernible).

22         UNIDENTIFIED SPEAKER:  Like, older partners.  Like, I'll

23    need this and this and this and this.  And you're like, wait,

24    what?  So like, that would actually be, like, total

25    transparency on that.  I don't know if it's a manager thing, or



1    a higher than that thing.  I'm just a barista, I don't know.

2        DEANNA PUSATIER:  It's an all of us thing.

3        ROSEANN WILLIAMS:  Yeah.

4        UNIDENTIFIED SPEAKER:  But like, as soon as you get hired

5    in, the manager should at least know what they present to the

6    new hire.  Like, health benefits.  I don't have health

7    insurance through here, but I know some of my partners do, I

8    don't know how good it is.  Like it's --

9        UNIDENTIFIED SPEAKER:  (Indiscernible).

10       UNIDENTIFIED SPEAKER:  And the ASU thing.  And then stupid

11   little things like the Spotify, the Headspace, the Lyra

12   (phonetic) is amazing, but nobody knew about that.  And given

13   the last year and a half of everybody's lives, that was one of

14   the most important things for me, coming back to.  I needed

15   that, and I feel like a lot of people need that more than they

16   know but they don't know how to reach out and get it.  So like,

17   that's -- I'd like to see that a little more from management to

18   us.

19       ROSEANN WILLIAMS:  So better communication --

20       UNIDENTIFIED SPEAKER:  Yeah, just a little --

21       ROSEANN WILLIAMS:  -- on everything that's available.

22       UNIDENTIFIED SPEAKER:  Yeah.  Because -- and there are,

23   like, tiny, tiny, itty bitty things.  Like, did you all know

24   you've discounts at Expedia using partner numbers?  Yeah.  No?

25   Yeah, so that's a thing.



 1          UNIDENTIFIED SPEAKER:  And your wireless phone bill

 2    depending on your provider?  Yes.

 3          UNIDENTIFIED SPEAKER:  Yeah.  I mean, I get 20 percent off

 4    my cell phone bill with my numbers.  You get discounts on

 5    almost everything with those numbers, but nobody knows.

 6          UNIDENTIFIED SPEAKER:  Okay.  I'm going to give you the

 7    website thing.

 8          UNIDENTIFIED SPEAKER:  Yeah, but it's like, how many in

 9    our store know that?  Like, you and I?

10          UNIDENTIFIED SPEAKER:  It's a little like -- yeah, I was

11    going to say.  You need to say more about that.  Especially the

12    (indiscernible) like a post or something that they can send

13    out, (indiscernible) everything.

14          UNIDENTIFIED SPEAKER:  Yeah.  Yeah, what is it?  Works at

15    work I think it is.

16          UNIDENTIFIED SPEAKER:  Yeah.  Just have a poster of

17    everything you can get, maybe.  Because some people like to see

18    the visuals.  And so like reading it on like a screensaver and

19    stuff like that, I (indiscernible) do that.  It is a lot just

20    to --

21          UNIDENTIFIED SPEAKER:  I'm going to go back and copy it

22    and have to get back on the floor.

23          UNIDENTIFIED SPEAKER:  Yeah, and get right back on the

24    floor.  No one sits there and really reads all that stuff.  I

25    think if it was, like, right in front of you, like on a poster



1    or big enough or something like that.  I feel like they'll

2    read.

3         UNIDENTIFIED SPEAKER:  Because that is one of my favorite

4    things.  Just the amount of things that are available outside

5    of work.  Being at work is different.  I love my job.  I love

6    my job, I love the coworkers.  Customers are a different story.

7         ROSEANN WILLIAMS:  Tell us more.

8         UNIDENTIFIED SPEAKER:  But outside -- well, the -- people

9    in Williamsville are full of them themselves.

10        UNIDENTIFIED SPEAKER:  Only Williamsville?

11        UNIDENTIFIED SPEAKER:  Okay.  People in Western New York

12   are a little full of themselves.

13        UNIDENTIFIED SPEAKER:  We're getting broader, you know.

14        UNIDENTIFIED SPEAKER:  It's -- well, I work in

15   Williamsville but not everybody else does, and I don't want --

16   we all have our problems with these -- our customers.  And

17   somehow it's our fault that their days are -- or their lives

18   are miserable and because we don't have -- let's say we don't

19   have a certain syrup, they have to get mad at us because we

20   can't make their stupid TikTok drink.  And that's what makes --

21   that's what makes coming to work -- that's why I dread coming

22   to work, something I don't want to deal with.  But I'm

23   surrounded with people who are like, we got your back, we're

24   here for you.  So like, that is my favorite part of my job.

25   This is the longest I've ever held down a job and I'm going to



1    -- I'm probably going to be a lifer, that's fine.  It's fine,

2    it's fine because I really do, I do like it.  I love the perks,

3    I love the people.  When I move with -- when I finally move

4    with my partner, I'm going to transfer.  I'm going to take it

5    with me.  I'm not even going to look for another job, I'm just

6    going to do this until I can't.

7        ROSEANN WILLIAMS:  Well, I hope it's a long time if you

8    love what you do.

9        UNIDENTIFIED SPEAKER:  It's an amazing -- it's an amazing

10   job.  But like, they can be a little -- they're -- hang on a

11   second.  Metrics, like when we -- when our shifts look at how

12   many customers we've had for a half hour, it's only the number

13   of customers, each one of those drinks could -- each one of

14   those customers could have ordered, like, 10 drinks, and that

15   is not shown.  I feel like that should also be shown because

16   that's the real -- how many drinks you made is the real metric,

17   not how many customers you've served.  You know, like, even

18   McDonalds does number of burgers rather than number of people.

19   So that's me saying I think corporate -- corporate, more higher

20   ups, because I know that you all are not in charge of call --

21   like, making these calls.  I understand that.  You guys are the

22   cool guys talking to us.  Again --

23       ROSEANN WILLIAMS:  Well, actually some of us do make those

24   calls.  I have to take full accountability for that.  It's my

25   fault.



1        UNIDENTIFIED SPEAKER:  That would be a really good metric

2   to add.  Not -- you know, not -- keep the number of customers,

3   keep the amount of money, and then the number of drinks that

4   were made per half hour.

5        ROSEANN WILLIAMS:  I agree, that's a great idea.

6        UNIDENTIFIED SPEAKER:  And that -- because that help --

7   does that help the, like, the managers put together the

8   schedule, the amount of labor that we're allowed to have?

9        ROSEANN WILLIAMS:  Yeah, it's actually the number of

10  transactions.

11       UNIDENTIFIED SPEAKER:  Is it the number of transactions?

12  Okay, so it's essentially the --

13       ROSEANN WILLIAMS:  So it is based on the transactions,

14  yeah.

15       UNIDENTIFIED SPEAKER:  Okay.

16       ROSEANN WILLIAMS:  Like a cold beverage has a certain

17  number of seconds attached to it, a hot beverage, a cold

18  beverage, a food item, cleaning, they all have a time.

19       UNIDENTIFIED SPEAKER:  Okay, so that is all taken into

20  account?

21       ROSEANN WILLIAMS:  It is.

22       UNIDENTIFIED SPEAKER:  Okay.

23       ROSEANN WILLIAMS:  And actually, that's one of the places

24  Deanna worked was in Seattle on the (indiscernible) services

25  team, so she got lots of experience and all those types of



1    questions that she could have answers for.

2        UNIDENTIFIED SPEAKER:  Because I honestly thought it was

3    just by number of customers.  I did not --

4        ROSEANN WILLIAMS:  Now, there -- something you brought up

5    that I think is a really important topic and we're wrestling

6    with and I've love to get your ideas on it.  And in fact I ran

7    into a customer just this morning, that TikTok customer.  I

8    said, wow, that drink looks really interesting; I said, what is

9    it?  She goes, I have no idea.  I read it on TikTok so I

10   thought I'd try it.  So we don't know -- what have you guys

11   found to work in your stores because we don't know what to do

12   with the TikTok, right?  We don't come up with TikTok, we don't

13   make those beverages, we don't do recipes.

14       UNIDENTIFIED SPEAKER:  We don't have the recipe cards.

15       ROSEANN WILLIAMS:  Yeah, we don't have the recipe cards.

16   And so we're trying to figure out a way -- because we love

17   people on TikTok making the drinks, but we don't know how to

18   best support you guys in doing that.  Have you guys found

19   anything that helps you with that, or what can we do

20   differently to help with TikTok beverages?  Because I don't

21   think we can stop them, but I also don't want them to drive you

22   crazy.

23       UNIDENTIFIED SPEAKER:  A customer --

24       ROSEANN WILLIAMS:  It's not fair.

25       UNIDENTIFIED SPEAKER:  A customer actually recommended to



1    me that we need electronic menu boards with all of the new

2    TikTok drinks posted on them --

3        ROSEANN WILLIAMS:  Great idea.

4        UNIDENTIFIED SPEAKER:  -- so that customers can just point

5    and say I want that one.  It doesn't help us, but it helps

6    them.

7        ROSEANN WILLIAMS:  Yeah, that's (indiscernible) talking

8    about today.

9        UNIDENTIFIED SPEAKER:  It does.

10       UNIDENTIFIED SPEAKER:  It doesn't help us because they go,

11   I want this one.  And I'm like, well, that's terrific.  I

12   already know how to make 750,000 drinks.  But I'll try to focus

13   on that one.

14       UNIDENTIFIED SPEAKER:  Can I -- just because I know you've

15   had your hand up.

16       ROSEANN WILLIAMS:  Well, I will -- yes.

17       UNIDENTIFIED SPEAKER:  I was going to say --

18       ROSEANN WILLIAMS:  And she did earlier.  Yes, okay.

19       UNIDENTIFIED SPEAKER:  So all the (indiscernible) first

20   and (indiscernible).  But (indiscernible).  So I know the

21   TikTok drinks, I feel like for our store hasn't been -- like,

22   there's always a new drink every week, there's always something

23   new.  I always -- no one has a problem turning their phone on

24   and saying -- I was like, hey, do you have a screenshot of the

25   recipe; because they write it all out on the TikTok and that



1    makes it easy for me.  And then I'll --

2         ROSEANN WILLIAMS:  So the customer actually has it on

3    their phone?

4         UNIDENTIFIED SPEAKER:  They usually will show me --

5         ROSEANN WILLIAMS:  Okay.

6         UNIDENTIFIED SPEAKER:  Like, at least at our store, they

7    show us the phone and they're like, can you make this?  Do you

8    have anything for that?  And then I read through the recipe and

9    I'm like, okay, well, we're out of hazelnut but we can do this

10   instead.

11        ROSEANN WILLIAMS:  Right.

12        UNIDENTIFIED SPEAKER:  And that usually isn't a problem.

13   I'm like, do you mind holding that there while I type it in.

14   So I'm like, this isn't a normal drink; they have no problem

15   for transparency.  I'm saying, like, hey, I've never seen this

16   one before but we're going to make it.  Is there any

17   specific -- or like, did they say in the TikTok any specific

18   way to make it or anything that's not written here?  Usually

19   it's all written, so.

20        ROSEANN WILLIAMS:  Okay.  I never --

21        UNIDENTIFIED SPEAKER:  (Indiscernible) something like --

22   because we can't have handwritten notes, but that's something

23   that we change easily, that would be really cool.  But I'm kind

24   of going back to your original question of what we liked, our

25   experience so far.  I mean, I've only -- I started in June as a



1  shift, so my experience is not the same as everyone's barista

2  experience because my barista experience is only like a week

3  and a half.  But for me, I would say, like, the atmosphere that

4  my store has created.  I mean, I can speak for my store.  And

5  the other stores, a couple of them that I've been to have been

6  amazing, the people, the energy.  And the fact that when we sat

7  down we were first going over stuff we do about benefits, there

8  are a couple things that we do go over, talking about like,

9  (indiscernible) and those things I never had (Indiscernible)

10  about.  I transferred from (indiscernible) before Starbucks, so

11  at least I had barista experience.  Essentially (indiscernible)

12  is like, you're going to get your paycheck, we'll give you some

13  (indiscernible).  I worked for the entire pandemic, I did not

14  get a day off, I had full-time schedule and had to work full

15  time.  So it was really rough when the company was like

16  (indiscernible) things.  It was kind of like, well, we just

17  can't do that, it's just not possible, so.

18      ROSEANN WILLIAMS:  A manager said that?

19      UNIDENTIFIED SPEAKER:  Yeah.  Well, not at this -- not at

20  Starbucks, but at --

21      ROSEANN WILLIAMS:  I don't need to know which, I'm just

22  trying to figure out where the messaging is coming from so we

23  don't have different --

24      UNIDENTIFIED SPEAKER:  Yeah.  So like, essentially, like,

25  my father was diagnosed with cancer and I asked for a day off


www.escribers.net | 800-257-0885

1   and my manager said, well, I don't have anyone else here for 12

2   hours so you can try to find someone but I can't really give

3   you a day off, unless you want (Indiscernible).  And that's

4   when I started looking for a job at Starbucks.

5        But it's night and day compared to my experience from

6   other jobs and what I have now.  I guess the question for

7   (indiscernible) was, I mean, it's pretty fast, I'm not going to

8   lie.

9        ROSEANN WILLIAMS:  We learned that.

10       UNIDENTIFIED SPEAKER:  Yeah, it is -- it's a lot.

11       ROSEANN WILLIAMS:  The shift supervisor part or the

12  barista part or both?

13       UNIDENTIFIED SPEAKER:  Both.

14       UNIDENTIFIED SPEAKER:  Both of it condensed, yeah.

15       UNIDENTIFIED SPEAKER:  I got, like, one practice shift

16  position and then I was running shifts every day.  So it was

17  very accelerated.  But I guess the one question I have, because

18  labor and (indiscernible) at our store, at least

19  (indiscernible) especially with the launch, it was insane.  I

20  know that the manager is supposed to have like -- you know,

21  they would make some adjustments if they were (indiscernible)

22  the launch, the week after.  And that's almost normal.  But I

23  don't know if you can answer this, but is there any incentives

24  that the store managers, district, anyone gets for being under

25  budget for labor or (indiscernible)?


www.escribers.net | 800-257-0885

1          ROSEANN WILLIAMS:  Absolutely not.  No.  If anything, it's

2     we want to make sure we use all of it.

3          UNIDENTIFIED SPEAKER:  Okay.  Because the only reason I

4     ask is because I feel like on the launch and like, even weeks

5     before that, like, recently, I feel like there's been such a

6     push to cut hours, and I feel as a barista and then as a shift,

7     I was like, I don't know where we're (indiscernible).  Like,

8     that's where I'm confused, it's like I don't know why we're

9     (indiscernible) hours, but I feel you (indiscernible) other

10    people.  It's insane and then the launch happened, I was like,

11    I feel (indiscernible).  So I just wanted to ask --

12         ROSEANN WILLIAMS:  Yeah, there's no incentive --

13         UNIDENTIFIED SPEAKER:  -- because I know (indiscernible)

14    things like (indiscernible) or for waste of food so they

15    wouldn't make extra food because, well, if we sell out we sell

16    out which is not something we do at Starbucks unless we have

17    it.  But if we're under budget on waste they would get bonuses.

18    So that's why I wanted to ask.

19         ROSEANN WILLIAMS:  Either -- you don't get a bonus if you

20    spend more or less.  There's no bonuses connected to labor,

21    ever.

22         UNIDENTIFIED SPEAKER:  Right.

23         ROSEANN WILLIAMS:  And the reason is because

24    (indiscernible).  Because some people are very motor -- metric

25    driven and money motivated, and some people aren't.  But



1    there's never -- there's never any incentive tied to how much

2    labor you use in your store, ever.  Above what's forecasted,

3    the schedule is (indiscernible).

4         UNIDENTIFIED SPEAKER:  Okay, great.  I just wanted to ask

5    because --

6         ROSEANN WILLIAMS:  Yeah.

7         UNIDENTIFIED SPEAKER:  -- I don't know, just -- like, I

8    guess as a perspective.  Like, it -- I just -- it's something

9    that was kind of in the back of my mind (indiscernible).

10        ROSEANN WILLIAMS:  (Indiscernible).

11        UNIDENTIFIED SPEAKER:  Do they have, like -- because I

12   mean, even recently we have someone scheduled to train a new

13   partner like the second day after launch, at night until 9 p.m.

14   And I only have one other partner that was just fresh out of

15   training with me.  And this person that was training was not

16   trained.  So I was confused why they -- and they weren't put in

17   as training hours.  So I was confused on why they were

18   training.  And I was like, I don't know why they're not using

19   trained people.  (Indiscernible) person.  So it's just very

20   strange.  That's why I (indiscernible) more minutes, because it

21   was something recently that I've seen happening that I don't

22   think is supposed to be happening.

23        DEANNA PUSATIER:  Did you talk to your store manager?

24        UNIDENTIFIED SPEAKER:  One of my coworkers, I believe,

25   did.



1        DEANNA PUSATIER:  Okay.

2        UNIDENTIFIED SPEAKER:  It came to find out that that

3   person, she wants to be the trainer.  I was like, that's nice,

4   but we shouldn't still put the trainer -- because the person

5   who trained me was off that day.  She was like, I could have

6   worked and trained the new partner.  I was like, that's nice.

7   I don't know what happened.  It was just a weird thing.  And it

8   was like I just had one person for coverage on my floor.  And

9   especially on the launch day, it was way too strange for me to

10  (indiscernible).

11       ROSEANN WILLIAMS:  I will say one of the things I've

12  noticed just dealing -- in dealing with (indiscernible) the

13  past few months is that we certainly have certain areas of the

14  country that are having more staffing challenges than others

15  and you're experiencing one of those markets.  We actually back

16  in May added 36 additional recruiters to each regional vice

17  president, who added recruiters where they wanted to because we

18  knew starting -- coming into summer that there were certain

19  parts of the country that were experiencing -- we couldn't hire

20  enough partners to keep up with the business.  We -- our

21  turnover is exactly the same as it has been before the

22  pandemic, but because the business has been ramping, there's

23  not enough employees, right, to hire.  It's not just Starbucks,

24  it's everywhere.  Everybody's got a help wanted sign up.  So we

25  added those recruiters; and now what we're finding is even



1   after we added those recruiters, they were hiring a lot of new

2   partners.  There's a lot of new partners, and so training those

3   new partners has now become a challenge in some stores.  So now

4   we're trying to figure out if we have a lot of new partners in

5   stores which we need because we need all the great people we

6   can get.  Then how do we help with additional training options.

7   So whether it's training in a different store where they might

8   have more trainers.  Whether it's using a store that closes

9   early in the evening so we can train partners at night.

10  Because when you have this many new partners, it is hard to get

11  enough trainers to train quick enough.  So Deanna, and Emily

12  and team, who were working over the last couple of months on

13  different approaches being able to train more people more

14  quickly.  So that we can get our staffing levels back where we

15  need to get ready for the holiday season.  And it's the same

16  approach that we're using in other areas of the country that

17  are having similar challenges.  So all the regional directors

18  are working together with one another to share their ideas.  So

19  you might see some of that stuff coming up too.  We're learning

20  -- we're learning different things in different markets.  But I

21  think one of the reasons somebody's training someone they're

22  not supposed to be is because there wasn't somebody scheduled

23  to train with them.  We'll check into that.

24       UNIDENTIFIED SPEAKER:  Right.  So I mean, like, I know it

25  was one of those things where it (indiscernible) brought up to

1    managers.  Well, I was (indiscernible) two partners and neither

2    of them (indiscernible).  And I was like, (indiscernible).  I

3    also mentioned a couple times where like, the trainer will be

4    scheduled for the new hire's shift and then there's no one --

5    like, where it's like --

6         ROSEANN WILLIAMS:  No one left.

7         UNIDENTIFIED SPEAKER:  -- now the trainer is picking up

8    the other half, which if anyone (indiscernible) available, but

9    they're not available.  That's why just for my personal

10   experience (indiscernible).

11        ROSEANN WILLIAMS:  Yeah, you were going to say something?

12        DEANNA PUSATIER:  Yeah, I just -- I see your hand raised.

13   I also saw your hand raised earlier, I just want to make sure

14   we get to you.  And then --

15        UNIDENTIFIED SPEAKER:  Yeah.  I was just kind of like

16   piggybacking off, like, staffing shortages and benefits.  When

17   I started five years ago, I was fully informed of all the

18   benefits that we have, partner perks, the coffee

19   (indiscernible).  And I was just thinking, like, because we are

20   in such, like, a labor shortage, we're just pushing people out

21   on the floor, waiting for (indiscernible), cutting corners,

22   like talking about benefits and like, everything that's

23   available to them.  And like, I don't feel like we're spending

24   enough time training and like, talking about the company with

25   our new partners; and we're just throwing them into the floor,



1    which is like, hurting us more than helping us because then you

2    have people that don't know what they're doing on the floor,

3    which doesn't help.

4        ROSEANN WILLIAMS:  It doesn't help you, it actually makes

5    it worse.

6        DEANNA PUSATIER:  Yeah, thank you for sharing.

7        UNIDENTIFIED SPEAKER:  So I want to also join in that.

8    I'm a barista trainer, I've been with the company for a little

9    over two years.  I originally worked at Alden and Anderson

10   (phonetic) and recently transferred to Deleware and Chippewa

11   (phonetic).  And I have noticed, like, as a barista trainer

12   it's very difficult when you see that certain trainers -- like,

13   partners that you're training, some people can work like that,

14   and then the next person definitely needs a lot more time, but

15   there's not that time scheduled for them, because everyone

16   learns at a different pace.  And when you're training someone,

17   you know they're not necessarily getting it right away and

18   then, like, I'm being talked to because now there's

19   (indiscernible) maybe it's the trainer's fault.  I'm like, no,

20   we can't necessarily use the same cut and model for every

21   single individual because we're all different, we all learn

22   different.

23       DEANNA PUSATIER:  I just want to thank you for noticing

24   that.  You know, I was -- I'm almost embarrassed to say this.

25   Like, I had a role where I worked on core training and



1    development.  And it wasn't until I was in that role that I

2    understood what you just described.  So I wish I had met you

3    sooner in my life.  But I do think this is really important and

4    it's a good conversation for us all to have because our new

5    partners are starting.  Just like Roseann said, you know, we

6    hired a lot of people and they're all new.  I think that we

7    need the very best trainers that understand what motivates

8    (indiscernible) to get them where they need to go.  So thank

9    you for that.

10        UNIDENTIFIED SPEAKER:  Also, I just -- I don't know if

11   this is everywhere or just in my store.  But I know that there

12   are baristas at my store that have, like, volunteered to be

13   trainers and they were turned down because of, like, either

14   their availability or other reasons.  Is that, like a

15   (Indiscernible) because she had four days of availability and

16   she was told, like, she didn't have enough availability for

17   training.  I don't know if that's, like, true or not.

18        DEANNA PUSATIER:  So I don't know about the specific

19   situation.  But what I can tell you is that at -- when we're

20   looking at barista trainers, we want folks who are going to be

21   available to train people the times that we need them.  So I

22   don't know about your specific situation, but it's a good

23   question.

24        I don't know who had their hand up.

25        UNIDENTIFIED SPEAKER:   Go ahead.



1          DEANNA PUSATIER:  Go for it.

2          UNIDENTIFIED SPEAKER:  I was going to say, (indiscernible)

3    had their hand raised for a little while.

4          DEANNA PUSATIER:  Okay.

5          UNIDENTIFIED SPEAKER:  Go ahead.

6          UNIDENTIFIED SPEAKER:  I just wanted to go back to

7    something that you were saying earlier because I think -- what

8    I think that we want everybody to know, I'll just say that I'm

9    part of the organizing committee for the Starbucks Barista

10   Union.  And the most recurring theme that I've heard from all

11   of the other folks on the organizing committee is that we love

12   Starbucks and all we want is to make it better.  And I think we

13   want Starbucks to see it not as a threat or as anything, like,

14   detrimental to Starbucks or to Starbucks' reputation because

15   all of us think Starbucks is great, we just want to make it the

16   best that it can be.  And we think that, honestly it won't

17   change many things, like these kinds of conversations will

18   still happen.  And honestly, union negotiations wouldn't look

19   that different because the thing I wanted to go back to is you

20   said something about the union speaking for us.  And that's not

21   unions work in terms of -- it's basically just a way for all of

22   us to be able to speak for ourselves and to make sure that

23   there's accountability and like, if a district hasn't had that

24   kind of conversation in (indiscernible) we can negotiate labor

25   management meetings to make sure that this kind of conversation

1    happens regularly.  And then we're actually making the most of

2    the partnership.  So I think -- I just want to, I guess,

3    clarify that this (indiscernible) to make Starbucks even better

4    and that -- like, and partnership (indiscernible) place.  And

5    make sure that we -- not necessarily that, like, I don't think

6    it's a reaction to Starbucks not listening; so much just the

7    way of actually making sure, like, if we had conversations like

8    this with the union in negotiations, then we could walk away

9    with a document that, like, everybody could refer back to.  And

10   it would just be a way to make things more verified and to

11   actually have things, like, (indiscernible).

12        ROSEANN WILLIAMS:  Okay.

13        UNIDENTIFIED SPEAKER:  You were next.

14        UNIDENTIFIED SPEAKER:  Oh, thanks.  Yeah, I mean, I have a

15   question at the end of what I'm going to say.  But I guess just

16   to with what Jazz (phonetic) was saying.  Yeah, every single

17   person who is on the organizing committee, like, is pro-

18   Starbucks.  And if they're not, they don't speak to the union

19   at all.  And I know everybody loves, like, the benefits and I

20   think Starbucks has some of the best benefits in the entire

21   service industry.  So I also applaud Starbucks on that, like,

22   100 percent.  And just like Jazz said, I just think a union can

23   make it even better.

24        But going off of that, something Amanda (phonetic) brought

25   up too, is like the shortages and like, that always falls on



1   us.  Like, we're the -- we're in the stores day in and day out,

2   like, telling people we don't have this or that or anything in

3   our stores.  Like --

4       UNIDENTIFIED SPEAKER:  Telling people that the list of

5   things we don't have is five times longer than the list that we

6   do have.  And then getting an eyeroll is --

7       UNIDENTIFIED SPEAKER:  Yeah.  So I'm just saying, like,

8   since we're the front-facing part of that, like, when do we get

9   answers on when things are going to be restocked or like, when

10  we're going to have things, or how do we take that off of us

11  since that's -- we're doing our job to the best that we can.

12      UNIDENTIFIED SPEAKER:  Or even when do we get to have

13  (indiscernible) communicated with customers, because I know

14  part of the thing in my specific district, because it's -- the

15  Buffalo district is (indiscernible) a bunch of different

16  districts.  But my specific DM has gone to quite a few stores

17  and said that we're not allowed to have handwritten notes

18  anymore, which makes it a lot harder for us to communicate that

19  we can't make your takeout drink because we have to explain

20  that all those items are out of stock and then when you're

21  going by the list you have to do that one by one, so.

22      DEANNA PUSATIER:  Thank you for sharing that, both of you.

23  I appreciate that.  I'm definitely sensing how difficult this

24  is.  And I do want to share, I think you probably know this;

25  this is -- you know, it's unfortunately affecting the whole



1    industry all over, I mean really all over the world.  And so I

2    wish I could share with you when it's going to -- when it's

3    going to change.  I don't know the answer to that, I genuinely

4    don't.  And that's helpful information about the

5    (indiscernible) piece, right.  So that's -- you know, and what

6    I'm hearing from you all is it's important for you to be able

7    to have ways to communicate to the customer so that you don't

8    have to do that every single time that you are out of

9    something.

10   ROSEANN WILLIAMS:  Okay.  There is one thing I wanted to

11   add to that.  So I actually do track every item every day.  I

12   sit on a meeting -- we have a meeting every day with our -- the

13   people on our supply chain.  We go through every single

14   supplier.  I'll take caramel for example, we track 450 items

15   every single day, there are various items.  And we actually sit

16   in a meeting with a planner, the person that orders everything.

17   Walk them through how much we ordered from the supplier, how

18   much capacity they have to -- because they also just went

19   through COVID and they had to shut down lots of their plants.

20   And so they're trying to open up their plants just like we

21   opened -- reopened stores.  So they're trying to get enough

22   workers to get the warehouses and the manufacturing plants

23   working.  And so we actually track every single item, how much

24   we ordered from each one of the different suppliers, how much

25   of that supply they can make and what time they can make it.



1    And then how quickly we're going to get it into our -- in the

2    CDCs.  And then how quickly that's going to get into the store.

3    So we actually have a very big group of partners that meet

4    every day that meet every day to track those items.  And it is

5    not just Starbucks, I think anywhere you guys go you'll see

6    that this is impacting everything.  I was in the grocery store

7    last week and I was actually shocked.  Some of the things that

8    I just would take for granted would be in a grocery store.  And

9    so we absolutely understand the point of your conversation that

10   I just heard, or the comment was you feel like it's on your

11   back to be able to explain to customers.  So all I would share

12   to you with that is you work at Starbucks, and for as much as

13   we celebrate (indiscernible) upon anything at any given time,

14   because that was our standard.  Right now, we just can't buy

15   enough, we can't get enough.  We can't get enough aprons

16   because they're made in China, unfortunately.  And getting the

17   containers because there's no containers to get and they're --

18   one of suppliers is down.  So there's lots of complexities.

19   Well, one thing I would just share with you guys is you work

20   for a company that is asking you just to be here.  Well, if

21   somebody comes in and you don't have caramel syrup, and they're

22   pissed off, say guess what, drinks on me today.  We're really

23   sorry we're out of caramel, we don't actually control the fact

24   that we can't get caramel but let me buy you something today

25   and (indiscernible) don't feel like you have to try to -- now,



1    not for yourself maybe where customers are being aggressive;

2    that's a whole different situation.  And I think -- and we

3    don't want to reward aggressive behavior ever.  But if you're

4    really disappointing someone, just say, look, it's on us today

5    and just supply it for them.  I mean, that -- if you

6    (indiscernible).  I guarantee that every experience or hope to

7    guarantee that every experience you have in the store is one

8    that makes your day a better place.  And if that means buying

9    somebody a couple drinks or a couple food items, when a couple

10   months or a month ago and we didn't have any breakfast

11   sandwiches and somebody would order, oh, we don't have it, no,

12   we don't have it.  Listening to you guys, just say, guess what,

13   we're out of breakfast sandwiches.  If you pick something else

14   today we're going to buy that for you instead, and we're so

15   sorry.  Do what you want to do and you feel comfortable doing,

16   but I don't want -- I don't want you to feel (indiscernible)

17   feel like you have to explain things that are not -- is not

18   even in your control, it's not within our control.  And rest

19   assured that you have a bunch of very compassionate partners.

20   Most of them sit in Seattle, some of them sit elsewhere.  But

21   they work every day trying to figure out how we're going to get

22   back in stock like caramel sauce, (indiscernible).  Oat milk,

23   you guys know that we came out of the gates going like this,

24   and then all of a sudden, (indiscernible).  So we've learned a

25   lot through the pandemic.  But I don't want you to feel like



1    you have to put all of that on your shoulders.  Do what you

2    want to do, be nice to your customers, and know that we'll back

3    you up whatever that is.  Because it's no fun to say I'm sorry,

4    we can't make that because I'm out of this.  Mobile order and

5    pay customers doesn't get turned off, they order stuff and they

6    show up and the drink's not there.  So we know there's a lot of

7    complexity right now.  And also know that you have our support

8    to do what you want to do, and what you think you need to do to

9    make it right for the customer.  Does that make sense?

10    UNIDENTIFIED SPEAKER:  Yes.

11    ROSEANN WILLIAMS:  Okay.  And do you feel empowered to do

12    that?

13    UNIDENTIFIED SPEAKER:  I mean, honestly we're out of so

14    many things, like, we would just end up giving everything away.

15    Like, it would just be like constantly giving things away.  I

16    mean, I appreciate the sentiment, I don't think that's really,

17    like, a practical solution.  But I appreciate the support

18    behind -- I appreciate you making the effort to make me feel

19    supported.

20    ROSEANN WILLIAMS:  And it may be every customer, but I'm

21    saying in those situations where you feel like it may make

22    somebody's day better and we just don't have it.

23    UNIDENTIFIED SPEAKER:  Yeah.

24    ROSEANN WILLIAMS:  I mean, I wish there was something else

25    I could do besides just close all the stores and not have jobs



1    for people until we get back the stock.  I mean, there's all

2    sorts of things we could do that we're choosing not to do.  And

3    I hate the fact -- I hate the way (Indiscernible).  I hated it

4    when we said take the breakfast sandwiches so that we have them

5    to sell versus putting them in the case and then throwing them

6    away at the end of the day.  I mean those are really -- they

7    seem like stupid decisions to make, but those decisions are

8    made by partners that care deeply about trying to do the right

9    thing.  And sometimes we get it right, I'd like to think we get

10   it right most of the time; but sometimes we don't get it right

11   and then we need to say we didn't get it right.  We need to

12   apologize and say we're sorry we didn't get it right.  That's

13   part of being in the company to me.  And I hope we never lose

14   the (indiscernible) of us.  And there's lots of things we do

15   that frustrate me as a partner.  And all I know how to do is

16   talk to somebody about it; talk to pro, talk to people I trust,

17   and say, look I just don't think that's right.  I think somehow

18   we got to do better than that.  What could we do differently?

19   Do we get to talk to people like we're doing today and say,

20   (indiscernible) ideas we have, great ideas about TikTok, just

21   have somebody show it on their phone.  Those things can help

22   somebody else in another market because they come from ideas

23   that you guys have already had to solve in your store.

24       UNIDENTIFIED SPEAKER:  I mean, I'd agree.  I think

25   partners are ultimately the best people to make these

1   decisions.  And that's why I think having the ability to, like,

2   negotiate a contract where we're not just having sessions with

3   listening but we have, like, accountability.  That's personally

4   why I think, like, partner -- we all know what's best.  Like,

5   we were in the stores, like, day after day.  And so that's, I

6   think, why negotiating a contract for me is essential,

7   ultimately.

8       ROSEANN WILLIAMS:  I'm -- I appreciate and respect those

9   types of questions.

10      UNIDENTIFIED SPEAKER:  Yeah, I respect your response and I

11  appreciate you responding to that question as well.  Appreciate

12  it.

13      ROSEANN WILLIAMS:  Okay.  That's what we do.  I don't know

14  who's first.

15      DEANNA PUSATIER:  We're going to have to duke it out over

16  here.

17      UNIDENTIFIED SPEAKER:  Yeah, I mean, like, returning to

18  the initial question of, like, what I love about Starbucks is,

19  like, my coworkers.  Like, I -- they're like the best people

20  ever.

21      ROSEANN WILLIAMS:  Your what?

22      UNIDENTIFIED SPEAKER:  My coworkers.  Like, I feel like

23  they're the best people I've met, like, in my life.  And like,

24  at my store, they're really great.  And we've had -- since I've

25  started in -- like, two months ago, we've had, like, 15 people



1    leave.  And our, like, entire store size is like 22 to 25

2    people right now.  And it's not because it's hard to work with

3    me.  I think there's more difficult people than that.  And you

4    know, that kind of has, like, accelerated things.  Now,

5    (indiscernible) a lot of them were long-term partners.  And

6    then the long-term partners that were left are, you know,

7    breaking their backs every day working eight hours on

8    (indiscernible) their entire shift because everybody else on

9    the floor is a green bean and still learning their positions.

10   Then you have to be listening to the headset in case the drive-

11   thru order person is making a mistake because they're new to

12   their position.  And then you also have to be helping out the

13   person from CS because they don't know what things to make.  I

14   basically have seniority over half the store at this point and

15   I've only been there for two months.  And I'm, you know, trying

16   to help out, you know, everybody.  And I'm -- you know, I'm

17   working eight hours on most of my shifts.  And I think for a

18   lot of partners in my store, and myself included, like, the

19   thing that's keeping them there and keeping their hope is the

20   union right now.  Like, I know -- I didn't see the

21   (indiscernible) people at my store who have said to me, like,

22   I'm going to stick it out because I really hope this works.

23   Because I think, like, these things have been going on for way

24   longer than I've been here and I've only been here for the past

25   few months and it feels like the only time we actually finally



1    saw the corporate in our stores and listening to us, is after

2    this campaign started, after we went public.  Because it, like,

3    finally was a real -- real enough, like, issue.  Me -- you

4    know, in my opinion, it's because it like, threatened upon

5    Starbucks shareholders a little bit and they put a little bit

6    more money or whatever in our pockets.  And it feels like

7    that's what brings, like, things like this to fruition is,

8    like, having a voice, with -- not just like, in the way that

9    Starbucks has -- like, every partner has a voice, but having a

10   voice with real power behind might have a -- like, might have a

11   (Indiscernible) from us.  And I feel like as much as, like -- I

12   could on all day about problems at my store, but it's like a

13   conversation, at this point, at the negotiating table because,

14   like, there I would have the power to come up with a piece of

15   paper that guarantees certain things that Starbucks will do, it

16   guarantees certain things that I will do.  And we can have,

17   like, a real working relationship in that way.  And that's how

18   I see, like, the union fixing things.  And that's really why

19   I've stayed working at Starbucks is because I'm holding out for

20   this.

21        ROSEANN WILLIAMS:  I appreciate you for that.  Thank you.

22        UNIDENTIFIED SPEAKER:  And I wanted to jump in with you.

23   Was your name Vince?

24        VINCE:  Yes.

25        UNIDENTIFIED SPEAKER:  You're the -- you were the first



1    person to share, like, what you really loved at Starbucks.  I

2    wanted to jump in quickly after you talked because I mean, I

3    came to Starbucks because I wanted a change of pace in life.  I

4    came over out of school, I was tired of just, like, doing a lot

5    of work by myself.  I wanted to work with people and I love

6    being at my store.  Like, I spend more time with the people at

7    my store than with intimate people in my life.  So I see my --

8    I see my Starbucks partners more than my actual partner.  So

9    like, I love being in this space and being with these people

10   who care about trying to build a space that is customer

11   focused.  Like, I didn't expect that it would happen because I

12   was so overwhelmed with the training  But I now know what

13   everybody's going to order the second that they walk in the

14   door.

15        UNIDENTIFIED SPEAKER:  That's awesome.

16        UNIDENTIFIED SPEAKER:  Right?  And like, I wasn't

17   expecting that.  At first, I was just so overwhelmed with,

18   like, learning the menu.  Like, I was -- the first two weeks

19   were hell.  They were -- I mean, they were awful.  They were

20   awful.  I felt very alienated from a space where people were

21   very close.  Now, I'm finding that (Indiscernible).

22        ROSEANN WILLIAMS:  Right.  After you feel like you know

23   how to do stuff.  Right.

24        UNIDENTIFIED SPEAKER:  But I think that when I talk with

25   my partners at the store, people don't feel like we are really



1    in a democracy.  Like we're the people that are there every

2    day, making the drinks, running the equipment, and sure we can

3    share these things with our managers.  But we get lots of

4    things handed down to us from the DMs and the DMs responds

5    regional managers.  And there's a hierarchy that we, on the

6    lowest level of that hierarchy, experience as being

7    unidirectional.  And I've been told my entire life that I live

8    in a democracy in the United States.  We know that we don't

9    live in a democracy.  I crave working in a place that's

10   actually democratic.  And that is not the kind of experience

11   that I have at Starbucks right now.  I think if our space was

12   truly democratic, we would prioritize this human connection

13   that Starbucks claims is the focus of its organization.  But

14   when we are constantly expected to meet drive-thru time

15   standards, how the hell are we supposed to even have a human

16   connection.  This -- there is an explicit contradiction between

17   what the drive-thru is and the human connection.  But we

18   pretend to like people coming through the drive-thru are there

19   for the human connection.  At the same time, like, that's not

20   true for everybody.  Like, a lot of the people that come

21   through the drive-thru are regulars too, and it's nice to chat

22   with them when you're on the window.  But our managers are like

23   beholden to getting these drive-thru times down, and that

24   stresses them the hell out.  And then that stresses us the hell

25   out.  And we're just trying to train new people, there's a



1    ridiculous menu to learn.  Like, it's absolutely overwhelming.

2    I don't really see where human connection is actually something

3    that is foregrounded in the way that this company, which

4    continues to expand and put a greater emphasis on trying to get

5    more drive-thru mobile ordering, like, an essential part of

6    this business.  I think that if Starbucks was a true democratic

7    organization, the human connection would be foregrounded,

8    unquestionably.  But we don't actually work in a democratic

9    organization.  That's me speaking from my heart, honestly.  And

10   you know, I got a little bit of the change of pace that I

11   wanted leaving grad school.  But I didn't expect to be working

12   harder than people who work in auto factories or what I call

13   the bar.

14        ROSEANN WILLIAMS:  It is in fact true it is a fast-paced

15   job.  And it is in fact true that we don't actual get to define

16   those human connections with our customers.  We believe it's a

17   human connection because of the connection we have with each

18   other.  But our customers are actually telling us they also

19   want convenience when they're in a hurry, or they don't want to

20   stand in line when they have a break, and they're kind of in

21   for an order and pay.  So I appreciate your point of view on

22   the human connection.  The things that we have innovated around

23   that don't feel like they're relaxed and slow are because

24   customers have asked us for that.  So we're kind of caught in

25   between a okay, if we're running a for-profit business that's

1    still trying to do the right way, and our -- and we -- and it

2    was grounded in the third place, at a place market where we

3    came (indiscernible) hung around and talked to each other like

4    we -- like how we envisioned and (indiscernible).  But

5    customers are asking for other options, because many of our

6    drive-thru customers also come in the café when they have more

7    time.  But they choose the drive-thru because they have kids in

8    the car, or it's 10 degrees outside with five feet of snow.  Or

9    whatever things you guys get up here.  So mobile -- so drive-

10   thru is one innovation, mobile order and pay was another,

11   pickup is one.  And those are all being driven by what customer

12   demands are.  So at -- if you have any ideas on how we can make

13   those modes of operation more humanized, I'd love to hear what

14   your thoughts are around that, because I don't know that we

15   drive that.  That's mostly driven from customers.  What we do

16   have control over is you feeling the pressure that you're going

17   faster or you're not fast enough, or that we're only focused on

18   metrics out the window and that's causing pressure and anxiety,

19   that's what Deanna's here to do, that's her job.  She's new to

20   this market, not new to the company, she's had 22 years.  I

21   believe strongly that in six months when we sit down and talk

22   about her leadership, that you are going to experience a leader

23   who cares deeply about you as a partner, who cares deeply about

24   not just the metrics but how you feel as a partner, what your

25   experience on shift is.  And that for whatever we have today,

1    that we have a leader here that I have seen for years and years

2    and years on how she builds teams, how she engages with her

3    partners, and how she makes it not just about metrics.  I think

4    you will feel a (Indiscernible).  I can't make any promises,

5    but I've seen it before, and the work that she's done.  She

6    currently coming from an area in Boston, we called the partners

7    in Boston to figure out what type of leader Deanna was for them

8    when she got there.  Three years you were there?

9         DEANNA PUSATIER:  Three years.

10        ROSEANN WILLIAMS:  So we can control that.  So if in fact

11   you're feeling pressure, we can address that.  And we can take

12   that back and say why are we putting so much pressure on out

13   the window, who is putting that pressure on the DMs?  Are the

14   DMs putting that pressure on themselves or -- and I don't know

15   because I haven't talked to them about it.  But if you're

16   feeling that, we -- that is something we can change.  We can't

17   change the customer side of it, though.  If you have any ideas

18   on what you would recommend (indiscernible) in the drive thru

19   or mobile order and pay or any of that to make it more human?

20        UNIDENTIFIED SPEAKER:  I think that certain things have

21   been talked about already, increasing training.  But I also

22   feel like having baristas, shift supervisors feel like that

23   their voice is heard and supported by something that has

24   legally binding power is the best way to actually go about

25   doing that.  And from that standpoint, that's why I believe in

1    building what would actually be a democratic space that

2    empowered those people in those spaces would -- I'm not

3    articulating this in the most eloquent way.

4        ROSEANN WILLIAMS:  It's okay.

5        UNIDENTIFIED SPEAKER:  It's okay.

6        UNIDENTIFIED SPEAKER:  But the pass towards that for me is

7    supporting worker's right to organize.

8        ROSEANN WILLIAMS:  And we appreciate that and respect it.

9        DEANNA PUSATIER:  Did you have your hand up?  Yes.

10       UNIDENTIFIED SPEAKER:  So I was (Indiscernible) a while.

11   So --

12       DEANNA PUSATIER:  Just pick right back up where we were,

13   yeah.

14       UNIDENTIFIED SPEAKER:  Yeah.  So I'm not here for a

15   (Indiscernible) or nothing like that, it's completely out of

16   context.

17       ROSEANN WILLIAMS:  And neither are we, so.

18       UNIDENTIFIED SPEAKER:  So I just wanted to give some -- I

19   guess some things that I've noticed since we've started at my

20   store and things that our managers (Indiscernible) do for us,

21   that's helped out with things such as the shortages and things

22   like that.

23       ROSEANN WILLIAMS:  Things like what?

24       UNIDENTIFIED SPEAKER:  Like the shortages or not having --

25       ROSEANN WILLIAMS:  Labor shortages?



1          UNIDENTIFIED SPEAKER:  No, like the (indiscernible) --

2          ROSEANN WILLIAMS:  (Indiscernible), okay.

3          UNIDENTIFIED SPEAKER:  -- that might help you guys out,

4   just because like, you guys are (indiscernible) but we are on

5   the foreground of handling customer interactions, making a

6   connection, and all those things.  So for my store we were

7   having issues with trying to leave out what sandwiches do we

8   have, what do we not have, because I mean, we have the menu

9   boards so we (indiscernible).  So my manager allowed me to

10  create new menu boards that we can coincide with breakfast,

11  lunch, that we can use (indiscernible) to mark what we have,

12  what we don't have.  And then, also as a shift supervisor, if

13  we're out of certain things that I know we don't have for the

14  next day I suggest alternatives.  So if someone comes in

15  saying, I love the roasted ham and Swiss, which I haven't seen

16  since I started.  I was like -- you can be very vulnerable with

17  customers (indiscernible).  And just saying, like, hey, sorry,

18  (indiscernible) since the pandemic, there have been some

19  shortages on food, but can I suggest getting you the ham and

20  cheese croissant instead, if you have the items for it.  9

21  times out of 10, I've maybe once -- and they weren't even mad,

22  maybe once had someone be dissatisfied with the suggestion or

23  what we're offering or (indiscernible) or other things.  I've

24  worked in customer service since I was 16, so that just might

25  be a personal thing that just needs some time to, like --



1    that's what I've been training my barista to do, just in

2    general, just saying like, hey, if we're out of something,

3    suggest them something else.  Don't just tell them we're out

4    and have them try to figure something out; give them options.

5    And then if (indiscernible) don't -- I would not be afraid to

6    ask the shift to get (indiscernible) people are okay.  I'm

7    really sorry we didn't have the sandwich for you, or even

8    (indiscernible) hey, we didn't have this, I'm sorry if you

9    wanted it, can I get you something else or a refund; the next

10   one's on me, once we have it back in stock --

11        ROSEANN WILLIAMS:  Exactly.

12        UNIDENTIFIED SPEAKER:  -- just hint towards that.

13   Hopefully we'll have it soon.  I've never really had a major

14   aggression issue from a customer for that.  So with handwritten

15   notes, it is kind of a challenge because I feel like we all

16   handwrite everything.  Like hey, let me write this on the mini

17   chalkboard don't forget to say that we don't have this, or hey

18   this is new.  Managers have some budget for things like for

19   store, operations and store supplies.  Asking the managers, say

20   hey, can we -- I'm sure there's a lot of people out there

21   (indiscernible) I've seen so many career people that I work

22   with, asking hey, do you mind if I tackle a (Indiscernible)

23   something that we can use to let people know what we're out of

24   right now and things like that.  Not something super permanent.

25   Something that, you know, (indiscernible) and then we have a

1    way to have it printed out saying, like, we're out of this

2    right now and we can just have that there so customers know

3    what's going on.  You don't have to explain as much if you

4    don't want to.  And even, the situation to be like, syrups and

5    things like that, just saying, like, hey, we're all out of

6    this, it's one of my favorites also, this is what's going on.

7    I can suggest this for or try this option.  You know, just

8    having that communication (indiscernible) not only increases

9    connection but also shows that you're really trying to help

10   them.  And 9 times out of 10, I (indiscernible) that it goes,

11   like, I know it's not (indiscernible), I appreciate you trying,

12   I'm just so frustrated because I -- this is my favorite thing

13   and it's just I always (indiscernible) and you don't have it.

14   I was like, I understand, and that's when I give them a

15   (Indiscernible) and just make their day.  So that's definitely

16   an option to help out on the ground until we can figure out

17   (indiscernible) everything back to normal.  Because --

18        ROSEANN WILLIAMS:  I really appreciate that.

19        UNIDENTIFIED SPEAKER:  I mean, that's a huge thing.  And

20   then with, what you were saying, the customer connection.  I've

21   only worked at a drive-thru a total of once, so

22   (indiscernible).  And it was the first (indiscernible) I was

23   there to (indiscernible) because I was on there for a 9 to 9

24   Saturday, but they (indiscernible) okay.  So drive-thru times

25   are important.  I know almost any fast food chain has a

1    guideline on how long people should be waiting for food,

2    (indiscernible) and in person, mobile orders, everything like

3    that.  Connection is something that seems to rely

4    (indiscernible).  Honestly, when I worked at the window, just

5    asking them a random question of the day, asking hey,

6    (indiscernible) are you doing anything today.  Just doing

7    (indiscernible) you can read the customer based on if they're

8    in a hurry, if they have time to sit and talk.  They don't have

9    (indiscernible) I've -- I mean, you can tell, they're like,

10   just I got to go to work and I'm like, okay.  Then that's when

11   you know, like, they don't want me to overload them with

12   conversation.  They're more interested in just running in and

13   out because they somewhere to be.  Or (indiscernible) have

14   plans.  Or I mean, the number of times that I was

15   (Indiscernible) put their car their park while I was talking to

16   them was kind of funny.  But I mean, my store alone, we started

17   off with like, a 48-customer connection, which isn't bad in any

18   means for our store, and like, especially with everything going

19   on.  Recently we'd gotten up to a, like, a 61 or 62.  So we've

20   improved.

21        UNIDENTIFIED SPEAKER:  Congratulations.

22        ROSEANN WILLIAMS:  Wow.

23        UNIDENTIFIED SPEAKER:  Thank you.  Honestly, people --

24        UNIDENTIFIED SPEAKER:  Well, ours is like a 60, isn't it?

25        UNIDENTIFIED SPEAKER:  It's just --



1      DEANNA PUSATIER:  Nice.

2      UNIDENTIFIED SPEAKER:  I mean, (indiscernible) over six

3  months, and just having those little moments.  Even if it's not

4  -- even if you can't say anything (indiscernible) or talking to

5  get someone's order or -- just personal.  Right, looking at

6  someone just acknowledging them saying, thank you so much, have

7  a good day, or how are you doing.  It just makes a whole lot of

8  difference.  So I think that'll help with the internal side of

9  us on the frontlines during the pandemic, during

10  (indiscernible) people may be more frustrated than usual.  But

11  (indiscernible).

12      ROSEANN WILLIAMS:  Thank you.

13      DEANNA PUSATIER:  Thank you for that.

14      ROSEANN WILLIAMS:  I appreciate it.

15      DEANNA PUSATIER:  All right.  So I do just want to -- I

16  want to hear what you have to say.  I know we're over time.  So

17  if you -- right?

18      ROSEANN WILLIAMS:  What time are we going to?  3:30?

19      DEANNA PUSATIER:  I thought it was 3:15?

20      UNIDENTIFIED SPEAKER:  I thought it was 3:45?

21      (Simultaneous speech)

22      DEANNA PUSATIER:  I was worried that we were going to

23  (indiscernible).  Thank you.  All right.  It's 3:45.  We're

24  good.  And by the way, I love your shirt.

25      UNIDENTIFIED SPEAKER:  Thank you.  (Indiscernible) on



1    Monday (Indiscernible).

2         DEANNA PUSATIER:  You did (indiscernible)?

3         UNIDENTIFIED SPEAKER:  Yeah.

4         DEANNA PUSATIER:  Yeah, they're great.  They're great.

5         UNIDENTIFIED SPEAKER:  Thanks.  But what I -- I want to

6    know how the customer connection score is curated?  Because I

7    work at a -- I used to work at a (Indiscernible) which is a

8    drive-thru/café store and our customer connection score wasn't

9    that great when I was there.  I haven't been there in a few

10   months, so I'm not sure how it has changed.  But when we went

11   to a café store I was really hoping for like, the

12   (indiscernible) wanted to up the customer connection score.

13   That was one of my favorite parts of my job, was being able to

14   connect with different customers.  And we're sitting here and

15   we're (indiscernible) like, consistently, and I'm not entirely

16   sure why?  Or also, like how to approach a partner that has

17   been there longer than me that I can see is not making that

18   customer connection without seeming rude, you know, as someone

19   that has only been with the company for a little over two years

20   going out to someone who's been there for five and being like,

21   hi, could you please ask for the customer name, especially

22   during peak?  Like, without being rude about it.  So it's just

23   -- I want to know how you guys would particularly approach it

24   and how the customer connection is even curated?

25        DEANNA PUSATIER:  Yeah.  So it's a two-part question.  So



1    the answer to the customer connection score.  It's how many

2    times a customer says that the barista made an effort to get to

3    know them.  And so the question is, did the barista make an

4    effort to get to know you, and if they say yes, that raises

5    your score.  The reason it's that question is it's the greatest

6    predictor on if our customers still value or want to return,

7    and they told us that's most important to them.  And I think

8    sometimes when we -- it is really that simple.  And I think

9    sometimes, like, we make it really complicated because you

10   spoke to (indiscernible) it's about our customers, you know,

11   they just want to be seen, they want to be heard, we all want

12   that.  That's all we want all the time.  And so it's really

13   just did the barista make an effort make to get to know me?

14   And you also described some great ways in which you can do

15   that, depending on whatever the customer's emotional state is,

16   because, you know, where we're at when we're running late for

17   work and where we're at when we're leisurely on our way home or

18   on a Saturday is different, and what our needs state is.  So

19   that's that.

20       In terms of recommendations on how to approach it, I don't

21   know.  I would kind of trust yourself, you know?  Because what

22   I heard from you when you were just talking.  I heard you love

23   people, you want to make sure that the people you work with are

24   kind to others.  And I think just say that, right?  Like -- and

25   I think, like, have faith in your fellow partners.  If you

1    notice that somebody's not getting somebody's not getting

2    somebody's name, like, you know, just give them that tip

3    because we've all talked about it, a lot of new partners.  I

4    met some the (indiscernible) in recommendations as well, too,

5    so I definitely want to hear that.  But I would say, like,

6    trust your instincts because, you know, it sounds like your

7    intent is in the right place.  And it can start with that, with

8    like, love and respect about saying, like, oh, let's make sure

9    we get to know the customer's name.

10       UNIDENTIFIED SPEAKER:  And just another thing, too, that I

11   just remembered (indiscernible) is like, how do we -- so I've

12   gone through separate store managers.  The first one had a

13   (Indiscernible) and then the second one was (Indiscernible).

14   And one of the things that was happening, we, like, there were

15   certain things that we would do for do for our regulars that

16   Starbucks used to do that we haven't necessarily been doing any

17   more, such as, like, making an iced pour over, or doing like,

18   iced tea with like the tea bags and stuff, or like, iced French

19   tea that we've kind of shut down which really angered a lot of

20   customers and is one of the reasons why I (indiscernible) the

21   store.

22       DEANNA PUSATIER:  So you were told you weren't allowed to

23   do these things?

24       UNIDENTIFIED SPEAKER:  Yeah.  Like, one of them -- one of

25   my (indiscernible) iced pour over, and iced coffee pour over



1   and they have been with the company for 22 years,

2   (indiscernible) most of the customers that would come to the

3   store and --

4         UNIDENTIFIED SPEAKER:  Was that Tony (phonetic)?

5         UNIDENTIFIED SPEAKER:  It was Tony.

6         UNIDENTIFIED SPEAKER:  Everybody talks about Tony still in

7   the store.

8         UNIDENTIFIED SPEAKER:  Oh, really?  That's funny.  But he

9   ended up leaving the company because of this writeup because he

10  had wanted a transfer.  But when you get a writeup you're not

11  allowed to transfer.  So I just want to know, like, where does

12  our store standards and our customer functions, like, they kind

13  of clash sometimes.  So what would we do in that same

14  situation?  Would I do what the customer wants because that's

15  what they are specifically asking for?  Or would I listen to

16  the Starbucks standard which is no.

17        DEANNA PUSATIER:  The Starbucks standard is to do what's

18  right by the customers and that you're empowered to make any

19  decision that you need to --

20        UNIDENTIFIED SPEAKER:  That's what I thought.

21        DEANNA PUSATIER:  -- that feels ethical and law-abiding to

22  create a great experience.  So that is -- that's the Starbucks

23  standard.  That's what we're about, so.

24        UNIDENTIFIED SPEAKER:  I'm just making sure because

25  (indiscernible) at some certain points due to the fact that I



1   was (Indiscernible) him, I can't do that.  No, I can't give you

2   a (Indiscernible), like no, I can't do this, this, and this.

3   I'm like, we've been doing certain things for years.

4        DEANNA PUSATIER:  Yes, yes.

5        UNIDENTIFIED SPEAKER:  And then we have customers that

6   would be, like, so excited to come to our store and get that

7   specific thing and they'll tip us $50 every Christmas.  And

8   like, even a specific customer used to give us -- every partner

9   $50 and a card and would write their name on it.  He stopped

10  because of this particular policy that was strictly enforced

11  upon our partners.  And it just didn't feel like it was a

12  customer connection-type store anymore.

13       ROSEANN WILLIAMS:  I -- yes --

14       DEANNA PUSATIER:  I was just going to say, too.  And you

15  had shared about what our vision is for the -- for our customer

16  (indiscernible) what vision is for the customer, and there's

17  very little that -- and I actually think of any right now, that

18  we wouldn't do for a customer.  So for some reason it was

19  (Indiscernible).

20       What I would say is that when you do see something

21  happening like that, that you are questioning, is to reach out

22  to someone.  And I know this situation, right, you're saying it

23  was a policy, but when you know in your heart of hearts this

24  doesn't seem right, you need to reach out.

25       UNIDENTIFIED SPEAKER:  It just -- something that has



1    happened, we have reached out, it just hasn't gone anywhere.

2    So it's been (indiscernible) and your (indiscernible) it's

3    basically a person that's making our schedule that is enforcing

4    this rule, it's difficult to question someone who might cut

5    your hours, because I saw that happen a couple times, where I

6    come to the store manager and you know, hey, could you just

7    please have a connection about X, Y, or Z that is happening,

8    that we can see is happening that isn't correct.  And they have

9    the next -- the newest schedule after that.  I would go from

10   that, I would go from 35 hours to 23.  And I have

11   (indiscernible) that I want to work.  And I have been

12   consistently getting that specific schedule, but it seemed too

13   convenient.  You know, it was too convenient that that had

14   happened immediately afterwards, so I'm -- it had scared me

15   from going up to my store manager and saying, hey, I

16   (indiscernible) that this is correct, or hey, this is

17   (indiscernible) because I don't want to be personally punished

18   for believing that this is -- Starbucks would not

19   (indiscernible).

20        ROSEANN WILLIAMS:  I just -- I can't -- so every company

21   has people that mean well, but sometimes when they mean well

22   they make decisions that may not be impacting (indiscernible).

23   it sounds like in this situation, I don't have any -- we never

24   (indiscernible) policy that I know.  But I don't know

25   (indiscernible) more and more.  But I remember the policy



1    (indiscernible) something like -- there's something I'm taking

2    out of my purse and I'm going to give it to you to put in

3    yours, right?

4         UNIDENTIFIED SPEAKER:  Oh, no, no, no.  Nothing like that.

5         ROSEANN WILLIAMS:  We can't do that.  But anything else

6    behind the bar, that the customer asks for it, you should be

7    able to make it.  So if somebody in your store, a store manager

8    comes up with some policy, what I (indiscernible) is they're

9    usually trying to solve for a problem (indiscernible) they

10   don't think they don't have enough flavors so they want to stop

11   making beverages that take a lot of time so we have

12   (indiscernible) time.  But it is true that we have baristas or

13   shift supervisors, we have store managers, we have district

14   managers, and department resource managers, and directors and

15   people like myself that are just humans and we make

16   (indiscernible) make that decision, it doesn't mean we're bad

17   people.  So if in fact you think that because you asked a store

18   manager that you were retaliated against and hours were taken

19   away, there's an ethics and compliance hotline that's -- that

20   you should call and say, I don't know how to talk to my

21   manager.  There's DRRC department resources report center, call

22   them and say a situation happened to me in my store, I'm not

23   comfortable talking to my store manager.  Because every once in

24   a while something happens and I don't know the situation so I

25   don't know what happened.  But if you feel for any reason that



1    happened, please, please, please speak up.

2        UNIDENTIFIED SPEAKER:  Okay.

3        ROSEANN WILLIAMS:  You know, there's not a policy at

4    Starbucks that I've ever seen or heard that was intentionally

5    made to rep -- to tell a customer they can't buy something,

6    making a partner feel like they're being retaliated against.

7    So again, we can't -- I can't control what everybody says.  But

8    what we can do is we can put policies and procedures in place

9    saying that if you feel like -- you're a partner and you have

10   an experience that you're questioning, please call someone and

11   let us know so we can come find out.  Otherwise we won't know

12   that it happened, right?  So again, I don't know of any policy

13   I've ever seen that says you can't make a drink for a customer.

14   Now, if you don't have a beverage item and you can't make it,

15   that's a whole other thing.

16       UNIDENTIFIED SPEAKER:  Well, yeah.

17       ROSEANN WILLIAMS:  But it doesn't sound like in your exper

18   -- in your particular situation that they made -- there was an

19   error in judgement or a bad decision made; again, I don't know

20   what it is.  But if you feel like -- I think you said it well,

21   Deanna, if you feel in your gut that something's not right, say

22   something.

23       UNIDENTIFIED SPEAKER:  Okay.

24       ROSEANN WILLIAMS:  And please, because we'd love to know.

25       UNIDENTIFIED SPEAKER:  Okay.  Yeah, the first partner that



1    had -- that I had felt had done the retaliation is no longer

2    with the company anymore, so obviously I wouldn't -- but it

3    could happen again, I don't know.  If it happens --

4         ROSEANN WILLIAMS:  If it happens again, you should

5    respond.

6         UNIDENTIFIED SPEAKER:  Okay.

7         ROSEANN WILLIAMS:  That's what it's there for.

8         UNIDENTIFIED SPEAKER:  Thank you.

9         DEANNA PUSATIER:  Thank you.

10        ROSEANN WILLIAMS:  I also want to make sure -- you were

11   going to say something, right?

12        UNIDENTIFIED SPEAKER:  Yeah, I just want to say, in the

13   time I've been here, it seems like I've seen us do more of and

14   then less of and then more.  Like, it seems to come and go.

15   It's regular staff meetings in the store, most of the store;

16   regular shift meetings on all the shift teams.

17        UNIDENTIFIED SPEAKER:  Yes.

18        UNIDENTIFIED SPEAKER:  I was a shift before, I'm a barista

19   now.  But when I was a shift, that was such a resource for us

20   just to get all the shifts together and make sure that we have

21   time to be on the same page.  Anyone who has anything

22   discussing, it gives us time for that.  The same with the store

23   meetings, it gives a set time --

24        ROSEANN WILLIAMS:  Everybody a chance.

25        UNIDENTIFIED SPEAKER:  -- for us to meet and to



1    communicate and to have discussions.  And I feel like that was

2    a big part of the success that I was (Indiscernible) when we

3    were doing that, we were doing a lot better at all the other

4    things.

5        ROSEANN WILLIAMS:  We were just talking about that earlier

6    today.  About how -- who's doing shift supervisor meetings

7    still and of course we're finding out that some stores are not.

8    How often should they be?  Should they be every week, should

9    they be every other week?

10       UNIDENTIFIED SPEAKER:  About once a month.  That's what

11   worked for us.

12       ROSEANN WILLIAMS:  Once a month?  Right.  So I think

13   you'll start hearing some messaging from Deanna and her

14   regional -- her DMs.  Some of their -- we're getting some more

15   standards in place about how we're spending time connecting

16   with one another.  And again, most of this pandemic -- and I'm

17   not blaming everything on the pandemic, but it changed a lot of

18   how we worked together.  You know, block scheduling where you

19   had some partners working in the morning and some partners

20   working at night, and the manager was on the morning shift and

21   never saw the nighttime partners.  That put a lot of strain and

22   we weren't built to do that.  Having people having to call out

23   for COVID and taking their 10 days' paid -- self-isolation pay

24   put a lot of strain on the stores.  Obviously, people had to

25   stay home and take care of their children, so homeschooling

 1    their children put a strain.  So there's lots of things as

 2    we're getting back out into the market, to now that we're

 3    feeling more comfortable to do so, that we're not putting other

 4    people at risk.  What we're learning is there are a lot of some

 5    of the basic standards that we have done for so many years that

 6    have kind of fallen by the wayside.  And so getting the right

 7    leaders in the position to make sure that we get the right

 8    Starbucks standards in place, which is really important.  And I

 9    think that your recommendation is the perfect example of when

10    things get really stressed and there's not enough people,

11    something that important kind of falls to the wayside.  And

12    actually that's the one thing we have to keep doing is keep

13    people meeting together.  So I appreciate you bringing that up

14    because we have heard a number of times over the last couple

15    weeks that some of the things that were in place before the

16    pandemic need to be put back in place because we just got out

17    of that habit.  For all the right reasons.  I mean, we were

18    very, very careful on how we reopened stores to make sure that

19    we were trying to protect partners in the best way we could.

20    Including how we treated partners last year who didn't feel

21    like they needed to work during the pandemic.  So lots to learn

22    and any idea that you guys bring up is a good idea.  That I

23    think is (indiscernible).

24         UNIDENTIFIED SPEAKER:  Yeah, some of us do.  And like,

25    some of (indiscernible) has also been very helpful.  Like I

1    went to a similar shift roundtable before and these types of

2    things are why I came back.  I came back for them, because I

3    like (indiscernible).  So I think it makes -- it makes us

4    better and it makes it better for the store and it makes

5    (indiscernible) more successful.  And that's what builds sales.

6    I think here -- the one thing I took away when I left is that I

7    learned how to have difficult conversations.  That is such an

8    important skill.  We don't lead into difficult conversations,

9    which we have to be able to work together and have a meaningful

10   relationship.

11       ROSEANN WILLIAMS:  Thank you for saying that.  That is

12   something we're proud of, is our (indiscernible) community and

13   how we (indiscernible).  And I want to make sure before we get

14   too far out.  This side of the room has been quiet.  Are you

15   guys okay with quiet?  Because I feel like I've kind of let you

16   off because I'm not turned this way.  Anything you want to

17   share?

18       UNIDENTIFIED SPEAKER:  I just have a question.

19       ROSEANN WILLIAMS:  Yeah.

20       UNIDENTIFIED SPEAKER:  So for -- I don't know about anyone

21   in my position (indiscernible).  But with the food case.  So --

22       ROSEANN WILLIAMS:  Oh, God.  Not fruit flies.

23       UNIDENTIFIED SPEAKER:  A lot of fruit flies

24   (indiscernible) flies to the point where you can't put food in

25   there because within a few hours, it's infested with the flies.



1      And then we get a lot of complaints that --

2          ROSEANN WILLIAMS:  Of course you would, yeah.

3          UNIDENTIFIED SPEAKER:  And so we were wondering if there

4      was way that maybe -- because I -- once we took pictures of all

5      the food and then we had pictures in there.  I wasn't sure if

6      we could, like, do something like that.  And so at least it

7      shows the food but the food's not actually in there?

8          ROSEANN WILLIAMS:  And you guys -- do other people have

9      problems with fruit flies?

10         UNIDENTIFIED SPEAKER:  Yes.

11         UNIDENTIFIED SPEAKER:  Yeah.

12         UNIDENTIFIED SPEAKER:  It's, like, ridiculous.

13         UNIDENTIFIED SPEAKER:  And bees.

14         (Simultaneous speech)

15         UNIDENTIFIED SPEAKER:  I mean, we've had four partners get

16     stung in the last two weeks.

17         UNIDENTIFIED SPEAKER:  And we have started, like, catching

18     them and (indiscernible).

19         UNIDENTIFIED SPEAKER:  Yeah, we've had to catch them

20     and --

21         UNIDENTIFIED SPEAKER:  And we'll catch 20 plus a day.

22         UNIDENTIFIED SPEAKER:  Yeah.

23         UNIDENTIFIED SPEAKER:  And then there are people here who

24     are allergic to bees.  Like, and it makes it really hard to

25     work and focus and (indiscernible) when we (indiscernible)



1    there.

2        UNIDENTIFIED SPEAKER:   There's more bees on the floor than

3    baristas.

4        (Simultaneous speech)

5        ROSEANN WILLIAMS:   I do think that one of the takeaways

6    from earlier today is we need to find from pest control.   I

7    don't know what to do.   I've never seen bees like I've seen

8    here.   So I don't -- it doesn't seem like it's just Starbucks,

9    it seems like there's just a lot of bees here.   So if there's

10   some sort of approach that we need to take to help you guys

11   ward off bees, I don't know what that would be.   But we took

12   that (Indiscernible) this morning, because we saw lots of bees

13   in the store.   And then I don't know, I haven't heard about the

14   fruit flies, nobody brought that up yet.   But I'm sure that the

15   facilities team or whatever solutions that you come up with,

16   you guys always have the best ideas, like the pictures.   We are

17   working on digital menu boards, we have food on digital menu

18   boards.   We're testing at about 350 stores with digital menu

19   boards now.   There is some talk of do we need menu boards.   And

20   can we do QR codes on your phone, because everybody's got a

21   phone and now everybody knows how to do QR code because that's

22   what a lot of restaurants are doing.   So we're testing the QR

23   codes.   So we don't need menus at all, so you can just do

24   everything on your phone.   And you also be able to view food on

25   the QR code.   So those are all things we're testing right now.

1    And the dilemma with the food case for us, minus the fruit

2    flies, is so we tried the plastic food, you know, like little

3    sushi.

4         (Simultaneous speech)

5         ROSEANN WILLIAMS:  So we tried that.  If we're trying to

6    message that we have fresh food, putting plastic food doesn't

7    look good in the food case; we tried that.  We tried putting

8    pictures; in fact all of our stores in Canada don't have any

9    food in their food case, they only have pictures.  We're

10   testing that to see what that does.  It doesn't look as

11   appealing, but neither does food that's left in the food case

12   for two days, right?  So we are testing different things.  And

13   plus, none of us like to throw away all that food at the end of

14   the day.  So that's why we're doing -- that's why we're giving

15   the food that we can give away at the end of the day to places

16   that can distribute that food to people who need food.  So we

17   are working on all those things around the food case.  But if

18   in fact you're having fruit flies, we'll be -- and is it okay

19   if we take your store number so we can have somebody --

20        UNIDENTIFIED SPEAKER:  Yeah.

21        ROSEANN WILLIAMS:  Because that's something that we didn't

22   hear earlier, we did hear bees.  We heard flies, we found a

23   beehive, so we know where the beehive is.

24        UNIDENTIFIED SPEAKER:  We did, we found it.

25        UNIDENTIFIED SPEAKER:  You did?



1      UNIDENTIFIED SPEAKER:  Oh, you already did?  Okay.

2      UNIDENTIFIED SPEAKER:  It's right outside the garbage.

3      ROSEANN WILLIAMS:  Yeah, yeah.

4      (Simultaneous speech)

5      ROSEANN WILLIAMS:  But it's every store.  So if we can

6  follow up on it.  There are things we can do for fruit flies.

7  The typical things for fruit flies is the drains aren't cleaned

8  and they're --

9      UNIDENTIFIED SPEAKER:  We have a pest guy that comes in

10  and he's put up so many different things.  Like, it's --

11      UNIDENTIFIED SPEAKER:  Yeah.  He came in yesterday, I

12  think, and sprayed because --

13      (Simultaneous speech)

14      ROSEANN WILLIAMS:  And they still -- and it's still bad?

15      UNIDENTIFIED SPEAKER:  Yeah.  What they did was they came

16  out from wherever they were hiding for a few minutes, waiting

17  for it to go away.  And then you're wondering (indiscernible)

18  keep wearing masks.

19      ROSEANN WILLIAMS:  Okay.  This is yesterday?

20      UNIDENTIFIED SPEAKER:  Yeah.

21      UNIDENTIFIED SPEAKER:  For the fruit flies, I mean, I know

22  this is like a pest control/company costs (indiscernible).  I

23  mean, most restaurants have air curtain on the doors so it

24  blows air down so that they wouldn't --

25      ROSEANN WILLIAMS:  They can't get in.



1        UNIDENTIFIED SPEAKER:  That significant (indiscernible).

2        ROSEANN WILLIAMS:  Do all the stores here have air

3    curtains?

4        UNIDENTIFIED SPEAKER:  No, our store doesn't.

5        UNIDENTIFIED SPEAKER:  Our drive-thru does, but we need to

6    figure out a way to (indiscernible) ride it.

7        (Simultaneous speech)

8        UNIDENTIFIED SPEAKER:  And they're like, this is fun.

9        UNIDENTIFIED SPEAKER:  So imagine a bird flying through

10   the wind.  Yeah, they figured -- they're smarter than us.

11       ROSEANN WILLIAMS:  Okay.  Any other questions over here

12   before we go on?  No?  All right.  I -- and I wasn't seeing

13   their (indiscernible).

14       DEANNA PUSATIER:  Yeah.  Okay.  So I think in my -- I

15   think you had your hand up, you had your hand up a few times.

16   Right?  Does that seem right?

17       UNIDENTIFIED SPEAKER:  I just have a suggestion.  Because

18   I know you mentioned -- what was your name again, I'm sorry?

19       MILLENIA:  Millenia (phonetic).

20       UNIDENTIFIED SPEAKER:  Millenia, okay.  So I know you were

21   talking about speaking (indiscernible) because you were

22   concerned about retaliation or how we'd react.  The first thing

23   that we talked about in our (indiscernible) that I remember was

24   that we're all called partners for a reason.  No one's higher

25   than someone else is in the store setting for giving feedback.



1    And you should be open to getting feedback from anyone,

2    regardless of how long they've been there.  So if you're saying

3    (indiscernible) -- so if you're saying it out of kindness and

4    just I want this to be better for everybody, you shouldn't have

5    an issue getting feedback from anybody.  And if you do, that's

6    (indiscernible).

7         MILLENIA:  Okay.

8         UNIDENTIFIED SPEAKER:  So you could definitely use that.

9    Because I mean, I've gotten feedback from people who just

10   started, I gave feedback to people who trained me.  Like, it's

11   just -- that's the nice thing and it helps create a culture

12   away from the stores that is way more diverse and accepting.  I

13   mean, I've never worked -- like, I'm speaking for my store.

14   But my store, anyone can come up to say anything to anyone.

15   Just say like, hey, I really like how bold you are, and just

16   make sure that when someone comes to the door you're greeting

17   them first.  And like, just as long as it makes everything so

18   much better, and it doesn't matter who says it, it's just

19   something (indiscernible) feel bad.  As long as you're saying

20   (indiscernible).

21        ROSEANN WILLIAMS:  I love that.

22        MILLENIA:  Thank you.

23        ROSEANN WILLIAMS:  That's great.  What store are you in

24   now?

25        UNIDENTIFIED SPEAKER:  (Indiscernible).  So right now,



1    (indiscernible).

2        ROSEANN WILLIAMS:  I'd love to kind of hear how partners

3    have figured out how to do that and we just (indiscernible)

4    that culture is exactly what we need.

5        UNIDENTIFIED SPEAKER:  Yeah.  It's just -- it's really

6    awesome.  I know that (Indiscernible) just went to another

7    store (indiscernible).  I forgot which one it was,

8    (indiscernible) and she's like, it's fine (indiscernible) to

9    help each other.  It's not the same thing.  She's like, I

10   really loved working with you guys.  I'm like, (indiscernible)

11   because she was a partner that (Indiscernible).  So she was

12   like, this is the best place I've been.  I'm just -- I'm really

13   lucky with my store.  I'm sure everyone feels ways about their

14   store too, but --

15       ROSEANN WILLIAMS:  It's nice that (Indiscernible)

16   connected to the people you work with.

17       UNIDENTIFIED SPEAKER:  Yeah, it's great.

18       ROSEANN WILLIAMS:  That's when we talk about culture and

19   why we're proud of Starbucks.  That is what we try to

20   (indiscernible) in our stores.

21       UNIDENTIFIED SPEAKER:  And like -- and if it's not that

22   way now in your current store, I mean, try and facilitate that

23   and just being like, hey, you know, working on it yourself and

24   being okay with getting feedback, it shows that you

25   (indiscernible) actually working out for you to be better or



1   trying to help you.  And when you guys see the results of

2   people start doing more, and when people start doing that,

3   that's when the culture starts getting better.

4   (Indiscernible).

5        ROSEANN WILLIAMS:  Okay.  All right.

6        MILLENIA:  Thanks.

7        ROSEANN WILLIAMS:  Now, we're back to people.

8        DEANNA PUSATIER:  I know.

9        ROSEANN WILLIAMS:  How many more people have something

10  they want to say.

11       DEANNA PUSATIER:  There's (indiscernible) so.  Go ahead.

12       ROSEANN WILLIAMS:  We made it to the end of the group

13  meeting in just a few minutes and I need to take

14  (indiscernible) over to get some water.  So I won't have much

15  time between this meeting and the next meeting.  Thank you.

16       UNIDENTIFIED SPEAKER:  Okay.  One question about some of

17  the principles and the (indiscernible) principles is that the

18  company has a meeting on company time or listening session or

19  anything like that during (indiscernible) then there should be

20  equal time for the union to do the same thing.  And if, like,

21  in a -- like, if you're a politician and you're (indiscernible)

22  standards about (indiscernible).  Would Starbucks recognize

23  that part of their election principles and give us, as

24  organizing committee opportunity to hold a union listening

25  session.



1        ROSEANN WILLIAMS:  I have no idea.  Honestly, I can ask

2   that.  I don't know.  This is not my area of expertise.  I

3   can't say on behalf of Starbucks because it's just me.  But I'm

4   happy to go ask our -- the people -- our legal team, we have a

5   legal team that's (indiscernible) so I can ask them.  And I'm

6   not familiar with all the laws and policies on regulation.  So

7   I wish I could answer.

8        Do you know?

9        DEANNA PUSATIER:  I don't know.

10       EMILY FILC:  I don't know.

11       ROSEANN WILLIAMS:  So I don't know.  So honestly -- be we

12   can ask and let you know.

13       UNIDENTIFIED SPEAKER:  That would be great, because I

14   think, like, a lot of partners (indiscernible) and stuff, but I

15   think a lot of the partners, like, don't really know what a

16   union is and like, it would be good for them to hear, like,

17   what might be the alternative to that (Indiscernible) stores.

18   And solved kind of conflicts with management, you know, right

19   there.  And in, like, they -- in like, (indiscernible)

20   something like that.  So I think it would be really good in

21   regards (indiscernible).

22       ROSEANN WILLIAMS:  And as I said, I don't know.  I don't

23   know the laws on that.  What I know is what Starbucks

24   (indiscernible) represent Starbucks and this is --

25       UNIDENTIFIED SPEAKER:  Yeah, and I appreciate it.



1          ROSEANN WILLIAMS:  Yeah.  And this is what we do at

2     Starbucks, is we sit and have a conversation about how we feel.

3     So again, I'm not pro or anti anything.  I'm trying to stick to

4     what my job is, which is Starbucks job, and Starbucks job is to

5     create these sessions for us to listen to one another.  And we

6     do feel that there's accountability at Starbucks for

7     (indiscernible) do and what their partners ask them to do.

8     That's what Deanna actually gets paid to do.  So again, we

9     believe that the -- that the quickest way for your voices to be

10    heard is to sit down with each other, like we've done for the

11    last hour and a half.  Talk to each other, (indiscernible).

12    That's a great way to have an awesome conversation about how

13    things are going.  So that's what we're here representing.  So

14    I'm happy to get back to you on whatever the union stuff is.  I

15    can't speak on behalf of that because I'm not an expert.  And I

16    don't mean to say I'm an expert at Starbucks, because I'm just

17    human, and I'm just a partner.  I can tell you, like, what my

18    approach has been and what I believe the right way forward is

19    for what we were trying to do for at least my 17 years here at

20    Starbucks.

21         UNIDENTIFIED SPEAKER:  So I think, like, going back to the

22    customer connections and like, being, like, customer facing

23    side of the jobs.  Like, our drive-thru has been broken for

24    three months.  Our nitro has been down for just as long.

25         ROSEANN WILLIAMS:  Your drive-thru what?

1          UNIDENTIFIED SPEAKER:  Our drive-thru was broken for three

2    months.

3          (Simultaneous speech)

4          UNIDENTIFIED SPEAKER:  Like, our screen didn't work.  We

5    could hear the customers but they couldn't hear us.  So we were

6    (indiscernible) all day long for -- we actually used walkie-

7    talkies.  Like, it was a very stressful time.  And like, I know

8    for a fact that Shelby (phonetic) was (Indiscernible) and she

9    was, like, doing her best, but like, we're still getting yelled

10   at by customers.  And I was told that I'm an inconvenience to

11   the neighborhood because our drive-thru was broken.  But that

12   is just something (indiscernible) goes faster.  And I know,

13   like, COVID hurt all that though.  So like, our nitrous was

14   broken.  And then someone will come in and fix it, and then it

15   would work for a day, and then it'll work again.  But then,

16   like, they won't replace it until it's broke.  But they can't

17   figure out what's wrong with it, so it's broken.  So I think

18   like, fixing those things, like, you couldn't (indiscernible)

19   without our store, I highly doubt that.  So I think that fixing

20   those things that have been broken for such a long time will

21   help that too.  And like, our -- we have the old bars, and our

22   bars break twice a week, like.

23         UNIDENTIFIED SPEAKER:  Every day.

24         ROSEANN WILLIAMS:  The screen?

25         UNIDENTIFIED SPEAKER:  Yeah.



1          UNIDENTIFIED SPEAKER:  They break every day.

2          UNIDENTIFIED SPEAKER:  Yeah.

3       ROSEANN WILLIAMS:  On the screen?

4          UNIDENTIFIED SPEAKER:  Yeah.

5       ROSEANN WILLIAMS:  Okay.

6          UNIDENTIFIED SPEAKER:  Some stores don't have water

7    softeners equipped, so that's causing -- in our store that's

8    causing (indiscernible) water softener equipped, so that's

9    killing the equipment.  It's really hard water here.

10         UNIDENTIFIED SPEAKER:  Most of New York is the hardest

11   water in the country because of (indiscernible).

12      ROSEANN WILLIAMS:  Because of what?

13         UNIDENTIFIED SPEAKER:  Because of the (indiscernible).

14      ROSEANN WILLIAMS:  Oh, I gotcha.

15         UNIDENTIFIED SPEAKER:  Also, as a suggestion for like the

16   fruit fly problem and the fly problem and everything is like we

17   could allow our, like, store managers and stuff to put more

18   people on a clean plate so that we could focus more on getting

19   the floors and everything completely clean.  And also, we need

20   to educate everybody on what will, like (indiscernible) the

21   floors and stuff.  (Indiscernible) get more and deeper holes in

22   them, and that's where fruit flies basically hide.

23      ROSEANN WILLIAMS:  It sounds like you (indiscernible).

24         UNIDENTIFIED SPEAKER:  Yes.

25      ROSEANN WILLIAMS:  Thank you for bringing it up.



1        UNIDENTIFIED SPEAKER:  I think what Chris (phonetic) said

2    -- Chris, right?  What Chris said about any partner should feel

3    comfortable talking to any other partner is incredibly

4    important.  Like, that -- that ideally is what Starbucks is and

5    should be.  But I wish I could share the sentiment that, like,

6    that is something that I could (indiscernible) something.  And

7    I want to be optimistic about the future and the kind of world

8    that we could build together.  But I'm struggling to feel that

9    the management, above my manager are people helping to build

10    that kind of space.  But I do trust the partners to build that

11    kind of space.

12        ROSEANN WILLIAMS:  That's the way it should be.  Partners

13    should (indiscernible) and you should have (indiscernible)

14    supporting them.  And it happens in some stores and obviously

15    it doesn't sound like it happened in other stores.

16        (Simultaneous speech)

17        UNIDENTIFIED SPEAKER:  I just -- (indiscernible) is a

18    weird special piece in that a lot of people at the store

19    (indiscernible).  We're scared to talk to anybody because we're

20    such a small store (indiscernible) the district, and we're just

21    thinking (indiscernible) our store manager, Alex (phonetic),

22    who's like they did -- they redid it like five years ago, so

23    they probably won't do anything about it again.  But there's

24    plenty of storefronts that are open, there's plenty of things

25    that you could do to fix it.  But it's infested with fruit



1    flies, it's (indiscernible).  Everybody gets sunburns because

2    we're in the middle of the mall and --

3        UNIDENTIFIED SPEAKER:  And it's hot.  It's hot.  I've been

4    there for four years.

5        UNIDENTIFIED SPEAKER:  Like, it's a store that already has

6    so many problems that people are scared to say anything because

7    we know that this company is against retaliation, but also we

8    don't even have to retaliate to just close the store because

9    you're like, oh, well, it was already doing poorly so we're

10   just going to close the store and spread you all out.  So it's

11   not retaliation but we're just spreading you out so you get

12   better commissions.  But it's still (indiscernible) and I'm not

13   saying they're going to do that, but it's -- it's one of those

14   things that is getting -- it's been (indiscernible) since I

15   moved here, since I became -- started working here, like a

16   month ago.  So it's something to (indiscernible) because my

17   store is very focused on the are we even going to be here at

18   the end of the year because it's tiny and falling apart.

19       DEANNA PUSATIER:  So I do want to respond to that.  So I

20   know we're (indiscernible) getting to know each other.  So I'm

21   going to let you in on a secret so (indiscernible) you'll know

22   my secret.  So when I go to stores, I tell every single store

23   that I go to, I'm like, pop your collar, walk, you know, with

24   some pep in your step because you work at this store, this is

25   the most important store.  And so if I were (indiscernible) I

1    would say, you work at the most important store, you work at

2    (Indiscernible).  So pop your collar, walk like you're the most

3    important store in the entire world because your store matters.

4    Like, that's what -- every one of your stores matter.  Every

5    single Starbucks store and Starbucks matters.  High volume, low

6    volume, drive-thru, café, (indiscernible), delivery's off,

7    whatever it is; every single one of you, you work at a store

8    that matters.  Every single store at Starbucks matters.  Every

9    single partner at Starbucks matters.  So if something's not

10   going well at your store, don't fear your sales volume, because

11   you know how we make more sales is we have stores that work and

12   partners who are happy.  So I do want to make sure we talked

13   about the ethics and compliance line.  And Emily had that

14   ready.  So if you need that.  You don't have to give your name.

15   And it's --

16        UNIDENTIFIED SPEAKER:  Yeah, I'm telling you, like, I've

17   done it.  I did it on a (Indiscernible) manager and it's

18   completely honest.

19        DEANNA PUSATIER:  That's fantastic.

20        EMILY FILC:  And I also want to share along the lines of

21   hearing all of your voices.  And we're having this time today,

22   and Deanna talked a little bit about her plan around here and

23   our listening sessions, which we did in Boston and a lot of us

24   all do across the company.  Is partner (indiscernible) and

25   weekly update this past week, it does start soon.  And it is a



1    survey and I know you shared your sentiment around it of you've

2    heard it doesn't matter.  It does matter.

3        DEANNA PUSATIER:  It matters.

4        EMILY FILC:  And we want to hear from all of you.  And it

5    doesn't take very long to complete.  So please, please, please.

6    Please.

7        ROSEANN WILLIAMS:  We do a lot of (indiscernible) a lot of

8    work (indiscernible).

9        UNIDENTIFIED SPEAKER:  So that will be, basically -- to

10   you guys it would be just as important as the customer action

11   scores (indiscernible)?

12       DEANNA PUSATIER:  It's more important.  It's more

13   important.

14       ROSEANN WILLIAMS:  We had -- so on (indiscernible) I do

15   want to write something in, write a comment in, some people do.

16   We read every single one of those comments.

17       DEANNA PUSATIER:  Every one of them.

18       ROSEANN WILLIAMS:  Every single one of them.  We

19   (indiscernible) and then we have somebody put them in -- these

20   are the comments about facilities.  There's all the comments

21   around customers being upset over inventory out of stocks.

22   Here are new hires who don't feel that they have

23   (indiscernible).  And then we sit and we go through all those

24   questions, say are there certain parts of the country that we

25   need to go take a look at, are the standards in place?  Are



1     there certain volumes of stores that are similar that partners

2     are struggling in?  Are there certain times of the year,

3     because sometimes when it gets cold out, different markets

4     respond differently, when it gets hot in the south and air

5     conditioning?  So we aggregate every single one of those

6     comments.  So if somebody tells you it doesn't matter, it may

7     matter to them or the district manager or the regional

8     director.  But for those of us that get paid to try to come up

9     with policies and procedures that are actually to our partners,

10    that is actually one vehicle that we spend the most time, every

11    single time we have a partner engagement survey, that is the

12    one vehicle that we spend time, we'll be working on services

13    together.  That is the one thing (indiscernible) are we making

14    the right decisions.  And (indiscernible) is all these face

15    stores with different layouts and different ovens, and

16    different lenders, and partners like yourselves work in those

17    driver labs every single day to say this works, this doesn't

18    work, this oven (indiscernible) here versus here.  We actually

19    have a really cool cold beverage station that we're testing

20    that goes up and down so that you no longer (indiscernible)

21    refrigerator that store partners built.  So there's so much

22    cool stuff that's a 360 feedback from what partners say.  All

23    the counters are made of either plywood or carboard and what we

24    do is we cut them.  And then we go over here and we say does it

25    work over here (indiscernible) really fun place.  And that's



1   done by partners.  It's by partners for partners.  And so your

2   engagement, if you get a chance to add in any of those surveys

3   for those of you that have access to workplace, any of those

4   information sessions that we've provided.  And we are thinking

5   about testing hourly partners on workplace to see if that works

6   or not.  So lots of new stuff coming, and those ideas come out

7   of the partner engagement surveys.  So please, have your

8   friends, partners, anybody you work with take them.

9          DEANNA PUSATIER:  It's right on the weekly update.

10         UNIDENTIFIED SPEAKER:  Thank you.  Thank you all for

11   coming.  It was really nice meeting you all.

12         (Simultaneous speech, leaving meeting)

13   **(Whereupon, the hearing in the above-entitled matter was**

14   **closed.)**

15

16

17

18

19

20

21

22

23

24

25



1                          **C E R T I F I C A T I O N**

2     This is to certify that the attached meeting before the

3     National Labor Relations Board (NLRB), Region 3, Case Number

4     03-CA-285671, in the matter of Starbucks Corporation that this

5     is the original, complete, true and accurate transcript that

6     has been compared to the recording provided by the Region.

7

8

9                                    _Samantha Stewart_

10                                   SAMANTHA STEWART
                                     Transcriber

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



OFFICIAL REPORT OF PROCEEDINGS

BEFORE THE

NATIONAL LABOR RELATIONS BOARD

REGION 3

In the Matter of:

Starbucks Corporation            Case No.    03-CA-285671

_____

_____

Dates: September 2, 2021

OFFICIAL REPORTERS
eScribers, LLC
E-Reporting and E-Transcription
7227 North 16th Street, Suite 207
Phoenix, AZ 85020
(602) 263-0885

# Exhibit 7



www.escribers.net | 800-257-0885

**UNITED STATES OF AMERICA**

**BEFORE THE NATIONAL LABOR RELATIONS BOARD**

**REGION 3**

| | |
|---|---|
| In the Matter of:<br><br>STARBUCKS CORPORATION,<br><br>                     Employer. | Case No. 03-CA-285671 |

The above-entitled matter was transcribed from an audio recording on Thursday, September 2, 2021, with an unspecified time and location.

www.escribers.net | 800-257-0885

1                          P R O C E E D I N G S

2          DEANNA PUSATIER:  All right.  So hello, everybody.  My

3    name is Deanna Pusatier.  So I am the regional director for the

4    area.  I've been here -- been supporting this team for a couple

5    weeks as the (indiscernible) regional director (indiscernible)

6    a different role.  So with that, I just kind of want to share.

7    I'm a 22-year partner.  I started out as a barista in Southern

8    California, not too far from all the places you were just

9    describing, and I've been all over the country.  So not a new

10   partner, but definitely new to you all.

11         And this is Natalie.  She'll be hanging out for just a few

12   minutes, and then Emily will pop in.  So I think we'll have

13   Rossann on the talk (indiscernible).

14         NATALIE:  Oh, yeah.  My turn?

15         DEANNA PUSATIER:  Yeah.

16         NATALIE:  Hi.  I'm Natalie.  I'm a seven-year partner

17   based out of Boston, and I support the region, also

18   the (indiscernible) region, and that's it.  Going on seven

19   years, not quite, in October.

20         DEANNA PUSATIER:  Awesome.  So I kind of want to share

21   with you as we get started today, so for those of you who have

22   been with us for a little bit longer, you probably know that we

23   have these types of conversations.  We have -- they're called

24   listening sessions, sometimes called roundtables as well, or

25   whatever, and sometimes we call them milk crate conversations.



1  All right.  We're going to --

2        UNIDENTIFIED SPEAKER:  Oh, I'm so sorry.

3        ROSSANN WILLIAMS:  Welcome in.  You can sit.

4        NATALIE:  Okay.  For to (indiscernible).

5        UNIDENTIFIED SPEAKER:  I'm sorry I'm late.  I got stuck

6  talking to a partner -- which is not getting stuck.  I got to

7  talk to a partner and we kept talking, so I'm sorry -- at

8  length.

9        DEANNA PUSATIER:  All right.  So let's actually back up.

10  I have already introduced myself.  Would you like to

11  introduce --

12        UNIDENTIFIED SPEAKER:  Sure.

13        DEANNA PUSATIER:  -- yourself as we go around?

14        UNIDENTIFIED SPEAKER:  I didn't get a chance to meet any

15  of you out front.  Well, I guess, we have somebody that's --

16        DEANNA PUSATIER:  Come on in.

17        UNIDENTIFIED SPEAKER:  You didn't actually bring an apron?

18  Wow.

19        DEANNA PUSATIER:  Nice.  Welcome in.  I'm Deanna.

20        NATALIE:  Natalie.

21        DANIEL:  My name is Daniel.

22        UNIDENTIFIED SPEAKER:  Indiscernible.  Hi.  Nice to meet

23  you.

24        ROSSANN WILLIAMS:  And I'm Rossann for those of you that

25  don't know me.  I've met you two outside.  Yes, be seated.  And



1    I support Deanna and the partners -- we have two partners

2    (indiscernible) here and Deanna who is your new regional

3    director.  And that's why I'm here is to help celebrate Deanna

4    coming into the role and having a chance to work with her

5    again.  And she'll tell you about herself later, but I'm glad

6    to be here.  I just finished a great review of partners.

7         These listening sessions are a chance for us to be able to

8    sit and talk with one another.  And we heard last meeting that

9    you guys, many of you, had never been to a listening session

10   before.  It's not like been our habit here having listening

11   sessions.  Welcome.

12        DEANNA PUSATIER:  Hi, come on in.  Welcome.

13        ROSSANN WILLIAMS:  So I was saying that the last group who

14   was in here, there were a number of partners that had never

15   been to a listening session before, and there were partners

16   that had been to listening sessions but mainly were just for

17   supervisors, but not for baristas.  So we're going to start

18   here.  It's something that we do in our markets.  Every market

19   I go to, I have listening sessions.  So this is no different

20   than that, but today is a day that we get a chance

21   to (indiscernible), so it's great.  The partner group was great

22   last session, so I look forward to getting some time together,

23   too.

24        And for those of you who do not know me, I support all

25   retail stores in North America.  So you can blame me for



1    everything and you can tell me all the things worthwhile.  I

2    take them all.  I take them back.

3         DEANNA PUSATIER:  Thank you for that.  So just to kind of

4    kick us off.  So you know, as Rossann shared, these

5    conversations, they're foundational to who we are.  And so I do

6    them regularly and so this won't be our last one together.  And

7    hopefully, some of you have been to some before, but if not,

8    we're here today and I'm excited to meet you, and learn from

9    you.  I want to share with you that, you know, this is -- like

10   I said, this is foundational who we are.

11        Today is a little bit different.  And because of that,

12   it's because we have a petition that was filed for an election

13   with Workers International and it's a union who filed a

14   petition to hold an election.  We're not going to talk about

15   the details of that today.  I don't have all the details of

16   that.  And so you'll also hear certain things that we can't

17   share, because we can't, right, because it would be against the

18   law.  And so just know that.  If you hear me say, I don't know

19   or I can't answer that, that's why.

20        But at the same time, we can still talk about what's going

21   on in the store, how you're feeling, how you're feeling as

22   partners, and get together for a conversation because it's

23   really important to me, it's important to every single one of

24   us here.  So we want to hear what's on your mind.  Anything to

25   add to that?



 1          ROSSANN WILLIAMS:  The only thing I would rather add is

 2     every word in these sessions is confidential.  What we discuss

 3     in the room, we don't discuss outside the room.  We will take

 4     key things and go back to say, the key things regarding here,

 5     which I'm sure we might hear again, is that there's -- in some

 6     stores there's some staffing challenges, and then once we hire

 7     people, there's training challenges, and there's lot of new

 8     Partners.  And so trainers and hours, that's putting a lot of

 9     pressure on stores.  So we heard that as a theme.  It's not --

10     it's not a takeaway and say this person, that person.  We're

11     not writing anything down.  We're not asking people -- I mean,

12     we're not doing -- we're looking for themes.  So that's one

13     theme.

14          We've heard some themes around facilities and getting

15     things fixed in a timely fashion.  So we will take that away

16     and we'll find out -- we'll get into the details of how many

17     times are things called in, how long does it take to get things

18     fixed.  Because even that that's something that's challenging

19     in this market wouldn't be unlike some other markets that we

20     had these listening sessions in.  So that's what we're really

21     trying to do.  We're just trying to get an understanding, how

22     does it feel to be a partner?  What's working well?  What are

23     you guys proud of?  Brag, do some bragging rights about what

24     you love about Starbucks.  And what are some things you're

25     working on that you would like us to be hear about?



```
 1            And then, again, there's no names for -- you know, we're
 2       not recording any news to anybody.  This is really one of the
 3       rare moments.  And for me, my favorite part of the job is
 4       traveling the country and being able to sit with partners live
 5       time, because I get a lot of stuff translated through people.
 6       Because if it's translated through a store manager, translated
 7       through the district manager, translating through a regional
 8       manager, translating through PRO, by the time I get it,
 9       sometimes it's -- not that it's watered down, but it may not
10       come as honestly as you would tell me.
11            So either when we're out in the stores or when we have
12       this sacred hour and a half to just sit and talk about what it
13       feels like to be a partner, the best part of my job and my
14       favorite part.  So I really am looking forward to the time
15       together.  And we'll answer any questions we can.  If there's
16       anything you guys want to know about what we're working on, or
17       not working on, or any front resource stuff.  We have front
18       resource experts here.  We've got Deanna, a 22-year partner,
19       started as a part-time barista.  Part-time barista?
20            DEANNA PUSATIER:  Yup.
21            ROSSANN WILLIAMS:  Part-time barista.  So she's got a lot
22       of experience and worked all over this -- the country.  So
23       you've got people here that have a lot of information if
24       there's anything you want to share.  And if not, we're here to
25       listen.  Everybody looks super excited or maybe it's just tired
```

1   at the end of your shift.

2          UNIDENTIFIED SPEAKER:  Yes, that's it.

3          ROSSANN WILLIAMS:  End of day, yeah.  It could be that,

4   too.  It's nice and sunny, though.  Thanks for whoever ordered

5   the weather.  I mean, I walked -- I walked outside my hotel

6   room this morning and I was, like, oh -- I was walking over to

7   the Starbucks store.  Of course that's -- my day starts at

8   Starbucks every day, and I walked out, and the sun was there.

9   And I'm like, oh, my god, this is so beautiful here this time

10  of year.  It's really pretty out there.

11         NATALIE:  If you have to use the restroom, does that -- I

12  wasn't staying in the states.  I was just really

13  (indiscernible).  I don't (indiscernible).

14         ROSSANN WILLIAMS:  And anybody else can do that, too, if

15  you have to get up and go --

16         UNIDENTIFIED SPEAKER:  Yeah.

17         ROSSANN WILLIAMS:  -- and you can come back.  We're pretty

18  laid back at this point.

19         DEANNA PUSATIER:  Great.  Well, I would love to know as a

20  kickoff, you know, what's your favorite part of working at

21  Starbucks?

22         UNIDENTIFIED SPEAKER:  The people.  Over the years I've

23  met some really awesome people on the floor and through the

24  job.  So people that I'll be friends with for the rest of my

25  life.



1          ROSSANN WILLIAMS:  That's great.  And how old are you?

2          DEANNA PUSATIER:  Go ahead.

3          ROSSANN WILLIAMS:  No, I was just --

4          DEANNA PUSATIER:  How long have you been a partner?

5          UNIDENTIFIED SPEAKER:  Almost four years.  I've worked

6    there for four years.

7          DEANNA PUSATIER:  That's great.  I'm still friends with

8    people that I took my first sip with 22 years ago.  We're still

9    connected.  It's amazing.  Who else?

10          UNIDENTIFIED SPEAKER:  Well, I think that we are able to

11   be a part of and help people, you know, generally

12   (indiscernible), you know.  (Indiscernible) you help me and I

13   help you.

14          ROSSANN WILLIAMS:  All right.  Anybody else have a

15   favorite part?

16          UNIDENTIFIED SPEAKER:  (Indiscernible.)

17          UNIDENTIFIED SPEAKER:  I guess this also can lead into my

18   first question.  So I work at Sheridan/Bailey, and this is Sam.

19   He also works for Sheridan/Bailey.  And he's 12 years; I'm 10

20   years.

21          ROSSANN WILLIAMS:  That's a lot of working.

22          UNIDENTIFIED SPEAKER:  Yeah.  So Sam is like the most woke

23   person.  He would write these beautiful messages and help

24   the -- the partners and the customers like keep up with current

25   events in a not, like, forceful way, and it's just like how we



1   can support, you know -- for Asian heritage month, here's what

2   we can do.  And like, constantly, like let's do a partner

3   appreciation board.  Let's like take our favorite drink and all

4   this stuff.  And he's -- it makes me super proud to like he --

5   like goes out of the way, especially because you know, stuff

6   has been sucky, like, let's be honest.

7        And so for him to like -- I learned things like that he's

8   written on like the blackboards with the chalk markers.  And it

9   just makes me feel like really proud to be a part of the

10  company, that's like, yeah, let's have this conversation.

11  Like, it doesn't have to be, like, a deep conversation, but the

12  fact that you put this there, and like, you know, let's --

13  like, let's do our favorite actress who is like LGBT and like,

14  write it on the thing, and you can win, like, a free drink,

15  like.

16       ROSSANN WILLIAMS:  And do you like ask customers those

17  questions?

18       UNIDENTIFIED SPEAKER:  So he would like leave them towards

19  the hand off and kind of be like, oh, tell us your favorite

20  this.  And it was -- it's just so great.

21       UNIDENTIFIED SPEAKER:  We do.  We have like questions of

22  the week.  We were asking like, what's your favorite local

23  restaurant?  And what's your favorite like ice cream flavor?

24  Things like that.

25       ROSSANN WILLIAMS:  So kind of conversation starter.



1          UNIDENTIFIED SPEAKER:  Yeah.

2          UNIDENTIFIED SPEAKER:  But also like we would have boards

3     about like it's black history month, so here's some interesting

4     local facts that a lot of people don't necessarily know and --

5          UNIDENTIFIED SPEAKER:  Yeah, and it was --

6          UNIDENTIFIED SPEAKER:  Things like that.

7          UNIDENTIFIED SPEAKER:  -- not -- it was very tasteful.

8     Very like, I don't -- it was never like with a negative tone.

9     Because you know, sometimes like when you want to get your

10    point across, you can be like a little aggressive, I guess.

11    But it was always just very like uplifting and like, you

12    know -- I didn't even know what some of the months were, like.

13    So I'm like thanks for teaching me that.

14          So I guess my question is, why can't we do that anymore?

15    Because we were told we can't do it anymore.  We were told that

16    our region wanted to be a little more uniformed and we can't

17    decorate.

18          UNIDENTIFIED SPEAKER:  And like we were -- so like we

19    would have -- like, for Juneteenth recently, like, we made our

20    daily offerings board.  Just like we had a quote from the

21    song -- I mean, I'm blanking now.

22          ROSSANN WILLIAMS:  Like you'll remember as soon as you get

23    up.

24          UNIDENTIFIED SPEAKER:  Yeah, exactly.  We had a quote from

25    the song.  We made this beautiful board.  And it's like happy



1    Juneteenth.  Like, and we were told recently that now it's only

2    what's in the Siren's eye.  And part of me definitely

3    understands why because you know, we see a variety of customers

4    with all different views and stores should be uniform, but it

5    does feel like part of that third place was taken away.

6          And even things for, like, decorating for like a birthday

7    or putting out pumpkins for fall, we were told that is no

8    longer going to be happening moving forward.  And if -- it's

9    sad.  I love working for Starbucks, first of all.  I do.  I

10   love the customers.  I love the people.  And it is kind of sad

11   to hear that because I feel like we know our customers, and we

12   know our community, and we know what the people want to see and

13   hear from us.

14         And it's just a little bit disheartening to hear that now

15   our store has to be, from my view, more sterile and not as fun,

16   and not as welcoming, especially after, like, going through the

17   pandemic -- I mean, still going through the pandemic.  It's

18   just sad that we -- it seems like we can't celebrate anymore or

19   just have as much fun as we used to be able to.

20         UNIDENTIFIED SPEAKER:  I want to just second that.  Sorry

21   if you're done.

22         UNIDENTIFIED SPEAKER:  No, that's okay.

23         UNIDENTIFIED SPEAKER:  I -- the only reason I was silent

24   throughout the entire what's your favorite thing about

25   Starbucks is that mine was also taken away in that same way.  I



1   was left that we were allowed (indiscernible) it's your

2   expression.  (Indiscernible) like pay today, and kind of like

3   stuff like that was a big part of Starbucks.  I always loved

4   that you were kind of felt like you were kind of free to be,

5   you know, yourself and like that exhibiting stuff.  But lately,

6   it's all numbers and it's all like, you know, you can't even --

7   okay.

8        We were also given a thing -- like a thing for

9   drive-through where it tells you like what you're supposed to

10  do in the drive-through place or whatever.  And it says, no

11  more asking even how your day is.

12       ROSSANN WILLIAMS:  What?

13       UNIDENTIFIED SPEAKER:  Go faster, like sip orders.  Go.

14  Like, I don't -- that's what it's at.  That's kind of been my

15  concern all along is that like the -- Starbucks has kind of

16  shifted in a way that I don't see everyday, so.

17       UNIDENTIFIED SPEAKER:  So let me piggyback on that.  There

18  was, you know, a new thing in 2006 or whatever where the whole

19  company was shut down and we were doing retraining.  From what

20  I was aware of, what I read, that was also one of the reasons

21  they did that was people were -- partners and customers were

22  talking about how each store is like a cookie cutter almost.

23  It wasn't anything that was like -- that was individualistic

24  about this specific store and stuff like that.

25       Like, being able to write signs and stuff like that,



1    obviously is a great way to separate one store versus another.

2    So that change kind of didn't make any sense to me, especially

3    with how -- like Starbucks touted that they were shutting

4    everything done, and doing the retraining process, the whole

5    company to get back to more like individualistic stuff like

6    that.  That does add to the whole service and experience

7    overall.  Didn't make any sense to me either.

8         DEANNA PUSATIER:  Thank you all for sharing.  I don't have

9    any details on what -- you know, what or why you were told to

10   stop all these things.  I can absolutely like, you know -- I

11   can try to understand more about that, but I really appreciate

12   you sharing this feedback.  I think it's really important.

13        UNIDENTIFIED SPEAKER:  Okay.

14        NATALIE:  How long have you been on the job?

15        ROSSANN WILLIAMS:  How long have I been on the job?  A

16   year?  Yeah.

17        UNIDENTIFIED SPEAKER:  Two weeks.

18        ROSSANN WILLIAMS:  Two weeks and you don't know everything

19   already?

20        UNIDENTIFIED SPEAKER:  Look, I'm learning fast.  This is

21   very helpful.

22        ROSSANN WILLIAMS:  So she's two weeks on the job so that's

23   why we're doing this is -- well, we do these in a number of

24   different reasons, but for Deanna coming in, listening to you

25   guys, listening from you guys on how things are going is a fast



1   way for her to get to know the market rather than her just

2   getting out to see every store.  So this is very helpful.

3       I don't know why you were told not to either.  Somebody

4   mentioned it on their way out of the last meeting, like why

5   were they told to take down all their fall decorations.  I

6   said, I have no idea.

7       UNIDENTIFIED SPEAKER:  Yeah.

8       ROSSANN WILLIAMS:  I don't --

9       UNIDENTIFIED SPEAKER:  We -- we would decorate -- one in

10  particular loves, loves to decorate the store, and now she is

11  severely limited by what she can and can't do.  It doesn't stop

12  her.  I'm just going to put that out there.  She's --

13      UNIDENTIFIED SPEAKER:  Valance (phonetic).

14      UNIDENTIFIED SPEAKER:  And we -- we absolutely love it,

15  because it does make it feel a little more like home.  But she

16  was told not -- not by our manager, but by them to knock it

17  off, and so.

18      ROSSANN WILLIAMS:  Yeah, if any answer that we would have

19  would be complete speculation, so we don't -- I don't know.

20  And somebody mentioned to me.  It's so funny that -- I will say

21  there are markets that I've gone to -- and I've worked all over

22  the world in different markets, so I've seen everything you can

23  imagine.  There are some markets that pay more attention to

24  decorating their store than they do operating their store.

25      And in those situations they would say, you know, if you



 1    pay more attention to making sure the store is operating well

 2    and it's clean, decorations are great, but you can't decorate a

 3    store but not run a store, right.  There's times -- and I'm not

 4    saying that's what's happening here.  There have been times

 5    when I've heard, okay, let's focus more on getting our stores,

 6    the standards, getting everybody trained, make sure we've got a

 7    great shift every shift.

 8         And then once we get to that, we can do -- we can have --

 9    I mean, it's kind of like you earn your way to it.  I have seen

10    markets that have gone backwards on that.  I have seen markets

11    that put up lots of Christmas decorations and we don't

12    encourage that because we want to celebrate everybody's

13    religious holidays.  And if you put Christmas trees up, then we

14    have partners that may not celebrate Christmas or may not

15    have -- may not be Christians that celebrate Christmas.  And we

16    want to make sure that every partner, no matter what their

17    religious belief, feels like when they come to the store that

18    the store recognizes them for who they are.  So we do try to

19    stay away from religious holiday decorations, but that's only

20    because we're trying to create an environment where you guys

21    feel you can come to work and be uniquely you.

22         So I would love to hear more about how you feel like

23    you're not being able to come to work everyday and being

24    uniquely you, because that's kind of the form and foundation of

25    who we are.  We've worked really hard and I -- again, what gets



1   lost in translation between how you guys are feeling and what

2   gets lost in translation with what we think we're building,

3   feels like maybe a little bit misaligned here in some ways.

4   Because what I believe is that you should bring your very best

5   self to work everyday, fully expressing yourself as long as

6   you're not impeding on somebody else's beliefs, right.  And

7   that we should create a space for every person who can be

8   celebrated for being uniquely the person you are, whatever that

9   person is.

10          There's no, you know, shouldn't -- it shouldn't make any

11  difference.  You are who you are and that's who we want.  We

12  want you to be you.  So if that's getting lost in translation

13  somewhere, I would love to hear what are some examples, because

14  that's actually not what we're trying to create.  And it does

15  feel like there's been some decisions made on maybe some

16  policies that I don't know where they came from, but we will

17  find out.

18          Deanna's new, so she's been here two weeks.  And yes, she

19  doesn't know everything, but maybe she will in three weeks.

20  But that's -- that's what is helping us get kind of up to speed

21  quickly is very helpful.  So I appreciate all those ideas.  And

22  I have no idea why you couldn't do that.  I'd love to come to

23  your store and we can see what you put up, but there might be a

24  different reason.  Again, I don't know.

25          UNIDENTIFIED SPEAKER:  I'd like to ask, I guess, just for



1    the purpose of these conversations, like what is a timeline of

2    being, like, I'll get back to you and like I know you're

3    listening, and you're going to have to track down some of these

4    answers.  So when would we and how we would be able to return

5    to those points?

6        DEANNA PUSATIER:  So here's one thing I will say and it

7    kind of goes back to what we talked about in the beginning.

8    There are certain things that -- like, I can't make any

9    promises to you today.  But the purpose of this is for me to

10   listen and learn, so that we can look at the whole market, all

11   of area 156, to understand what our partners are feeling so we

12   can respond as quickly as possible.

13       So if there's something that you have a question for me, I

14   would say, ask the question and -- but I can't make any

15   commitments today to you or promises as a result of that.

16       UNIDENTIFIED SPEAKER:  Okay.

17       ROSSANN WILLIAMS:  But typically, when we do round tables

18   in every market, we do it in every single market.  I have three

19   years of it back in the U.S. business.  What we'll do is

20   whatever the topics that come up, we -- Deanna will take those

21   on as your regional director and she will make sure that they

22   are prioritized across your whole area.

23       UNIDENTIFIED SPEAKER:  How many districts do you have?

24       DEANNA PUSATIER:  Nine.

25       UNIDENTIFIED SPEAKER:  Nine districts.



1          ROSSANN WILLIAMS:  And that those nine districts --

2     usually they have nine or ten, so I don't know how many.  And

3     that across all those nine districts, she's prioritized.  So if

4     it is staffing and scheduling, then she would prioritize that

5     and you would start hearing that through the communications

6     through your manager and your district manager.

7          If it was facilities issues, you would start hearing from

8     Deanna across all of her districts, what the changes or

9     enhancements that we're making or not.  So that's typically how

10    feedback from a roundtable comes.  It doesn't -- it doesn't

11    come in, we're going to meet again next month and we're going

12    to give the answers to all your questions.  It will be more in

13    how you see her and the rest of the leadership team show up.

14          UNIDENTIFIED SPEAKER:  Okay.

15          UNIDENTIFIED SPEAKER:  I actually have an (indiscernible).

16    I heard somebody -- yes.  I heard somebody a couple days ago in

17    my store and you may not believe.  I was told that each store

18    has like a maintenance budget and that certain things get

19    repaired, certain things don't get repaired because we are out

20    of -- under budget or over budget.  And I'm just wondering if

21    that's really the case.

22          Like, does each store have a certain amount of money that

23    they can spend on maintenance?  Because a lot of things go

24    wrong at our store all at once, but only, like, one thing gets

25    repaired.  And I'm just wondering if that has -- I know



1  facilities is to respond.  I get that.  But like, I'm just

2  wondering if it's a -- if it's -- if we're over budget this

3  month, so it doesn't get fixed this month kind of thing.

4          DEANNA PUSATIER:  Like, so here's what I would say is that

5  at a larger level we do have certain, you know -- we'll call it

6  a budget.  But really, it's like as we kind of spread out the

7  money throughout the year, it's like here's the amount of money

8  that we anticipate spending.  But that never should prevent us

9  from doing the right thing when a store is hurting on something

10  critical.

11          Now, sometimes what you might see and I'm sure you've seen

12  this is like we have a chip over here, a chip over there, a

13  chip over there, and then they like might come to Lowe's and

14  handle them all at the same time as long as they're not really

15  creating a grand obstruction.  We have a gash over here, that's

16  a totally different situation, right.  We want to make sure

17  that we do the right thing for our customers.

18          And so we don't say, here, whatever is broken, we're not

19  going to fix it, because money is tight in our store.  That's

20  not your kind of decision you're going to be making ever and --

21          ROSSANN WILLIAMS:  And I'm sure, you know, too, there are

22  different types of (indiscernible).  Maintenance would be

23  toilet breaks.  That's --

24          UNIDENTIFIED SPEAKER:  Oh, yeah, there's --

25          ROSSANN WILLIAMS:  -- whatever they --



1      UNIDENTIFIED SPEAKER:  There's (indiscernible).

2      ROSSANN WILLIAMS:  Right, some -- some 24 hours, you have

3  to get whatever.

4      UNIDENTIFIED SPEAKER:  Right.

5      ROSSANN WILLIAMS:  And there are tiers.  So your

6  facilities manager does have a budget and I think it's by

7  quarter, but it's by region.

8      UNIDENTIFIED SPEAKER:  Okay.

9      ROSSANN WILLIAMS:  And if they get close to being over

10 that budget, they have to say, hey, we're getting close to

11 being over budget.  And then it's up to Deanna to say, well,

12 this is perfectly fine.  If we need to get all of our highest

13 priority stuff done and do it anyway.  So some of this will --

14 it's a little bit of art and science, but just like all of

15 this, your store has a budget.

16     UNIDENTIFIED SPEAKER:  Yeah.

17     ROSSANN WILLIAMS:  I have a budget.  I've got a budget at

18 my house.  I have a budget for my going out to eat dinner,

19 which I constantly spend more money than I'm supposed to.

20     UNIDENTIFIED SPEAKER:  Same here.

21     ROSSANN WILLIAMS:  And then I have -- so now I have spent

22 too much money, now what am I going to do.  And that's kind of

23 a -- so but there is not a hard-and-fast rule like Deanna said.

24 If you -- if you spend it, and you need to fix it, we're going

25 to still fix it.  But there are guidelines just because we have


www.escribers.net | 800-257-0885

1    to figure out how to do that.

2          UNIDENTIFIED SPEAKER:  Got it.  (Indiscernible).

3          DEANNA PUSATIER:  How many questions do you have?

4          UNIDENTIFIED SPEAKER:  So I just want to make sure I'm

5    getting it right, because I wasn't sure if you were joking or

6    not.  You've been to -- you've done this for three years, like

7    going around to the districts for three years?

8          DEANNA PUSATIER:  So I've been a regional director for the

9    last three years, but I've been with Starbucks for 22.

10         UNIDENTIFIED SPEAKER:  Okay.  And so you've done these

11   roundtables with -- in other districts?

12         DEANNA PUSATIER:  For longer than three years.

13         ROSSANN WILLIAMS:  I've done them for 17 years.

14         UNIDENTIFIED SPEAKER:  Okay.  Okay.  I was just like, you

15   said two weeks, I was like I don't -- was that --

16         ROSSANN WILLIAMS:  22 years and she was here two weeks.

17         DEANNA PUSATIER:  I was here in the market.

18         UNIDENTIFIED SPEAKER:  Oh, okay.  Okay.

19         DEANNA PUSATIER:  Yes.

20         UNIDENTIFIED SPEAKER:  So I guess my question is, when

21   people come to you from other districts with their like

22   problems with whether it be scheduling or training hours, or

23   whatever, and have you like found success in -- in altering

24   that, because I feel like -- like, I don't know how to say it.

25   Like, we are I guess -- I don't know who is a shift and who's



1    not a shift.  But like we get that labor talk all the time and

2    you know, like we don't -- we're the busiest store in the

3    district, so.

4         ROSSANN WILLIAMS:  Are you a shift?

5         UNIDENTIFIED SPEAKER:  Yes.

6         ROSSANN WILLIAMS:  Okay.

7         UNIDENTIFIED SPEAKER:  So I guess like, us like begging

8    and begging for extra shift -- for extra hours in the week just

9    to survive, not even to flourish, to survive.  So I guess my

10   question is, have you seen -- like success in, like, other

11   districts that have like requested this and things have

12   changed?

13        Like, because I think a big thing in our district is,

14   like, hours.  And I think that we do actually, like, walk into

15   the store like as our unique self but we walk out like the

16   total opposite, because we're just worn out.  So I guess have

17   you had success, I guess, with, you know, other districts and

18   changes and stuff?

19        DEANNA PUSATIER:  So first of all, I talk to partners all

20   the time.

21        UNIDENTIFIED SPEAKER:  Okay.

22        DEANNA PUSATIER:  Yes, like all the time.  I talk to

23   baristas, shift supervisors.  In Massachusetts, we have shift

24   managers.  I talked to two partners last Saturday --

25        UNIDENTIFIED SPEAKER:  Yeah.



1        DEANNA PUSATIER:  -- from Boston.  I go tomorrow to --

2    tomorrow afternoon, so that's part of my job.  It is what I do

3    always.

4        UNIDENTIFIED SPEAKER:  All right.

5        DEANNA PUSATIER:  And so have I seen success?  Yeah, I

6    mean, I think any time our partners speak up and make their

7    voices heard, we see success.  We make success out of it

8    together.

9        UNIDENTIFIED SPEAKER:  Okay.

10       DEANNA PUSATIER:  And so yes.  And I'm hearing some very

11   real concerns from you about labor, and I think that's really

12   important for me to hear.

13       UNIDENTIFIED SPEAKER:  Okay.

14       ROSSANN WILLIAMS:  I've heard that a couple times, not

15   from everybody but a couple.

16       UNIDENTIFIED SPEAKER:  Yeah.

17       ROSSANN WILLIAMS:  I just had a conversation, which is why

18   I was late coming in.  And there are things we can do in a

19   store if you feel like you're not getting enough labor.  We

20   have a labor team that's in Seattle.  Deanna knows who they

21   are.  And we can say, hey, here's a store number, can you check

22   to see --

23       UNIDENTIFIED SPEAKER:  Okay.

24       ROSSANN WILLIAMS:  -- if what -- because it's an

25   algorithm, that's a --



www.escribers.net | 800-257-0885

1        UNIDENTIFIED SPEAKER:  Right, right.

2        ROSSANN WILLIAMS:  I don't know all the stuff they do,

3    because I'm not (indiscernible) --

4        UNIDENTIFIED SPEAKER:  Right, math, and all that.

5        ROSSANN WILLIAMS:  Yeah.  I'm not a data scientist person.

6        UNIDENTIFIED SPEAKER:  Right.

7        ROSSANN WILLIAMS:  But the team, they are very

8    conscientious partners.

9        UNIDENTIFIED SPEAKER:  Okay.

10        ROSSANN WILLIAMS:  They love -- well, many of them come

11    from stores, so they work on the labor team that they worked in

12    stores.  And you can always email them or email Deanna and say,

13    hey, here's my store number and something doesn't feel right.

14    Like, weekends feel really tight or my afternoons don't.  And

15    they'll do -- they can do an analytics on your stores to find

16    out if there's anything that's -- that doesn't match with your

17    stores.

18        UNIDENTIFIED SPEAKER:  Sure.

19        ROSSANN WILLIAMS:  Which I've already got a couple store

20    numbers to check.

21        UNIDENTIFIED SPEAKER:  Sure.

22        ROSSANN WILLIAMS:  Those things come out of these types of

23    meetings.  But it's not this type of meeting --

24        UNIDENTIFIED SPEAKER:  Right.

25        ROSSANN WILLIAMS:  You can ask that any time.


www.escribers.net | 800-257-0885

1         DEANNA PUSATIER:  Any time.

2         ROSSANN WILLIAMS:  It doesn't have to be just one of these

3    meetings.  But these meetings do have people to ask questions

4    like you're asking and they don't know that that's something

5    you can do everyday.

6         UNIDENTIFIED SPEAKER:  Right.

7         DEANNA PUSATIER:  I do want to -- I see your hand.  But I

8    do want to also comment, there's other components of labor that

9    are equally important to bodies on the floor.  I'm sure you all

10   know this.  But you know, all of our rules, routines, and

11   stations that I've said so, and also how we have things, and

12   sometimes we make things complicated with the way that we build

13   them.  And that's our responsibility to help every single store

14   make sure that it's set up in there that it should be and easy

15   for you to work in.

16        UNIDENTIFIED SPEAKER:  Right.

17        DEANNA PUSATIER:  And so it is -- like, it's how much

18   labor is earned and working with those folks to make sure that

19   your store isn't running out of labor.  And then it's also how

20   we have those details that we can control within the store to

21   make sure that -- that we're doing things in such a way that

22   allows for you not to work so hard.

23        And we were telling the last group, there's this -- we

24   have a higher innovation center in Seattle.  And part of it is

25   like build this whole center, and we have mock stores that we



1   change the layout of them all the time, and we really study the

2   most efficient way to do things, not to -- I mean, really the

3   whole purpose is to make you have to move less, you know.

4        UNIDENTIFIED SPEAKER:  Right.

5        DEANNA PUSATIER:  So that it's not so stressful to work.

6   And so all of the standards and the routines that we have are

7   really built off of making sure that your lives are easy as

8   they possibly can be.

9        UNIDENTIFIED SPEAKER:  Okay.

10       UNIDENTIFIED SPEAKER:  I'd say my question also is --

11  involves that.  How much influence do you guys have on that?

12  Because like, my store manager used to write algorithms for

13  labor calculations and stuff.  Our store, the number he pointed

14  to me was something like -- something like 5- to 800 more

15  transactions than this same time last year, and the labor

16  number is almost still exactly the same.  It's maybe like a

17  four-hour shift a day more than what that was last year and

18  what we were earning.

19       So like, and there's some other -- well, another company

20  did the algorithm and they conferred, later calculation and

21  stuff, and all the math they're doing and stuff.  It doesn't --

22  the sale increase is not -- the sales increases and business

23  increase are not reflected in the labor that we're getting.  So

24  like, how realistic is it that you have like an influence over

25  that?  Because the numbers and stuff just are not letting up



1    for people that are -- like, have done this as their job.

2    People who -- that are -- the way their mind works does these

3    calculations and like stuff is not letting up.

4        ROSSANN WILLIAMS:  Well, I would have them call Limte

5    (phonetic).  If they have experience that they can call and

6    talk to somebody that's doing work, we have -- we have any sort

7    of (indiscernible).

8        UNIDENTIFIED SPEAKER:  The other question I have is,

9    how -- how do I say this?  How well is it communicated with the

10   store managers?  Because like I said, my store manager has

11   taken some -- he has told me that he feels like he's not been

12   listened to.  He's gone out of his way to over schedule us

13   against what his -- against what our district manager says.

14       And then when he does that, the numbers increase, like the

15   sales numbers increase to reflect what he was saying, but he,

16   like, wasn't listened to.  So he went against what he was told.

17   So like, is that -- my question I guess is how much that is

18   that communicated to the store managers so they can do

19   something like contact the teams that do that?

20       DEANNA PUSATIER:  I -- I can't -- here's what I will say

21   is we will make sure that, you know, all store managers get

22   this communication, and it sounds like the manager did the

23   right thing if they knew that there was going to be a sales

24   increase, and they have had active labor, and it worked out.

25   It sounds like your manager did exactly what they were supposed



1    to do.

2          ROSSANN WILLIAMS:  And really -- really there's nothing --

3    labor is -- I'm telling you, it's one of the most difficult

4    things we do.  So for those of you -- I don't know if you get

5    to write schedules at Starbucks.  But we measure what the

6    forecast is, so what are your forecasted sales.  And then after

7    the week is over, we measure how many hours did you earn based

8    off how many transactions you had, and the store manager -- the

9    measurement of success is how well did you schedule to what you

10   earned.  Because we know the forecast.

11         A machine can't know exactly if it's going to be sunny on

12   a Friday and you guys are going to have a busy Friday

13   afternoon, right, or rain, or snow, or a hurricane, or a parade

14   in front, right.  So the system is only as smart as the

15   algorithm.  That's why the store manager has the authority

16   between the forecast and what earned is, it is true that we

17   have your -- there is a lot of focus on not over spending to

18   earn, because that is something that's driven by timestamp.

19         So every time you make a drink, we have data scientists

20   that clock how long it takes to drink, and how long does it

21   take to clean a bathroom, how long does take to place an order,

22   how long does it take to count money.  And that's how the whole

23   labor system is built end to end.  But at the end of the day,

24   if the forecast -- won't know the local nuances.

25         That's why as Deanna said, it sounds like your store



1   manager did exactly the right thing is if he thought that

2   that's how much you're going to earn and that's what you

3   earned, then that's exactly what the store manager should do.

4   And if they don't know, they can call and ask questions.  We'll

5   find out why.  Because there's a whole team of people that

6   would love to hear from him.

7       DEANNA PUSATIER:  And to answer your question also, how

8   often do the store managers talk to us.  We did have a little

9   series on our internal Workplace site where we basically went

10  through some of this stuff, and we have had multiple meetings

11  about it.  And so I think we can find those and make sure that

12  those become available for all store managers as well.  Like,

13  they're out there and they have access to them, so we

14  will (indiscernible).

15      UNIDENTIFIED SPEAKER:  I do think there is some kind of

16  failure of that communication, because there are so many stores

17  complaining about this throughout --

18      DEANNA PUSATIER:  That doesn't sound right.

19      UNIDENTIFIED SPEAKER:  Yeah, because like not even because

20  we're tired, because we are, but it also because you guys

21  value, like, you know, customer and stuff, and I mean, you

22  know, and then making that (indiscernible), if you all.  But we

23  are like so stretched thin that we can't even stop to like, you

24  know, have (indiscernible).  So I think that that's kind of

25  that, that we're prioritizing that, making that moment right



1    for every customer.  And that we should make sure that

2    communication is there, because we are all so tired.  Like,

3    everyone's going to pull that bathroom detail, but we are

4    just -- but we want to not dread every shift.

5          ROSSANN WILLIAMS:  Is your store staffed?

6          UNIDENTIFIED SPEAKER:  It's a -- it's a similar thing,

7    like, I guess it's whatever labor you earn, but yet our numbers

8    are like constantly way over or whatever.

9          UNIDENTIFIED SPEAKER:  Yeah, in the past week, we have

10   significantly more, like we're adding up -- our manager

11   actually did overstaff us because he knew.  He could see the

12   trend.  And he earned so much more labor for the next week, and

13   we don't have the people to cover it.

14         UNIDENTIFIED SPEAKER:  Okay.

15         UNIDENTIFIED SPEAKER:  Like, we have so many hours that we

16   are all working at full capacity that we have so many hours

17   that can't be covered in our store.

18         UNIDENTIFIED SPEAKER:  Yeah, yeah.  So that makes it even

19   harder.

20         UNIDENTIFIED SPEAKER:  Yeah.

21         UNIDENTIFIED SPEAKER:  And it's just a lot.  I don't know.

22   But there needs to be some kind of, like, different

23   communication there then.  That's my --

24         DEANNA PUSATIER:  Thank you.  Thank you.

25         UNIDENTIFIED SPEAKER:  I have something to build off of on



1    that.  And I feel like lately, like throughout the past maybe

2    two years with the pandemic, there's been a lot of call offs,

3    too.  And it's understandable, you know.  I wouldn't want to

4    work with a sick partner and they shouldn't have to work.  But

5    I feel like if there is a call off, it's -- the store seems to

6    fall apart and it feels -- I feel like that shouldn't happen.

7    Like, you shouldn't have one person call in sick and then we

8    can't maintain the store, make connections.

9         And for our store, Sheridan and Bailey, it's almost

10   everyday there is a call off, and it's hard.  A few days ago,

11   we had this customer, Tracy (phonetic), she comes in three

12   times a day.  And her daughter literally just went to Princeton

13   last week.  And I love chatting with her.  And she came in the

14   other day, and we were down a person, and I just -- I have to

15   just rush her through.  I had no time to even, you know, ask

16   her how she's doing.  It was just so busy.

17        And it just -- I'm just wondering, like, I -- is there any

18   part of the labor formula or system that we could -- that could

19   be tweaked to make up for that so that if there is a call off

20   that the store doesn't struggle?  I would -- I would love to

21   know what you guys think about that.

22        DEANNA PUSATIER:  Yeah, I -- I appreciate that.  So here's

23   what we're looking at.  It's -- you're right.  You articulated

24   this well.  We want to make sure that our partners are healthy

25   and they come to work, and they don't feel pressure coming to



1    work.  And there's also, you know, partners still working in

2    the store.

3         And so what we're doing is crossover orientation.  We're

4    trying to take a look at these stores where this happens and

5    schedule over, right, as many of you talked about so that we

6    can kind of plan for some of the things that we've seen to

7    happen -- we've seen happen across all stores that are having

8    this issue.  So yes.

9         ROSSANN WILLIAMS:  Some markets are -- some of these

10   listening sessions that we have, some markets are sharing that

11   they're doing like -- they're scheduling like an extra three

12   people for a district.  And those three people have agreed to

13   work in whatever stores, like I can work in these four

14   different stores, and if there's a call out, they get called to

15   that store for that day.  And if there are no call offs for

16   that day, they get to go work whatever store is their home

17   store.  So we've tried that in some markets that have a lot of

18   call offs.

19        There's other reasons that people -- that are -- there are

20   a lot of call offs minus COVID, right.  Sometimes people just

21   don't have the schedule they need and sometimes they pick up

22   schedule -- they pick up hours at a different store, and

23   sometimes they've got children that are home sick from school

24   and they don't have child care.  So it's getting to in every

25   store what is the right answer for one -- every store.  It's

1   probably different than saying here's the answer to all stores.

2       But working with the district manager and Deanna and

3   approaching what's the right solution for your store or your

4   district, and those are the types of things that we are

5   learning in other places across the country that are

6   experiencing high call outs as well.  Some markets don't, so

7   they probably don't need the same systems that you guys would

8   need.

9       But that's why we try to make as many decisions locally

10  that come from actual stores, because you guys have all the

11  best ideas that we need to do.  But that's some of the ideas

12  that are already in the works.  Some partners love to be on the

13  call list saying, I get to go work somewhere new today.  And

14  some partners are I don't want to go work anywhere but my own

15  store.  So then we have to work with partners like that, too,

16  because not everybody wants to go work in other stores, and I

17  get that.

18      UNIDENTIFIED SPEAKER:  When people call off as a shift,

19  what is the obligation of the store manager when somebody calls

20  off?  Because I feel like a lot of the pressure to get the

21  shift covered or to get mobiles off or call your proxy is put

22  on the shift who is probably in three positions.

23      UNIDENTIFIED SPEAKER:  Or the barista who is calling off.

24      UNIDENTIFIED SPEAKER:  The barista who is calling off, I

25  always make --



1        UNIDENTIFIED SPEAKER:  Before you call off -- before you

2   call off, you got to call everybody on your list to make sure

3   someone can cover your shift; otherwise, don't even talk to

4   your manager.  I mean, like, that's how it is in my store.

5        UNIDENTIFIED SPEAKER:  Yeah.  What do we do about that?

6   Because I have -- I know partners that have and I just tell

7   them like, you have to find the coverage.  But we also have it

8   even written on -- I don't know if any stores use it.  When I

9   returned to work, it doesn't anymore.  But there's a thing, you

10  know, the schedule is supposed to be posted.  It even says on

11  there, it's the manager's --

12       UNIDENTIFIED SPEAKER:  Manager's responsibility.

13       UNIDENTIFIED SPEAKER:  -- responsibility, but that

14  managers will regularly push it off, and say you have to do

15  this.  Have you done this already?  Come in or figure it out

16  instead of them doing the thing that is -- the written down

17  thing that is part of their job description.

18       DEANNA PUSATIER:  If you are not feeling well and you are

19  sick, it is your job as a partner to notify your store manager

20  with as much notice as you're able to do to let them know that

21  you're not able to come to work.  And it is their

22  responsibility to get your shift covered when you are not

23  feeling well.  They may ask for guidance or assistance with the

24  shift supervisors on duty who are working, respectfully.

25       But at the end of the day, it's the store manager's



1   responsibility to try and cover those hours, and the shifts for

2   the store for partners that are not coming in.

3       UNIDENTIFIED SPEAKER:  Thank you.

4       ROSSANN WILLIAMS:  And the other thing we said in the last

5   meeting and I want to say in this meeting, and then I'll turn

6   it over to --

7       UNIDENTIFIED SPEAKER:  Danny.

8       ROSSANN WILLIAMS:  -- Danny.  Let's be honest, we're all

9   human beings and sometimes we get it right, and sometimes we

10  don't get it right.  And I have made very public mistakes in

11  this company over my career.  There's times I wish I could take

12  back decisions I made because I thought they were the right

13  decisions at the time, but they are not.

14      But the one thing I know about Starbucks is whether we get

15  it right or we get it wrong, we have to own up to it.  And if

16  you've got a store manager who you think you're working with --

17  I don't need to know who it is, doesn't make any difference.

18  Nobody is coming to work at Starbucks to be a bad person.

19  Sometimes we find ourselves in a situation where we try to make

20  the best decision we can and it may not be the right decision.

21      And you have a voice, every -- every partner at Starbucks

22  has a voice and your voice is valued.  And if you think there

23  is something going on in your store that -- somebody brought up

24  fear of retribution at the last meeting.  If you work in a

25  store where there's a fear of retribution, that's against the



1    company policy.  And you've got ethics and compliance outlined,

2    you can call, it's confidential that somebody will investigate

3    your situation.  I hope we don't have to do that, but that's

4    what it's there for.

5         You have PRSC if you're having a partner issue in your

6    store with your manager, with your shift supervisor, with your

7    district manager.  They can call them and they will help,

8    again.  So that's why we put those processes in place because

9    we know we're all humans and we know we don't always get it

10   right.  If you have a store manager in a store -- this last

11   year, I don't know about you guys, but it's taken a toll on me

12   and my family.  I can only imagine how it's taken a toll on you

13   and your family, and your shift supervisors, and your store

14   managers.  And they may be really stressed out at home, I don't

15   know.  They may be having problems with their children going

16   back to school, or worried about their kids because they can't

17   get vaccinated.  I don't know.

18        But we're all humans and we make mistakes.  So if you're

19   in a store where you feel your store manager or somebody else

20   is making a decision that's not in line with the policy or

21   something that you think is wrong, and you don't feel

22   comfortable talking to your manager about it, and you don't

23   feel comfortable talking to your district manager, you've got a

24   regional director.  You've got partner resource people and you

25   have competent (indiscernible), please speak up.  We don't know



1    where the problems are unless people have a voice, right.

2         And if you're saying your store manager is making you find

3    somebody to cover your shift, then we -- then the store manager

4    doesn't understand the policy, or the store manager might need

5    some help, or the store manager might need to be trained.  I

6    don't know what the problem is, but we -- if we don't know

7    about it, we can't help.  Does that make sense?

8         And we all make mistakes.  I'm the first one to admit it.

9    But we also have to be courageous enough to speak up when we

10   see something that's not right; otherwise, we don't know how to

11   fix it.  Does that make sense?

12        UNIDENTIFIED SPEAKER:  Yes.

13        ROSSANN WILLIAMS:  So a lot of times when we go out and do

14   these listening sessions, we'll hear from people.  Well, they

15   won't let us put up decorations anymore.  I have no idea where

16   that came from, but you can always call that in if you wanted

17   to call it in and say we don't -- where did the policy come

18   from and what -- why is it in place?  You always have a right.

19   You have -- and your voice matters to us.  We really do want to

20   hear.  So it sounds like you've got, I mean, maybe some call

21   out policy.

22        UNIDENTIFIED SPEAKER:  I'm wondering -- so like, I'm very

23   thankful in my store.

24        ROSSANN WILLIAMS:  You're very what?

25        UNIDENTIFIED SPEAKER:  I'm thankful --



1          ROSSANN WILLIAMS:  Yup.

2          UNIDENTIFIED SPEAKER:  These masks are just --

3          ROSSANN WILLIAMS:  They're awful.

4          UNIDENTIFIED SPEAKER:  I mean, I've only been really sick

5     once, but I called out and the manager found coverage for me.

6     It was -- you know, it was how it was supposed to be.  But

7     sometimes I feel like when people are calling out, there's no

8     control over -- like, the people that are there now are left

9     to --

10          ROSSANN WILLIAMS:  Cover.

11          UNIDENTIFIED SPEAKER:  -- cover and we have mobile, Uber

12    Eats, a drive-through that runs morning to night, and -- and a

13    cafe, and I just don't -- it's impossible.  It's impossible to

14    deliver.  We're failing meeting Starbucks drink standards and

15    we're trying our best.  And I feel like -- it's like don't

16    shake the drain, don't do this, just get it out, get it out,

17    get it out.  And people are waiting, waiting, waiting.

18          We deal with so many unhappy customers and it's just,

19    like, maybe if we could have control over one piece of the

20    puzzle there.  I don't know if there's like -- and it seems to

21    be like there's no limit in the amount of mobile orders that

22    can come in at any given time.  There's no limit on the Uber

23    Eats orders, which are like really time consuming because you

24    have to package them, and wait for an order, and that person is

25    also running a drive-through.



 1          Like, I just wonder sometimes, like, maybe we can handle a

 2     call out if we -- what is the -- maybe I guess the question I

 3     have is, what is the -- when might mobiles be turned off, for

 4     example?

 5          ROSSANN WILLIAMS:  Mobiles?  Mobile orders.

 6          UNIDENTIFIED SPEAKER:  I have a question about that.

 7     Because like, my store, we're issuing with another store as

 8     well.  And it's, like, we're a newer store so it's been taking

 9     us a lot of time to kind of figure out everything, and figure

10     it out, like what's the best for us, and the best function.

11     Like, the way that the store was originally set up was a

12     nightmare.  We've had to rearrange the store probably like four

13     or five different times at this point now.

14          But like, what you say with the call offs and stuff, like

15     I just remember back in May, right before the shortage got

16     really bad, because I know everybody knows

17     that (indiscernible), like hours are back up, but we were

18     struggling there for a minute without having anything.

19          But before that, like you have a partner call off or like

20     our bar would go down.  Like, we're a brand-new store and both

21     of our bars go down like nobody's business.  Like, they can't

22     handle the volume number going -- like the volume that our

23     store pumps out at all.  And we're now getting told no that we

24     can't turn mobiles off anymore.  So we're running a five-

25     partner play pushing out 70 ads.  We're just screwed.  Like



1    we're just basically told to suffer through it, keep going, and

2    keep pushing mobile orders, and to just keep pushing

3    drive-though.  And our managers can't do anything about it.

4         Like, my store manager now can't turn mobile orders off to

5    even give us a break, to even let us, like, text Siesta, get

6    everything restocked, and just to fix everything.  Like, it

7    just feels like we are kind of set up to fail a little bit.  I

8    know that's not how it's supposed to be, but I feel like I

9    don't know why they were -- like, the right for them to take

10   them away -- to turn mobiles was taken away, because I feel

11   like that's just making things so much harder over these last

12   couple weeks, too, because now we're slammed again with

13   business but we still don't have half the things that we

14   normally do.

15        And now we're trying to push it out, but there's only five

16   people on the floor right now, and we still have to run breaks.

17   Because if you are behind on breaks, then everything else is

18   screwed.

19        ROSSANN WILLIAMS:  So there's a few different things that

20   I want to address in what you all have shared.  So it's fine.

21   I hear it.  I hear it.

22        UNIDENTIFIED SPEAKER:  Thank you.

23        ROSSANN WILLIAMS:  That was feedback.  Okay.  So --

24        DEANNA PUSATIER:  I missed it.

25        ROSSANN WILLIAMS:  I thought she was -- she was cosigning



1    the comment, so (indiscernible, simultaneous speech).

2         UNIDENTIFIED SPEAKER:  Thank you for the cookie bag as

3    well.

4         ROSSANN WILLIAMS:  So here are a few things.  So the

5    mobile order, there's a few different reasons ideally, we

6    wouldn't want to turn it off.  First, I do want to say if you

7    have to turn it off, you have to turn it off.  I mean, you

8    don't see it in the moment, it actually makes the other

9    channels exceedingly busy and it makes other stores exceedingly

10   busy, and they don't know what happened, right.

11        Did you ever have a store close early and you didn't --

12   you weren't aware at all, and you're like, oh, I have a five-

13   partner play, but actually, that's what we should have but now

14   somebody else turned something off and you're inundated.  And

15   it gets harder to predict.  And so that's the other thing.

16        So like, outside of like how it makes customers feel and

17   all that, it actually hurts our partners a lot of times.  Now

18   with that said, if we need to turn it off because whatever

19   circumstance happened, we'll turn it off.  That's okay.  But

20   the thing I do just also want to make sure that I'm clear about

21   that sometimes there is a partner that may be hurting that

22   might not be standing right next to you really badly because

23   all of a sudden, they just got a huge influx of business that

24   they don't know where it came from and they weren't prepared

25   for.  So I do just want to share that.



1          I also am hearing some of the stuff that's like the thing,

2     like, you know, you kind of started out.  We've gotten a lot of

3     feedback about labor, call offs, and I'm hearing that and I'm

4     taking that.  I just want to know I'm taking it very seriously,

5     because at the end of the day, that is the core of everything

6     that you are saying.  And so all of these things that you're

7     describing, like, that's really -- that's really where it is,

8     is having that partner to do it.

9          UNIDENTIFIED SPEAKER:  I just wanted to make another

10    comment about my store specifically.  That sometimes when the

11    manager is not there -- I mean, he doesn't work -- he doesn't

12    work seven days a week -- and the shift is overwhelmed.  The

13    first thing we do is just lock -- lock the cafe.  We do the

14    drive-through very well.  We just lock the lobby and we really

15    don't care about it.  We don't really have a full person, like

16    we cannot run everything.  We're already not doing great.

17    We're already barely nonstop, so we're doing everything we can.

18         The lobby is the only thing we can control, so we turn --

19    we just limit access to it and it's just a drive-through store.

20    And customers are not -- they don't get mad at that because we

21    explain, hey, someone called off.  We don't have enough people.

22    Or look, it's really busy.  Or like, usually it happens on a

23    Sunday and Sunday is really big in Buffalo for some reason

24    everywhere.  Like I feel like we all Sunday morning, we filled

25    out one dish maybe.



1        UNIDENTIFIED SPEAKER:  Later.

2        UNIDENTIFIED SPEAKER:  You have all of my sympathy and

3   respect, because you're down the street from all that nonsense.

4   But usually we just call -- we just lock the lobby.  The shift

5   locks the lobby and she just texts the manager, hey, we closed

6   the lobby until noon because so and so is not here, and

7   somebody is coming in and so we will open and unlock it.  And

8   he's usually okay with it.  Because they took away our ability

9   to turn off mobiles.  So I just wanted to say that it was okay

10  to do that.

11        UNIDENTIFIED SPEAKER 1:  And --

12        ROSSANN WILLIAMS:  Noted.

13        UNIDENTIFIED SPEAKER 1:  -- yes.  I guess.  And Kaci's

14  like, you guys -- y'all have to do --

15        UNIDENTIFIED SPEAKER 3:  I mean, what we do, like,

16  (indiscernible) because I've had a district manager come into

17  our store, look at us struggle the way we struggle, and do --

18  and really disheartening to be reprimanded when we're --

19        UNIDENTIFIED SPEAKER 2:  Yeah.

20        UNIDENTIFIED SPEAKER 3:  -- when we're doing all the

21  things we're doing.

22        UNIDENTIFIED SPEAKER 2:  Yeah.

23        UNIDENTIFIED SPEAKER 3:  And just about the coverage as if

24  any of it is in our control and then be told we can't go home.

25  I mean, that was just a bad day.  I didn't appreciate that at



1    all.

2          UNIDENTIFIED SPEAKER 2:  Um-hum.

3          UNIDENTIFIED SPEAKER 3:  Like --

4          UNIDENTIFIED SPEAKER 2:  (Indiscernible).

5          UNIDENTIFIED SPEAKER 3:  Yeah.

6          UNIDENTIFIED SPEAKER 2:  Like -- like they'll come in and

7    they'll see us visibly struggling, and they'll be like, your

8    drive-through counts are too high.  Like, they're lucky we're

9    getting drinks out at all.  Like, we're all at that -- we're

10   all just a little bit over our (indiscernible) points right now

11   with labor and -- and -- and that, so yeah.  (Indiscernible).

12         UNIDENTIFIED SPEAKER 3:  So yeah.  He wanted me, but

13   (indiscernible).  I'm sure (indiscernible).  I closed the lobby

14   because keeping mobiles on is important for, like, labor and

15   getting (indiscernible).

16         UNIDENTIFIED SPEAKER 2:  Yes.  Yeah.

17         UNIDENTIFIED SPEAKER 3:  But if you can funnel everybody

18   in the drive that's sent their mobile orders to give us, maybe

19   that, or either (indiscernible) drive through.

20         UNIDENTIFIED SPEAKER 2:  Right.

21         UNIDENTIFIED SPEAKER 3:  But you can see it.  It hasn't --

22         UNIDENTIFIED SPEAKER 2:  Right.

23         UNIDENTIFIED SPEAKER 3:  -- (indiscernible) fast and

24   stuff.

25         UNIDENTIFIED SPEAKER:  And there is a limit on how much



1    you can mobile order, actually, I found out at the store

2    because some people ordered 16 drinks twice.

3         UNIDENTIFIED SPEAKER:  Oh my god.

4         UNIDENTIFIED SPEAKER 2:  There's a lot of that.

5         UNIDENTIFIED SPEAKER:  So the mobile limit, I believe, is

6    16 drinks.

7         UNIDENTIFIED SPEAKER:  Yeah.

8         UNIDENTIFIED SPEAKER:  Not items.  Hot drinks.

9         ROSSANN WILLIAMS:  Can I ask a question just because --

10        UNIDENTIFIED SPEAKER:  (Indiscernible).

11        ROSSANN WILLIAMS:   -- (indiscernible)?  No.  And I see

12   you're reacting, right?  So is your store today (Indiscernible)

13   same thing when you were closing lobby doors --

14        UNIDENTIFIED SPEAKER:  We used to.  We haven't been able

15   to, but we haven't closed the lobby at most locations

16   (indiscernible) our expresso machines cannot handle the volume

17   that we're pushing out.  Like, by (indiscernible) calibrate it

18   by, what, 5:15 in the morning.  It's running.  You're waiting

19   five minutes for (indiscernible) shot.  It's (indiscernible).

20        UNIDENTIFIED SPEAKER:  Cool.

21        UNIDENTIFIED SPEAKER:  But it's disgusting how fast the

22   bars go down.

23        UNIDENTIFIED SPEAKER:  And then, it's almost physically

24   impossible to have one bar providing drinks for the café,

25   mobile, and drive-through all as well as (Indiscernible).  And



1   that's (indiscernible) station, and you have to be

2   (indiscernible) certain amount.  If not, we're going to do

3   things wrong.  At the same time, we have a closed bar.  We're

4   under staffed.  We're like -- you know, and we're not

5   (indiscernible) mobile (indiscernible), something like that.

6   Hence, going back to why are we serving (indiscernible).

7       ROSSANN WILLIAMS:  I want to be sure to get to Danny.

8   He's been patiently (indiscernible).

9       DANNY:  (Indiscernible).  On the first day, I was

10  (Indiscernible) college tuition.  I was just like, man,

11  (indiscernible) because it's like for me, I'm (indiscernible).

12  Like, I don't know.  I -- one time, there was like a

13  (Indiscernible) where I told her (indiscernible).  I ain't

14  nobody, until, you know, our manager, you know, until somebody

15  (indiscernible) me.  And if (indiscernible) the manager.

16  (Indiscernible) times, and it was like (indiscernible) I was

17  just told to go home.  And then, (indiscernible) called in sick

18  and (indiscernible) saying I was  (indiscernible) find out what

19  time (indiscernible) check, or I said, you might -- might have

20  a lot of concerned people who (indiscernible).  You know, that

21  was a little (indiscernible), so I didn't know anything about

22  that.  So I think one time (indiscernible) 3:00 in the morning

23  (indiscernible) home.  His phone was off, and then, drive all

24  the way.  It was wrong.  Drive all the way back home, in the

25  morning, 3:00 in the morning.  (Indiscernible).  The only one



```
 1    (indiscernible) work.  (Indiscernible) home, but then, he's
 2    (indiscernible).  (Indiscernible) evening, they just switched
 3    me (indiscernible).  I've already trained (indiscernible).
 4    They told me (indiscernible), and (indiscernible) so it was
 5    kind of hard to train him.  It was just kind of like
 6    (indiscernible), but then, I get penalized for (indiscernible)
 7    process or (indiscernible) bar (indiscernible).
 8    (Indiscernible) put on bar sometimes.  So you don't have to do
 9    everything else, especially when (indiscernible) and then I get
10    put on like (indiscernible) for hours, and unless
11    (indiscernible) list and help them.  (Indiscernible) some help,
12    you know, I could hear (indiscernible), and it was like crazy
13    (indiscernible).
14         ROSSANN WILLIAMS:  (Indiscernible).
15         UNIDENTIFIED SPEAKER:  Oh, um.
16         ROSSANN WILLIAMS:  You tried to raise your hand earlier.
17    I'm sorry.  What's your name?
18         UNIDENTIFIED SPEAKER:  My name is (indiscernible).
19         ROSSANN WILLIAMS:  (Indiscernible).
20         UNIDENTIFIED SPEAKER:  So I know (indiscernible) very
21    overwhelmed.  I don't like work in the drive through store --
22    or excuse me -- cafe, but it's right in the middle of the
23    plaza, so I don't know.  (Indiscernible) small of a store in
24    the plaza, so even if we did have enough people, there is
25    nowhere -- like, there's nowhere for them to go.
```



1        ROSSANN WILLIAMS:  Um-hum.

2        UNIDENTIFIED SPEAKER:  You know, like, and I

3    (indiscernible) rubbing up against people, trying to get past

4    people.  There's just not enough space.  I know you can't

5    really, like, discuss that, but it (indiscernible) volume we

6    get, there's not enough space to do it.  So I would be running,

7    like, register by myself with, like, a line of customers

8    filling the store.  And then, a whole bunch of, like, mobile

9    orders and (indiscernible) orders, food, and (indiscernible)

10   orders and curbsides, like, trying to run that all by myself,

11   and that obviously doesn't really work out (indiscernible) but

12   there's just not -- not space to accommodate enough people to

13   run the store when it's really busy like that.

14       ROSSANN WILLIAMS:  (Indiscernible).

15       UNIDENTIFIED SPEAKER:  I don't know if you know anything

16   about that, but we've also been told -- (indiscernible).  We've

17   been told that we were, like, due for, like, a remodel multiple

18   times, but then it got pushed back.  And then we have problems

19   with, like, our floors.  And we were told that our

20   foundation's, like, kind of rotting because water would seep up

21   through the floor, and we'd all be walking in a puddle.

22       ROSSANN WILLIAMS:  There's a reason this store is

23   (indiscernible) because the Old Main Streets flooded, it rotted

24   underneath the (indiscernible).

25       UNIDENTIFIED SPEAKER:  Yeah.



1      ROSSANN WILLIAMS:  But they were having black mold

2  issues --

3      UNIDENTIFIED SPEAKER:  The back?

4      ROSSANN WILLIAMS:  Yeah.

5      UNIDENTIFIED SPEAKER:  (Indiscernible).  Yeah.

6      UNIDENTIFIED SPEAKER:  Yeah.

7      UNIDENTIFIED SPEAKER:  No.  (Indiscernible), right?  So --

8      UNIDENTIFIED SPEAKER:  Oh.

9      UNIDENTIFIED SPEAKER:  (Indiscernible).

10      UNIDENTIFIED SPEAKER:  Yeah, so (indiscernible), you know,

11  like, somebody mentioned that (indiscernible) came to look at

12  it and was like -- he acted like it was no big deal.  Like, no,

13  that's no problem.  And (indiscernible) was like, well, you

14  know, you don't - you don't have to walk in that all day.  You

15  don't have -- I know that (indiscernible) said that.  I know

16  that he (indiscernible) any of that (indiscernible).

17      ROSSANN WILLIAMS:  (Indiscernible).

18      UNIDENTIFIED SPEAKER:  (Indiscernible) working there, I

19  really like the people.  Our managers are just super nice, but

20  I work on Friday and Saturday mornings, and it's like the worst

21  (indiscernible).  (Indiscernible).  It's just too overwhelming.

22  Not enough space, and it's like, gross.

23      ROSSANN WILLIAMS:  Thank you.

24      So I'm going to ask kind of a (Indiscernible) question.

25  So with all that crazy stuff going on in your store -- and I


www.escribers.net | 800-257-0885

1    haven't been to your store, and I'm sorry that it feels like

2    that to you.  It sounds like (indiscernible) something

3    (indiscernible).  I mean, I (indiscernible) specific.  What

4    makes you want to come to work at Starbucks then?

5            UNIDENTIFIED SPEAKER:  Mainly, like, the people.  Just

6    because, like, I (indiscernible) people that were like so much

7    and my manager, she's just very nice.  She's very

8    (indiscernible).  And actually, I do like making drinks.  I

9    don't -- you know, that's just fun to me, so that's why I keep

10   coming.  But it just feels like it gets worse, worse, and

11   worse.

12           UNIDENTIFIED SPEAKER:  Gets worse.  Yeah.

13           UNIDENTIFIED SPEAKER:  Because we work for like, you know,

14   four hours or even longer at the bar and you've not had like a

15   second to just like even take a breath.  And so as like other

16   people are saying, there's no time to, like, try to talk to

17   customers or even ask them how they're doing, but that's still

18   expected of us.  And then they act like they're mad at us if we

19   don't do that, but it's like, well, then, you're mad at us if

20   we don't put out a drink in time.

21           ROSSANN WILLIAMS:  Yeah.  I wasn't trying to be flippant.

22   I am actually trying to figure out what it is that's working,

23   so (indiscernible) supporting you in doing that.

24           UNIDENTIFIED SPEAKER:  Yes.

25           ROSSANN WILLIAMS:  It sounds like culture, the store.



1    (Indiscernible) store.  And you (indiscernible), so keep doing

2    those things that are helpful in stores where we're doing more

3    volume than what we expect, what -- you know, what are the --

4    what are the types of solutions that we use across the country

5    because there are actually a lot of stores that were built that

6    we expected -- you know, we built a drive-through store -- I

7    remember when I joined 17 years ago, and I was in Texas.  We

8    started building drive-through stores, and at the time, our CEO

9    didn't like drive-through stores, and (indiscernible) we didn't

10   get a good experience in a drive-through store.  Well, you guys

11   have proven that our drive-through customers actually give us

12   (indiscernible) as far as they're not happy.  So you're doing

13   something right in your drive throughs.  But the stores were

14   built for, like let's say a million dollars, and now you guys

15   are doing 1.5 million dollars, so we know we have lots of

16   stores that are (indiscernible) or more, and so you know,

17   Deanna being the new regional director here, we need to work

18   closely with your district managers across your whole area.

19   Not just here, but every store has got the same challenges.

20   Again, your store was built for lower volume (indiscernible) or

21   you need more counter space or maybe we have to open up a store

22   down the street to take some business off your store so you're

23   not (indiscernible).

24       UNIDENTIFIED SPEAKER:  (Indiscernible).  They -- they all

25   have like East Robinson which is on (indiscernible) and it

1    seems like it lasted for a second, and then it almost seemed

2    that we got more --

3         ROSSANN WILLIAMS:  More.

4         UNIDENTIFIED SPEAKER:   -- business, yeah.

5         UNIDENTIFIED SPEAKER:  (Indiscernible) and our sales

6    actually went up after that store opened.

7         UNIDENTIFIED SPEAKER:  Yeah.

8         ROSSANN WILLIAMS:  It's different in every single market,

9    but there are solutions that we use all over the country that

10   we can take a look at how we bring different market

11   (indiscernible) solutions here to this market.  Like, we do

12   that every month.  Sorry.  It would be something that we would

13   have to take a look at the stores.  And I'm not familiar with

14   your stores, so I don't know.  But there's certainly

15   (indiscernible) kiosk (indiscernible) that's really, really

16   small (indiscernible) counter.  And it's really tough to do

17   business at the volume that you're doing business right now.

18   Okay.  So what can you do?  Do we move it to a regular store

19   and give (indiscernible) part of those options that we can look

20   at, and that's actually part of the process that we call market

21   planning.  Which is every year, we sit down --

22        Is it once a year or twice a year?

23        DEANNA PUSATIER:  We do like the major one once a year,

24   but we really talk about it four times a year, maybe more that.

25   But we actually talk about it even more often than that.



1          ROSSANN WILLIAMS:  Yeah.  We talk about every store.

2     What's the volume?  What's the condition of the store?

3     What's -- does it need renovation or not?  Do we need another

4     store?  Do we need to -- relocate it from a café to a drive

5     through?  Do we need to add a kiosk in a mall so that's part of

6     our annual process.  But I don't know -- again, I haven't seen

7     the one for this market.  I certainly haven't seen one for your

8     store, but that's something that's part of our regular over --

9     our regular planning process that we should (indiscernible)

10    with that because there's a way to address that.

11         UNIDENTIFIED SPEAKER:  Um-hum.  And I you know there's

12    like nothing (indiscernible) right now or maybe even ever, but

13    like, it just feels like they always tell us, like, that

14    they -- they will fix it.  Or it's like they say that but they

15    never actually doing anything about it.  They just tell you to

16    make you happy --

17         ROSSANN WILLIAMS:  And who's they?

18         UNIDENTIFIED SPEAKER:  I don't know.  Like, my manager,

19    she's like -- she'll say stuff like -- or like they want to

20    give us, like, something.  Like, we can't -- we can't work in

21    this.  Because like, I know like we always have cracked tiles,

22    and I think somebody is suing our store (indiscernible) because

23    they tripped over those cracked tiles.  But -- but they -- she

24    always says, like, they're supposed -- or they should get us

25    (indiscernible).


www.escribers.net | 800-257-0885

1        ROSSANN WILLIAMS:  (Indiscernible)?

2        UNIDENTIFIED SPEAKER:  That --

3        ROSSANN WILLIAMS:  Well, usually, "they" is me.

4        UNIDENTIFIED SPEAKER:  No.  No.

5        ROSSANN WILLIAMS:  I know.  Yeah.  I don't believe --

6        UNIDENTIFIED SPEAKER:  (Indiscernible).

7        ROSSANN WILLIAMS:  Yeah.  They is usually corporate.  And

8   when somebody says corporate, that's me.  I'm a corporate

9   person, so when you say corporate, you can just say Rossann.

10  So I take all the corporate slashing that happens

11  (indiscernible) customers.  You look like you're from

12  corporate.  I am corporate.  I didn't -- I didn't start at

13  corporate.  I actually started my career as a store manager, so

14  I -- it was a long time ago.  But I started as a store

15  manager -- I actually started as a cashier back when we had

16  cash registers where you would push buttons versus, you know,

17  that's hold old I am.  (Indiscernible).

18        UNIDENTIFIED SPEAKER:  That was great.  That was

19  (Indiscernible).

20        (Indiscernible, simultaneous speech)

21        UNIDENTIFIED SPEAKER:  And 12-year partner?

22        ROSSANN WILLIAMS:  Yeah.  And so I used to run a cash

23  register when I was putting myself through college, and I

24  remember how it felt to say "the corporate people".  Well, now,

25  a long time later, I'm a corporate person, but just because I



1    have a corporate job doesn't mean that I don't care about your

2    experience in your store.  The same thing for Deanna.  The same

3    thing for Natalie (phonetic throughout).  The same thing with

4    Emily.  And that's why we're here.  It sounds like there's been

5    some things going on, and this is not unusual for ever market,

6    but it seems like there's some facility issues in this market

7    that haven't been addressed in the way they need to, and that's

8    what Deanna's being held accountable for as your regional

9    director.

10        And you guys, she's just -- she's been in Boston and

11   that's the market she's been in for three years.

12   (Indiscernible) in Boston, find out how she is as a director.

13   Did she follow up on her word?  When she says she's going to do

14   something, does she do something?  Because I think you're going

15   to find her to be someone that is going to be a strong advocate

16   for your partner experience in your store.  And she has been

17   for 22 years.  She started as a barista.  So you know there

18   is -- I can't make excuses for what happened.  All I can do is

19   say we're here to listen and learn.  And we're here to be like

20   a Starbucks family like we do in every market is when we have

21   challenges, let's talk about them, and let's (indiscernible)

22   solutions.  And then, we share solutions that you guys come up

23   with at the next market we go to, and then they'll have ideas

24   that we can share with other markets, no matter how old you

25   are.  And --



 1     (Laughing)

 2     (Indiscernible, simultaneous speech)

 3          UNIDENTIFIED SPEAKER:  Hey, Jess?

 4          ROSSANN WILLIAMS:  That's okay.  Someone called me Grandma

 5     Starbucks last year, and (indiscernible).

 6          UNIDENTIFIED SPEAKER:  That's okay.

 7          ROSSANN WILLIAMS:  And it was (indiscernible).  We

 8     wouldn't hug, but it's like (indiscernible) grandchildren, so

 9     call me grandmother was a whole other story.  She did so in an

10     endearing way, so I appreciate that.  But I mean, come on, if

11     you work in that store and things aren't (indiscernible) that's

12     not a store up to standard, and I don't know why it's not being

13     addressed so we'll -- she'll find out.

14          And for any of you that work in other part of the country,

15     there are Starbucks standards that need to be put in place.

16     There's Starbucks standards when we have cleanliness.  There's

17     Starbucks standards when you build drinks.  There's Starbucks

18     standards in staffing.  There's Starbucks standards in market

19     resources.  There's Starbucks standards when it comes to labor

20     laws.  And if we (indiscernible) standards aren't in place and

21     there's some reason why not, we've got to figure out why not.

22     That's how we do things around here is we talk to each other,

23     and we come up with solutions.  And we share solutions from

24     other markets you guys might learn from.  (Indiscernible).  And

25     you've got nine district managers she can pull together and do

1    nine district manager solutions.

2         But some of these issues sound -- they don't sound right

3    to me; that's all I'm saying.  And there might be a good

4    reason.  I don't know.  Maybe (indiscernible) person is not a

5    good person.  I don't know.  But a company we contract, they

6    need -- they're (indiscernible).  I don't know.  There could be

7    lots of reasons.  But it doesn't seem -- it doesn't seem right

8    that you're asking things to be fixed and they're not fixed.

9    Make sense?  I want to make sure that we get (indiscernible)

10   folks and that's okay.  But I just want to see if there's

11   anything on your mind.

12        UNIDENTIFIED SPEAKER:  (Indiscernible)?  (Indiscernible)?

13        UNIDENTIFIED SPEAKER:  Yeah.

14        ROSSANN WILLIAMS:  Okay.  I just want to make sure we give

15   everybody time because last time we started running over,

16   things started (indiscernible) and then everybody

17   (indiscernible).

18   (Laughing)

19        ROSSANN WILLIAMS:  (Indiscernible) marker all over it, and

20   I hadn't really addressed them.  And I'm like, okay.  Too much

21   water today, so.  Thirty-minutes.  We want to make sure we use

22   the best use of our time we have.  So I think it was a great

23   question.  Anybody that hasn't had a chance to ask a question

24   or comment or make a statement and would like to?  Because

25   obviously you drove to be here today with us, so thank you.



1    Whether you just sit and listen or whether you have something

2    to add, we're grateful that you came.  Okay.

3          UNIDENTIFIED SPEAKER:  Or if you (indiscernible).  Anybody

4    like that?  Something else?

5          UNIDENTIFIED SPEAKER:  Okay.  I'll say something.  Okay.

6    I don't know what to say, but I am super grateful that I have

7    (indiscernible) company and been with the company since

8    (indiscernible) end of January, around then.  And I have made

9    so many great friendships.  And just like, I look forward to

10   seeing some of my regulars.  Like, I'm actually kind of sad

11   about the transfer.  I'm actually going to a new store to be a

12   shift supervisor, so I'm super excited about that.

13         But this transition, like, I'm super nervous.  I'm about

14   to leave all my people.  Like, my store, we've all kind of come

15   up together.  We opened the store together.  I came in two

16   weeks after, but still, we've all opened the store together.

17   And I'm just really nervous.  I'm excited.  And I'm just really

18   grateful.  I know not a lot of people are going to have this

19   experience.  But I just want to share this.  I couldn't ask for

20   a better store manager at my store.  She (indiscernible)

21   support.  She's always there when I need her.  (Indiscernible)

22   with Starbucks.  And I'm tired of that issue, she's been right

23   there to guide me through it.  Offer me different things to

24   navigate work.  She's honestly my biggest advocate for helping

25   me get my promotion because she just knows how much I love the



1  company and how much I love my job.  So it is kind of sad to

2  hear that like not other people have this experience, and it

3  was kind of nice to just like hear it firsthand.  Because I

4  guess, you know, I'll just say whatever has been going on right

5  now, it's kind of fun dividing partners.  I don't know if

6  anybody else kind of has that experience in their stores.

7       UNIDENTIFIED SPEAKER:  Yes.

8       UNIDENTIFIED SPEAKER:  And you kind of see the divide in

9  the kind of push back from each other.  So I guess that was

10  kind of very educational for me to see other people's

11  experiences.  But I do want to share that other stores, we do

12  have a good time.  I swear.  Our district manager always calls

13  our store (indiscernible).  We always play the best music.

14  (Indiscernible).  And I don't know.  At my store, we just

15  genuinely love each other and have a good time.  And it's just

16  been interesting this past couple of weeks to see the change,

17  but also at the same time, (indiscernible).

18       ROSSANN WILLIAMS:  Congratulations on your promotion.

19       UNIDENTIFIED SPEAKER:  Thank you.

20  (Clapping)

21       ROSSANN WILLIAMS:  And you will be surprised how your

22  family will just continue to grow as you go new places.

23       UNIDENTIFIED SPEAKER:  I'm excited.  I think it's going to

24  definitely be, like, a great opportunity (indiscernible)

25  learning experience, but I'm a little nervous to leave my



1    family.  They're definitely (indiscernible).

2         ROSSANN WILLIAMS:  They're still going to be there.

3    That's why you're family.

4    (Indiscernible, simultaneous speech).

5         ROSSANN WILLIAMS:  What store are you going to?

6         UNIDENTIFIED SPEAKER:  I'm going to (indiscernible), so

7    we'll see.

8         ROSSANN WILLIAMS:  Okay.  Go from there then.

9         UNIDENTIFIED SPEAKER:  Thank you.

10        UNIDENTIFIED SPEAKER:  I (indiscernible) and lost them.

11        UNIDENTIFIED SPEAKER:  That's (indiscernible).

12        UNIDENTIFIED SPEAKER:  Yeah.

13        ROSSANN WILLIAMS:  (Indiscernible) so (indiscernible).

14        UNIDENTIFIED SPEAKER:  There's a lot --

15        ROSSANN WILLIAMS:  Sounds like --

16        UNIDENTIFIED SPEAKER:  (Indiscernible).

17   (Laughing)

18   (Indiscernible, simultaneous speech).

19        UNIDENTIFIED SPEAKER:  It's a brand new bar.  And he's

20   like, I can just (indiscernible).  (Indiscernible) myself it's

21   bad.

22        UNIDENTIFIED SPEAKER: (indiscernible) myself into that.

23        UNIDENTIFIED SPEAKER:  When is she going to stop.

24        ROSSANN WILLIAMS:  What else is on your mind?

25        UNIDENTIFIED SPEAKER:  I would love to say, like, first I



 1     love working at Starbucks.  I love our customers.  The vast

 2     majority of them are amazing, and the people at my store, like,

 3     I've made some really great friends.  I do just want to say

 4     though that feeling of burnout is coming a little bit quicker

 5     than it used to, especially with the pandemic and going through

 6     like the mask mandates, and like, customers -- that was -- that

 7     was very difficult.  Like, some customers wouldn't wear masks.

 8     And like, what do we do?  Do we say something?  And if you

 9     don't say something, you have that feeling, like, oh, are we

10     letting down the baristas that are on the floor, because we are

11     putting them at a health risk, like.  And the customers that do

12     get upset, while still incredibly few, I think are becoming

13     more upset with shortages and the longer waits, and you know,

14     I'm not necessarily looking for a solution, and like I said, I

15     do love working for Starbucks and it's so much fun.  And I do

16     love doing it every day, but that feeling of burnout is coming

17     a little bit more quickly and like, I'm obsessed with the

18     Olympic Games.  I love watching the Olympics, so I took a whole

19     week off just to watch the Olympics.

20          UNIDENTIFIED SPEAKER:  He did.

21          UNIDENTIFIED SPEAKER:  Because I had so much

22     (indiscernible).  I'm sorry.  And then, I'm literally sat home

23     all day for like eight hours watching them, and that was in

24     July, and already I'm like, oh, my god.  I need, you know, a

25     few days because it's been really stressful.  And like -- and



www.escribers.net | 800-257-0885

1    especially, like, the shortages, too.  Like, oh, I want that

2    toffee nut so bad.  What I'd -- I would love to have toffee nut

3    in my latte again.

4    (Indiscernible, simultaneous speech).

5         UNIDENTIFIED SPEAKER:  I will acknowledge this.  I would

6    rather (indiscernible).

7         UNIDENTIFIED SPEAKER:  Yeah.  I would.

8         UNIDENTIFIED SPEAKER:  Something drastic.

9         UNIDENTIFIED SPEAKER:  (Indiscernible)

10        UNIDENTIFIED SPEAKER:  Something -- something drastic.

11        UNIDENTIFIED SPEAKER:  (Indiscernible).

12        UNIDENTIFIED SPEAKER:  (Indiscernible) even know whether

13   we're going to get stuff back.  Like, honestly, yeah.  I was

14   going to ask that.  We are going (indiscernible).

15        UNIDENTIFIED SPEAKER:  Toffee nut.

16        UNIDENTIFIED SPEAKER:  (Indiscernible).

17   (Indiscernible, simultaneous speech).

18        UNIDENTIFIED SPEAKER:  (Indiscernible).

19        UNIDENTIFIED SPEAKER:  Yeah.

20        UNIDENTIFIED SPEAKER:  I mean, that like (indiscernible).

21        ROSSANN WILLIAMS:  I want -- sorry.  I (indiscernible)

22   your question.  I'm sorry.  I didn't hear you.

23        UNIDENTIFIED SPEAKER:  I said the communication that I

24   have seen, at least, doesn't (indiscernible).  (Indiscernible)

25   end of summer and just (indiscernible).



1          UNIDENTIFIED SPEAKER:  Yeah.

2          UNIDENTIFIED SPEAKER:  And now --

3          UNIDENTIFIED SPEAKER:  Right.

4     (Indiscernible, simultaneous speech).

5          UNIDENTIFIED SPEAKER:  That could be the beginning of next

6     summer.

7          ROSSANN WILLIAMS:  So in terms of like, product, we'll

8     come back.  So here's some other things you haven't seen us do

9     is we narrow down the (indiscernible) that we have in stores.

10    And so there's lots of meetings and there's lots of connection

11    about that.  There's a high level of awareness.  She made me

12    the chairman of the last group.  She says every single day

13    that, you know, in a meeting were we really get into how much

14    we have (indiscernible) and all of that.  You already know that

15    some people are working very hard in solving this issue for

16    you, and we also know that this is an industry-wide issue that

17    is really affecting every single person.  The first time I

18    asked for (indiscernible) you know after I went.  I was so

19    excited.  It was my first time in a year and a half.  And it

20    was like, they were out of ketchup and (indiscernible).

21         Yeah.  And so we know what that feels like when we lose a

22    customer as well as a partner.  And so I don't have all the

23    answers in terms of when we're going to get everything back in

24    stock, but we're looking at making sure that we're as slim as

25    possible with what we offer, so that we can at least not run



 1    out of certain key items.  And we know that there's still

 2    challenges that you're facing with that.  So I appreciate your

 3    patience.  But the thing that we shared at the last group that

 4    we also want to share with you is that you know, please, you're

 5    empowered to make sure that if have a customer who's having a

 6    tough day and their favorite thing's not in, and you know, we

 7    all know what that feels like.  We've been in a situation,

 8    whether it's Starbucks or somewhere else, where you just really

 9    wanted that whatever, and it bums you out that you don't have

10    it.  So just know that, your drink's on us today, right?  Your

11    drink's on us today.  And make that customer's day.  And you

12    know, it's happening a lot, but I want you to know that you are

13    empowered to make that decision to make the customer's day.

14    That's going to giving you any time lines.  I will tell you, I

15    had a moment, personally.  So I drink iced green tea every

16    single day to the point where all my partners knew and they

17    were like text -- partners were like texting like just so you

18    know (indiscernible).

19         UNIDENTIFIED SPEAKER:  I did.

20         UNIDENTIFIED SPEAKER 2:  And then, I had partners

21    (indiscernible) today.  I didn't -- they didn't have it at

22    first because I was nervous.  I didn't want to take it from

23    customers.  So we all know.  We have that feeling.  We're

24    working hard on it though.  And this is a private customer

25    (indiscernible).



1          UNIDENTIFIED SPEAKER:   (Indiscernible) drive up there.

2          UNIDENTIFIED SPEAKER:   (Indiscernible)?

3          UNIDENTIFIED SPEAKER:   (Indiscernible).

4          UNIDENTIFIED SPEAKER:   Oh.

5          UNIDENTIFIED SPEAKER:   (Indiscernible) like, and all the

6     stores don't have (indiscernible) except like maybe

7     (indiscernible).

8          UNIDENTIFIED SPEAKER:   Who wants that?

9     (Indiscernible, simultaneous speech)

10         UNIDENTIFIED SPEAKER:   They had lavender at one point.

11         UNIDENTIFIED SPEAKER:   Did they?

12         UNIDENTIFIED SPEAKER:   Yeah.

13         UNIDENTIFIED SPEAKER:   In Canada?

14         UNIDENTIFIED SPEAKER:   Um-hum.

15         UNIDENTIFIED SPEAKER:   And they were like (indiscernible)

16    shortages are so bad?   And they're like (indiscernible).

17    (Laughing)

18         UNIDENTIFIED SPEAKER:   Okay.

19         UNIDENTIFIED SPEAKER:   Well --

20         UNIDENTIFIED SPEAKER:   But that used to work in Canada?

21         UNIDENTIFIED SPEAKER:   Yeah.  So I would guess --

22         UNIDENTIFIED SPEAKER:   Did he move here?

23         ROSSANN WILLIAMS:   I don't -- I actually still support

24    Canada.  They're having exactly the same issues.  That one

25    store may not, but they're having the same outages because they



 1    use the same supplier, so let me just give a little bit more

 2    detail.

 3         UNIDENTIFIED SPEAKER:  Yeah.

 4         ROSSANN WILLIAMS:  The reason we aren't giving you a date

 5    is because we don't know.  So what I can say is for what you

 6    guys experienced, remember how March was kind of sleepy and

 7    then April, May, June went like this, and then July and August

 8    kind of went down.  Well, all of our suppliers, whether they

 9    supply food or people (indiscernible) or pork or the people

10    that make bread or the people that make (indiscernible) they

11    all went through the same COVID crisis we did, and they all

12    shut their factors.  They shut all their manufacturing plants.

13    They laid all their people off.  And when they reopened, nobody

14    expected business to open as fast as they did, because nobody

15    thought we'd get the vaccinations as quickly as we did, right?

16    I mean, there was like unheard of that we can get it this

17    quickly.  So what we're experiencing in our stores is really

18    large part to do with that our suppliers cannot get opened up

19    fast enough and hire enough people to produce the amount of

20    products that we're buying.  That's why we're out of so many

21    things because our suppliers can't make it.  And some of it was

22    we only had one supplier for caramel.  I don't know why we

23    would ever do that.  They gave us a good price.  They're a good

24    company.  We've been working with them for a long time.  But

25    when they couldn't open up their plants and make caramel sauce,


www.escribers.net | 800-257-0885

1    we didn't have anybody to buy caramel sauce from.  So we've

2    learned a lot.  There are lots of mistakes that we made that

3    we're learning from, so we're never going to have one person

4    doing caramel sauce ever again.  We're going to have two or

5    three or four suppliers.  But it is, in fact, true, the reason

6    we don't know is because for some of these suppliers,

7    especially with cake pops.  They only built two lines, and they

8    can only do so many cake pops a day.  And when we said we need

9    double the cake pops, their two lines couldn't make more than

10   they're already making.  So now, they're having to build a new

11   plant to build new lines for more cake pops.  So it caught them

12   as off guard as it caught us, and they're trying to hire

13   people.  They're trying to train people.  They're trying to

14   increase the production of their plants.  We just had no idea

15   it was going to go up that fast.  So that's why we don't

16   know -- we don't have an answer because a lot of the decisions

17   are based on how fast our suppliers can get up to speed.

18        Now, we do -- as Deanna said, we do meet on a daily basis

19   with our supply chain people, and we go -- there's 450 SKUs

20   that we go over and it's a -- there's a chart that says this is

21   red.  It means it's going to be in stock (indiscernible) for 30

22   days.  Yellow is withing two weeks, and green means we're in

23   stock.  And we go through the 450 top SKUs every single days,

24   and we see what changes on the spreadsheet, so we know what we

25   can do to take things off the menu, to not advertise things on



1    (indiscernible), not to do a double star day on something that

2    we're not going to have.  So we are doing all that.  I wish we

3    didn't have to do that.  But the fact is we can't

4    (indiscernible) the suppliers enough to say you guys have to

5    (indiscernible).  So as soon as they can get up to speed, we

6    will be back in stock for more things.

7        We have -- now, you guys, we have three different oat milk

8    vendors versus just the one, so we went out and we had to

9    qualify.  We have to go to the production site.  We have to

10   make sure they're clean.  We do a whole audit on do they hire

11   enough women?  Do they hire enough minorities?  You know, it's

12   a very, very long involved process to be a supplier of

13   Starbucks.  It's very, very hard to become a supplier of

14   Starbucks because we have such high standards.  So then, if we

15   go out and get another supplier, then that takes us more time.

16       So I know that's more detailed than what you needed, but

17   when you say when (indiscernible) back in stock, it's really a

18   little complicated, but know there's a lot of really passionate

19   people that know that everyday in the store that you have to

20   say no I'm sorry.  I don't have that.  No.  I'm sorry.  I don't

21   have that either.  No.  I don't -- sorry.  I don't know when

22   we're going to get lemonade.  That those people are primarily

23   store partners that work as LSRs, and they understand probably

24   sometimes in too much of a personal way what you guys are going

25   through.  Many times on the phone, they start crying when I

1    talk to them.  I'm like, I don't need you to cry.  You know

2    what I mean?  Nobody's blaming you, right?  But they get the

3    calls, and they hear the stress from the store managers.  And

4    they feel very responsible for not being able to fix it, but

5    know you've got a mighty force of partners back in Seattle

6    where they're working 24 hours a day, really, 24 hours a day

7    with our suppliers to make sure (indiscernible) that they're

8    back in stock as quickly as possible.  Don't think that

9    they're -- they know the pressure that we're putting on you,

10   and I love the way you answered the question.  Just make

11   somebody's day, or I'll buy it for them?  Say, would you like a

12   cake pop with it?  Give them whatever it might be, you guys

13   have full authority to do what you need to do to be able to

14   make somebody's day.  But it's a very, very complicated

15   situation, and it's everywhere.

16        UNIDENTIFIED SPEAKER:  Yes.

17        ROSSANN WILLIAMS:  As I was saying to the first group, I

18   just went to the grocery store last week.  I was completely

19   surprised that the store I go to all the time was almost out of

20   stock of things.  And I'm like, how can these grocery shelves

21   used to be full.  Now, you guys see it.  You're out.  So it's

22   not just us, but we're working our butts off to make sure that

23   we're doing everything to stop advertising, to stop producing

24   new drinks, to stop anymore cold brew beverages until we can

25   get cold-brew brewers into your stores so you can brew more



1     cold brew without all these (indiscernible), so we are working

2     on all that stuff.  It just -- it's a big (indiscernible).  I'm

3     sorry.  I wish -- there's none of us -- none of us that wish to

4     be in this situation (indiscernible) syrup.  I mean, I just

5     can't believe it but so thank you for what you're doing.  I

6     know you guys are going through a lot.  I can see that.  And we

7     are working out butts off to make sure we get stock as quickly

8     as possible including for holiday, we've already deleted all

9     the items that we think that our suppliers aren't going to be

10    able to produce for us because (indiscernible) don't make them.

11    We want to be back to where we were with the sandwiches

12    (indiscernible), so.  We've already started deleting some

13    future new items so that we can go back to making items that we

14    used to do, so lots of work going on behind the scenes.  So

15    that's why we don't have an answer on a date.  Does that make

16    sense?

17            UNIDENTIFIED SPEAKER:  Yeah.  I just asked if

18    (indiscernible) right now if what you're saying is

19    (indiscernible) Starbucks because in just a school day, we'll

20    get Starbucks (indiscernible) strongest supply chains, so

21    that's why (indiscernible) how.

22            UNIDENTIFIED SPEAKER:  How.

23            UNIDENTIFIED SPEAKER:  (Indiscernible) about Starbucks at

24    school and how they're -- they have such a strong supply chain

25    and everything, so.



1          ROSSANN WILLIAMS:  It's called global pandemic.

2     (Laughing)

3          ROSSANN WILLIAMS:  That's one little small thing that

4     happened to all us.

5          UNIDENTIFIED SPEAKER:  And these customers, I'm like

6     nobody was working.  I'm like nobody was working.  And like,

7     how are you on sugar?  Well, I'm like, nobody was working, and

8     now everybody's just going back to work, so now I'm going to

9     catch up.  So (indiscernible).

10         UNIDENTIFIED SPEAKER:  So if you guys are interested, I

11    have a weird fact about that.  (Indiscernible) kind of thing.

12    But there's other reasons more than just that that lead to the

13    fact that there's massive shortage all across the country.

14    (Indiscernible).

15         ROSSANN WILLIAMS:  Massive shortages of what?

16         UNIDENTIFIED SPEAKER:  Everything.

17         ROSSANN WILLIAMS:  Oh, everything.

18         UNIDENTIFIED SPEAKER:  Like, grocery stores, us,

19    everywhere in the world, too.  It's actually not

20    (indiscernible).

21         ROSSANN WILLIAMS:  It's a globe -- yeah.  You're right.

22         UNIDENTIFIED SPEAKER:  So I think (indiscernible).

23         UNIDENTIFIED SPEAKER:  Hello, me again.

24    (Laughing)

25         UNIDENTIFIED SPEAKER:  So obviously, this whole



1   conversation came from our friend here who was kind of speaking

2   about something (indiscernible).  And we all got distracted

3   because we like talking about (indiscernible).  But for now,

4   it's obviously (indiscernible).  I know that you guys are doing

5   all you can.  And obviously, there are all kinds of different

6   (indiscernible).  But for now, it's (indiscernible)a real thing

7   that's happening.  And I think that I don't necessarily know if

8   it's (indiscernible), but because we are still wearing

9   (indiscernible) given the circumstances and everything, I think

10  we need -- I just would like our experience to be maybe

11  prioritized a little more than those numbers that everyone's

12  kind of pushing at us.  Like, what numbers we need to, like,

13  meet and stuff, because we are -- that is being thrown at us

14  constantly everyday, and like, we need to work drive-thru times

15  like this and move on.

16      And I'm like, oh, just work through all the rush and all

17  (indiscernible).  Yeah.  (Indiscernible).  And it's like,

18  (indiscernible) that you guys care, but I think it's -- we are

19  just kind of waiting to see that reflected in the standards

20  that we're supposed to be keeping.  So it's not (indiscernible)

21  at that point.

22      UNIDENTIFIED SPEAKER:  All right.

23      UNIDENTIFIED SPEAKER 2:  (Indiscernible).

24      UNIDENTIFIED SPEAKER:  (Indiscernible).

25      UNIDENTIFIED SPEAKER 2:  You are a (indiscernible)?



 1        UNIDENTIFIED SPEAKER:  Yeah.  (Indiscernible).

 2        UNIDENTIFIED SPEAKER:  So (indiscernible).

 3  (Laughing)

 4        UNIDENTIFIED SPEAKER:  I do -- I often do (indiscernible)

 5  which (indiscernible) very much did, but I love the experience

 6  of meeting all these people.  And I do feel like I have a

 7  family in both stores I work at.  I worked in Washington State

 8  for two years.

 9        UNIDENTIFIED SPEAKER 2:  Where at?

10        UNIDENTIFIED SPEAKER:  And I moved here.  And I was scared

11  also of leaving my family, but I truly will make a new family.

12        UNIDENTIFIED SPEAKER:  Thank you.

13        ROSSANN WILLIAMS:  Yes.  I guess I'm not attached to this

14  new family I have as I was back then.  But lately, there's

15  things that feels like there has been a culture (indiscernible)

16  which might be due to COVID or some other just kind of other

17  values that got lost in translation (indiscernible), so I just

18  want you to know we're all obviously here to improve this,

19  again, so that we can all go back to loving it as much as we

20  did.  End scene.

21        I know there are few more (indiscernible).  This is like

22  my (indiscernible).

23  (Laughing)

24        ROSSANN WILLIAMS:  And she's part of my family too, hi.

25        UNIDENTIFIED SPEAKER:  Hello.



1      ROSSANN WILLIAMS:  Hi.  And yep.  That's all.

2      UNIDENTIFIED SPEAKER 2:  Thank you.

3      UNIDENTIFIED SPEAKER:  You know, Rossann mentioned

4  (indiscernible), and I'm just curious why you brought those

5  back?

6      UNIDENTIFIED SPEAKER:  Yeah.

7      ROSSANN WILLIAMS:  I know from a business standpoint it's

8  a good idea because those generate a (Indiscernible) business,

9  but with the labor hours the way they are, the non-partners

10  each in each store not (indiscernible) shift, it's insane for

11  us to (indiscernible).  I know the week of the pandemic, there

12  were no frappe hours.  There were no double-star days.  There

13  was none of that.  It was so great because it was one less

14  thing we had to worry about.  It was one less thing we had to

15  like (indiscernible).  Somebody's going to call out because

16  it's double-star day and nobody wants to deal with that.  But

17  now it's coming back and we're running into that again, and I'm

18  just curious why -- like, well -- (indiscernible) it was like

19  overnight.  It was like, hey, so this week we're not doing what

20  we're doing next week because we've got to get back to normal,

21  I guess.  (Indiscernible), and I'm just wondering why

22  partners -- it seems like labor was not taken into account when

23  you decided, hey, we're (indiscernible) voicing my opinion that

24  maybe we should not do it anymore because it is crazy from it.

25  Like, (indiscernible) store (indiscernible) store

1    (indiscernible).  These people are relying on their money too,

2    and it's just crazy on all of us.  And you mentioned it --

3          ROSSANN WILLIAMS:  Folks, I'm triggered, so I'm

4    (indiscernible).  All right.  Thank you for feedback, and we

5    need -- you know, I want to also make sure that the experience

6    that you guys are having in your store in this market may not

7    be the same experience as every store in every market, right?

8          UNIDENTIFIED SPEAKER:  (Indiscernible).

9          ROSSANN WILLIAMS:  And so the markets like this market who

10   are experiencing higher rates of staffing challenges and

11   callouts and scheduling issues probably are feeling very

12   similar to what you guys are.  And it's very -- not very fair.

13   So there's some areas that say, love double-star days and want

14   you to bring back happy hour, okay.  So I just want to the big

15   landscape of 9,000 stores and different markets mean different

16   things, so I want to register that.

17         The other thing I would say is that we are trying to as

18   carefully as we can, and as I said earlier, we're all just

19   human, and we're going to make the best decisions we have from

20   what we know.  We have a very, very, very large percentage of a

21   very loyal customers (indiscernible) called Starbucks Rewards

22   Customers that are most loyal customers, and they love double-

23   star days.  And we haven't done them for a year and a half,

24   right?  And so we're trying to find a balance between how do we

25   tell our most loyal customers how much we love them, and we're

1    going to introduce things that don't push customers into a two-

2    hour window happy hour.  We're not doing that.

3         UNIDENTIFIED SPEAKER:  Thank you.

4         ROSSANN WILLIAMS:  What are other things we can come up

5    with that reward our loyal customers, because they deserve to

6    be loyal customers and they deserve to have discounts, so we're

7    trying to figure out the right way.

8         And we're trying to figure out how do we responsibly help

9    drive business into our stores so we can have more labor hours

10   and create more jobs and then build more stores versus how do

11   we take our foot off the gas pedal and not push things.  When

12   we did the Delta variant.  The Delta variant was coming because

13   nobody knew Delta variant was coming when we planned these

14   things.  So I'm trying to explain to you.  It's an art and

15   science.  There's not like one decision that says, oh, my god.

16   We've got to drive business, and we're behind in the plan, and

17   we've got to put (indiscernible) back in.

18        We planned those out, whether you hear about it or not,

19   six months in advance because it takes all the technology to

20   turn on.  And I don't understand all the stuff behind the

21   scenes because I'm just -- I just work with stores.  I don't

22   understand all the technology stuff.  So those decisions are

23   made quite a long time ago.

24        Right.  If what you're saying, in this market are those

25   are really hard on markets that are already having staffing



1    challenges, I am happy to take that back to say, let's take a

2    look across the country.  Let's take a look at how many markets

3    are having similar challenges as this market, and maybe here is

4    another pause or we change it into something else.  So there is

5    not a reason that we decided to turn it off or turn it on.

6    It -- it's all kind of a balance of how much -- how much you

7    would want to reward our Starbucks loyal customers, and how do

8    we do that and when do we do it and still make it the best

9    experience for you and the store, so again, it's an art and

10   science.  It's not like we have to do it this day, or we don't

11   have to do it that day, because the option of just giving them

12   more stars to begin with then (indiscernible).

13        UNIDENTIFIED SPEAKER:  Because I actually get -- I

14   actually get three stars for every dollar I spend on my card.

15   (Indiscernible) is really stressed out and strained, right?

16   That's got to be a glitch or something.

17        UNIDENTIFIED SPEAKER:  No.  That's (indiscernible).

18        ROSSANN WILLIAMS:  Oh.  (Indiscernible).

19        UNIDENTIFIED SPEAKER:  (Indiscernible).

20        ROSSANN WILLIAMS:  But I'm wondering if like it happens if

21   (indiscernible) rewards members so that way it'll be a little

22   less.

23        UNIDENTIFIED SPEAKER:  I would just say -- we've got, like

24   I said, the marketing team, they've got (indiscernible).

25        UNIDENTIFIED SPEAKER:  Yeah.



1        ROSSANN WILLIAMS:  I'm like, okay.  That's enough.  I

2   don't need anymore.  They've got lots of great ideas.  And I

3   want to make sure I take this back, and if it's a conversation

4   we need to have is in those markets that were really -- we have

5   more challenges with staffing right now.  And again,

6   (indiscernible) country's in the same situation.  How do we

7   make it fair and I'm happy to take that back with us, so thank

8   you for sharing that.

9        UNIDENTIFIED SPEAKER:  Well, thank you for listening.

10       UNIDENTIFIED SPEAKER 2:  (Indiscernible)

11       UNIDENTIFIED SPEAKER:  Yes.  I -- just to get back on the

12   burnout thing.  I just -- I think it's one of the biggest

13   pieces in this like wheel of why I think we're all so burned

14   out.  And it might -- and I've talked to other shifts about

15   this.  And I don't know if you guys would agree with me, but

16   training green beans went from six to eight weeks to two weeks

17   with ten times more things.  So when I was trained ten years

18   ago, I was drive thru and cafe.  And I had six (indiscernible)

19   that dice game.  Remember that game that you roll the dice out

20   and be like a (Indiscernible).

21   (Indiscernible, simultaneous speech).

22       UNIDENTIFIED SPEAKER:  And we had the coffee tastings and

23   oh, it was just so great.  And like, I remember sitting outside

24   with a refresher shirt on, and like, just, you know, all this

25   timing and then, as like time went on, it's like the workload



1    got heavier, and our -- the way, like the business we sought

2    out with Uber Eats and mobile orders and all of this and like

3    crib side are like, picking up, like, the training is like, a

4    week less, or a week less.  And I think that a big reason that

5    we probably feel so burned out is because we're wearing out our

6    senior partners because our green beans are two weeks in, but

7    they're still considered on-the-floor coverage, so you're

8    watching them.  You've got no time to give them bar time

9    because every minute is busy.  So it's like, I think if we

10   could like restructure that training so that they -- I would

11   rather, like, take the (indiscernible) with the six weeks of

12   them training then two weeks and then have six weeks of them on

13   the floor as coverage.  And look, I love green beans.  I was a

14   green bean.  I was a barista trainer, so I'm not trying to make

15   it sound like that but sometimes we babysit.

16       UNIDENTIFIED SPEAKER:  (Indiscernible).

17       UNIDENTIFIED SPEAKER:  You do.  And then, you know, they

18   get upset because you stick them in one position the whole

19   time, and they're -- then, they're like, the drive-thru king.

20   No.  We want an all-around king.  You know what I mean?  So

21   it's like --

22       UNIDENTIFIED SPEAKER:  Yeah.

23       UNIDENTIFIED SPEAKER:  -- when -- so then, all the call

24   offs for Sam -- see I usually hand my shift off to Sam.  So I'm

25   like hey, Sam.  I'm so sorry that I had your best baristas on



1    bar all day.  They're worn out.  You've got to move them.  And

2    oh, you also have three new people.  Good luck.  You know what

3    I mean?  So it's like by the time he gets there at 4:00, the

4    old baristas are like, please let me clean up after them.  And

5    he's like, I have three call offs and three new people.

6    There's no bathroom cleaning tonight.  So I think like give --

7    like, I think we really need to invest that time into the new

8    green beans because they -- there's a reason, I think, that

9    there's such a high turnover at least in this district.  I

10   can't speak for other districts.  But, my fiancé works at NFB.

11   He's a year in, and I literally made him a white board jeopardy

12   game at home to train him.  Because his training was just -- he

13   just -- they just didn't have the time.  So I think training is

14   definitely a big part of something that we can help.

15         UNIDENTIFIED SPEAKER:  I always said that we're all lucky

16   that (Indiscernible).  And also lucky that I just caught on

17   fast.  I came from a fast-paced environment --

18         ROSSANN WILLIAMS:  Yeah.

19         UNIDENTIFIED SPEAKER:  -- so (indiscernible) like I was

20   just so blessed that I was able to be the kind of person that

21   kind of watched and just kind of be able to jump in --

22         UNIDENTIFIED SPEAKER:  Right.

23         UNIDENTIFIED SPEAKER:  -- and start figuring out.  But not

24   everybody's like that.

25         UNIDENTIFIED SPEAKER:  Yeah.



1          ROSSANN WILLIAMS:  Somebody brought that up last meeting

2     too, that some people take longer newbie green beans.

3          UNIDENTIFIED SPEAKER:  Oh, yeah.

4          ROSSANN WILLIAMS:  Some people pick up really quick, and

5     some people take a long time.

6          UNIDENTIFIED SPEAKER:  Well, and sometimes,

7     (indiscernible) just wondering when it'll click.  Because

8     I'm --

9          UNIDENTIFIED SPEAKER:  Yeah.

10          UNIDENTIFIED SPEAKER:  Yeah.

11          UNIDENTIFIED SPEAKER:  -- (indiscernible) just hoping.

12          UNIDENTIFIED SPEAKER:  Okay.

13          UNIDENTIFIED SPEAKER:  I think that, yeah, (indiscernible)

14     training kind of sort of like (indiscernible) any of that.  But

15     I think it can be kind of -- it also just very intimidating,

16     and so I don't know if like (indiscernible) that like the first

17     impression, but like I know (indiscernible).

18          UNIDENTIFIED SPEAKER:  Um-hum.

19          UNIDENTIFIED SPEAKER:  (Indiscernible) so that like

20     (indiscernible) like oh, yeah, this job rules.

21     (Indiscernible).  And they're like, I don't know what I'm

22     doing.  And it's hectic, and I'm on bar, and I've only been

23     here like a week and it's so crazy, and so I think that, yeah.

24     There needs to be (indiscernible).

25          UNIDENTIFIED SPEAKER 2:  (Indiscernible).



www.escribers.net | 800-257-0885

1        UNIDENTIFIED SPEAKER:  (Indiscernible).

2        UNIDENTIFIED SPEAKER:  Drink.

3        UNIDENTIFIED SPEAKER:  Or is that blond?

4        UNIDENTIFIED SPEAKER:  No.  It was a ring, sorry.

5        ROSSANN WILLIAMS:  All right.

6        UNIDENTIFIED SPEAKER:  It was my phone.

7        UNIDENTIFIED SPEAKER:  But yeah.  It's just like I think

8   it needs to be like they need to be given (indiscernible).

9   (Indiscernible) just out more opportunity to like feel like you

10  can like spend extra time doing that because (indiscernible)

11  little points and stuff and that's training period.

12       UNIDENTIFIED SPEAKER:  Can I ask a clarifying question

13  because I see you're talking about training.

14       UNIDENTIFIED SPEAKER:  Um-hum.

15       UNIDENTIFIED SPEAKER 2:  It's -- so is it that we don't

16  have enough training time, or are we training partners

17  (indiscernible) training them with (indiscernible) trainer?

18  It's like, is it that we're not training them well to what the

19  standard is, or is it not enough time, or both?

20       UNIDENTIFIED SPEAKER:  (Indiscernible).

21  (Indiscernible, simultaneous speech).

22  (Laughing)

23       UNIDENTIFIED SPEAKER:  I'll (indiscernible) really quick

24  (indiscernible).  But I just want to say, I watched one of my

25  coworkers trained three people at once.



1          UNIDENTIFIED SPEAKER:  Yeah.

2          UNIDENTIFIED SPEAKER:  Yeah.

3          UNIDENTIFIED SPEAKER:  You can't do that.

4          UNIDENTIFIED SPEAKER:  I mean --

5          UNIDENTIFIED SPEAKER:  There's not -- you can't answer

6     their questions.

7          UNIDENTIFIED SPEAKER:  (Indiscernible).

8          UNIDENTIFIED SPEAKER:  I mean, yeah.

9          UNIDENTIFIED SPEAKER:  I also (indiscernible).  So I went

10    (indiscernible) said trainer (indiscernible) supervisor train

11    my people (indiscernible).  And I think the (indiscernible)

12    number one, did not learn (indiscernible) so it takes a good

13    amount of time, but that is not enough time to do it especially

14    when they have to work on the floor that's already busy.  So

15    they don't get a lot of the time to (indiscernible) run a slow

16    bar.  I'm going to relax and enjoy this.  They're always shut

17    into (indiscernible).  They jump in and foster the passion

18    (indiscernible) that we used to get to about coffee, about

19    making beverages, connecting with customers.  And I was like,

20    okay.  You have one hour to learn drive thru.  It's incredibly

21    busy.  We're going to pack it all into here, and hopefully

22    you'll get it, and maybe you won't.  You'll be on this for the

23    next two weeks, so you'll finally get it.  They have -- we are

24    (indiscernible).  We had all those (indiscernible).  They were

25    all because of our short-staffing issues.  They were all caught

1     on the same shift to learn with each other.  No one of them

2     knew what was going on because (indiscernible) hours.  So

3     again, the burnout, all those senior baristas were having to

4     (indiscernible) consistently.  And then, they were asked a

5     question (indiscernible) and none of them knew what was going

6     on.  But because they only had two weeks to learn.  There

7     wasn't enough time.  I have a barista trainer who's done

8     training her first barista next week.  She's never trained

9     anyone, and I was going over the training thing with her, and

10    she was like, is this going to be on (indiscernible).

11    (Indiscernible).  I was like, you're going to have to allow

12    time where you think it's most important based on the person

13    because (indiscernible).  I'm not saying you had the time to

14    learn those things.  I mean, when I trained her, she loved

15    making beverages.  It was so fun for her.  She caught onto it

16    like this.  I had another person who I trained, like, right

17    after her, took a minute.  I was answering questions for her

18    because she didn't have the time where she could get

19    comfortable with a position before she was for coverage.  So it

20    takes more time, but I think we are allotting for training

21    hours.

22            UNIDENTIFIED SPEAKER 2:  So just to be sure I'm factoring

23    what you're -- it's a little bit of the training is fast, a lot

24    of information, different learning styles.  You maybe don't

25    follow the training plan where (indiscernible).  So it's a


www.escribers.net | 800-257-0885

1    little bit of all those things.

2        UNIDENTIFIED SPEAKER:  And maybe like a busy store like

3    ours just needs a different kind of support.  Like, I know some

4    baristas train intentionally at other stores before coming to

5    ours.

6        UNIDENTIFIED SPEAKER:  Um-hum.

7        UNIDENTIFIED SPEAKER:  It just sometimes seems like it's a

8    little bit impossible.  I mean, I trained at a -- I learned at

9    a (Indiscernible) store.  And then, I came in, and I had my

10   little two weeks.  But now, it seems like brand new partners

11   aren't getting the same amount of time, and it just doesn't

12   make sense.  And it feels like -- I don't really -- there isn't

13   necessarily moments (indiscernible) where they could come in

14   and have time to be on bar, for example.

15       ROSSANN WILLIAMS:  (Indiscernible).  All right.  I know

16   we're at time right now, so I just want to make it

17   (indiscernible).

18       UNIDENTIFIED SPEAKER:  I have one last comment.

19       UNIDENTIFIED SPEAKER 2:  Yeah.  Go ahead.

20       UNIDENTIFIED SPEAKER:  Okay.  Can I just make it?

21       UNIDENTIFIED SPEAKER 2:  Yes.

22       ROSSANN WILLIAMS:  I hate to be rude, but I have a call, a

23   personal call I have at 6:00 because I live in Seattle, and

24   it's -- and I promised I would be there, and I'm trying to

25   promise my family when I say promise that I'll actually be



1     there.  So I just stepped out for about 15 minutes.  I'm sorry.

2     I thought we ended at 5:30, so I thought I had a half hour, but

3     I screwed up, whish is typical for me and (indiscernible).  So

4     I had to step out to take a call, but if anybody wants to hang

5     out afterwards as soon as I'm done with my call, I can come

6     back in or I can talk to whoever else wants to.  But I didn't

7     want you to think I was leaving and not being grateful and

8     thankful that you all spent time here with us today.  Nice

9     meeting you guys, and I'll be coming back.  I just didn't want

10    to step out and be rude.  Make sense?

11         UNIDENTIFIED SPEAKER:  Yeah.

12    (Indiscernible, simultaneous speech)

13         ROSSANN WILLIAMS:  I really appreciate it because I'm one

14    of those people that when I tell my family I promise them, and

15    I don't, the guilt trip is so heavy.

16    (Laughing)

17         ROSSANN WILLIAMS:  I just can't -- I can't sleep because I

18    work a lot because I love my job and I'm grateful everyday, but

19    when I tell my family I'm going to do something and I say I

20    promise, it means I'm actually going to do it.  So thank you

21    for -- thank you for allowing me to do that.  My family thanks

22    you too.  They'll never know, but I'll tell them.

23    (Laughing)

24         ROSSANN WILLIAMS:  That's why I have to step out,

25    otherwise I wouldn't.  But I will be out in the lobby.  I'll be



1    around as soon as I'm all done.  Thanks.

2         UNIDENTIFIED SPEAKER:  (Indiscernible).

3         ROSSANN WILLIAMS:  All right.  I didn't want to step out

4    (indiscernible).

5         UNIDENTIFIED SPEAKER 2:  Go ahead.

6         UNIDENTIFIED SPEAKER:  So my last quick question is

7    obviously I (indiscernible) myself.  My question is about why

8    the company -- I guess that would be her, but (indiscernible)

9    both agree that (Indiscernible) customers (indiscernible) not

10   interfering (indiscernible) other things out there like this

11   (indiscernible) company had a thing.  (Indiscernible) company

12   won't agree to giving us (indiscernible) also talk about our

13   (indiscernible) and why we feel like.  Unionizing would help us

14   and also allow our voices to be heard more.

15        UNIDENTIFIED SPEAKER 2:  Thank you for the question.  I

16   can't answer that just transparently, and so as I said at the

17   beginning, there are certain things we won't be able to answer,

18   and so now's not the time for that, but I do appreciate you

19   asking the question, and I appreciate all the feedback that was

20   here today, so.

21        UNIDENTIFIED SPEAKER:  And I think since we're bringing up

22   the union, we have (indiscernible).  We want to affirm to all

23   the other partners in here, like, teachers don't form a union

24   because they hate schools.  Like, we're -- we are Starbucks,

25   and we obviously all share and love this company and



1    (indiscernible).  And we are going to continue to ask that

2    (Indiscernible) opportunity (indiscernible) be signed.  I just

3    think it would be in the interest of fairness to our partners

4    that they would get to hear another side of this and just that

5    these meetings would actually be considered something aren't

6    offensible.  Like, (indiscernible).  (Indiscernible).  Yeah.  I

7    just wanted to talk about that is all.

8          UNIDENTIFIED SPEAKER 2:  I appreciate your perspective.

9    So I also just want to thank everyone in here for your feedback

10   today.  This is what Starbucks is all about, right?  Sitting

11   down and having a real conversation, talking about real issues.

12   You gave us a lot today.  A lot of really, really, really

13   important feedback that is more valuable than we could ever

14   articulate, so I just want to thank you for that.  And I can't

15   wait to continue working with you all.  We're going to see each

16   other lots, so.  Anything before I (indiscernible)?

17         UNIDENTIFIED SPEAKER:  Thank you so much for coming, and I

18   look forward to seeing you all in the market.

19         UNIDENTIFIED SPEAKER:  Same here.  I mean, we've been --

20         UNIDENTIFIED SPEAKER:  (Indiscernible) same here, so

21   (indiscernible).

22         UNIDENTIFIED SPEAKER 2:  All right.  Thanks, everybody.

23         UNIDENTIFIED SPEAKER:  Thank you.

24   **(Whereupon, the hearing in the above-entitled matter was**

25   **closed.)**



1                         **C E R T I F I C A T I O N**

2     This is to certify that the attached meeting before the

3     National Labor Relations Board (NLRB), Region 3, Case Number

4     03-CA-285671, in the matter of Starbucks Corporation that this

5     is the original, complete, true and accurate transcript that

6     has been compared to the recording provided by the Region.

7

8

9     _____

        Debra Price
10      Transcriber

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



OFFICIAL REPORT OF PROCEEDINGS

BEFORE THE

NATIONAL LABOR RELATIONS BOARD

REGION 3

In the Matter of:

Starbucks Corporation                03-CA-285671

                    Employer.


_____

_____



Date: September 3, 2021



OFFICIAL REPORTERS
eScribers, LLC
E-Reporting and E-Transcription
7227 North 16th Street, Suite 207
Phoenix, AZ 85020
(602) 263-0885



# Exhibit 8


www.escribers.net | 800-257-0885

**UNITED STATES OF AMERICA**

**BEFORE THE NATIONAL LABOR RELATIONS BOARD**

| | |
|---|---|
| In the Matter of:<br><br>STARBUCKS CORPORATION<br><br>                        Employer. | Case No.   03-CA-285671 |

**LISTENING SESSION**

The above-entitled matter was transcribed from an audio recording with an unspecified time and location on **Friday, September 3, 2021**.

www.escribers.net | 800-257-0885

1                      <u>P R O C E E D I N G S</u>

2          MS. PUSATIER:  -- regional director to this area.  I've

3    been here for the last couple of weeks after the previous

4    regional director started school.  So I'm happy to be here.  I

5    have 22 years as a partner.  I was previously regional director

6    in Boston.  But I started out 22 years ago for set in stores,

7    and you know, you're moving around the country and you know, I

8    love being able to (indiscernible), it's one of my favorite

9    parts of my job.  And so (indiscernible) get to talk to you

10   y'all.

11         MS. FILC:  So who wants to go?  Nathalie, why don't you

12   go, because I know I've introduced myself to almost everyone in

13   the room already.  So you go first, and then I'll go.

14         MS. CIOFFI:  All right.  Thank you.  All right, so I'm

15   Nathalie, I've been performing for (indiscernible).  Like

16   Deanna, I am new to -- to here because I was living in Atlanta,

17   and then my family was here, so we moved here back in April,

18   somewhere around there.  So we're newish.  And time flies.  So

19   that's it.  And I'm a seven-year partner.

20         MS. FILC:  Awesome.  I'm Emily Filc, and I think prior to

21   us starting, I had introduced (indiscernible) here in the room.

22   But I'm a 17-year partner, and I'm gonna be your program

23   resource manager, supporting Deanna in the market.  And it's

24   really nice to be back.

25         MS. PUSATIER:  Awesome.  We kinda got names as we went in



1    but since the room's small, why don't we get --

2         MS. SCHERRER:  I didn't (indiscernible)

3         MS. PUSATIER:  Okay, great.  That's perfect.  So you can

4    start.

5         MS. SCHERRER:  I'm Loretta.  I'm from Transit Commons.

6    I've been a partner for six years.

7         MS. PUSATIER:  Thanks.  Nice.

8         MR. HUANG:  Roger.  I am also from Transit Commons.  I've

9    been here for five years, a partner.

10        MS. PUSATIER:  Five years?

11        MR. HUANG:  Five years.

12        MS. PUSATIER:  I'm 17 years, (indiscernible).

13        MS. RIZZO:  Hi, I'm Lexi.  I'm at Genesee Street.  I've

14   been a partner for almost seven years now.

15        MS. PUSATIER:  Nice.

16        MS. CIOFFI:  Oh, what's your -- what's your number?  205?

17   Are you 205?

18        MS. RIZZO:  217.  They hired a lot of us all at the same

19   time.

20        MS. CIOFFI:  Oh (indiscernible).

21        MS. RIZZO:  Yeah, no.  It was -- when I started, like, the

22   person who started, like, a week before me was a 206, and then

23   I started the week after and I was 217.  It was a busy month

24   for us.  Yeah.  Yeah.

25        MS. TALLCHIEF:  I'm Cameron.  I work at Niagara Falls.



www.escribers.net | 800-257-0885

1    And I've been a partner for about a year.

2    (Indiscernible, simultaneous speech)

3        MS. RIZZO:  They're very happy.  (Indiscernible).

4        MS. FILC:  All right, (indiscernible) so sorry.

5    (Indiscernible) a partner for just about a year, right?

6        MS. TALLCHIEF: Yes.

7        MS. PUSATIER:  Awesome.  Awesome.

8        MR. JON:  I'm Jon, and (indiscernible).  And I've been a

9    partner for 15 years.

10       MS. PUSATIER:  Nice.

11       MS. FILC:  15, whoa.

12       MR. JON:  Yeah.

13       MS. TOPANGA:  Um, I've been a partner for about a year and

14   a half.

15       MS. PUSATIER:  And what's your name?

16       MS. TOPANGA:  Topanga (phonetic throughout)

17   (indiscernible).

18       MS. PUSATIER:  (Indiscernible). All right, this is

19   Nathalie, and I'm Deanna, and this is Emily.

20       MS. FILC:  Hello.

21       MS. CIOFFI:  And Rossann just walked in, so I'll let her

22   introduce herself.

23       MS. WILLIAMS:  I was actually waiting.  There's one more

24   partner out there.

25       MS. PUSATIER:  Oh, okay.



1          MS. WILLIAMS:  But she wanted to go get a beverage, and I

2     was --

3          MS. PUSATIER:  Okay.

4          MS. WILLIAMS:  -- waiting with her to come in, and she

5     came in, but I couldn't wait.  I just wanted to come in now,

6     so --

7          MS. PUSATIER:  So when do you get your 15-year

8     anniversary?

9          MR. JON:  In two weeks.

10          MS. PUSATIER:  Wow.  Nice job.  (Indiscernible).  That's

11     exciting.

12          MS. CIOFFI:  All -- all in Buffalo?

13          MR. JON:  Yeah, yeah, different stores, but --

14          MS. PUSATIER:  Yeah, yeah, yeah.  How many stores have you

15     worked in?

16          MR. JON:  Four.

17          MS. PUSATIER:  Okay.

18          MR. JON:  But this one I've been at the longest.

19          MS. PUSATIER:  Okay.

20          MR. JON:  I've been at this one for about a year, maybe.

21          MS. WILLIAMS:  Surprising, kind of.  Usually

22     (indiscernible).

23          MR. JON:  Yeah.

24          MR. HUANG:  Have you ever worked at Transit Commons?

25          MR. JON:  No.  I worked at the Galleria Mall.



1          MR. HUANG:  Okay.

2          MR. JON:  In the store upstairs.  And then I worked at the

3     kiosk for a little bit.

4          MS. PUSATIER:  Wait, so there was a store upstairs and

5     then -- oh.

6          MR. JON:  There was a store upstairs.  There were two in

7     the Galleria Mall.  With the actual store upstairs, and then

8     there was a kiosk --

9          MS. PUSATIER:  Okay.

10         MR. JON:  -- when we closed the store upstairs.  And then

11    I worked at the kiosk for a little bit.  I worked at Niagara

12    Falls Boulevard for a little bit.

13         UNIDENTIFIED SPEAKER:  That was my first store.

14         MS. WILLIAMS:  That was your first store?

15         UNIDENTIFIED SPEAKER:  Yes, (indiscernible).

16         MS. PUSATIER:  Okay.

17         MR. HUANG:  You're -- you're at UB (phonetic throughout)

18    now, right?

19         UNIDENTIFIED SPEAKER:  Yes, I'm at UB now.

20         MR. HUANG:  Okay.  That's my old store.

21         UNIDENTIFIED SPEAKER:  Oh.

22         MS. RIZZO:  Everybody worked there.

23         MR. JON:  (Indiscernible).

24         MS. RIZZO:  A time.

25    (Indiscernible, simultaneous speech)



1          MS. RIZZO:  Yeah.

2          MS. PUSATIER:  Yeah.  You -- you (indiscernible) and

3     they're all connected by, you know, a (indiscernible), so.

4          MR. HUANG:  We were --

5     (Indiscernible, simultaneous speech)

6          MR. HUANG:  We -- we were told that on mobile orders.  Our

7     mobile orders, (indiscernible) on time.

8     (Indiscernible, simultaneous speech).

9          MS. SCHERRER:  -- the doors -- we had lines going out the

10    doors since last Monday.  Because of school starting.

11         MS. WILLIAMS:  Because of school starting.  And then fall.

12    Those two things kind of go --

13         MS. SCHERRER:  Yes.

14         MS. RIZZO:  Your mobile order numbers blow my mind --

15         MR. HUANG:  Yeah.

16         MS. RIZZO:  -- on a regular basis.

17         MS. SCHERRER:  I honestly, like, have $900 half hours,

18    like, all day long.  Like, it's just very crazy.

19         MS. RIZZO:  (Indiscernible).

20    (Indiscernible, simultaneous speech).

21         MR. HUANG:  We -- we had buy one get one on Macchiatos --

22         MS. RIZZO:  I remember that day very clearly.

23         MR. HUANG:  Our (indiscernible) broke, the other one's

24    (indiscernible).

25         MS. RIZZO:  I worked at Sheridan Bailey that day with Sam


www.escribers.net | 800-257-0885

1    (phonetic throughout), and I -- I -- he put me on bar, and I

2    did not move for eight hours.  I will never forget it.

3         MS. SCHERRER:  (Indiscernible) said that she --

4         MR. HUANG:  There were cups everywhere.

5         MS. SCHERRER:  -- (indiscernible) and she was told about

6    it, but, like, she wanted to join --

7         MS. PUSATIER:  Is she not here yet?

8         MS. FILC:  Is she a partner?

9         MS. SCHERRER:  She is a partner, yes.  She -- she's like

10   it's my day off.  Let me -- I'll go --

11   (Indiscernible, simultaneous speech)

12        MS. WILLIAMS:  Well, if it's her day off we need to make

13   sure she gets paid for it.

14        MS. SCHERRER:  Yeah.

15        MS. WILLIAMS:  (Indiscernible).

16        MS. SCHERRER:  Yeah.  She was, like, I heard about this,

17   and I wanted to come join.  I'm gonna go see if she's here.

18   (Indiscernible, simultaneous speech)

19        MS. WILLIAMS:  I don't want her sitting out there if she

20   wants to join the conversation.

21        MS. SCHERRER:  Yeah.

22        MS. WILLIAMS:  She can come in.

23        MS. PUSATIER:  That was nice of her.

24        MS. CIOFFI:  Yeah.

25        MS. WILLIAMS:  It's kind of funny.  I was standing out



1    there and the reason I was late is because we had a customer

2    out there who was very chatty.  He was here (indiscernible)

3    before, but he's a sportswriter so he wants to talk about all

4    the Starbucks stores he's gone to, and he saw how

5    (indiscernible) needed all this stuff.  So -- and every time

6    one of you walked in, I just could tell by the look on your

7    face if you were partner or not, because there's something

8    smiley about partners, and -- and just your demeanor when

9    you --

10        MS. RIZZO:  Yeah.

11        MS. WILLIAMS:  -- walk into a store.  Like when you walked

12   in -- although I saw your t-shirt, but when you walked in it

13   was, like, that's a partner.  I can tell.  And sometimes I get

14   it wrong, but it was great just (indiscernible) reminded me

15   that we have a special -- special kinds of people that come

16   here.

17        MS. RIZZO:  We attract a certain type.

18        MS. PUSATIER:  Yeah.

19        MS. CIOFFI:  We do.

20        MS. WILLIAMS:  Somebody said that yesterday, too.

21        MS. RIZZO:  It's true.

22        MS. WILLIAMS:  It's like a certain --

23        MS. RIZZO:  You can just meet somebody and be like, oh,

24   they're a Starbucks person, or oh no, they're not a Starbucks

25   person.



www.escribers.net | 800-257-0885

1          MS. TALLCHIEF:  The way they (indiscernible).

2          MS. RIZZO:  Yeah.

3          MR. HUANG:  Did you guys go to Starbucks before you became

4     partners?

5          MS. PUSATIER:  Yes, yes.

6          MS. RIZZO:  I did.

7     (Indiscernible, simultaneous speech).

8          MS. PUSATIER:  Yes.

9          MS. RIZZO:  But I was a teenager before I started, so it

10    was -- I went a lot.  It was like the place the be, you know?

11    As soon as I was legal to work, I started.

12         MS. CIOFFI:  It was the one place, when I moved to a city

13    that I didn't know anyone except my parents, that's where I

14    went every single morning.  And I -- and I don't mean to say

15    this as if it's (indiscernible), but that is the place where I

16    made friends, and I felt that I could have conversations with

17    people and (indiscernible).  And I (indiscernible) because

18    that's just where I -- that was my place.

19         MS. RIZZO:  Yeah.  I moved here, I think, my first, like

20    two and a half years with the company, I was in Florida.

21         MS. CIOFFI:  okay.

22         MS. RIZZO:  And I moved here about four years ago.  And

23    yeah, it was the same thing.  I knew no one and had nothing,

24    but I transferred to a store here, and I immediately was, like,

25    okay, I'm home.


www.escribers.net | 800-257-0885

1    (Indiscernible, simultaneous speech)

2        MS. TALLCHIEF:  -- same thing.  Like I worked in Starbucks

3    in Michigan (indiscernible) and here.  And, like, it's all the

4    same types of people who work at Starbucks it seems like.

5        MS. RIZZO:  Uh-hum.

6        MS. TALLCHIEF:  Same kind of personalities, same kind of

7    inviting (indiscernible).  It was, like, just real comforting.

8        MS. CIOFFI:  (Indiscernible) to Buffalo?

9        MS. TALLCHIEF:  Huh?

10       MS. CIOFFI:  What part (indiscernible) from Buffalo.  You

11   said you moved here, and you can from Michigan, right?

12       MS. TALLCHIEF:  Yeah.  I grew up in (indiscernible).

13       MS. CIOFFI:  Okay.  And what about for you?

14       MS. RIZZO:  I just liked it here.  I -- I just

15   (Indiscernible, simultaneous speech).

16       MS. RIZZO:  Yeah.  I love it in Buffalo.  I love it here.

17   I think this is the greatest city.

18       MS. CIOFFI:  Even the weather?  The winter --

19       MS. RIZZO:  I don't mind, I would rather have the winter

20   than 100 percent humidity and 99 degrees any day.

21   (Indiscernible, simultaneous speech)

22       MS. RIZZO:  It gets old.  I miss, like, the ocean, that I

23   miss.

24       MS. CIOFFI:  Oh yeah.

25       MS. RIZZO:  Yeah.



1    (Indiscernible, simultaneous speech).

2         MS. RIZZO:  Almost.

3    (Indiscernible, simultaneous speech).

4         MS. RIZZO:  Welcome.

5         MS. WILLIAMS:  Come on in.

6    (Indiscernible, simultaneous speech)

7         MS. PUSATIER:  Welcome.

8         MS. WILLIAMS:  Was that everybody you saw out there?

9         MS. SCHERRER:  That was the only one I saw.  Yes.

10        MS. WILLIAMS:  All right, we got (indiscernible).

11        MS. PUSATIER:  We're happy to have you.  I'm glad you

12   decided to join.  Awesome.

13        Ms. WILLIAMS:  And the only thing I wanna make sure, is

14   today's your day off?

15        UNIDENTIFIED SPEAKER 1:  It is.

16        MS. WILLIAMS:  Then you need to get paid.  The listening

17   sessions are always paid for wherever we go in the country.

18        UNIDENTIFIED SPEAKER 1:  Okay.

19        MS. WILLIAMS:  So make sure that you tell your store

20   manager that you were here, so you make sure to get paid.

21        UNIDENTIFIED SPEAKER 1:  You got it.

22        MS. WILLIAMS:  Okay.

23        MS. PUSATIER:  All right.  Great.

24        MS. WILLIAMS:  And everybody else (indiscernible), right?

25        MS. RIZZO:  Yeah.



1          MS. WILLIAMS:  All right.  Just wanna make sure.

2          MS. PUSATIER:  So for those of you that just joined, my

3     name is Deanna.  I am new to this area.  I'm not new to the

4     company.  I've been here for 22 years.  I started as a barista

5     in Southern California but (indiscernible).  And then I -- I

6     worked in Arizona for a period of time, so we have some

7     connection there.  And, yeah, so I was previously the regional

8     director in Boston.  And I'm happy to be here today talking

9     with you (indiscernible).

10         So for those of you that just joined in (indiscernible)

11         MS. FILC:  I'm Emily, and I'll be (indiscernible)

12    supporting Deanna.  And I'm currently a resource manager.

13         MS. PUSATIER:  This is Nathalie.

14         MS. CIOFFI:  I'm Nathalie, and I'll be supporting Deanna

15    and Emily (indiscernible).  And I've been a partner for seven

16    years.

17         MS. WILLIAMS:  And I'm Rossann Williams.  I am here

18    supporting Deanna, Emily, and Nathalie.  And I -- you may or

19    may not know, I support the stores in North America.  And I --

20    I get a chance to get out to the markets at least a couple

21    times a month.  COVID has put a little bit of a dent in my

22    travels, but -- a couple times of month.  And -- and part of

23    what we do when we're in market is always go to listening

24    sessions, so.  It's the best part of my job, is getting to meet

25    partners.



1          I -- I wish I could get to every store.  It's hard to get

2     to every store just because we have, like, 16,000 of them in

3     North America, so it's hard to get there.  So these listening

4     sessions are a different way for me and us to be able to meet

5     partners and hear what's on your mind.  And hear -- hear what

6     you're proud about Starbucks about.  How -- how we're doing,

7     how we're not doing.  And I also just wanna say that before

8     Deanna (indiscernible).

9          UNIDENTIFIED SPEAKER 1:  You know, it's only brand new.

10    It's fine.

11         MS. WILLIAMS:  But these -- the listening sessions that we

12    provide are always confidential.  So we appreciate anything

13    that we talk about (indiscernible) connected.  And for me

14    personally, because I don't get out to stores all the time,

15    it's the one chance -- one chance I get to hear from

16    partners -- directly from partners, that doesn't get translated

17    through a partner engagement survey, which is coming up so

18    please take it or a Workplace live event, if you happen to be a

19    store manager and you happen to be a part of the Workplace live

20    event or any other communications.  So this is really, really,

21    really a treat for me to be able to get out and talk to

22    partners in live time.

23         So I appreciate your honesty and your transparency.  And

24    know we're not taking any notes, there's no names, it's not

25    meant to do that.  It's meant just to -- just to kinda build



1   off from the tradition that we've been doing for ten years now,

2   which is talking about how we're doing as partners.  So just

3   thank you for making time to be here.  Everybody's got choices,

4   so thank you for coming.

5       MS. PUSATIER:  Excellent.  So (indiscernible) a topic --

6   I -- I wanna share, you know Rossann did a good job teeing us

7   off.  But you know, we've been doing these kinds of

8   conversations for the last 30 years.  It's one of my favorite

9   things about Starbucks.  And we -- we've called them many

10  things over the years:  open forums, townhalls, rectangles, you

11  know what have you, milk-crate conversations.

12      And the reason that they started out being called a milk-

13  crate conversation is because in our original store in Pike

14  Place, at the beginning of shifts people would turn the milk

15  crates and they would sit and have a real conversation about

16  Starbucks and what it feels like to be a partner, so we can all

17  support each other.  And so that's really the intent of today,

18  and that's something that we've carried through.  And, you

19  know, as Rossann shared with you, this is in every market

20  (indiscernible).

21      MS. RIZZO:  Just in, like, the interest of, like, total

22  transparency.

23      MS. PUSATIER:  Yeah.

24      MS. RIZZO:  I've been with the company for, like I said,

25  like, almost seven years.  I have never heard of one of these,



1    been to one of these, seen one of these occur.  So I think

2    everyone can agree with me, that we all feel like this is

3    because of the union campaign.  Like can you talk about that at

4    all?

5        I know that there's gonna be a lot of things that we can't

6    say, and I totally understand, and I'm aware of the culpability

7    here and all that, but I've never heard of -- of this

8    happening.  Like I've heard of roundtables for, like -- with

9    supervisors, but in terms of, like, a listening session, open

10   to everyone in the district, like, I feel like we can all be

11   transparent enough to say that, like, this is related to our

12   organizing.  I -- I know that there's only so much we can say,

13   but is there anything that we can comment on about it all?

14       MS. PUSATIER:  Well, that -- that's perfect.  Thank you

15   for that.

16       Well, first of all, I just want to say I'm sorry that you

17   haven't had -- (indiscernible).  So I'm glad we're able to have

18   it today.

19       MS. RIZZO:   Yeah, absolutely.

20       MS. PUSATIER:  And you also bring up something else.  So

21   this -- this listening session today, in Buffalo, is a little

22   bit different than the ones that we normally have in that there

23   is a union called Workers United, who has filed a petition to

24   the Labor Board for election.  And as a result of that, there

25   are some things we won't be allowed to say.



1          MS. RIZZO:  Right.

2          MS. PUSATIER:  So -- in -- in, you know, in a normal

3     listening session you might not hear us say, I don't know, or I

4     can't answer that, but you might hear that from us today, and

5     that's really because we wanna be in compliance, you know, we

6     wanna follow the law.

7          MS. RIZZO:  Right.

8          MS. PUSATIER:  And it's important that we do

9     (indiscernible).

10         So I just want to let you know that anything that comes as

11    a result of today, you know we can't make any promises to you,

12    nothing is gonna come out of this, and you know, we're not

13    gonna be making commitments, but -- but that doesn't change the

14    fact that we're here to have an open conversation with each

15    other as partners, and we're here to listen, and we're here to

16    talk.  And, you know, we won't be getting into -- to any of

17    this --

18         MS. RIZZO:  Right.

19         MS. PUSATIER:  -- stuff with the union.  I appreciate you

20    bringing it up, I appreciate your perspective.  And -- but I'm

21    glad we were able to start the conversation today.

22         MS. WILLIAMS:  And I'm happy to, just if we have not had

23    the opportunity, and we did hear the same thing yesterday from

24    people like you, who have never seen or heard this.

25         MS. RIZZO:  Right.



1          MS. WILLIAMS:  I've been put in touch with lots of

2     partners all over the country, I actually do this in every

3     single market.  I was just in --

4          MS. RIZZO:  Yeah.

5          MS. WILLIAMS:  -- Sacramento.  We do it different in every

6     market.  So in Sacramento, we did a -- a barista one, and there

7     was probably 30 or 35 baristas.  And then we did a shift

8     supervisor one, so they -- we did those --

9          MS. RIZZO:  Right.

10          MS. WILLIAMS:  -- at the same time.  And then we did a

11     store manager one and a district manager one.  Some markets

12     it's just by job.  Some markets it's mixed.  It's rarely that

13     we do a store (indiscernible) because it's hard to get all the

14     partners from one store, because running the shifts.

15          UNIDENTIFIED SPEAKER:  Right, we're working.  Yeah.

16          MS. WILLIAMS:  But they -- but I haven't been to Buffalo

17     before, so I haven't done one here.  But every market that I

18     visit, for my 17 years of working here, there's always a -- a

19     listening session, or a round table, or sometimes they're open

20     forums where there's, like, two or three hundred people.  We

21     probably don't do those anymore because of --

22          MS. RIZZO:  Right.

23          MS. WILLIAMS:  -- COVID.

24          MS. RIZZO:  COVID.

25          MS. WILLIAMS:  And we actually just got a chance to start



1    getting back out into the markets and doing this after the last

2    couple of years of not really wanting to organize people to

3    come together, because we were trying to be, you know,

4    respectful of people's personal decisions about health and

5    wellness --

6        MS. RIZZO:  Yeah.

7        MS. WILLIAMS:  -- and all that stuff.  So happy if you

8    wanna connect with any other partners --

9        MS. RIZZO:  Yeah.

10       MS. WILLIAMS:  -- across the country that have had a

11   chance.  And -- and because -- I don't think there's any store

12   managers here, but store managers have a place to be connected

13   on Workplace to share what their open forum experiences have

14   been, or what --

15       MS. RIZZO:  Yeah.

16       MS. WILLIAMS:  -- their listening sessions --

17       MS. RIZZO:  I used to have access to those things as,

18   like, an AFT student, but then a few months back they took that

19   away from us.  Like our ability to see any of that information

20   as supervisors or as partners.  And so now, like, all the

21   information the store managers, and assistant store managers

22   has disseminated differently, which is actually -- it's a

23   little disappointing to me, because it was nice to be able to

24   have that access to those conversations.

25       MS. WILLIAMS:  Are you still (indiscernible).


www.escribers.net | 800-257-0885

1          MS. RIZZO:  Yes.

2          MS. WILLIAMS:  (Indiscernible).

3          MS. RIZZO:  I am.  But they changed -- there's like a

4    different group made for just store managers, and now most of

5    those conversations and information goes just to store

6    managers.  We actually can't access it anymore.

7          MS. PUSATIER:  So you have access to Workplace, but --

8          MS. RIZZO:  But not to anything, really, anymore.

9          MS. PUSATIER:  Not to (indiscernible).

10         MS. RIZZO:  Right.

11         MS. WILLIAMS:  Is it just an ASU group that you're

12    associated with or what -- how --

13         MS. RIZZO:  Um, so all the people that were in ASU, like,

14    have a Workplace account.  I'm able to access Workplace.

15    (Indiscernible, simultaneous speech).

16         MS. PUSATIER:  But you -- but we changed it?

17         MS. RIZZO:  It was probably about four or five months ago.

18    It was right around the time that one of your statements came

19    out about the mask-wearing and those situations.  And then

20    after that, anybody below ASM couldn't access a lot of the

21    information anymore.  I feel like that really did -- like it

22    did close, like, a line of communication.

23         MS. WILLIAMS:  I didn't know that, so --

24         MS. RIZZO:  Yeah.

25         MS. WILLIAMS:  Of course, I don't know all the things that



1    we do just because I --

2         MS. RIZZO:  Technology.

3         MS WILLIAMS:  -- do this, doesn't mean that.

4         MS. RIZZO:  Right.

5         MS. WILLIAMS:  But I -- I had not heard that before.  Did

6    you find value in having access to it?

7         MS. RIZZO:  did.

8         MS. WILLIAMS:  You did?

9         MS. RIZZO:  Yeah.  It was really nice.  It felt like

10   another, like, open line of communication that we don't --

11        MS. WILLIAMS:  Okay.

12        MS. RIZZO:   -- necessarily have any more.

13        MS. WILLIAMS:  Okay.  We can talk about that later

14   (indiscernible) --

15        MS. RIZZO:   Yeah, absolutely.

16        UNIDENTIFIED SPEAKER 1:  -- get more specifics, so I

17   can --

18        MS. RIZZO:  Cool.

19        MS. WILLIAMS:  -- understand.  I don't know -- we actually

20   have even discussed, do we wanna -- do we wanna add hourly

21   partners to Workplace, and do an hourly --

22        MS. RIZZO:  Yeah.

23        MS. WILLIAMS:  -- partner Workplace group.  We are -- we

24   tested it.  We tested it in Canada.  And, you know, the labor

25   laws for us are different.  Like if we put something on



1    Workplace that you guys have to use for work, and you go onto

2    Workplace, then we have to pay you for it in some states, which

3    we want to.  And then we don't know how -- you know how do

4    we -- how do we figure out how to do that in a way that gives

5    everybody access.  And so we're -- we -- we are --

6         MS. RIZZO:  Right.

7         MS. WILLIAMS:  -- going to figure that out, because we

8    know that communication is certainly something important for

9    all of us to stay connected.

10        MS. RIZZO:  Yeah.

11        MS. WILLIAMS:  But I didn't know about the ASU.  I know

12   that you guys had access, I just didn't know we changed it.

13   So --

14        MS. RIZZO:  Why did it change?

15        MS. WILLIAMS:  -- we'll talk about that later.

16        MS. RIZZO:  I wanted to ask you as well, since you've been

17   in this district for much longer than any of us.  Like is this

18   the first listening session that has been held that you've been

19   invited to, or have there been others in the past?

20        MR. JON:  I've been to, I think, shift supervisor --

21        MS. RIZZO:  Right.  Because I've been to shift supervisor

22   roundtables.  But I've --

23        MR. JON:  Or roundtables.  Yeah.

24        MS. RIZZO:  -- never seen anything like this where

25   baristas were invited.



1          MR. JON:  Yeah, this is the first one of these that I've

2    been to.

3          MS. RIZZO:  In 15 years?  Yeah.  Okay.  That -- that's

4    what I thought.  Yeah.

5          MS. PUSATIER:  So (indiscernible) what do you love about

6    working for Starbucks?  What keeps you here?

7          MS. PUSATIER:  Well, it's my favorite job.  In the last,

8    like, 13 years of my life, I kept coming back to Starbucks.

9    And I worked for almost nine years at both lake stores and

10   (indiscernible) stores.  And -- and I worked at a lot of other

11   kinds of jobs, I've been a (indiscernible) -- I was a manager

12   at the lake store for a couple years.

13         And I've only been at corporate -- my numbers start

14   (indiscernible).  But I started in, um, 2014, but then I came

15   back years later, and to work here.  And it's because of the --

16   it's the comradery, it's the family unit that the team always

17   is.  And whenever somebody's hired, we kinda know if they gonna

18   work out or not, kinda like how they just fit in or they don't,

19   almost instantly.  (Indiscernible) very strong (indiscernible).

20   So I think that can be -- that's what drew me here.

21         We've been talking about (indiscernible) family that we

22   have, and (indiscernible) sometimes it feels like people just

23   recognize (indiscernible).  Thank you.

24         MS. TALLCHIEF:  I think that's why I love it so much, is

25   the partners, like --



1           MS. RIZZO:  Me too.

2           MS. TALLCHIEF:   -- they're all in a group chat, like, for

3     like shift cover, everybody (indiscernible) limits.  And like

4     the comradery that we all share, like, I love it

5     (indiscernible).  Like it's amazing.  And, like, we're all in

6     it together.  And then you get to see partners grow, too, like,

7     so when they come (indiscernible) like for instance, I was

8     (indiscernible) like at all, and now, like, that growth that,

9     like, happened over a year (indiscernible).  Like my manager

10    pulled me aside (indiscernible) she's, like, you've grown so

11    much.  And, like, being a partner (indiscernible), partner

12    appreciation.  I was, like, oh my god, thank you.  It's those

13    little moments, like --

14          MS. RIZZO:  I regularly cry over green apron cards.  Yeah,

15    regularly.  Yeah.

16          MS. WILLIAMS:  Don't they -- they just make you feel good,

17    don't they?

18          MS. RIZZO:  It's beautiful.

19          MS. WILLIAMS:  It's something about --

20          MS. RIZZO:  Yeah.

21          MS. WILLIAMS:  Yeah.  It's awesome.

22          MR. HUANG:  I do -- I do like the partners, but the

23    customers do get me sometimes too.  Before I worked at

24    Starbucks, I worked at a Barnes & Noble café for a summer, in

25    Brooklyn.  I'm from Brooklyn, by the way.  And I'm next to a



 1   hospital, so the nurses all come, doctors, and it's just

 2   like -- you're the -- you're their source of fuel.  When I was

 3   at UB, it's all the college students.  And, like it can be --

 4   it can get overwhelming, but when you're close, you kind of

 5   meet a lot -- a lot of other students like really wanted to be

 6   able to get through the next exam.

 7        And now I'm at Transit Commons where it's more

 8   residential, so you get to meet more, like families.  You meet

 9   like -- you -- you get to connect with customers who, like,

10   just lost their husband, like, or had their --

11        MS. PUSATIER:  Yeah.

12        MR. HUANG:  -- first kid, or stuff like that.  So it's --

13   there's different jumps of customer connections that I've been

14   able to develop with working at Starbucks.

15        MS. WILLIAMS:  Do you prefer one or the other?  Or they're

16   just all different?

17        MR. HUANG:  I think at certain points in my life, it's --

18   it matched up.  Because when I was a college student, I worked

19   on a college campus.

20        UNIDENTIFIED SPEAKER:  Yeah.

21        MR. HUANG:  But then this -- where it kind of took away

22   from everyone else, so, like, not everyone can recognize me

23   every minute of every day, so I (indiscernible) working at

24   somewhere further out.  Yeah.

25        MS. WILLIAMS:  I was just asking because eve -- every time



1    you meet somebody, some people really, really, really love the

2    cafés, the neighborhood cafés.  Some people love the high-

3    stress drive-thru, it's always busy all the time.  Some people

4    like the campuses, or some people like --

5        MR. HUANG:  I -- I do like drive-thrus a lot.  I -- I live

6    the chaos of it.  Like (indiscernible) I like -- I'm the

7    calmness in that chaotic environment.  I love doing that.

8        MS. WILLIAMS: Yeah.

9        MR. HUANG:  I love being (indiscernible) I like how you're

10   always busy, like in a drive-thru.

11       MS. WILLIAMS:  Yeah, yeah, yeah.

12       MS. RIZZO:  Yeah.

13   (Indiscernible, simultaneous speech)

14       MS. RIZZO:  Are they surviving?

15       UNIDENTIFIED SPEAKER 2:  Yes.

16       MS. RIZZO:  Thank you.

17       UNIDENTIFIED SPEAKER 2:  (Indiscernible).

18       MS. RIZZO:  You know that's -- that's totally fine.  It's

19   the same thing.

20       UNIDENTIFIED SPEAKER 2:  Okay.  Just checking.

21   (Indiscernible, simultaneous speech)

22       MS. RIZZO:  Oh yeah.

23       MS. PUSATIER:  All right.  What else?

24       UNIDENTIFIED SPEAKER:  I love the culture of the stores.

25   Having that family environment.  I will never forget when I had



1   my orientation.  She was, like any questions.  I was like the

2   only question is, why didn't I come here sooner.  Because I had

3   to do so much hard work and time, it's (indiscernible) worked,

4   and (indiscernible) eight or nine months, and I enjoyed it.

5   And I came to realize the only thing that I (indiscernible) but

6   it was about connecting with people.  I loved being able to

7   calm people down (indiscernible) getting to, like, know them,

8   talk with them, just, you know, have people come back

9   (indiscernible).

10      I just -- I think a lot of it is just connecting with the

11  people that really drove me to the job.  And so I was working

12  at Starbucks part-time, and just happened to go in there one

13  day, it wasn't even, like, I was searching for a job,

14  (indiscernible), you know what, you should apply

15  (indiscernible).  And I was like driving home, and I was, like,

16  I never thought about that, but, like, maybe (indiscernible).

17  You know I had always worked in coffee shops.  I started

18  (indiscernible) at 16, worked all the way there until I was 20,

19  and by that point, I was already a store manager.  I had no

20  business being a store manager at 20, but you know what

21  (Indiscernible, simultaneous speech).

22      UNIDENTIFIED SPEAKER:  And it gave me -- it gave me the

23  experience that I needed to become (indiscernible) relatively

24  soon, which I really love doing.  And, yeah, I think it's just

25  the culture, the people, and the fact that Starbucks is



1     focusing on not just meaning better for what you can do for me,

2     but you can do outside of the store.  And I think that was what

3     really (indiscernible).  They want me to better, not just for

4     them, but for myself as well.

5          MS. PUSATIER:  Thank you.

6          MS. WILLIAMS:  Awesome.

7          UNIDENTIFIED SPEAKER:  And college.

8          MS. RIZZO:  Yeah.

9          MS. WILLIAMS:  College.

10         MS. PUSATIER:  Say that again?

11         UNIDENTIFIED SPEAKER:  Yeah, college.  That's a huge deal

12    for me, because I'm gonna be 34 this year, and I -- I've

13    never -- I never went to college, and I always meant to

14    (indiscernible), I always had all these plans.  And -- and when

15    I move out -- I move out to New York, and I didn't mean to, I

16    never actually wanted to.

17         MS. WILLIAMS:  Oh, that's a story.

18         UNIDENTIFIED SPEAKER:  Kind of a long story.  But I -- I

19    just -- I hadn't (indiscernible) it was gorgeous, I love the

20    nature, I love every -- like everything about it.  And New York

21    is really -- I grew up here, and I was -- I -- I wanted to see

22    other places a lot, but I have moved back here.  And it's good

23    because my daughter's father is here and her whole family.  But

24    coming back, I knew that Starbucks was -- at first it was

25    (indiscernible) for me, I knew I'd be able to get re-hired, and



1    then I love it (indiscernible).

2        All my -- you know I would get judged by some of my

3    friends and family, are like why are you going back to

4    Starbucks (indiscernible), you should be having a real job now.

5    And, like, well, I'm starting college though, and like, I need

6    to get my bachelor's degree and also stop judging me, because

7    this is an amazing job.  Like this -- I've never worked at a

8    job that cares so much about -- about their actual employees.

9    And even, like, talking about it (indiscernible), but that was

10   my first job that I ever had, and they -- the job itself, like,

11   didn't care about its employees at all.

12       And I didn't really -- I didn't know too much at the time

13   (indiscernible) really helped much at all, at least for me.

14   And with Starbucks, as much as I can complain about certain

15   things here and there, like I don't like the (indiscernible)

16   system, and I don't like how -- like sometimes working on the

17   floor with, like, too many partners or people calling our

18   stores who, you know, don't know anything when they

19   (indiscernible).  Like all these little things can be fixed

20   internally, but overall, it's the culture, it's the people, and

21   also (indiscernible).  And then college, and the benefits on

22   top of that, I just can't really say (Indiscernible).

23       MS. PUSATIER:  You did have a couple of things that you

24   threw in there that I wanna ask more questions about, okay?  So

25   I think you said you don't like the new (indiscernible) system.



1            UNIDENTIFIED SPEAKER:  Yes.

2            MS. PUSATIER:  Tell me more.

3       (Indiscernible, simultaneous speech)

4            UNIDENTIFIED SPEAKER:  So (indiscernible) when, like I'll

5       start draining too early --

6            MS. PUSATIER:  Uh-hum.

7            UNIDENTIFIED SPEAKER:  -- or (indiscernible).

8            MS. PUSATIER:  Really?

9            UNIDENTIFIED SPEAKER:  Yeah.

10           MS. RIZZO:  All over the floor.

11           UNIDENTIFIED SPEAKER:  Yeah

12      (Indiscernible, simultaneous speech).

13           MR. HUANG:  I like the idea of it though.  Like the --

14           MS. RIZZO:  The idea is awesome.

15           UNIDENTIFIED SPEAKER:  Yeah.

16           MS. RIZZO:  Not having to worry about it.

17           UNIDENTIFIED SPEAKER:  Yeah.

18           MS. RIZZO:  Execution, no.

19           UNIDENTIFIED SPEAKER:  I said I don't know if they maybe

20      just need a little work, because I know that they're super

21      finicky too.  Like if you overfill it even, like, a little bit,

22      you have -- I know if I start, like, a latte (indiscernible)

23      three or four, like, significant filter spills in the back.

24      (Indiscernible, simultaneous speech).

25           MS. WILLIAMS:  So it's the buttons on it?


www.escribers.net | 800-257-0885

1        MS. RIZZO:  It's a lot of things.

2        UNIDENTIFIED SPEAKER:  A lot of things.

3        MS. WILLIAMS:  Okay, so --

4        MS. WILLIAMS:  Those -- there's a little spring assemblies

5    at the bottom of it, they're, like black and they screw in.

6    Sometimes if there's too much water, I think what happens,

7    something that goes wrong, and instead of draining into the

8    cubes, it just drains all over the floor.

9        UNIDENTIFIED SPEAKER:  Yeah.

10        MS. RIZZO:  I -- I don't know why it happens.  We've tried

11    to narrow it down.  We've, like, measured the amount of water

12    we're putting in with, like, a ruler to make sure we're doing

13    it the same every single time.  And it just inexplicably, like,

14    one out of every five times it ends up on the floor or like you

15    said, the -- I don't remember who said about the buttons --

16        UNIDENTIFIED SPEAKER:  Yeah.

17        MS. RIZZO:  -- sometimes it'll say 20 hours, and then I'll

18    hear, five hours later, the cold brew draining.  And I'm, like,

19    I just made you, why are you draining?

20        UNIDENTIFIED SPEAKER:  I know, I know.  Like in theory it

21    was wonderful, we were all excited about it.

22        MS. RIZZO:  Super excited.

23        UNIDENTIFIED SPEAKER:  But it seems, like, really like

24    nice and neat, you can fit a lot of them in, like, perfect.

25    And then we got 'em, and it's just -- it's just like dripping



1    everywhere, it's draining everywhere, you can't, like,

2    (indiscernible) our store, how it's set up, it's really hard

3    to, like, put them in a good spot, so to like the fill water

4    into.

5         MS. RIZZO:  Yeah.

6    (Indiscernible, simultaneous speech)

7         UNIDENTIFIED SPEAKER:  So like when I'm trying to do that,

8    and water always spills, I don't always, like, get it all in

9    there.

10        MS. RIZZO:  It's such a strenuous thing for you back too,

11   to have to lift a full totty (phonetic throughout) of 13 and a

12   half liters of water up above, like, neck height to get it --

13   'cause the things are tall.

14        UNIDENTIFIED SPEAKER:  Yeah

15        MS. RIZZO:  So to have it above to pour the water in, you

16   have to literally, like, overhead lift 13 and a half liters of

17   water above your head.  I've had, like, several partners pull

18   muscles trying to do that.

19   (Indiscernible, simultaneous speech)

20        UNIDENTIFIED SPEAKER 1:  (Indiscernible) you don't have

21   to -- you can -- you can do 'em at any time of the day because

22   they drip longer.

23        MS. RIZZO:  Oh, that's amazing.  Yeah.

24   (Indiscernible, simultaneous speech)

25        UNIDENTIFIED SPEAKER:  Because before we had to wait



1    until, like, 11:00 when really, at the time safety was

2    (Indiscernible) 20 hours.  So I would say that -- it stopped

3    that problem, but in other ways, it didn't make it any better.

4         MS. WILLIAMS:  Yeah, so I don't know if it's just this

5    recent, but I've never heard this, and we've had been testing

6    them for two years, so --

7         UNIDENTIFIED SPEAKER:  This is very (indiscernible).

8         MS. RIZZO:  Oh.

9    (Indiscernible, simultaneous speech)

10        MS. RIZZO:  I've seen a lot of baristas online complaining

11   about similar things on, like, you know, the big old Facebook

12   group of all the partners.

13        MS. WILLIAMS:  Yeah.

14        MS. RIZZO:  I see a lot of posts about it.  Whether or not

15   it's actually been reported to (indiscernible) is probably the

16   real question.

17        UNIDENTIFIED SPEAKER:  Yeah.  I think a lot of people

18   think that it's not, like -- like it's petty almost, like it's

19   not really important --

20        MS. RIZZO:  Not that big of a deal.

21   (Indiscernible, simultaneous speech)

22        UNIDENTIFIED SPEAKER:  They were doing something wrong, it

23   was their fault, not Starbucks.

24   (Indiscernible, simultaneous speech)

25        MS. WILLIAMS:  They -- they were designed (indiscernible)



 1    so we had a trial (Indiscernible) down in Seattle

 2    (indiscernible) it's, I don't know, four football fields.

 3        UNIDENTIFIED SPEAKER:  Huge.

 4        MS. WILLIAMS:  It's huge.  It's that woodworking shop,

 5    metal shop, it's got a little digital printing shop.  And we

 6    had, actually, baristas, shift supervisors, store managers that

 7    come in and work with the (indiscernible) and they design --

 8    they help us design all this stuff.

 9        UNIDENTIFIED SPEAKER:  Cool.

10        MS. WILLIAMS:  So the warming -- the new warming ovens,

11    the (indiscernible), and they were the ones that came up with

12    this new trial.  So I, again, it goes through a fairly rigorous

13    testing before we go out and actually --

14        UNIDENTIFIED SPEAKER:  Right.

15        MS. WILLIAMS:  -- they go through, like, seven prototypes,

16    they all get tested.  So again, I'm happy to take this back

17    because I'm sure they're gonna say, well, what's happened with

18    the original design, and why aren't they working the way that

19    we thought they were gonna work.  But they -- all that stuff

20    you guys get, are designed by baristas, so -- and they work

21    with engineers, obviously, software engineers, and other

22    engineers that design all this stuff.  But the equipment is

23    designed because if the previous tottys are super heavy too,

24    and --

25        MS. RIZZO:  Yeah, that's -- because it was the same


www.escribers.net | 800-257-0885

1    problem, yeah.

2        MS. WILLIAMS:  And they didn't fit on the shelves in the

3    same ways, or like square boxes (indiscernible).  So I -- I

4    will absolutely take that back, and I -- it doesn't mean I --

5    it's not -- I'm not denying it --

6        MS. RIZZO:  Oh yeah.

7        MS. WILLIAMS:  -- what you're saying.  I haven't heard

8    that it's this bad, so thank you for sharing that.

9        UNIDENTIFIED SPEAKER:  I'm sorry that I'm saying so many

10   negative things about.  It was excited about it

11   (Indiscernible, simultaneous speech)

12       MS. PUSATIER:  You also said something about having enough

13   people on the floor (indiscernible).

14       UNIDENTIFIED SPEAKER:  That's just -- I think that our

15   store, in particular, is used to training (indiscernible).  The

16   way my manager explained it to me, was that our store is the

17   only one (indiscernible) people to, like, train enough people.

18   So we kinda train most people (indiscernible).  And it just so

19   happens sometimes that -- I think my manager is so busy she

20   doesn't always know that a few trainees aren't up to par yet.

21       MR. HUANG:  What Starbucks store?

22       UNIDENTIFIED SPEAKER:  Huh?

23       MR. HUANG:  What store?

24       UNIDENTIFIED SPEAKER:  (Indiscernible)

25       MR. HUANG:  Oh (indiscernible) Okay.



```
 1          UNIDENTIFIED SPEAKER:  And -- so it's -- she has like
 2     (indiscernible) and she was -- and I was on the bar, and I'm on
 3     bar for two hours (indiscernible) stuff, because she didn't
 4     (indiscernible) understand, but she didn't know (indiscernible)
 5     and like she didn't -- she didn't (indiscernible) to go outside
 6     and (indiscernible) two trainees that weren't ready yet, and
 7     then we -- it was just the four of us.  So some
 8     (indiscernible).  And it just -- it make -- things like that
 9     (Indiscernible) all the time.
10          And then when (indiscernible) she came and helped.  She's
11     not always there to help (indiscernible).  So I think
12     (indiscernible) like, you know, constantly, but when it does,
13     it's -- it's hard, and it's high stress, and it makes it hard
14     to remember the good things.
15          MS. SCHERRER:  One thing I wish we had was, like, an on-
16     call system.  Like when I (indiscernible) it's like someone
17     wants to call in at 3:00, like, you can't plan anything, like
18     (indiscernible).  Because people are sick, people have, like,
19     you know, (indiscernible) that you can do, and like, last
20     night, like, I'm running a three-person play, like, up until
21     close.  And, like, we're still busy.  Like I gotta do my shift
22     things, I would've loved to have had a fourth person on, like
23     just to have, like, someone (indiscernible) to like --
24          UNIDENTIFIED SPEAKER 1:  Yeah.
25          MS. RIZZO:  Yeah.
```

1     (Indiscernible, simultaneous speech)

2          MS. RIZZO:  As a supervisor --

3          UNIDENTIFIED SPEAKER:  (Indiscernible) people here

4     (indiscernible).

5          MS. RIZZO:  Yeah, I've never seen that many partners on

6     the floor at my store before, ever.

7          UNIDENTIFIED SPEAKER:  (Indiscernible) and the parking

8     lot's full, and (indiscernible).

9          MS. RIZZO:  Yeah.  And I think, like, the -- the hardest

10    part about my job as a supervisor is watching my baristas

11    suffer, because they -- we don't have the adequate staffing,

12    training, labor, required to have the store function.  And that

13    the experience of my customers is suffering as well, greatly.

14    And feeling like I can't do anything about it, and like

15    watching my baristas cry on the floor, and -- and I tell them,

16    like, you can go in the back if you need to, and they're, like,

17    no, I can't leave you.

18         So they're sobbing while making drinks.  This is like a

19    weekly occurrence in my life.  That's definitely, like, the

20    hardest part of my job, because I try so hard to make sure that

21    they leave happy, and that they feel good, and that they're

22    fulfilled.  And I can't express, like, how many times I've

23    expressed these concerns through surveys, through calling PRSC,

24    through doing ethics and compliance.  I've done -- I've gone

25    through every single channel I can, saying, like, this isn't


www.escribers.net | 800-257-0885

1   functional, this isn't okay.  Like I have 30-minute waits in my

2   drive-thru, and I'm being told by my store manager I can't turn

3   off mobile orders at all.

4       I'm on a two-person plague because I have two call-outs,

5   and I'm being told by my store manager I can't turn off

6   mobiles, I can't close the lobby, so I have 30 people waiting

7   who've been in line for a latter for 30 minutes.  My partners

8   are crying.  My customers are upset.  I have people asking for

9   refunds, and I'm just like this is all we can do, I'm sorry

10  guys, just stay in your position and just do the best you can.

11  And I -- I had to run my peak floor today with three people, me

12  and two baristas, for peak.  And then just tell them, like, I'm

13  sorry, I can't do anything for you, I can't.

14      UNIDENTIFIED SPEAKER:  I agree.  All of our new trainees

15  cry at least once.

16      MR. HUANG:  They just --

17      MS. RIZZO:  I can't have my partners crying, like that

18  breaks my heart.  It makes me feel like a failure, and I know

19  that I'm good at my job.

20      MR. HUANG:  They're getting burned out so quickly.

21      MS. RIZZO:  So quickly

22      MR. HUANG:  Especially if they --

23      MS. RIZZO:  And then they just quit.

24      UNIDENTIFIED SPEAKER:  (Indiscernible) this is a great

25  job, just, like, stick with it.



```
1          MS. RIZZO:  Just stick with it, it'll get better.  Yeah.

2          UNIDENTIFIED SPEAKER:  It's just -- it's just --

3          MS. RIZZO:  Because we know it's a great job, because

4    we've been --

5          UNIDENTIFIED SPEAKER:  Yeah.

6          MS. RIZZO:  -- doing it.  We know the beautiful things

7    about this job, and we know the things that fulfill us and

8    make -- make our hearts happy.  We know the skills --

9          UNIDENTIFIED SPEAKER:  Yeah.

10          MS. RIZZO:  -- we get from this.  But when we have new

11    talent come in, and they're wonderful kids, and they can't make

12    it through the first month because it's just so bad.  And any

13    of the options that we used to have in order to make it better,

14    we don't have anymore.  And I just have to tell them, like,

15    just try to tough it out, but they can't tough it out.  They --

16    they burn out and they quit.

17          UNIDENTIFIED SPEAKER:  Right.  Yeah.  (Indiscernible).

18          MS. RIZZO:  What were you gonna say (Indiscernible).

19          UNIDENTIFIED SPEAKER 1:  (Indiscernible) as like a newer

20    employee too, like I said, I've only been at Starbucks for a

21    month, but I worked in the coffee industry for longer.  I've

22    been in the coffee industry for about four years, through

23    (indiscernible) I was a shift manager there.  So I -- I'm

24    definitely familiar with, like, the labor that it takes to work

25    in a coffee shop and to run a coffee shop because when you're a
```



1     shift -- more often than not, you are just the manager on duty,

2     you're the face of the company for the day.

3          MS. RIZZO:  Correct.

4          UNIDENTIFIED SPEAKER 1:  (Indiscernible).  So the fact

5     that, like, I will like, be work -- I -- I've worked through

6     injuries because me going home would mean we were down a third

7     person.  I've seen other co-workers work through injuries, work

8     through crying, like outside circumstances, stress from work,

9     whatever, just their mental health is clearly suffering.  And

10    I've also -- I don't know if it's just my store, but I've never

11    been both understaffed, and overcrowded.  I don't know if it's

12    something that needs to be fixed like the way bar is set up.  I

13    also don't know if I love how much (indiscernible) area exists

14    in my Starbucks location.  I think (indiscernible).

15         MS. WILLIAMS:  Okay.

16         UNIDENTIFIED SPEAKER:  Oh, I think there's too much dining

17    area, and not enough bar area because

18    (Indiscernible, simultaneous speech).

19         MS. RIZZO:  I agree with that as well for my store.

20         UNIDENTIFIED SPEAKER:  Well, a lot of times we really

21    don't have too many people that sit down, we have, like, a

22    conference table people sit at.  And then aside from that, it's

23    usually just -- we're predominantly drive-thru.

24         MS. WILLIAMS:  Right.

25         UNIDENTIFIED SPEAKER:  Like we do thousands upon thousands



1   of dollars a day in the drive-thru.  But like (indiscernible).

2   I was, like, walking, like, just to go grab ice one day, and we

3   were training (indiscernible).  We're training (indiscernible)

4   my store, we have -- my current ASM, who's getting ready to go

5   to another store, there -- we have a store manager, we had

6   someone doing, like, the food and safety inspections

7   (indiscernible) guy.  And I was just trying to do my job, and

8   we were understaffed, so -- but there were, like, 10 people

9   that I couldn't get through, so like I couldn't do

10  (indiscernible) and I just, I've never seen -- I've never been

11  both understaffed and overstaffed at the same time, it's very

12  inconvenient.

13       MR. HUANG:  I -- exact situation.  We were also told that

14  we were training for the districts too, with like six new

15  stores opening up.  So we had a lot of new hires, and then none

16  of them were certified, but their manager.  So -- but he kind

17  of treats everyone as equals.  So she schedules everyone --

18       MS. RIZZO:  Uh-hum.

19       MR. HUANG:  -- even if they're underqualified in certain

20  roles.  So I have four brand new people working, and I have no

21  (indiscernible) peaks.  Our manager also -- he's been in our

22  store for two years, he's never ran a play before, he's never

23  been a play-caller, so I have someone who -- (indiscernible) if

24  he ever jumps on, he'll go on oven, and (indiscernible).

25       MS. RIZZO:  Do you have (indiscernible)



1          MR. HUANG:  Yeah.

2          MS. RIZZO:  He was my manager for years, so I understand.

3          MR. HUANG:  So never -- he's never -- if he jumps on, he

4     goes to oven, and he kicks off whoever's on oven, and then they

5     go on to ask the shift supervisor where to go next, because we

6     have (indiscernible) start, so, like, when something happens

7     you don't really know what to do at that point.  And because

8     our -- because of that, we have someone who now currently --

9     are now doing skills check.

10         So we've have someone who doesn't really have skills to do

11    skills check, do skills check.  So it's kinda -- it's a bit

12    frustrating with how scheduling has been.  I -- like this past

13    couple of weeks have been a lot more rough, in my opinion, with

14    constant -- I think it's just over -- over -- over amount of

15    customers walking in too, and with not (indiscernible) store,

16    we have the CS person on front for 30 minutes at a time, so all

17    the cycles are off now.

18         And all of my new baristas are completely overworked.  I

19    finished a shift -- I must admit, I finished at 3:00 with a

20    bunch of good people who worked during my shift, and I have to

21    apologize so much for them being exhausted.

22         MS. RIZZO:  Every day.

23         MR. HUANG:  It's -- and I feel really bad about can't do

24    anything about it.

25         MS. RIZZO:  I agree.



1      MR. HUANG:  Also, who has shifts here, by the way?  Do you

2  take a (indiscernible) regularly?  Yeah, we don't --

3      UNIDENTIFIED SPEAKER:  Regularly (indiscernible) at least

4  one.

5      MR. HUANG:  Yeah.  I -- I try to.  If I'm not working, if

6  I'm not the shift on, I will take it, but if I'm the shift on,

7  there's, like -- if you walk off you feel so guilty, and

8  there's nothing you can -- because it will fall apart.  So

9  we're -- we're also feeling -- we're not, like, directly

10 pressured to, like, not take our 10, but it -- it feels like

11 that's something that we have to do, in order for us to run a

12 successful play, or try to.

13     MS. RIZZO:  Yeah.  Even if you try, you're in the back for

14 three minutes, and then can you please come help me, we're

15 dying.  And then what are you supposed to say, no?  You can't.

16     UNIDENTIFIED SPEAKER:  Yeah.

17     MS. RIZZO:  Because they don't have enough staff on the

18 floor to -- to run every position.  There's not enough people

19 to be on every position.  Like we don't even have the bare

20 minimum two bar, two drive, CS support.  We -- we don't have

21 enough people on the floor to fill the positions that the floor

22 requires to work.

23     MS. RIZZO:  Uh-hum.

24     MS. RIZZO:  And go mode is okay for peak, but like you

25 said, when there's so many fronts, even outside of go mode,



1    outside of peak, we do not have the customer support --

2         MR. HUANG:  Uh-hum.

3         MS. RIZZO:  -- that is functionally running.  And that

4    causes so many things in the store to get left behind.  And

5    that's on top of the added, like, cleaning responsibilities

6    with COVID, but we don't have any extra staffing to accomplish

7    those things.  So it's just like -- as a supervisor, like, in

8    my drive-thru store, it's not possible for me and two baristas

9    to function.  And that is what it is for me every single day.

10   And it's not just my store, as -- I mean obviously, it's not.

11        MR. JON:  Yeah, that's -- that would be my only issue

12   (indiscernible).

13        MS. RIZZO:  Yeah.

14   (Indiscernible, simultaneous speech)

15        MR. JON:  We're down to three people, and you have to give

16   breaks to people.

17        MS. RIZZO:  Yeah.

18        MR. JON:  And it's like, you know --

19        MS. RIZZO:  And I -- I consistently, like, there was a

20   time where my manager wanted all of us to, like, close down the

21   lobby if we were on a two-person play, just to prevent

22   bottlenecks that were, like, not fixable, and prevent customers

23   from having an unnecessary wait, which, like, in my mind, if a

24   customer's waiting longer than five minutes, we've done

25   something terribly wrong.  And these days, it's like regularly



1    30-minute waits for mobile orders.  I have never experienced

2    anything like that.  And it's been since 2015, ever.

3         MS. PUSATIER:  So -- so I'm hearing some -- I'm hearing

4    some talk about people being -- not enough people.

5         MS. RIZZO:  And adequate training.

6         UNIDENTIFIED SPEAKER:  Yeah.

7         MS. PUSATIER:  Need to be trained.  I'm hearing that.

8    (Indiscernible, simultaneous speech)

9         UNIDENTIFIED SPEAKER:  I was thrown on a close last night,

10   I've never closed.

11        MR. HUANG:  Geez.

12        MS.  SCHERRER:  I'm also not a fan of the training at

13   different stores that are not your store.

14        MS. RIZZO:  Yeah, that's not helpful.

15        MS. PUSATIER:  Thank you for sharing that.  Tell me why.

16        MS. SCHERRER:  Because like you're not adapting to the

17   culture that's gonna be your store.  Like -- and I get it, if

18   it's a slower-paced, like, store you -- like adequate training,

19   like, to, like, get down your bearings.  But when you're in a

20   different pace, like, it throws you off, and you cannot

21   succeed.  And because then you're working with different

22   people, you get your -- like you're used to the people you're

23   working with, and the store you're training, and then, like --

24        MS. RIZZO:  Back to square one.

25        MS. SCHERRER:  Yeah.



1      MS. PUSATIER:  So what would you recommend?  What would

2   (indiscernible)

3      MS. SCHERRER:  So I probably wouldn't -- not even

4   probably.  I would have my new hire train at the store that

5   you're gonna be working at.

6      MS. PUSATIER:  Uh-hum.

7      MS. SCHERRER:  And then find, like, baristas that are,

8   like, strong in certain positions, like, that you want them to

9   train with.  Like almost like have them your mentor, those are

10  your trainers.  Like if you have a strong person on bar, have

11  them train with that partner.  And I miss the ghosting, or,

12  like --

13     MS. RIZZO:  Uh-hum.

14     MS. SCHERRER:  -- not ghostings, but -- if you're

15  (indiscernible) for instance, I had a partner shift for four

16  hours, where I shadowed the strong bar partner, watched her for

17  two hours, like, to see what she's doing, maybe help out a

18  drink here and there.  And then we flip the following two hours

19  after our 10, where she could observe how I'm sequencing, am I

20  making drinks accurately, am I making the customer connection,

21  like, what is happening that's not functioning right.  But that

22  was for my store, like it wasn't at, like, someone else's.

23     MS. WILLIAMS:  Another person's store.  Were you the

24  baris -- barista trainer in your training or --

25     MS. SCHERRER:  For that scenario, I was the new hire --



1          MS. WILLIAMS:  Okay.

2          MS. SCHERRER:  -- at my store.

3          MS. WILLIAMS:  All right.  So you're talking about how

4     your experience helped you feel more confident?

5          MS. SCHERRER:  Yeah.

6          MS. WILLIAMS:  Okay.  Great.  I just didn't hear if it was

7     you doing the training or being trained.

8          MS. SCHERRER:  So I was just like -- because it wasn't

9     until coming back to Buffalo that I saw that happening, where

10    new hires were going to different stores, so --

11         MR. HUANG:  We've also had, like, six people training one

12    person, like -- and not a certain --

13    (Indiscernible, simultaneous speech)

14         MR. HUANG:  -- other people.

15         MS. SCHERRER:  All -- like my entire first two weeks, I

16    was supposed to train with one person, and then I trained with

17    her my first day, and I don't think I ever saw her again.

18         MS. RIZZO:  Yep.

19         MS. SCHERRER:  Because I always trained with other people.

20         MS. WILLIAMS:  At the same store?

21         MS. SCHERRER:  Yeah.

22    (Indiscernible, simultaneous speech)

23         MS. SCHERRER:  I was being pushed around to everybody, and

24    like they were people who weren't barista trainers.

25         MR. HUANG:  Uh-hum.  Yeah, they're not --



1    (Indiscernible, simultaneous speech)

2         MS. RIZZO:  Yeah.

3         MS. SCHERRER:  Like my barista trainer (indiscernible).

4         MS. RIZZO:  And then you get trained by whoever is --

5         MS. SCHERRER:  Yeah, whoever's present.

6         MS. RIZZO:  -- physically present.  Yeah.

7         MS. SCHERRER:  Yeah.

8         UNIDENTIFIED SPEAKER:  I think what I can say is -- as far

9    as becoming a barista trainer, I think that there could be more

10   (indiscernible).  I was one of the few people who started

11   during COVID.  All the stores were closed down.  It was a very

12   interesting experience for me.  I had probably -- I did all my

13   barista training at once, and then I was, like, thrown on the

14   floor.  All of our doors were closed.

15        We had a (indiscernible).  It was a 45-minute wait.  It

16   was a really crazy time.  But through all that craziness, I was

17   able to learn a lot from multiple different people, because I

18   didn't have a single person trainer, and I also was working

19   with (indiscernible) partners who (indiscernible).  But

20   previously, I did (indiscernible) at the beginning of the year,

21   but I wasn't a barista trainer prior to that, which I know is

22   something you're supposed to do before, so I had to do all that

23   training at once.

24        And I actually just trained my first time, two weeks ago,

25   and I trained two people, one to go to (indiscernible) another


www.escribers.net | 800-257-0885

1    store, and luckily I had already worked at that store prior, so

2    I had a lot of knowledge, so I would be, like, just so you

3    know, this is not where you're gonna find this at your store,

4    but, like, I (indiscernible).

5        MS. WILLIAMS:  Because you worked there.

6        UNIDENTIFIED SPEAKER:  Yes.  So I think that was able to

7    help set him up for success.  I actually just saw him last

8    week, he was, like, yeah, (indiscernible) tell me certain

9    things that were different, and not really (indiscernible).

10   But I also know that I had to do a lot of studying beforehand

11   because I also (indiscernible) not on bar very often.

12       So I do know how to make all these drinks, but I didn't

13   feel like I could adequately -- adequately tell them, okay,

14   this is how you make every single drink, this how many

15   (indiscernible) single day.  I had to go on barista training

16   online and review all that stuff (indiscernible).  And so I had

17   to, like, talk to, like, four different shifts, and baristas,

18   and like, okay, what goes in this, what goes in this, how many

19   goes here (indiscernible), the macchiatos, like all the

20   favorite stuff, just trying to (indiscernible).

21       And I came to realize that everyone kept saying fake it

22   until you make it, and I was just, like, that's great, but I

23   don't feel like I can tell (indiscernible).  I didn't feel

24   comfortable saying that.  I wanted to feel successful, and feel

25   comfortable, and be able to (indiscernible).  Because she was



1      like, this is too much, and she was upset because her next week

2      she only had eight hours, she was, like, how am I supposed to

3      remember all of these things in, like, one day.

4          MS. RIZZO:  Yeah.

5          UNIDENTIFIED SPEAKER:  And like -- so I was like -- and

6      not only that, it was our first day of school training, so we

7      were supposed to have practice shifts, but we were

8      (indiscernible) for three, six-hour shifts in a row -- I mean

9      not (indiscernible), on register.  (Indiscernible) and I felt

10     really bad because she wasn't getting the training

11     (indiscernible) she wasn't getting the bar.

12         MS. RIZZO:  Yeah.

13         UNIDENTIFIED SPEAKER:  And so I had to, like, advocate to

14     my manager and be, like, look, we (indiscernible) because it's

15     just, like, I can't put you on bar right now, it's too busy,

16     you know --

17         MS. RIZZO:  The same thing, yeah.

18         UNIDENTIFIED SPEAKER:  -- which is understandable, and I

19     totally understand that.  But she didn't get what she needed

20     out of it.  And now she's three weeks in and still has not been

21     on bar.  So like, I really feel bad for her (indiscernible).

22     So I do think that the training can use some help, especially

23     with online tools (indiscernible).

24         MS. WILLIAMS:  Just so you know, our (indiscernible) shift

25     supervisor training or barista training?  Or both?



1        UNIDENTIFIED SPEAKER:  Well, okay, so my shift training

2    was much better than my barista training.

3        MS. WILLIAMS:  Okay.

4        UNIDENTIFIED SPEAKER:  And I'll just stay on the shift the

5    whole time, so on my experience, on that, my shift training was

6    fine, I don't really know (indiscernible).

7        MS. RIZZO:  Mine was not.

8    (Indiscernible, simultaneous speech)

9        MS. WILLIAMS:  Was it the content of the training, or was

10   it the amount of time (indiscernible)?

11       UNIDENTIFIED SPEAKER:  Well, there was not enough content,

12   I didn't have enough to give to my barista, I had to reach out

13   to other store managers, since I -- I was training someone from

14   (indiscernible), and she actually had her orientation

15   (indiscernible), like little cheat sheets and all that, and I

16   didn't (indiscernible) trainers, I kinda felt bad, because I

17   didn't have the tools, and then we did.

18       And so I reached out to her (indiscernible).  But it's

19   just, I don't know, I just felt really bad, because one was

20   getting more, and the other one wasn't, and I was just trying

21   to, like, make up that difference, but I didn't have the tools

22   that I needed to do it.

23       MS. WILLIAMS:  And the reason I was asking, is because we

24   heard yesterday, it was the number of hours, that people need

25   more, especially more practice hours as baristas.


www.escribers.net | 800-257-0885

1      UNIDENTIFIED SPEAKER:  I would say you're probably right

2    there, because (indiscernible) like why is it only four hours,

3    it should be, like, full eight hours, to continue, to keep

4    trying all this.  And so it was, (indiscernible).

5      MS. WILLIAMS:  Right.  So -- so -- so we heard that

6    yesterday, so I just wanted to know if I was hearing something

7    different today, which was the content.  And if the shift

8    supervisor content sounds good, but I did want to let you know

9    that we are completely revamping barista, um, barista training

10   right now.

11     UNIDENTIFIED SPEAKER:  Okay.

12     MS. WILLIAMS:  They've been -- I think they've been in

13   design -- has it been six months?  Something like that, six

14   months already.

15     UNIDENTIFIED SPEAKER:  Okay.

16     MS. WILLIAMS:  And it's gonna be -- it's gonna be a lot

17   better because what we have now is very outdated.

18     UNIDENTIFIED SPEAKER:  I was gonna say, I would be, like,

19   oh, they taught me this, and I'm like --

20     MS. WILLIAMS:  We don't do that anymore.

21     UNIDENTIFIED SPEAKER:  -- we don't do that anymore.  And

22   she's like, well, why did they show me that.  And I was like,

23   I'm not really sure, just forget it

24   (Indiscernible, simultaneous speech).

25     MR. HUANG:  Confusions.


www.escribers.net | 800-257-0885

1          MS. WILLIAMS:  So barista training that we're -- that the

2    team is working on right now, with baristas, which is great

3    because the baristas are helping us design it; are gonna be

4    more modular.  So when a module changes, we can just change out

5    that module versus having to change the whole program.

6          UNIDENTIFIED SPEAKER:  Yeah.

7          MS. WILLIAMS:  And so that will be some -- that will be

8    done sometime this year.

9          UNIDENTIFIED SPEAKER:  Okay.

10         MS. WILLIAMS:  I don't know when, because it seems like

11   it -- it always changes, like a lot of information --

12         UNIDENTIFIED SPEAKER:  That's fine.

13         MS. WILLIAMS:  -- in, and we have to add it.

14         UNIDENTIFIED SPEAKER:  Yeah.

15         MS. WILLIAMS:  But we do know it's -- and there's part of

16   it, because I just went through the barista training last

17   month, just to see how updated it was, and I was actually

18   pretty surprised myself.

19         UNIDENTIFIED SPEAKER:  Yeah.

20         MS. WILLIAMS:  So that's on the way.

21         UNIDENTIFIED SPEAKER:  Right.  But also the training

22   that -- to become a barista trainer, the information --

23         MS. WILLIAMS:  Yeah, yeah, yeah.

24         UNIDENTIFIED SPEAKER:  -- that the trainers

25   (indiscernible), I think also needs a lot more information.



1        MS. RIZZO:  I agree.  I had to redo it recently because I

2    was training a partner for the first time in a few years, and I

3    was, like, wow, this is exactly the same as when I did it in

4    2016, nothing's changed.  And then, like, the partner I

5    trained, I had a really similar experience that you did, where

6    even outside -- after her training was done, she was supposed

7    to do practice shifts --

8        UNIDENTIFIED SPEAKER:  Um-hum.

9        MS. RIZZO:  -- but there wasn't a 10-year partner

10   scheduled along with her for the practice shifts.  So her

11   practice shifts were her standing on front register, all day,

12   every day, for two weeks.  And then her practice shifts were

13   over, and she forgot everything, because it had been two and a

14   half, three weeks --

15       MS. WILLIAMS:  Two weeks.

16       MS. RIZZO:  -- before she touched anything.

17       UNIDENTIFIED SPEAKER:  Yeah.

18       MS. RIZZO:  And she almost quit.  I had to convince her

19   not to quit.  She's like, well why am I -- what's the point.

20   And I was -- and she was amazing, and I was so sad because I

21   worked so hard training her.

22       UNIDENTIFIED SPEAKER:  I know.

23       MS. RIZZO:  She went to opens and worked 10 opens, and in

24   the 10 opens, eight hours she worked, she didn't do anything

25   except for front register the entire time.



1      UNIDENTIFIED SPEAKER:  Yeah.

2      MS. RIZZO:  And it wasn't for the fault of the supervisors

3    that were working, because they're trying to run a four --

4    four-man play for peak, what are they supposed to do with a new

5    partner --

6      UNIDENTIFIED SPEAKER:  Right.

7      MS. RIZZO:  -- when two of the other partners on the floor

8    are also brand new?  They just started a month ago, you know?

9      UNIDENTIFIED SPEAKER:  Right, right.

10     MS. RIZZO:  It's just -- it's between, like, a rock and a

11   hard place.  And I -- I do agree with you that, like, it's sad,

12   like, as a trainer, when you feel like you're not giving

13   someone the best experience, that you might be able to provide.

14   It's hard.

15     UNIDENTIFIED SPEAKER:  And I always have to, like, stress

16   (indiscernible) six months to be a really good barista.  I'm

17   like --

18     MS. RIZZO:  I don't think it should.

19     MR. HUANG:  Yeah.

20     UNIDENTIFIED SPEAKER:  And I -- I --

21     MS. RIZZO:  That's my opinion.

22     UNIDENTIFIED SPEAKER:  -- I don't think it should take a

23   full six months.

24     MS. RIZZO:  I think if there's more investment in it, more

25   investment in -- in the actual content of the training, which



1    it's great to hear that it's being revamped because it's

2    overdue.  I think there needs to also be more investment in

3    the -- the amount of money we're spending on the -- the

4    training itself.  Like I don't think the amount of time that

5    people are given right now is sufficient to know the positions.

6           MR. HUANG:  Uh-hum.

7           MS. RIZZO:  Or there should be now an expectation of

8    actually being competent when you're done with your training.

9           UNIDENTIFIED SPEAKER:  Yeah.

10          MS. RIZZO:  Like you should be scheduled as solely extra

11   coverage for at least a month, in my opinion.  Like not --

12          UNIDENTIFIED SPEAKER:  Yeah.

13          MS. RIZZO:  -- considered to be on the floor, or to be

14   covering a position.  There's no green bean I know of that is

15   ready to cover bar, or solo drive, in their first month.  It's

16   just not --

17          UNIDENTIFIED SPEAKER:  I solo drive, and I always cry --

18          MS. RIZZO:  Right.

19          UNIDENTIFIED SPEAKER:  (Indiscernible).

20          MS. RIZZO:  But how did it feel?

21          UNIDENTIFIED SPEAKER:  Awful.

22          MS. RIZZO:  Yeah.

23          UNIDENTIFIED SPEAKER:  It feels horrendous.  And I've

24   worked in the service industry for a long time, so I'm familiar

25   with how it works (indiscernible).  But I've -- I have solo



1   drive-thru -- I'm sole drive-thru every time I'm

2   (indiscernible).  And then we also have (indiscernible), who --

3   I was working with her either yesterday, or the day before, and

4   she was just getting her bar training.  So she's been there

5   almost -- probably like -- she's probably been there at least

6   two, three months, and she was just getting her bar training.

7   She's been on DTO every single time I've seen her other than

8   that, and I can tell that it's really, like, hurting her that

9   people don't, like, believe in her.  Because she is good, like

10  I was working a little bit around her, and she was -- she was

11  doing a good job.

12       MS. RIZZO:  I like -- I waited once for my store manager

13  to go on vacation, and then while he was on vacation, I got

14  barista trainers from other stores to come work at my store,

15  and train my partners for me, because their training wasn't

16  adequate, and they were suffering so bad.  So I just, like,

17  well, he's out of town, I'm the proxy, I'm gonna bring trainers

18  in.  And so I brought trainers in, and I trained all my

19  baristas.

20       UNIDENTIFIED SPEAKER 2:  I had to train somebody a couple

21  of weeks ago, and my manager, she talked to me afterwards, and

22  it (indiscernible), because the day I was supposed train my

23  barista she -- and there was just no way to do it.  We had a

24  34-drink order, and we only had like, I think, two other people

25  working (indiscernible).  So I hopped on to help, and I had



1    her, like, move the cards, read over (indiscernible).

2    Afterwards, my manager said, why did you do that, you shouldn't

3    have done that.  Don't help them.  No matter what, focus on

4    your training.  I said, well, what could I have done, she

5    couldn't make literally -- she said take everything she needs,

6    and put it over on the table, and have her practice making

7    drinks there.  I'm like, what do you mean?

8            MS. RIZZO:  Yeah.

9            UNIDENTIFIED SPEAKER 2:  How do I -- I can't do that.

10           MR. HUANG:  Two things.

11           UNIDENTIFIED SPEAKER 2:  So --

12           MR. HUANG:  Oh, sorry, sorry.

13           UNIDENTIFIED SPEAKER 2:  Oh no.  And I was just gonna

14   (Indiscernible) all these things are reasons why, as much as I

15   love the job, and as much as I love the responsibility of being

16   a manager (indiscernible) store, being in corporate, now I

17   don't wanna make drinks.  Seeing how stressed all the shifts

18   are (indiscernible) two years ago, I -- I don't wanna do that.

19   (Indiscernible, simultaneous speech)

20           UNIDENTIFIED SPEAKER 2:  I don't want to do it right now.

21   I feel like (indiscernible).

22           MS. RIZZO:  That hurts my heart.

23           MR. HUANG:  Yeah.  It's -- shift can be really rewarding,

24   but you -- but -- yeah.  So two things.  One of them is, I

25   currently have a partner now who's been, like, th -- her third



1  day, and she's already having a practice shift, but she doesn't

2  know the register to take orders, so she's only doing

3  transactions on the window, the whole eight hours she's there.

4  So I don't know how we can do that too.  Two, what worked

5  really well for me as a barista trainer, was when we all shut

6  down.  I know some stores are closed early now.  We actually

7  went into those -- into the stores, and I trained people

8  individually.

9      MS. RIZZO:  Oh, we're doing that next week at our store.

10     MR. HUANG:  Awesome.

11     MS. RIZZO:  We're staying late, closing early and staying

12 late to train --

13     MR. HUANG:  Right.

14     MS. RIZZO:  -- six new partners for the district.

15     MR. HUANG:  That worked really well for me.  I was able to

16 connect one on one.  I think I trained (indiscernible), I'm not

17 sure, I think they go by a different name now.  But --

18     MS. WILLIAMS:  I'm sorry, I didn't hear that.

19     MR. HUANG:  I'm trained someone at NFB, and they were

20 great.  Like --

21     MS. WILLIAMS:  Oh, okay.

22     MR. HUANG:  -- they learned really well; they were really

23 efficient.  I -- to my knowledge, from what I was told, they

24 like -- they're kicking ass over there right now.  Like they're

25 kicking asses in their position.  But I was able to connect


www.escribers.net | 800-257-0885

1    with them, learn about their learning styles.  If they wanted

2    to move on with the company, or if they were having other

3    career goals, we were able to find transferable skills within

4    their position.

5        MS. WILLIAMS:  Awesome.

6        MR. HUANG:  It's that connection you make directly, but if

7    you're mixing six other people in the training, it takes away

8    from that, like, that humanity and learning.

9        MS. RIZZO:  Uh-hum.

10       MR. HUANG:  But that worked really well for me.  But I

11   don't know how six partners are gonna be working with how many

12   trainers?

13       MS. RIZZO:  Two.

14       MS. WILLIAMS:  Yeah.  So I -- I hear -- we heard this

15   yesterday, as well, and we've heard it today.  The -- the

16   staffing goals in this area, in both districts, and I -- and

17   this is also other areas of the country.

18       MR. HUANG:  Uh-hum.

19       MS. WILLIAMS:  The -- the May, June, July kind of lift,

20   well, it's actually April, May, June lift, and then July and

21   August kind of settle down, and then we got back into

22   September, and fall, and school.  So there are, in fact, areas

23   of the country, like this area, that have pretty significant

24   staffing challenges, which means that when you don't have

25   enough people in your store, all these types of experiences,



1    that you guys are sharing, happens.

2         And then it keeps getting worse and worse because you

3    don't have enough people.  And then you go hire people, because

4    we added 36 recruiters back in May, across the country, so

5    we're seeing a significant increase in business, we gotta

6    really ramp up hiring.  But then what happens is when you get a

7    lot of new partners in your store, and they're not trained, and

8    they've only been there 30 days, or 60 days, and they haven't

9    been -- received all the training the way that you would like

10   to, or the way that you would like to, then they're on the

11   floor, and they don't know what to do.

12        And it's very -- it creates a lot of emotion and anxiety.

13   So the -- the plan that the team has locally, and that they're

14   working on, including closing stores early, is that we have to

15   get enough people hired per store.  And every person that's

16   hired per store has to be trained and feel confident working

17   shifts.  That's the only way that all of this, I don't feel

18   like I have enough, I don't have enough time, it's two people

19   here, somebody's in the back room crying, that is the most

20   tragic outcome of being this short-staffed.

21        So I just wanna make sure that -- I mean, I hear you loud

22   and clear.  Deanna and I were talking about it this morning.

23   It's heartbreaking to hear the experience that you guys are

24   having because of the staffing situation.  So the only thing we

25   know what to do is, to keep executing and get the plan that you



1    guys have in place, get more people hired, do it in a way where

2    everybody has a good experience.  It may have to be that they

3    get hired in a central store until we can get staff.  I mean

4    I -- I'm with you.

5       I think being trained in the store that you're gonna work

6    in, is always the best way forward because you get to learn the

7    people, and you get to learn the customers, and you get to

8    learn where you put things in the back room, where supplies are

9    because every store is different.  But it may -- it may, in

10   fact, be that part of the plan to get this -- this area, and

11   other areas like this area of the country, to get you guys

12   staffed to the levels you need, we may have to be very

13   creative.

14      And we are learning that with our partner resources

15   professionals, we're learning that with our store managers that

16   have good ideas.  We certainly are learning that with our store

17   managers that have good ideas.  We certainly are learning from

18   you guys today on things that you're doing, that are helping.

19   So I appreciate all the ideas, but I just wanna make sure that

20   you all understand, the staffing challenges you guys are facing

21   are not acceptable.  That's not a Starbucks standard.  It's not

22   a Starbucks standard anywhere in the country.

23      And when we get ourselves into a situation like this, we

24   have to take actions to say, how do we get this area staffed

25   back up.  And the good news is, is that we can learn from the



1    other areas of the country, not all areas because there's lots

2    of areas that are plenty staffed.  But in some areas of the

3    country, we are experiencing these kinds of levels, and it just

4    doesn't create great partner experiences you guys all share.

5    So I just wanna make sure you guys here know that we hear you,

6    and the plans that we have in place.

7        I have a lot of confidence in, but it -- it's never gonna

8    get better until we get enough people working on a shift, and

9    you guys feel like you have enough people working that are

10   trained, and feel confident coming to work, so that you guys

11   can have a partner experience that you said you would come to

12   work every day for, right?  So we -- we've got to get ourselves

13   back into a position where every store has the right number of

14   partners that love coming to work every day so we can have the

15   best partner experience we can.

16       MS. RIZZO:  Can we -- can anyone speak at all to the

17   pressure to not allow us to close a channel of business, if we

18   don't have adequate staffing to perform those channels of

19   business?  Because according to my manager, it's -- it's way

20   above his head, and I don't know --

21       MR. HUANG:  And it's been more recent (indiscernible).

22       MS. RIZZO:  And it's more recent.  This is a development.

23   Like --

24       UNIDENTIFIED SPEAKER:  Mobile orders are killing us.

25       MS. RIZZO:  Yeah, absolutely.  At this point, we cannot



1    turn off mobile orders --

2        UNIDENTIFIED SPEAKER:  Yeah.

3        MS. RIZZO:  -- we cannot close the lobby, and just do

4    drive-thru if we have two people in the store.

5        UNIDENTIFIED SPEAKER:  And (indiscernible).

6        MS. RIZZO:  Yeah.  It's very frustrating for our customers

7    as well.

8        UNIDENTIFIED SPEAKER:  (Indiscernible).

9        MS. WILLIAMS:  Oh, okay.

10   (Indiscernible, simultaneous speech)

11       MS. RIZZO:  So the pressure to -- that we aren't allowed

12   to do so anymore, is obviously coming from somewhere.  Can

13   anyone speak to where that comes from, or why that's not an

14   option?

15       MS. PUSATIER:  Well, first I'll say -- this didn't come up

16   yesterday, so thanks for letting us know.  This is -- this is

17   good.  So I don't -- I don't know all the answers yet.  Here's

18   what I can share with you, that I did share yesterday, as well.

19   It's a lot of times, when we shut down a channel, and actually,

20   like, send all of that business to someone else, and sometimes

21   a different store.

22       And so I'm sure you've all been in a situation where all

23   of a sudden you got this enormous influx, and it didn't make

24   sense, and it's something that never happened at that time of

25   day, and there's -- it could be that another store shut off a



1   channel.  And so what we're also trying to do is make sure, you

2   know, to -- like to Rossan's other point, you know, if you guys

3   have to get creative, and we're looking at areas across the

4   country, and those ways that we can make sure that we're

5   staffed enough, because what we don't wanna do, is have any

6   unintended consequences of, like, I shut down my store.

7       And Emily is my store down the street, and all of a

8   sudden, she was staffed appropriately for the business that she

9   was gonna have, but now she's tripled the business because we

10  shut down.  So it's really about us looking at, not just the

11  consistent customer experience, but actually the partner

12  experience, is -- is the reason that we are hesitant to do

13  that.  So in terms of what you've been told, or where that came

14  from, I -- I don't have all those answers.  I've been

15  (indiscernible) for a couple weeks, so --

16      MS. RIZZO:  I understand.  Yeah.

17      MS. PUSATIER:   -- I -- I can look into that, but I also

18  think, you know, in my last market, this was a -- a topic that

19  came up a lot, where all of a sudden the drive-thru that would

20  be very busy would be unfairly busy for no reason whatsoever.

21  And then that was actually harder for them to staff as well

22  because then they couldn't predict it.  After all, they didn't

23  know what was gonna happen down the street.  So they would be,

24  like, triple the business one day, and half the business the

25  next day. And -- and so then everybody was really, really



1   stretched in that situation.   So

2   (Indiscernible, simultaneous speech)

3       UNIDENTIFIED SPEAKER:   And I remember it being really

4   rough because Sheridan Bailey was drive-thru only and kept

5   getting closed down by the police because the drive-thru line

6   was over a mile long, it was blocking traffic.

7       MS. RIZZO:   I remember that.

8   (Indiscernible, simultaneous speech)

9       MR. HUANG:   Yeah, we were there too.   Yeah, we were open.

10      UNIDENTIFIED SPEAKER:   Everybody would come to --

11  (indiscernible) people driving an hour, an hour and a half

12  away, just to get their Starbucks (indiscernible).   And one

13  thing that we ended up having to do, because we were mobile

14  order only, and we were getting 15 minutes behind, and we have

15  a parking lot full of people (indiscernible) a crowd of people,

16  and we couldn't really (indiscernible).

17      And one thing that we ended up doing there was we would

18  turn our mobile orders off for 30, and on for 30, off for 30,

19  on for 30. And I don't know if that would be something that

20  (indiscernible) sister stores, and like if they're all getting

21  (indiscernible), one's on for 30, one's off, one's on, when

22  they're all still, like, staying on, but, like, I don't know,

23  just -- just a thought.

24      MS. WILLIAMS:   No, that's

25  (Indiscernible, simultaneous speech)



1        MS. PUSATIER:  And as a (indiscernible), we wanna make

2   sure that all of our stores, everywhere, feel staffed all the

3   time, so we don't have to make those kinds of tough decisions

4   that might impact the others in a way that we don't want.

5        MS. RIZZO:  It's kind of like picking which way you wanna

6   disappoint your customers.  Like do you wanna disappoint them

7   because they can't come in and order or do you wanna disappoint

8   them because they have to wait in line for 45 minutes for a

9   coffee.

10        UNIDENTIFIED SPEAKER:  (Indiscernible).

11        MS. RIZZO:  And -- and -- right, exactly.  In a perfect

12   world --

13        MS. PUSATIER:  We don't know.

14        MS. RIZZO:  -- this doesn't happen at all, and everyone's

15   happy.  Because like we love our stores so much.  Like I can

16   speak to everyone here, and I guarantee that you all say the

17   same thing, we love our stores, our partners, our regulars, and

18   we don't feel good about the experience that they've been

19   having.  Like -- like what we just witnessed out there, before

20   the meeting, like, that -- that happens in all of our stores,

21   in this district, every single day, over, and over, and over.

22   We don't like it, it doesn't feel good, and I'm just thinking

23   about the customers that you weren't there to give a -- a gift

24   card to, to make up for their experience.  Like for every one

25   person that you were there to catch, and that's wonderful, and

1    probably made their day, there's 99 more that we aren't

2    catching, that are leaving disappointed and upset.  That's what

3    breaks my heart about this whole situation.  And I think, like,

4    it's finally reached a point where we no longer know how to get

5    creative to solve these problems in our stores, because we've

6    exhausted all of our options.

7          UNIDENTIFIED SPEAKER:  I feel like we don't even have the

8    time to think about these things --

9          MS. RIZZO:  No, we don't.  We're so busy, I can't even sit

10   down and like look at my DCR, and be like, what can I do to

11   make this better?

12         UNIDENTIFIED SPEAKER:  I don't think I had, like, a single

13   thought the entire time I'm working.

14         MS. RIZZO:  Head empty.

15         UNIDENTIFIED SPEAKER:  It's -- it's -- yeah, head empty,

16   entirely.  I'm just kind of on autopilot.

17         MR. HUANG:  Uh-hum.

18         UNIDENTIFIED SPEAKER:  And that's not how it should be.  I

19   love -- one of the things I love about working in coffee is

20   that coffee is so ritualistic for everybody.  So, like, you can

21   talk to people about, like, anything that, they're favorite

22   drink --

23         MS. RIZZO:  Uh-hum.

24         UNIDENTIFIED SPEAKER:  -- and you give it to them, and

25   you're really talking to them, and ideally, you want it slow --



1    I would love to be able to talk to a customer while I'm

2    working.

3        MS. RIZZO:  I agree.

4        UNIDENTIFIED SPEAKER:  But I'm not having that chance to,

5    and I feel like I'm not important.

6        MS. RIZZO:  Uh-hum.

7        MS. TALLCHIEF:  And so (indiscernible) by this, is like I

8    feel like I'm just a machine pumping out drinks, and I just --

9        UNIDENTIFIED SPEAKER:  Exactly.

10       MS. RIZZO:  Yeah.

11   (Indiscernible, simultaneous speech)

12       UNIDENTIFIED SPEAKER:  I -- I hate feeling like a number.

13   I'm (indiscernible) person.

14

15       UNIDENTIFIED SPEAKER 2:  And that's why --

16       MS. RIZZO:  We are people.

17       UNIDENTIFIED SPEAKER:  Exactly.

18       MR. HUANG:  Uh-hum.

19       MS. RIZZO:  Don't forget that.

20       UNIDENTIFIED SPEAKER:  So I think, kind of the same, not

21   having a connection (indiscernible) I think, especially a lot

22   now, personally, with the big influx of business

23   (indiscernible), and I almost feel like that should be a

24   permanent position, especially now that we have

25   (indiscernible).



1          MS. WILLIAMS:  Weekend.

2          UNIDENTIFIED SPEAKER:  Yes.  If we -- so at my store, we

3    started it last Monday, we have not been able to

4    (indiscernible) tool.  I've been called in every single day

5    early, I've been called in on my days, like, off these last two

6    weeks, because we don't have the staff we need, and our

7    business has gone up since school started, which was expected

8    (indiscernible).  And so I do feel like that should be a

9    position that's permanent.  That way we can make sure we are

10   making that connection all of the time because you aren't

11   having to shut down (indiscernible) the customer, I think that

12   was (Indiscernible).

13         MS. WILLIAMS:  And where (indiscernible), is it

14   (indiscernible).  On the outside of the (indiscernible).

15         UNIDENTIFIED SPEAKER:  It -- it can be, I (indiscernible)

16   I think (indiscernible) have to make a little bit

17   (indiscernible) --

18         MS. WILLIAMS:  Depending on people --

19         UNIDENTIFIED SPEAKER:  -- outside of the --

20   (Indiscernible, simultaneous speech)

21         UNIDENTIFIED SPEAKER:  -- because they can also do cold

22   brews, and

23   (Indiscernible, simultaneous speech)

24         UNIDENTIFIED SPEAKER:  So I think it really depends on

25   each store, and how their (indiscernible) I do think that that



1   should be a permanent position that we should always have.

2        MS. WILLIAMS:  I agree.  Every store I see that does it, I

3   think it makes it easier on whoever's running the screen, so

4   they're not constantly looking up when somebody asks, is my

5   mobile order (indiscernible) ready.

6        UNIDENTIFIED SPEAKER:  Right.  And then we have to step

7   away, we have to --

8        MS. WILLIAMS:  And you have to step away, yeah.

9        UNIDENTIFIED SPEAKER:  -- sequences, your shots are

10  expiring, you have search --

11       MS. WILLIAMS:  Yep.

12       UNIDENTIFIED SPEAKER:  -- for (indiscernible) it does get

13  a little -- especially for like (indiscernible) -- especially

14  at UB (indiscernible) people don't always (indiscernible).  And

15  it got to a point where we had to, like, make people wait in

16  line for water, because we don't have anyone who can do that.

17       MS. RIZZO:  My DM used to come do that position, at my old

18  store in Naples, Florida.

19  (Indiscernible, simultaneous speech)

20       MS. RIZZO:  During event days.

21  (Indiscernible, simultaneous speech)

22  MS. WILLIAMS:  I missed the first part of your conversation.

23  What were you saying?

24       UNIDENTIFIED SPEAKER:  Oh, just, like, (indiscernible) is,

25  like, having this, like, extra (indiscernible), but we don't



1    have anything to do with it.  (Indiscernible).  We can't -- we

2    can't even, like, (indiscernible).

3         MS. WILLIAMS:  So how many times a week do you typi --

4    typically get to use an ambassador role, or do you not?

5         UNIDENTIFIED SPEAKER:  We don't usually.

6         MS. WILLIAMS:  Okay.

7         UNIDENTIFIED SPEAKER:  Lately, because we're so busy

8    training people for other stores because, like,

9    (Indiscernible, simultaneous speech).

10   MS. WILLIAMS:  And how many times a week do you guys get to use

11   the ambassador position?

12        MS. SCHERRER:  Zero, recently.

13        MS. WILLIAMS:  Okay.  And --

14        MS. SCHERRER:  We don't haven't enough people.

15        MS. WILLIAMS:  The last couple of weeks because of

16   business.  Yeah.

17        MS. SCHERRER:  Yeah.  (Indiscernible) keep an eye on the

18   lobby, making sure the tables are staying clean, making sure if

19   people are dropping things (indiscernible) in the last, like,

20   four days, and like we have so many people in our lobby, it's,

21   like --

22   (Indiscernible, simultaneous speech)

23        MS. SCHERRER:  And it's also tough, because

24   (indiscernible) allowed to be out yet, so we are still -- I see

25   some stores who have their straws out, and all that stuff, our



1  store we still don't, I don't (indiscernible).  I have to stop

2  and grab all the straws, and then turn around and like, get

3  sugar, stir sticks, and stuff like that (Indiscernible) --

4       MS. WILLIAMS:  As extra.

5       MS. SCHERRER:  Having an (Indiscernible) ambassador who

6  would take care of all those extra issues (indiscernible).

7       MS. WILLIAMS:  I like it.  That's a great idea.

8       MR. HUANG:  We have to vouch to get one for happy hour.

9  Like we didn't have one at all, and then it was just -- the

10  line went out the door, COVID procedures weren't being followed

11  at that point, I think -- I had to tell people to wait outside

12  a couple of times.  And we finally was able to get one after,

13  like, a couple months in, and then they (indiscernible) happy

14  hour.  But I know the heavy cafés stores have being do that

15  (Indiscernible) because they're --

16       MS. WILLIAMS:  Does it work in your store too?

17       MR. HUANG:  They would, but we were currently supposed to

18  have now the handheld, we're supposed to do that if there's

19  more than nine people, but we don't have -- like even if we

20  have a ninth person, we need them, probably, for every other

21  thing too, especially for front.  But if we do, if we were to

22  have one, we can use them for (indiscernible) we can use them

23  to organize drinks, we can have them talk to customers, do more

24  store (indiscernible).  There would be a lot more

25  (indiscernible) connecting, and (indiscernible) too.  So like,



1    it would probably be a lot more efficient with the flow of

2    business.

3         MS. PUSATIER:  All right, so --

4         MS. WILLIAMS:  Thank you.

5         MS. PUSATIER:  -- finally we are winding down our

6    (indiscernible).

7         MS. WILLIAMS:  What?

8         MS. PUSATIER:  I -- I know.  It went by fast.

9    (Indiscernible, simultaneous speech)

10        MS. PUSATIER:  So -- so I just wanna, you know, see

11   anyone -- a couple of you have been in here (indiscernible) and

12   I just wanna make sure, like, anything on your mind that we

13   didn't get to today?

14        MS. SCHERRER:  I think, like, my biggest issue is just,

15   like, the shortages we've had lately, with the (indiscernible).

16   Because I know, like, my store, we haven't had, like, regular

17   caramel drizzle probably for like months now.

18   (Indiscernible, simultaneous speech)

19        MS. RIZZO:  I order extra.

20   (Indiscernible, simultaneous speech)

21        MS. TALLCHIEF:  So we've been using, like, the dark

22   caramel, and we've had, like, a bunch

23   customers(indiscernible) --

24        MS. RIZZO:  If you need a case call Genesee, I got you.

25        MS. TALLCHIEF:  Huh?



1        MS. SCHERRER:  If you guys want a case of caramel drizzle,

2   call Genesee on Tuesday.

3   (Indiscernible, simultaneous speech)

4   MS. WILLIAMS:  That was nice, thank you.

5        MS. RIZZO:  I ordered extra.  I'll give you a case.  It

6   didn't limit me for once, I was, like --

7   (Indiscernible, simultaneous speech)

8        MS. TALLCHIEF:  Yeah, it's hard, because it'll be, like,

9   12:00, 1:00, and we're already out of, like, most of our

10   breakfast sandwiches, we're out of, like, half the pastries,

11   and we're just trying to like communicate that with customers,

12   it's hard because, like, sometimes they're understanding,

13   sometimes they're not, and (indiscernible) straws, and

14   (indiscernible).

15        MS. RIZZO:  I agree.

16        MS. PUSATIER:  I definitely hear you.  That is definitely

17   something we're working on.  I'm sure you all know this is

18   something that's affecting every industry.  We've all had

19   (Indiscernible) going in grocery stores, or wherever, we're --

20   we're out of everything, but it doesn't change the fact that

21   (Indiscernible) every single day.  And -- and what I would say

22   is, just making sure -- I know -- I know it's tough, I -- I --

23   I know, what I'm saying could (indiscernible) my customers, but

24   you also have the opportunity to just, you know, just like we

25   did earlier, just, like, making a customer's day.  And I know



1     that might feel weird because you're facing a lot, but how

2     lucky that we get to work for a company that we get to just do

3     that, right?

4          So we're working on it, there's a (Indiscernible) I -- I

5     don't even wanna, you know, like, I can explain it, why

6     (indiscernible) and you can kind of go over all the stuff, but

7     at the end of the day, like, I -- I -- I do it's tough.  So I

8     appreciate you (indiscernible).

9          Anything you wanna add?

10     MR. JON:  I mean my biggest issue with the store, is that

11     (Indiscernible).  Our

12     (Indiscernible, simultaneous speech)

13     MR. JON:  Me personally, as an employee, I love every

14     (indiscernible).  And I love my coworkers, I've made many new

15     friends (indiscernible).  So it's just the (indiscernible).

16     UNIDENTIFIED SPEAKER:  Yeah, the care that Starbucks has

17     for its partners is actually -- it's (indiscernible), like I

18     always worked at places where, like, we can't (indiscernible).

19     Like I've only been -- I've only been at my job for a few

20     weeks, and I feel seen, and cared for, like, by shifts, my

21     store manager, by, like, whoever.  Like I actually -- I'm

22     represented by Starbucks (indiscernible).

23     MR. HUANG:  I -- I do want to bring one thing up, and it's

24     been a few years now.  And I think, specifically, the partners

25     of color, I don't think we're getting a lot of support, only



1    because less than 1 percent of our ASM and store managers are

2    people of color.  And especially with -- and I spoke to my old

3    ASM about this, and with a lot of (indiscernible) and black

4    lives matter, it's really hard on us to be able to watch the

5    news, see someone who looks like our family member getting

6    attacked, and then going to our store (indiscernible) COVID,

7    and we have to -- and we're (indiscernible) connections.

8        And I think a lot of it comes -- past -- comes directly

9    from (indiscernible) to have that perspective and relation, and

10   especially even with (indiscernible) assistant store manager,

11   or store manager, and who looks like us, it's hard at times to

12   move up in the company.  That was the huge thing that happened

13   within Starbucks a couple of weeks ago, where they mentioned

14   about challenges to be promoted.  I think within our district,

15   like in Buffalo, it's -- it's become especially rough.  Because

16   I've spoken to a lot of partners of color about this, and they

17   have never been spoken to about how they're feeling, how

18   they're doing, how their emotional state is when they're

19   working on the floor.

20       And even asking once would probably be -- be -- be a good

21   sense of relief.  I have had personal experiences.  I had a

22   couple of (indiscernible) in my store.  I had -- other partners

23   too, (indiscernible) I spoke to my manager about it.  I think I

24   was kinda too in shock to, like, (indiscernible) report or

25   anything like that.  But there wasn't a lot of -- there wasn't



 1    a lot of support in the manner where we should be supporting.

 2    So a person of color (indiscernible) like this, because the

 3    sense of power is typically taken from you.  And it's -- it is

 4    (indiscernible) most of the partners I've spoken to who have

 5    similar incidents, especially this past year.  And I did wanna

 6    bring it up because there are higher-up people here.  And this

 7    is -- would be the right (indiscernible) assistant store

 8    managers, and store managers (indiscernible) support, and they

 9    can't because they don't look like us.

10        MS. PUSATIER:  I -- I -- I really -- I (indiscernible).

11    So it means a lot to hear that, and I really appreciate it, and

12    you're -- you're right.  We -- we can -- we can do better as a

13    company.

14        I have a -- I have a question.  Do you all have partner

15    networks, do you all know about partner networks here?

16        MS. RIZZO:  Uh-hum.

17        MS. PUSATIER:  Some people, okay.  Anybody a part of

18    partner networks?  It's okay.

19    (Indiscernible, simultaneous speech)

20        MS. PUSATIER:  Whatever the answer is, it's okay.

21        MS. RIZZO:  I -- I was, like before COVID, involved in,

22    like, the women's development network --

23        MS. PUSATIER:  Okay.

24        MS. RIZZO:  -- but not so much since COVID.

25        MS. PUSATIER:  Okay.



 1          MS. RIZZO:  Yeah.

 2          MS. CIOFFI:  Can I just share when we're done here, or

 3    when we kinda close, I have a QR code, and I'm happy to,

 4    whether it's in here, or at the table here, talk more about

 5    partner networks, and get you all connected on your phones with

 6    the QR code.  I have a sticker right on my computer, and some I

 7    can share with you too, so you can bring it back to your

 8    stores.

 9          MS. RIZZO:  Cool.

10          MS. PUSATIER:   All right.  Because I think it's just

11    important, like you were saying, is something that we do is

12    (indiscernible) is we have this QR code that we circulate, and

13    so we (indiscernible) partner networks, and -- and partners can

14    sign up for these things.  And I think it's really important

15    that we have a sense of community for all of our partners, and

16    every single partner at Starbucks feels included.

17          And it takes, you know, partners sharing their experiences

18    for us to do better.  I know for me, in my early years of

19    leadership, it was really important for me (indiscernible)

20    leaders, and that meant everything to me, and actually

21    (indiscernible) in a really profound way.  So it's partners

22    like yourself that are strong enough to kind of make those

23    comments, that -- that we can grow from, so --

24          MR. HUANG:  And -- and

25    (Indiscernible, simultaneous speech)



1          MS. PUSATIER:  Lots of space for learning.

2          MR. HUANG:  A company (indiscernible) diversity and

3    equity, it was just hard for me to see that it wasn't welcomed

4    in the environment.  Like I -- I understand --

5          MS. PUSATIER:  Yeah.

6          MR. HUANG:  -- the mission but bringing a lot of partners

7    of color (indiscernible) they don't feel supported

8    (indiscernible) that I realized (indiscernible).  And I did

9    wanna like bring it up to you guys, because you guys --

10         MS. PUSATIER:  Thank you.

11         MR. HUANG:  -- have actual changes -- can do actual

12   changes.

13         MS. RIZZO:  Thank you for saying that.

14         MS. PUSATIER:  We're -- we're just about at time.  So I

15   just wanna thank you all of you.  I really appreciate that

16   everybody shared something today.  So each one of your voices

17   is really important to all of us here.  I know that nobody

18   (indiscernible) market, but we'll see each other soon.  I just

19   want you to know how much I appreciate and value you in taking

20   the time to show up today, and to use your voice because that's

21   what this is about, and that's what (Indiscernible).  Well, it

22   is about for us, because we get together with Starbucks

23   partners, so.

24   (Indiscernible, simultaneous speech)

25         MS. WILLIAMS:  I can just ditto that.  I -- I -- we have



1   heard some very, very consistent themes over the last couple

2   days, and actually, more than we have talking to partners in

3   stores.

4        I think we left here at 9:00 last night, or something like

5   that, talking with partners, and customers last night.  And I

6   also want you all to understand that the experience that you

7   all deserve as a Starbucks partner, is being so significantly

8   impacted right now by the levels of staffing in this market,

9   and training in this market.  But I know the plans that Deanna

10  and (indiscernible) we get a lot of new, Emily who's new, 17-

11  year partner, Deanna who's new, 22-year partner, Nathalie,

12  who's new, 7-year partner.  That you know, until we get the

13  stores staffed, and people are trained, and you guys feel like

14  when you come to work every day, you've got the very best job

15  you can have, we're gonna be on a journey.

16       (Indiscernible) and we will share that journey with other

17  people in the country, who are doing other markets in the

18  country, they're going through similar challenges where the

19  business ramped up so quick, we just couldn't hire enough

20  people fast enough, and the new people we hired got burned -- I

21  mean, I -- I'm sorry that, that's your experience right now.

22  For those of you who have been around for a long time, it's not

23  always been like this.

24       We go through cycles.  There's times where our stores are

25  staffed, and people feel supported and trained.  And we will



1  get back to that level, and we'll get back to that level in

2  every market.  So I wanted to thank each and every one of you

3  for, you know, your shift supervisors, for what you guys do in

4  the absence of the store manager being there.  And the

5  baristas, barista trainers, I just -- it's -- it's not easy to

6  listen to this, but know you have our full support, and we'll

7  continue to work through these challenges in this market, and

8  markets like you, and share the information between the

9  markets.

10      So if markets that are -- that have similar situations,

11  we -- what are you doing, what have you found working, how many

12  recruiters did you add, how -- are you doing training at

13  closing stores and training.  That came from another market.

14  So we are -- lots of work and lots of opportunity, but I wanna

15  also make sure to recognize that the situation, the experience

16  that we have here, you -- you can't get on top of it until we

17  get the stores staffed and trained, so that's -- that's our --

18  what the number one focus is and has been.  Just we -- the

19  business the last few weeks has certainly exasperated the issue

20  on top of COVID and everything else, that we've had these last

21  18 months.

22      But I have such confidence in you, Deanna.  I've worked

23  with you a long time, so I know you.  She's -- came from a

24  store, she -- if you wanna know, she just was the regional

25  director in Boston, you can call people in Boston, and say what



1    kind of leader is she.  Emily knows -- being a 17-year partner,

2    Nathalie.  I mean I know these leaders, and I trust them.  And

3    so the shifts that we're making here, and the type of leaders

4    that we're bringing in, I -- I -- I know that over the next few

5    months, or six months, or a year, whatever we get, you guys

6    will see that change, and -- and the support that you deserve.

7    So I just wanna thank you for what you're doing every day.

8    Trying to bring the Starbucks experience to life for your

9    partners, as well as your customers.  So thank you.

10        MS. RIZZO:  I'm just really wanna take advantage while the

11   four of you are in a room with me, because who knows when this

12   will ever happen again.  I think it's really important, just

13   for me to hear, because I know the official stance on the

14   company is that they're not anti-union, that they won't

15   interfere with our right to organize.

16        I know that there's a lot of partners in our area that are

17   petrified right now, that they're gonna show up to work any day

18   and be separated.  It would mean a lot to me to hear any --

19   just anything that you can tell me about the lack of

20   retaliation.  It would just mean a lot for me to be able to

21   refer back to them, that, no, you don't have to be afraid of

22   retaliation.  Is there anything that we can speak on there at

23   all?

24        MS. PUSATIER:  I -- I can't speak to anything specific --

25        MS. RIZZO:  I know.



1          MS. PUSATIER:  -- on the union, but --

2          MS. RIZZO:  I know.

3          MS. PUSATIER:  -- what I will tell you is, it is the

4    Starbucks policy that we do not retaliate against our partners.

5          MS. RIZZO:  Okay.

6          MS. PUSATIER:  And so if there's fear of that, call the

7    ethics and compliance line.  They are somebody who's a third

8    party to investigate these things, and so that's what it's

9    there for, that's what (indiscernible) resources.  And we

10   absolutely do not tolerate discrim -- discrimination,

11   retaliation, any of those things (indiscernible).  So --

12         MS. WILLIAMS:  And that's a Starbucks policy --

13         MS. PUSATIER:  Yeah.

14         MS. WILLIAMS:  It has nothing to do with anything else.

15         MS. RIZZO:  That's the company.

16         MS. WILLIAMS:  It's been a company policy --

17         MS. PUSATIER:  It's the company policy --

18         MS. WILLIAMS:  the whole time I've been here.  So 17 years

19   for me.

20         MS. PUSATIER:  Same thing.

21         MS. RIZZO:  Thank you.  That's just -- just hearing it out

22   loud means a lot.  And then I can relay it that they don't have

23   to be afraid.  So it means a lot.

24         MS. WILLIAMS:  Well, you should never.  That's always been

25   our policy --



1          MS. RIZZO:  Yeah.

2          MS. WILLIAMS:  -- so no matter what the position is, if

3      you feel, and we heard this from a couple partners yesterday as

4      well.

5          MS. RIZZO:  Yeah.

6          MS. WILLIAMS:  If you feel --

7      (Indiscernible, simultaneous speech).

8          MS. WILLIAMS:  -- if there's any point in time that you or

9      any other partners feel like you are fearing retaliation for

10     whatever reason, that -- that is absolutely against the

11     Starbucks policy --

12         MS. RIZZO:  Yeah.

13         MS. WILLIAMS:  -- period.

14         MS. RIZZO:  Yeah, I -- I do, like I know the policy, but I

15     feel like for partners, it's a lot different to read it on a

16     piece of paper, and like, to actually hear you say it out loud

17     is powerful --

18         MS. WILLIAMS:  Absolutely.

19         MS. RIZZO:  -- so -- so I appreciate that.

20         MS. WILLIAMS:  Sexual --

21         MS. RIZZO:  Any kind of --

22         MS. WILLIAMS: -- racial --

23         MS. RIZZO:  -- harassment.

24         MS. WILLIAMS: -- any harassment, any discrimination,

25     period.



1        MS. RIZZO:  Cool Thank you.  It means a lot.

2        MS. WILLIAMS:  You're welcome.

3        MR. HUANG:  I -- I do wanna say, I -- I'm a -- I'm a

4   little bit overwhelmed just because, I know I'm glad we were

5   able to go through and know there's some changes, but it always

6   feels -- in what you said, it -- that because the

7   (indiscernible) reunion.  And I feel like it's hard to bring up

8   issues, and because of that, I feel like that's the only reason

9   why.  And I feel like later on in the future, if I have to

10  bring up an issue.  And I have before, where I called partner

11  resources, and (indiscernible) --

12        MS. RIZZO:  Nothing happens.

13        MR. HUANG:  -- tells our district manager, who leave

14  voicemails, and then (indiscernible).  So I feel -- it's really

15  overwhelming to approach or talk about an issue, and I feel

16  like it's hard to get back to this place now, without, like,

17  the feeling that they're only doing this because a union was

18  (Indiscernible).

19        MS. WILLIAMS:  There won't be.  I can

20  (Indiscernible, simultaneous speech)

21        MR. HUANG:  It's -- it's -- it's hard for -- for -- to

22  actually approach an issue, because I feel like we don't have a

23  voice, with either calling partner resources, and then they'll

24  refer you to a district manager, and then we hear nothing.  We

25  leave a voicemail --



1          MS. RIZZO:  Yeah.

2          MR. HUANG:  -- we don't hear anything back.  So it feels

3     really overwhelming to realize, later on, when we have an

4     issue, how can we approach it, because it does feel like we are

5     having these conversations because a union is (indiscernible).

6          MS. WILLIAMS:  Yeah.  And I appreciate you sharing that,

7     and I'm sorry that's how you feel.  I -- I've been, like I

8     said, a 17-year partner.  I -- I've worked all over Europe,

9     I've worked in Canada, I've worked in the US, in the number of

10    different markets.  And I can say the policies that we have in

11    place about -- if you have a concern in your store -- and

12    everybody, if you have a concern in your store that there's a

13    policy, a management decision, a company policy, a situation

14    with a customer, a situation with law enforcement, whatever it

15    is, we -- that the systems, the policies, and procedures we

16    have in place, are put in place because we know the only thing

17    we can do to build trust with our partners, is for you voice to

18    be heard.  And if -- and if you use the systems, the ethics and

19    compliance is one, that we talk partners about.

20         If you've got that big of a concern, please -- please

21    raise your voice to ethics and compliance so we can have the

22    independent third-party person, investigate the situation so we

23    know that there's a problem going on somewhere, because if we

24    don't know, there's nothing we can do to address it.  So it --

25    it is -- it is a tried-and-true policy that we have had for, I



1    don't know, if it's been 50 years, I haven't been around for 50

2    years, but I don't know how long.  There's a confidential

3    escalation process that every partner has a right to.  If

4    there's anything at all that you feel is not going well, or you

5    have concerns about any treatment, or experience that you're

6    getting as a partner, that's what that process is put in place

7    for.

8        MS. RIZZO:  I think that there's, like, a feeling, like,

9    those calls go to, like, a wall, and that nothing happens,

10   because --

11   (Indiscernible, simultaneous speech)

12       MS. RIZZO:  I -- I know, but, like, we don't hear back,

13   like, and even if, like, steps are taken after we've called

14   PRSC, or ethics and compliance, they don't take the time to

15   call the reporting partner and tell us what was done, they just

16   do it.  So even if actions are taken, that like would -- we

17   would be, like, oh, great, like, something was done, like, this

18   is awesome.  We don't actually know what those actions were.

19   And I know that might be confidential, and there's only so much

20   that we can say about, like, disciplinary --

21   (Indiscernible, simultaneous speech)

22       MS. RIZZO:  Yeah.  Like that would mean a lot.  Like

23   that's a genuine, like, please, that suggestion --

24       MS. WILLIAMS:  That's fair.  That's fair.

25       MS. RIZZO:  -- like if -- if, say like someone calls to



1   report, like, an inappropriate behavior by a store manager, and

2   that store manager did end up getting disciplined, or talked

3   to, but we don't know that anything happened, to us it just

4   seems like nothing was done, and we're just like okay.  But if

5   we could get, like, a follow-up call, and just say, like, I

6   know probably they can't tell us the specifics of the

7   disciplinary action taken towards another partner of obvious

8   reasons, but at least to say, like, we just wanna let you know

9   that we took care of this situation, and disciplinary actions

10  were taken.

11  (Indiscernible, simultaneous speech).

12       MS. RIZZO:  Yeah, that would mean a lot.  Yeah.

13       MS. WILLIAMS:  That's fair.

14       MS. RIZZO:  Yeah.

15       MS. WILLIAMS:  That's fair.

16       MS. CIOFFI:  There's -- there's multiple (indiscernible)

17  the one thing that's important for us (indiscernible) manager,

18  or --

19       MS. RIZZO:  Right, right.

20       MS. CIOFFI:  -- and some (indiscernible).

21       MS. RIZZO:  Some might be anonymous.  Right.

22       MS. CIOFFI:  Yeah.  (Indiscernible) always can reach out

23  to someone else, right?  And I know (indiscernible), but

24  nevertheless, you always have that possibility, whether it's to

25  Deanna, whether it's to me.  And actually, plenty of people



1    also talk (indiscernible) open-door policy.

2         MS. RIZZO:  And thank you for that.

3         MS. CIOFFI:  Yeah.  And then that's (indiscernible) get it

4    right.

5         MS. RIZZO:  Right.

6         MS. CIOFFI:  (Indiscernible).  If we didn't

7    (indiscernible).  If we didn't get right, let us know

8    (indiscernible).  But know that you can always reach out to me

9    (indiscernible).  And that's to any partner during my entire

10   tenure, and (indiscernible).  That's -- that's the way

11   (Indiscernible).

12        MS. RIZZO:  Cool.  I appreciate that.

13        MR. HUANG:  I think when a partner speaks up, especially

14   if it's toward manager, someone higher, and they go through the

15   process of finding resources, and then (indiscernible), they

16   don't hear anything back, that level of power that you have to

17   talk against, that's very overwhelming.

18        MS. RIZZO:  Yeah.

19        MR. HUANG:  And I know there's a lot of specifics --

20   specifics of the ethics and compliance and everything, but when

21   you take that step, and then you don't hear anything back, it's

22   disheartening, and it takes out a lot of your motivation to

23   wanna do --

24        MS. RIZZO:  Yeah.

25        MR. HUANG:  -- to maintain the position.  Because it's --



1   you're speaking against a higher position.

2       MS. RIZZO:  It is defeating.  I've had -- I've had a few

3   occasions where I've called ethics and compliance and not heard

4   back, and who knows what actually happened, but things that

5   felt very important to me and my partners, and I just never

6   heard a word about it, it's definitely defeating.  Yeah.

7       MS. WILLIAMS:  We'll make sure we give that feedback.

8       MR. HUANG:  Yeah.

9       MS. WILLIAMS:  I -- I don't know (indiscernible).  But

10  nowadays, if -- if you do call ethics and compliance, and you

11  don't -- and you don't feel like somebody listened to you, then

12  that's a problem that we need to know about.

13      MS. RIZZO:  Okay.

14      MS. WILLIAMS:  This doesn't go into nowhere.

15      MS. RIZZO:  Right.  And that's what it feels like

16  sometimes, is that we are --

17      MS. WILLIAMS:  Yeah.

18      MS. RIZZO:  -- just kind of --

19      MS. WILLIAMS: And you shouldn't -- shouldn't feel that

20  way.

21      MS. RIZZO:  Okay.

22      MS. WILLIAMS:  So then we need to get it right.

23      MS. RIZZO:  I appreciate that.  Thank you.

24      MS. WILLIAMS:  Sorry about that.

25      MS. RIZZO:  Yeah.



1        MS. WILLIAMS:  I mean I -- I don't know -- I don't know

2    the specific situation --

3        MS. RIZZO:  Yeah, I don't wanna name names, or get too,

4    like --

5        MS. WILLIAMS:  No.  I'm not asking for that, I'm just

6    saying, I don't know the specific situation, so I couldn't call

7    to say here's the date, a partner called in, they don't feel

8    like anybody listened to them, or did anything about it, can

9    you find out what happened.

10        MS. RIZZO:  Absolutely.

11        MS. WILLIAMS:  Part of it is the confidentiality of the

12    process, if -- if somebody doesn't call back to say, hey, I

13    made a complaint, and nobody did anything, nobody

14    (indiscernible) because it's confidential.

15        MS. RIZZO:  Right.

16        MS. WILLIAMS:  So -- so --

17        MS. RIZZO:  Okay.

18        MS. WILLIAMS:  -- whatever way that you feel comfortable,

19    if it ever happens again, the way that you would feel

20    comfortable either talking to your partner resource director,

21    Nathalie, or PR partner resource manager, just say, hey, look,

22    I don't wanna give you the specifics, but I made a complaint,

23    and I don't know that anything happened, can you please take

24    this for me and find out.  That -- that is an avenue for you.

25        MS. RIZZO:  Okay, thank you for that.  I did not know



1    that.

2         MS. WILLIAMS:  If -- if not, you can call back ethics and

3    compliance, and say, hey, I called you last month with a

4    complaint, and I don't -- nobody ever followed back up with me,

5    what's going on.  This is the date and the time.  So you have

6    every right to follow up on that, as well.

7         MS. RIZZO:  Okay.

8         MS. WILLIAMS:  That's another avenue.

9         MS. RIZZO:  Cool.  Didn't know.

10        MS. WILLIAMS:  Yeah, if you didn't -- if you -- if it's

11   about your store manager, you don't wanna talk to your district

12   manager, there is a full escalation process, including Deanna,

13   if you wanted to let Deanna know, you can escalate it to me, if

14   you need me, I mean I -- that -- there is an open-door policy

15   for every single partner that works at Starbucks.

16        MS. RIZZO:  Okay.

17        MS. WILLIAMS:  And -- and if we need to go back out, and

18   educate everybody about what the escalation process is, it

19   might be something you guys wanna consider as you come into

20   role.  If there isn't an understanding, and a knowledge of, if

21   you have complaints, and you don't feel like you're being

22   heard, then we gotta fix that, and we didn't get it right.

23        MS. RIZZO:  Thank you for that.  That's helpful.

24        MS. PUSATIER:  Thank you -- thank you, everybody.

25        MS. FILC:  Thank you, everyone.



 1        MS. PUSATIER:  This has been great.

 2    (Indiscernible, simultaneous speech)

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1                    C E R T I F I C A T I O N

2      This is to certify that the attached meeting before the

3      National Labor Relations Board (NLRB), Region 3, Case Number

4      03-CA-285671, in the matter of Starbucks Corporation that this

5      is the original, complete, true and accurate transcript that

6      has been compared to the recording provided by the Region.

7

8                                _Ashley Bennett_

9                         _____

10                        ASHLEY BENNETT
                          Transcriber

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



www.escribers.net | 800-257-0885

Starbucks Coffee Company
NLRB Case No. 03-RC-282115
Voter List for Position Statement
ATTACHMENT B

| | FULL EMPLOYEE NAME (LAST, FIRST) | JOB CLASSIFICATION | WORK LOCATION | SHIFT |
|---|---|---|---|---|
| 1. | Bishop, Stephen | shift supervisor | Elmwood | regular |
| 2. | Brisack, Jaz | barista | Elmwood | regular |
| 3. | Davis, Jayden | barista | Elmwood | regular |
| 4. | Dudzic, Angela | barista | Elmwood | regular |
| 5. | Eisen, Michelle | barista | Elmwood | regular |
| 6. | Fleischer, Cassie | barista | Elmwood | regular |
| 7. | Gentil, Leyla | barista | Elmwood | regular |
| 8. | Ginsberg, Kat | barista | Elmwood | regular |
| 9. | Gollwitzer, Myke | barista | Elmwood | regular |
| 10. | Heutmaker, LaRue | barista | Elmwood | regular |
| 11. | Hilaire, Kyli | barista | Elmwood | regular |
| 12. | Hirsch, Emily | shift supervisor | Elmwood | regular |
| 13. | Kidd, Erin | barista | Elmwood | regular |
| 14. | Marciniak, Brianna | barista | Elmwood | regular |
| 15. | Mendez, Joshua | barista | Elmwood | regular |
| 16. | Montanye, Kellen | barista | Elmwood | regular |
| 17. | Panos, Maya | barista | Elmwood | regular |
| 18. | Parham, Kevin | barista | Elmwood | regular |
| 19. | Pascual, Jeremy | shift supervisor | Elmwood | regular |
| 20. | Reed, Austin | shift supervisor | Elmwood | regular |
| 21. | Staniszewski, Tati | barista | Elmwood | regular |
| 22. | Stroeher, Courtney | barista | Elmwood | regular |

"Elmwood" Store Address (Store #7381): 933 Elmwood, Buffalo, NY, 14222

# Exhibit 9(a)

*The information contained herein is only to be used for the above-noted petition, pursuant to §102.62(d).*
*Inclusion on the voter list does not constitute any admission of eligibility and the Company reserves the right to challenge anyone*
*included on this Voter List.*

Starbucks Coffee Company
NLRB Case No.: 03-RC-282115
Voter List for Position Statement
ATTACHMENT C

| | FULL EMPLOYEE NAME (LAST, FIRST) | JOB CLASSIFICATION | WORK LOCATION | SHIFT |
|---|---|---|---|---|
| 1. | Anastasi, Allegra | shift supervisor | 235 Delaware Avenue | regular |
| 2. | Aye, Myat | barista | 235 Delaware Avenue | regular |
| 3. | Bassett, Emily | barista | 235 Delaware Avenue | regular |
| 4. | Bellaus, Madison | barista | 235 Delaware Avenue | regular |
| 5. | Bernecki, James | shift supervisor | 235 Delaware Avenue | regular |
| 6. | Cacciato, Brendon | barista | 235 Delaware Avenue | regular |
| 7. | Casamassa, Chris | barista | 235 Delaware Avenue | regular |
| 8. | Coughlin, Joshua | barista | 235 Delaware Avenue | regular |
| 9. | Digiulio, Blue | barista | 235 Delaware Avenue | regular |
| 10. | Draves, Jovan | barista | 235 Delaware Avenue | regular |
| 11. | Gomez, Iliana | shift supervisor | 235 Delaware Avenue | regular |
| 12. | Hatten, Twon | barista | 235 Delaware Avenue | regular |
| 13. | Hopkins, Marcus | shift supervisor | 235 Delaware Avenue | regular |
| 14. | Jalloh, Dalanda | barista | 235 Delaware Avenue | regular |
| 15. | Keyes, Mellennia | barista | 235 Delaware Avenue | regular |
| 16. | Molett, Marissa | barista | 235 Delaware Avenue | regular |
| 17. | Nappo, Dominic | barista | 235 Delaware Avenue | regular |
| 18. | Olson, Conner | barista | 235 Delaware Avenue | regular |
| 19. | Phillips, Aliyah | barista | 235 Delaware Avenue | regular |
| 20. | Pratt, Katherine | shift supervisor | 235 Delaware Avenue | regular |
| 21. | Roosevelt, Camille | shift supervisor | 235 Delaware Avenue | regular |
| 22. | Taylor, Keitaya | barista | 235 Delaware Avenue | regular |
| 23. | Twiss, Jeremy | barista | 235 Delaware Avenue | regular |
| 24. | Webb, Angelica | barista | 235 Delaware Avenue | regular |
| 25. | Weiss, Olivier | barista | 235 Delaware Avenue | regular |
| 26. | Althen, Jaime | barista | Amherst, Niagara Falls Blvd | regular |

*The information contained herein is only to be used for the above-noted petition, pursuant to §102.62(d).*
*Inclusion on the voter list does not constitute any admission of eligibility and the Company reserves the right to challenge anyone included on this Voter List.*

**Exhibit 9(b)**

Starbucks Coffee Company
NLRB Case No.: 03-RC-282115
Voter List for Position Statement
ATTACHMENT C

| 27. | Baker, Sam | barista | Amherst, Niagara Falls Blvd | regular |
|---|---|---|---|---|
| 28. | Blom, Madeleine | barista | Amherst, Niagara Falls Blvd | regular |
| 29. | Brown, Ariana | barista | Amherst, Niagara Falls Blvd | regular |
| 30. | Buchholz, Brittany | barista | Amherst, Niagara Falls Blvd | regular |
| 31. | Dejesus, Lilly | shift supervisor | Amherst, Niagara Falls Blvd | regular |
| 32. | Esford, Kat | barista | Amherst, Niagara Falls Blvd | regular |
| 33. | Fuentes-Frysz, Chris | shift supervisor | Amherst, Niagara Falls Blvd | regular |
| 34. | Grasta, Abby | barista | Amherst, Niagara Falls Blvd | regular |
| 35. | Guay, Nick | barista | Amherst, Niagara Falls Blvd | regular |
| 36. | Horton, Ness | shift supervisor | Amherst, Niagara Falls Blvd | regular |
| 37. | Koch, Cade | barista | Amherst, Niagara Falls Blvd | regular |
| 38. | Moxley, Sydnie | shift supervisor | Amherst, Niagara Falls Blvd | regular |
| 39. | Nealon, Elizabeth | barista | Amherst, Niagara Falls Blvd | regular |
| 40. | Pomposelli, Victoria | barista | Amherst, Niagara Falls Blvd | regular |
| 41. | Porcari, Jack | barista | Amherst, Niagara Falls Blvd | regular |
| 42. | Ritchie, Matthew | shift supervisor | Amherst, Niagara Falls Blvd | regular |
| 43. | Saleem, Hassan | barista | Amherst, Niagara Falls Blvd | regular |
| 44. | Schalk, Emilee | barista | Amherst, Niagara Falls Blvd | regular |
| 45. | Scott, Nacima | barista | Amherst, Niagara Falls Blvd | regular |
| 46. | Sturniolo, Kayla | barista | Amherst, Niagara Falls Blvd | regular |
| 47. | Szathmary, Annika | barista | Amherst, Niagara Falls Blvd | regular |
| 48. | Szramka, Joseph | shift supervisor | Amherst, Niagara Falls Blvd | regular |
| 49. | Taylor, Miles | barista | Amherst, Niagara Falls Blvd | regular |
| 50. | Thompson, Mackenzie | barista | Amherst, Niagara Falls Blvd | regular |
| 51. | Weber, Shay | shift supervisor | Amherst, Niagara Falls Blvd | regular |
| 52. | Balatskaya, Angelina | barista | Amherst, Niagara Falls Blvd. | regular |
| 53. | Belous, Susie | barista | Amherst, Niagara Falls Blvd. | regular |
| 54. | Benjamin, Laron | barista | Amherst, Niagara Falls Blvd. | regular |

*The information contained herein is only to be used for the above-noted petition, pursuant to §102.62(d).*
*Inclusion on the voter list does not constitute any admission of eligibility and the Company reserves the right to challenge anyone included on this Voter List.*

Starbucks Coffee Company
NLRB Case No.: 03-RC-282115
Voter List for Position Statement
ATTACHMENT C

| 55. | Cardinal, Avery | barista | Amherst, Niagara Falls Blvd. | regular |
|---|---|---|---|---|
| 56. | Castellana, Maria | barista | Amherst, Niagara Falls Blvd. | regular |
| 57. | Clark, Fonta | shift supervisor | Amherst, Niagara Falls Blvd. | regular |
| 58. | Conklin, Victoria | shift supervisor | Amherst, Niagara Falls Blvd. | regular |
| 59. | Dean, Alexai | barista | Amherst, Niagara Falls Blvd. | regular |
| 60. | Disorbo, Kayla | barista | Amherst, Niagara Falls Blvd. | regular |
| 61. | Felong, Emily | barista | Amherst, Niagara Falls Blvd. | regular |
| 62. | Fillion, Peter | barista | Amherst, Niagara Falls Blvd. | regular |
| 63. | Gallo, Gianna | barista | Amherst, Niagara Falls Blvd. | regular |
| 64. | Grimm, Jenelle | barista | Amherst, Niagara Falls Blvd. | regular |
| 65. | Gurskiy, Tati | barista | Amherst, Niagara Falls Blvd. | regular |
| 66. | Hood, Alexandra | shift supervisor | Amherst, Niagara Falls Blvd. | regular |
| 67. | Jankiewicz, Maeve | barista | Amherst, Niagara Falls Blvd. | regular |
| 68. | Jenkins, Elisha | barista | Amherst, Niagara Falls Blvd. | regular |
| 69. | Kubas, Alyssa | barista | Amherst, Niagara Falls Blvd. | regular |
| 70. | Lamacchia, Nate | barista | Amherst, Niagara Falls Blvd. | regular |
| 71. | Lobalsamo, Maria | barista | Amherst, Niagara Falls Blvd. | regular |
| 72. | Love, Jah | barista | Amherst, Niagara Falls Blvd. | regular |
| 73. | Moore, Sarah | barista | Amherst, Niagara Falls Blvd. | regular |
| 74. | Munoz, Bella | barista | Amherst, Niagara Falls Blvd. | regular |
| 75. | Polek, Sarah | barista | Amherst, Niagara Falls Blvd. | regular |
| 76. | Roma, Juliette | barista | Amherst, Niagara Falls Blvd. | regular |
| 77. | Royer, Beth | shift supervisor | Amherst, Niagara Falls Blvd. | regular |
| 78. | Rozicki, julia | barista | Amherst, Niagara Falls Blvd. | regular |
| 79. | Sorg, Caroline | barista | Amherst, Niagara Falls Blvd. | regular |
| 80. | Starks, Denasia | barista | Amherst, Niagara Falls Blvd. | regular |
| 81. | Sterner, Kayla | barista | Amherst, Niagara Falls Blvd. | regular |
| 82. | Tarnowski, Nathan | barista | Amherst, Niagara Falls Blvd. | regular |

*The information contained herein is only to be used for the above-noted petition, pursuant to §102.62(d).*
*Inclusion on the voter list does not constitute any admission of eligibility and the Company reserves the right to challenge anyone included on this Voter List.*

Starbucks Coffee Company
NLRB Case No.: 03-RC-282115
Voter List for Position Statement
ATTACHMENT C

| | | | | |
|---|---|---|---|---|
| 83. | Thompson, Geoff | shift supervisor | Amherst, Niagara Falls Blvd. | regular |
| 84. | Vazquez, Andraya | barista | Amherst, Niagara Falls Blvd. | regular |
| 85. | Wilczak, Chloe | barista | Amherst, Niagara Falls Blvd. | regular |
| 86. | Wright Morales, Antonio | shift supervisor | Amherst, Niagara Falls Blvd. | regular |
| 87. | Baer, Madison | barista | Cheektowaga-Buffalo Airport | regular |
| 88. | Bafil, Jojo | barista | Cheektowaga-Buffalo Airport | regular |
| 89. | Bonafede, Savanna | barista | Cheektowaga-Buffalo Airport | regular |
| 90. | Dragic, Danka | shift supervisor | Cheektowaga-Buffalo Airport | regular |
| 91. | Edwards, Ashley | barista | Cheektowaga-Buffalo Airport | regular |
| 92. | Garrison, Jett | barista | Cheektowaga-Buffalo Airport | regular |
| 93. | Green, Yazminn | barista | Cheektowaga-Buffalo Airport | regular |
| 94. | Jacobs, Leeann | barista | Cheektowaga-Buffalo Airport | regular |
| 95. | Janca, Brandon | barista | Cheektowaga-Buffalo Airport | regular |
| 96. | Jemmison, Niko | barista | Cheektowaga-Buffalo Airport | regular |
| 97. | Kam, Gianna | barista | Cheektowaga-Buffalo Airport | regular |
| 98. | Kappel, John | barista | Cheektowaga-Buffalo Airport | regular |
| 99. | Krishnakumar, Nila | barista | Cheektowaga-Buffalo Airport | regular |
| 100. | Lerczak, Caroline | shift supervisor | Cheektowaga-Buffalo Airport | regular |
| 101. | Licht, Jane | barista | Cheektowaga-Buffalo Airport | regular |
| 102. | Marks, Alisa | barista | Cheektowaga-Buffalo Airport | regular |
| 103. | Nieves, Jon | shift supervisor | Cheektowaga-Buffalo Airport | regular |
| 104. | Pawlowski, Jess | barista | Cheektowaga-Buffalo Airport | regular |
| 105. | Penvose, Jenna | barista | Cheektowaga-Buffalo Airport | regular |
| 106. | Pulichene, Patricia | shift supervisor | Cheektowaga-Buffalo Airport | regular |
| 107. | Ranick, Alex | shift supervisor | Cheektowaga-Buffalo Airport | regular |
| 108. | Rebmann, RJ | barista | Cheektowaga-Buffalo Airport | regular |
| 109. | Rizzo, Lexi | shift supervisor | Cheektowaga-Buffalo Airport | regular |
| 110. | Rutski, Cait | barista | Cheektowaga-Buffalo Airport | regular |

*The information contained herein is only to be used for the above-noted petition, pursuant to §102.62(d).*
*Inclusion on the voter list does not constitute any admission of eligibility and the Company reserves the right to challenge anyone included on this Voter List.*

Starbucks Coffee Company
NLRB Case No.: 03-RC-282115
Voter List for Position Statement
ATTACHMENT C

| | | | | |
|---|---|---|---|---|
| 111. | Stani, Cindy | barista | Cheektowaga-Buffalo Airport | regular |
| 112. | Werts, Alyson | barista | Cheektowaga-Buffalo Airport | regular |
| 113. | Wittmeyer, Emma | barista | Cheektowaga-Buffalo Airport | regular |
| 114. | Allen, Alethea | barista | Delaware & Kenmore | regular |
| 115. | Berghash, Greg | barista | Delaware & Kenmore | regular |
| 116. | Bodden, Tyshawn | barista | Delaware & Kenmore | regular |
| 117. | Bruscia, Caitlin | barista | Delaware & Kenmore | regular |
| 118. | Carpenter, Sydney | barista | Delaware & Kenmore | regular |
| 119. | Cisse, rokhya | barista | Delaware & Kenmore | regular |
| 120. | Clohessy, Deedee | barista | Delaware & Kenmore | regular |
| 121. | Coates, Bethany | barista | Delaware & Kenmore | regular |
| 122. | Colin, Jess | barista | Delaware & Kenmore | regular |
| 123. | Collazo, Z | barista | Delaware & Kenmore | regular |
| 124. | D'angelo-diel, Gabe | barista | Delaware & Kenmore | regular |
| 125. | Dilek, Ezgi | shift supervisor | Delaware & Kenmore | regular |
| 126. | Disha, Disha | shift supervisor | Delaware & Kenmore | regular |
| 127. | Field, Zachary | barista | Delaware & Kenmore | regular |
| 128. | Fish, Jamie | barista | Delaware & Kenmore | regular |
| 129. | Flick, Ryan | barista | Delaware & Kenmore | regular |
| 130. | Goldberg, Devyn | barista | Delaware & Kenmore | regular |
| 131. | Homer, Josie | barista | Delaware & Kenmore | regular |
| 132. | Incorvia, Rachel | barista | Delaware & Kenmore | regular |
| 133. | James, Tisha | barista | Delaware & Kenmore | regular |
| 134. | Jaquith, Brennan | barista | Delaware & Kenmore | regular |
| 135. | Jones, Levi | barista | Delaware & Kenmore | regular |
| 136. | Kroneiss, Rachael | barista | Delaware & Kenmore | regular |
| 137. | Kutzbach, Izzy | barista | Delaware & Kenmore | regular |
| 138. | Morales, Deanna | shift supervisor | Delaware & Kenmore | regular |

*The information contained herein is only to be used for the above-noted petition, pursuant to §102.62(d).*
*Inclusion on the voter list does not constitute any admission of eligibility and the Company reserves the right to challenge anyone included on this Voter List.*

Starbucks Coffee Company
NLRB Case No.: 03-RC-282115
Voter List for Position Statement
ATTACHMENT C

| | | | | |
|---|---|---|---|---|
| 139. | Morse, Ian | barista | Delaware & Kenmore | regular |
| 140. | Price, Kyla | barista | Delaware & Kenmore | regular |
| 141. | Scott, Arael | barista | Delaware & Kenmore | regular |
| 142. | Serrano, Chanelle | barista | Delaware & Kenmore | regular |
| 143. | Vidal, Anahi | barista | Delaware & Kenmore | regular |
| 144. | Williams, Travis | shift supervisor | Delaware & Kenmore | regular |
| 145. | Wipf, Jazzmin | barista | Delaware & Kenmore | regular |
| 146. | Wright, Karigan | shift supervisor | Delaware & Kenmore | regular |
| 147. | Adams, Amie | barista | Hamburg | regular |
| 148. | Albert, Tricia | barista | Hamburg | regular |
| 149. | Anderson, Justin | barista | Hamburg | regular |
| 150. | Beiger, Ahna | barista | Hamburg | regular |
| 151. | Brown, Kati | shift supervisor | Hamburg | regular |
| 152. | Carter-Bárcenas, Karina | barista | Hamburg | regular |
| 153. | Collins, Abby | shift supervisor | Hamburg | regular |
| 154. | Cordwell Jr., Peter | barista | Hamburg | regular |
| 155. | Craig, Carter | barista | Hamburg | regular |
| 156. | Cummings, Aaron | shift supervisor | Hamburg | regular |
| 157. | Dickty, Caity | barista | Hamburg | regular |
| 158. | Dixon, Maddi | shift supervisor | Hamburg | regular |
| 159. | Duggan, Will | barista | Hamburg | regular |
| 160. | Dunkle, Layla | barista | Hamburg | regular |
| 161. | Figueroa Harris, Francesca | shift supervisor | Hamburg | regular |
| 162. | Hansen, Ronald | shift supervisor | Hamburg | regular |
| 163. | Inserra, Gabrielle | barista | Hamburg | regular |
| 164. | Kowalski, Maddie | barista | Hamburg | regular |
| 165. | Krueger, Stephanie | barista | Hamburg | regular |
| 166. | Messina, Alli | barista | Hamburg | regular |

*The information contained herein is only to be used for the above-noted petition, pursuant to §102.62(d).*
*Inclusion on the voter list does not constitute any admission of eligibility and the Company reserves the right to challenge anyone included on this Voter List.*

Starbucks Coffee Company
NLRB Case No.: 03-RC-282115
Voter List for Position Statement
ATTACHMENT C

| | | | | |
|---|---|---|---|---|
| 167. | Miller, Sarah | barista | Hamburg | regular |
| 168. | Nowicki, Christina | barista | Hamburg | regular |
| 169. | Schadt, Emily | barista | Hamburg | regular |
| 170. | Spruce, Lee | barista | Hamburg | regular |
| 171. | Sweet, Justen | barista | Hamburg | regular |
| 172. | Tallchief, Cameron | barista | Hamburg | regular |
| 173. | Wilkins, Sara | barista | Hamburg | regular |
| 174. | Beaudoin, Molly | barista | Hamburg, Camp Road | regular |
| 175. | Benbenek, Ariana | barista | Hamburg, Camp Road | regular |
| 176. | Bergmann, Kathryn | barista | Hamburg, Camp Road | regular |
| 177. | Bogumil, Brittany | barista | Hamburg, Camp Road | regular |
| 178. | Detomaso, Danielle | barista | Hamburg, Camp Road | regular |
| 179. | Drake, Victoria | barista | Hamburg, Camp Road | regular |
| 180. | Duggan, Erin | barista | Hamburg, Camp Road | regular |
| 181. | Geniti, CJ | barista | Hamburg, Camp Road | regular |
| 182. | Golden, Donny | barista | Hamburg, Camp Road | regular |
| 183. | Grube, MJ | barista | Hamburg, Camp Road | regular |
| 184. | Heatherly, Josiah | barista | Hamburg, Camp Road | regular |
| 185. | Kanavel, Danelle | shift supervisor | Hamburg, Camp Road | regular |
| 186. | Lawson, Carly | barista | Hamburg, Camp Road | regular |
| 187. | Miranda, Skyler | barista | Hamburg, Camp Road | regular |
| 188. | Miserendino, Ariel | barista | Hamburg, Camp Road | regular |
| 189. | Mutton, Grey | barista | Hamburg, Camp Road | regular |
| 190. | Pfleuger, Elissa | barista | Hamburg, Camp Road | regular |
| 191. | Pike, Josh | shift supervisor | Hamburg, Camp Road | regular |
| 192. | Reeve, Gianna | shift supervisor | Hamburg, Camp Road | regular |
| 193. | Sansoucie, Haley | shift supervisor | Hamburg, Camp Road | regular |
| 194. | Simano, Alex | barista | Hamburg, Camp Road | regular |

*The information contained herein is only to be used for the above-noted petition, pursuant to §102.62(d).*
*Inclusion on the voter list does not constitute any admission of eligibility and the Company reserves the right to challenge anyone included on this Voter List.*

Starbucks Coffee Company
NLRB Case No.: 03-RC-282115
Voter List for Position Statement
ATTACHMENT C

| | | | | |
|---|---|---|---|---|
| 195. | Spicola, Katryn | shift supervisor | Hamburg, Camp Road | regular |
| 196. | Tehoke, Ashlyn | shift supervisor | Hamburg, Camp Road | regular |
| 197. | Walsh, Julia | barista | Hamburg, Camp Road | regular |
| 198. | Weller, Zac | barista | Hamburg, Camp Road | regular |
| 199. | Westlake, Will | barista | Hamburg, Camp Road | regular |
| 200. | Andrzejewski, Cathy | barista | Lancaster - Regal Center | regular |
| 201. | Cerasani, Rylie | shift supervisor | Lancaster - Regal Center | regular |
| 202. | Corthion, Tia | barista | Lancaster - Regal Center | regular |
| 203. | Cremean, Elisa | barista | Lancaster - Regal Center | regular |
| 204. | Ekberg, Jason | barista | Lancaster - Regal Center | regular |
| 205. | Feuerstein, Kelly | shift supervisor | Lancaster - Regal Center | regular |
| 206. | Gott, Lexie | barista | Lancaster - Regal Center | regular |
| 207. | Hayes, Sierra | barista | Lancaster - Regal Center | regular |
| 208. | Hunter, Kai | barista | Lancaster - Regal Center | regular |
| 209. | Laspesa, Andrew | barista | Lancaster - Regal Center | regular |
| 210. | Lemmon, Jessica | shift supervisor | Lancaster - Regal Center | regular |
| 211. | Maloney, Emily | barista | Lancaster - Regal Center | regular |
| 212. | Michels, Lexa | shift supervisor | Lancaster - Regal Center | regular |
| 213. | Miller, Emily | barista | Lancaster - Regal Center | regular |
| 214. | Murray, Brian | barista | Lancaster - Regal Center | regular |
| 215. | Nowicki, Josh | barista | Lancaster - Regal Center | regular |
| 216. | O'Sullivan, Rachael | shift supervisor | Lancaster - Regal Center | regular |
| 217. | Rybat, Ash | barista | Lancaster - Regal Center | regular |
| 218. | Sellitto, Mira | barista | Lancaster - Regal Center | regular |
| 219. | Want, Lee | barista | Lancaster - Regal Center | regular |
| 220. | Argona, Juliana | barista | Niagara Falls, Niagara Falls Blvd | regular |
| 221. | Beane, Chelsea | barista | Niagara Falls, Niagara Falls Blvd | regular |
| 222. | Bishop, Anthony | barista | Niagara Falls, Niagara Falls Blvd | regular |

*The information contained herein is only to be used for the above-noted petition, pursuant to §102.62(d).*
*Inclusion on the voter list does not constitute any admission of eligibility and the Company reserves the right to challenge anyone included on this Voter List.*

Starbucks Coffee Company
NLRB Case No.: 03-RC-282115
Voter List for Position Statement
ATTACHMENT C

| | | | | |
|---|---|---|---|---|
| 223. | Broscius, Eva | barista | Niagara Falls, Niagara Falls Blvd | regular |
| 224. | Carter, Aliyah | barista | Niagara Falls, Niagara Falls Blvd | regular |
| 225. | Casey, Kayla | barista | Niagara Falls, Niagara Falls Blvd | regular |
| 226. | Christian, Jocelyn | barista | Niagara Falls, Niagara Falls Blvd | regular |
| 227. | Cutlip, Willow | barista | Niagara Falls, Niagara Falls Blvd | regular |
| 228. | Donovan, Jayden | barista | Niagara Falls, Niagara Falls Blvd | regular |
| 229. | Dragonette, Ashley | barista | Niagara Falls, Niagara Falls Blvd | regular |
| 230. | Haefner, Christopher | shift supervisor | Niagara Falls, Niagara Falls Blvd | regular |
| 231. | Haefner, Steven | shift supervisor | Niagara Falls, Niagara Falls Blvd | regular |
| 232. | Harris, Daria | barista | Niagara Falls, Niagara Falls Blvd | regular |
| 233. | Herr, Steve | shift supervisor | Niagara Falls, Niagara Falls Blvd | regular |
| 234. | Ingalls, Grace | barista | Niagara Falls, Niagara Falls Blvd | regular |
| 235. | Lymberpolous, Katie | barista | Niagara Falls, Niagara Falls Blvd | regular |
| 236. | Mitravich, Gabby | barista | Niagara Falls, Niagara Falls Blvd | regular |
| 237. | Nadeau, Mary | barista | Niagara Falls, Niagara Falls Blvd | regular |
| 238. | Neerbasch, William | barista | Niagara Falls, Niagara Falls Blvd | regular |
| 239. | Newsome, Diamond | barista | Niagara Falls, Niagara Falls Blvd | regular |
| 240. | Pasquarette, Aiden | barista | Niagara Falls, Niagara Falls Blvd | regular |
| 241. | Passanese, Noah | barista | Niagara Falls, Niagara Falls Blvd | regular |
| 242. | Poremba, Gianna | barista | Niagara Falls, Niagara Falls Blvd | regular |
| 243. | Reynolds, Kehala | shift supervisor | Niagara Falls, Niagara Falls Blvd | regular |
| 244. | Rinallo, Dominic | barista | Niagara Falls, Niagara Falls Blvd | regular |
| 245. | Smith, Kamryn | barista | Niagara Falls, Niagara Falls Blvd | regular |
| 246. | Stickney, Sophia | barista | Niagara Falls, Niagara Falls Blvd | regular |
| 247. | Tierney, Taya | barista | Niagara Falls, Niagara Falls Blvd | regular |
| 248. | Vanderberg, Janet | shift supervisor | Niagara Falls, Niagara Falls Blvd | regular |
| 249. | Weingartner, Dana | shift supervisor | Niagara Falls, Niagara Falls Blvd | regular |
| 250. | Williams, Jasmine | barista | Niagara Falls, Niagara Falls Blvd | regular |

*The information contained herein is only to be used for the above-noted petition, pursuant to §102.62(d).*
*Inclusion on the voter list does not constitute any admission of eligibility and the Company reserves the right to challenge anyone included on this Voter List.*

Starbucks Coffee Company
NLRB Case No.: 03-RC-282115
Voter List for Position Statement
ATTACHMENT C

| 251. | Bell, Olivia | barista | Orchard Park, Hwy 20 | regular |
|------|--------------|---------|----------------------|---------|
| 252. | Brooks, Mariah | barista | Orchard Park, Hwy 20 | regular |
| 253. | Capuano, Joe | shift supervisor | Orchard Park, Hwy 20 | regular |
| 254. | Conforti, Lauren | barista | Orchard Park, Hwy 20 | regular |
| 255. | Dabney, De'Juan | barista | Orchard Park, Hwy 20 | regular |
| 256. | Damato, Francesca | barista | Orchard Park, Hwy 20 | regular |
| 257. | Folaron, Rachel | shift supervisor | Orchard Park, Hwy 20 | regular |
| 258. | Garcia, Melissa | shift supervisor | Orchard Park, Hwy 20 | regular |
| 259. | Johns, Bri | shift supervisor | Orchard Park, Hwy 20 | regular |
| 260. | Jovanovski, Taylor | barista | Orchard Park, Hwy 20 | regular |
| 261. | Locati, Andrea | barista | Orchard Park, Hwy 20 | regular |
| 262. | Loncarevich, Juliet | barista | Orchard Park, Hwy 20 | regular |
| 263. | Marchincin, Colin | barista | Orchard Park, Hwy 20 | regular |
| 264. | Mcelwain, Alex | barista | Orchard Park, Hwy 20 | regular |
| 265. | Mears, Bridgette | barista | Orchard Park, Hwy 20 | regular |
| 266. | Oscypala, Courtney | barista | Orchard Park, Hwy 20 | regular |
| 267. | Perrin, Kayla | barista | Orchard Park, Hwy 20 | regular |
| 268. | Petrone, Melanie | shift supervisor | Orchard Park, Hwy 20 | regular |
| 269. | Piatek, Kelsey | barista | Orchard Park, Hwy 20 | regular |
| 270. | Regan, Patrick | barista | Orchard Park, Hwy 20 | regular |
| 271. | Rice, Mariah | barista | Orchard Park, Hwy 20 | regular |
| 272. | Skretta, James | barista | Orchard Park, Hwy 20 | regular |
| 273. | Vicoria, Jess | shift supervisor | Orchard Park, Hwy 20 | regular |
| 274. | Waligora, Sylvie | barista | Orchard Park, Hwy 20 | regular |
| 275. | Warren, Mickell | shift supervisor | Orchard Park, Hwy 20 | regular |
| 276. | Wolf, Cat | barista | Orchard Park, Hwy 20 | regular |
| 277. | Wolf, Trav | barista | Orchard Park, Hwy 20 | regular |
| 278. | Agliata, Lexi | barista | Sheridan and N. Bailey, Amherst | regular |

*The information contained herein is only to be used for the above-noted petition, pursuant to §102.62(d).*
*Inclusion on the voter list does not constitute any admission of eligibility and the Company reserves the right to challenge anyone included on this Voter List.*

Starbucks Coffee Company
NLRB Case No.: 03-RC-282115
Voter List for Position Statement
ATTACHMENT C

| | | | | |
|---|---|---|---|---|
| 279. | Amato, Samuel | shift supervisor | Sheridan and N. Bailey, Amherst | regular |
| 280. | Baehrle, Jillian | barista | Sheridan and N. Bailey, Amherst | regular |
| 281. | Beck, Jennifer | barista | Sheridan and N. Bailey, Amherst | regular |
| 282. | Callicutt, Joe | shift supervisor | Sheridan and N. Bailey, Amherst | regular |
| 283. | Cartwright, Alexis | barista | Sheridan and N. Bailey, Amherst | regular |
| 284. | Cohen, Rachel | shift supervisor | Sheridan and N. Bailey, Amherst | regular |
| 285. | Coughlin, Jack | barista | Sheridan and N. Bailey, Amherst | regular |
| 286. | Cruz, Eden | barista | Sheridan and N. Bailey, Amherst | regular |
| 287. | Delgado Collazo, Henry | barista | Sheridan and N. Bailey, Amherst | regular |
| 288. | Dzialak, Haley | barista | Sheridan and N. Bailey, Amherst | regular |
| 289. | Fong, Ryan | barista | Sheridan and N. Bailey, Amherst | regular |
| 290. | Froom, Katie | shift supervisor | Sheridan and N. Bailey, Amherst | regular |
| 291. | Gabrielli, Hayley | barista | Sheridan and N. Bailey, Amherst | regular |
| 292. | Gill, Yasmine | barista | Sheridan and N. Bailey, Amherst | regular |
| 293. | Gillen, Megan | shift supervisor | Sheridan and N. Bailey, Amherst | regular |
| 294. | Greenspan, Mimi | barista | Sheridan and N. Bailey, Amherst | regular |
| 295. | Gulick, Noelle | barista | Sheridan and N. Bailey, Amherst | regular |
| 296. | Hejmanowski, Renee | shift supervisor | Sheridan and N. Bailey, Amherst | regular |
| 297. | Imagna, Amelia | barista | Sheridan and N. Bailey, Amherst | regular |
| 298. | Jerabek, Andrew | barista | Sheridan and N. Bailey, Amherst | regular |
| 299. | Kelsey, Alyssa | barista | Sheridan and N. Bailey, Amherst | regular |
| 300. | Lemay, Maddy | barista | Sheridan and N. Bailey, Amherst | regular |
| 301. | McKean, Robin | barista | Sheridan and N. Bailey, Amherst | regular |
| 302. | Mcmullen, Colleen | barista | Sheridan and N. Bailey, Amherst | regular |
| 303. | O'brien, Maeve | barista | Sheridan and N. Bailey, Amherst | regular |
| 304. | Paso, Marko | barista | Sheridan and N. Bailey, Amherst | regular |
| 305. | Perez, Natasha | barista | Sheridan and N. Bailey, Amherst | regular |
| 306. | Rojas, Danny | shift supervisor | Sheridan and N. Bailey, Amherst | regular |

*The information contained herein is only to be used for the above-noted petition, pursuant to §102.62(d).*
*Inclusion on the voter list does not constitute any admission of eligibility and the Company reserves the right to challenge anyone included on this Voter List.*

Starbucks Coffee Company
NLRB Case No.: 03-RC-282115
Voter List for Position Statement
ATTACHMENT C

| 307. | Schoenhals, Alexii | barista | Sheridan and N. Bailey, Amherst | regular |
|---|---|---|---|---|
| 308. | Simonelli, Stephen | barista | Sheridan and N. Bailey, Amherst | regular |
| 309. | Stack, Bryan | barista | Sheridan and N. Bailey, Amherst | regular |
| 310. | Tahir, T | shift supervisor | Sheridan and N. Bailey, Amherst | regular |
| 311. | Andrews, Kylie | barista | The Commons - Buffalo University | regular |
| 312. | Bailey, Alaina | barista | The Commons - Buffalo University | regular |
| 313. | Bonner, Ieshia | shift supervisor | The Commons - Buffalo University | regular |
| 314. | Bowers, Jessica | barista | The Commons - Buffalo University | regular |
| 315. | Clark, Hannah | barista | The Commons - Buffalo University | regular |
| 316. | Colon, Vianca | barista | The Commons - Buffalo University | regular |
| 317. | Commesso, Gabby | shift supervisor | The Commons - Buffalo University | regular |
| 318. | Destefano, Alie | barista | The Commons - Buffalo University | regular |
| 319. | Do, Tammy | barista | The Commons - Buffalo University | regular |
| 320. | Fetkenhour, Lucia | barista | The Commons - Buffalo University | regular |
| 321. | Foglia, Anthony | barista | The Commons - Buffalo University | regular |
| 322. | Franck, Genevieve | barista | The Commons - Buffalo University | regular |
| 323. | Frawley, Taryn | barista | The Commons - Buffalo University | regular |
| 324. | Freifeld, Jonathan | barista | The Commons - Buffalo University | regular |
| 325. | Harden, Kaylah | barista | The Commons - Buffalo University | regular |
| 326. | Harris, Johanna | barista | The Commons - Buffalo University | regular |
| 327. | Jackson, Sam | barista | The Commons - Buffalo University | regular |
| 328. | Junjulas, Mackenzie | shift supervisor | The Commons - Buffalo University | regular |
| 329. | Kaganovich, Dan | barista | The Commons - Buffalo University | regular |
| 330. | Kane, Kaire | barista | The Commons - Buffalo University | regular |
| 331. | Laskowski, Zoe | barista | The Commons - Buffalo University | regular |
| 332. | Lulu, Derar | barista | The Commons - Buffalo University | regular |
| 333. | Neil, Yasmin | barista | The Commons - Buffalo University | regular |
| 334. | Nguyen, Vy | barista | The Commons - Buffalo University | regular |

*The information contained herein is only to be used for the above-noted petition, pursuant to §102.62(d).*
*Inclusion on the voter list does not constitute any admission of eligibility and the Company reserves the right to challenge anyone included on this Voter List.*

Starbucks Coffee Company
NLRB Case No.: 03-RC-282115
Voter List for Position Statement
ATTACHMENT C

| 335. | Papero, Adam | shift supervisor | The Commons - Buffalo University | regular |
|------|--------------|------------------|----------------------------------|---------|
| 336. | Parmelee, Chloe | barista | The Commons - Buffalo University | regular |
| 337. | Santoro-Bissett, Trenton | barista | The Commons - Buffalo University | regular |
| 338. | Saulter, Averi | barista | The Commons - Buffalo University | regular |
| 339. | Scamacca, Becca | barista | The Commons - Buffalo University | regular |
| 340. | Scott, Tapainga | shift supervisor | The Commons - Buffalo University | regular |
| 341. | Simmons, Danielle | barista | The Commons - Buffalo University | regular |
| 342. | Stodola, Aylisha | barista | The Commons - Buffalo University | regular |
| 343. | Sutherland, Taylor | barista | The Commons - Buffalo University | regular |
| 344. | Thompson, Courtney | barista | The Commons - Buffalo University | regular |
| 345. | Tomsic, Heather | shift supervisor | The Commons - Buffalo University | regular |
| 346. | Torgalski, Emily | shift supervisor | The Commons - Buffalo University | regular |
| 347. | Traore, Kiessi | barista | The Commons - Buffalo University | regular |
| 348. | Tripodi, Victoria | shift supervisor | The Commons - Buffalo University | regular |
| 349. | Ye-ling, Kristy | barista | The Commons - Buffalo University | regular |
| 350. | Yildiz, Elif | barista | The Commons - Buffalo University | regular |
| 351. | Zhou, Jack | barista | The Commons - Buffalo University | regular |
| 352. | Boyers, James | barista | Transit & French | regular |
| 353. | Cavaretta, Jennifer | shift supervisor | Transit & French | regular |
| 354. | Conorozzo, Shannon | barista | Transit & French | regular |
| 355. | Dodson, Azrayel | barista | Transit & French | regular |
| 356. | Duggan, Laura | barista | Transit & French | regular |
| 357. | Ely, Shawn | barista | Transit & French | regular |
| 358. | Gauthier, Nashaly | barista | Transit & French | regular |
| 359. | Gerbracht, Sophia | barista | Transit & French | regular |
| 360. | Giacobello, Nicholas | barista | Transit & French | regular |
| 361. | Giangreco-Marotta, Sal | barista | Transit & French | regular |
| 362. | Gramza, Kelsey | barista | Transit & French | regular |

*The information contained herein is only to be used for the above-noted petition, pursuant to §102.62(d).*
*Inclusion on the voter list does not constitute any admission of eligibility and the Company reserves the right to challenge anyone included on this Voter List.*

Starbucks Coffee Company
NLRB Case No.: 03-RC-282115
Voter List for Position Statement
ATTACHMENT C

| | | | | |
|---|---|---|---|---|
| 363. | Jameson, Sydney | barista | Transit & French | regular |
| 364. | Kaufmann, Seth | barista | Transit & French | regular |
| 365. | Krempa, Angel | shift supervisor | Transit & French | regular |
| 366. | Larson, Samantha | barista | Transit & French | regular |
| 367. | Magrich, Katherine | barista | Transit & French | regular |
| 368. | Martin, Jazmin | barista | Transit & French | regular |
| 369. | Nasby, Joe | shift supervisor | Transit & French | regular |
| 370. | Norton, Danielle | barista | Transit & French | regular |
| 371. | Norton, Nicole | barista | Transit & French | regular |
| 372. | Oberther, Scott | barista | Transit & French | regular |
| 373. | O'malley, Bill | barista | Transit & French | regular |
| 374. | Palmer, Keontae | barista | Transit & French | regular |
| 375. | Park, Minwoo | shift supervisor | Transit & French | regular |
| 376. | Rojas, Steven | barista | Transit & French | regular |
| 377. | Schack, Amanda | barista | Transit & French | regular |
| 378. | Schieda, Alyssa | shift supervisor | Transit & French | regular |
| 379. | Scott, Henyia | barista | Transit & French | regular |
| 380. | Smith, Charlie | barista | Transit & French | regular |
| 381. | Soto, Tiana | barista | Transit & French | regular |
| 382. | Stuber, Amberly | barista | Transit & French | regular |
| 383. | Vles, Skylar | barista | Transit & French | regular |
| 384. | Wawrzeniec, Ryan | barista | Transit & French | regular |
| 385. | Wetzel, Saira | barista | Transit & French | regular |
| 386. | Zulqarnain, Samar | barista | Transit & French | regular |
| 387. | Brennan, Meghan | barista | Transit and Maple Roads | regular |
| 388. | Campbell, Sarah | barista | Transit and Maple Roads | regular |
| 389. | Carey, Lisa | shift supervisor | Transit and Maple Roads | regular |
| 390. | Carpenter, Aleigha | barista | Transit and Maple Roads | regular |

*The information contained herein is only to be used for the above-noted petition, pursuant to §102.62(d).*
*Inclusion on the voter list does not constitute any admission of eligibility and the Company reserves the right to challenge anyone included on this Voter List.*

Starbucks Coffee Company
NLRB Case No.: 03-RC-282115
Voter List for Position Statement
ATTACHMENT C

| 391. | Conway, Shannon | shift supervisor | Transit and Maple Roads | regular |
|------|-----------------|------------------|-------------------------|---------|
| 392. | Cornwell, Julia | shift supervisor | Transit and Maple Roads | regular |
| 393. | Dispenza, Beaux | barista | Transit and Maple Roads | regular |
| 394. | Donovan, Mikaela | shift supervisor | Transit and Maple Roads | regular |
| 395. | Emler, Maddy | barista | Transit and Maple Roads | regular |
| 396. | Lichtenthal, Emily | barista | Transit and Maple Roads | regular |
| 397. | Lin, Jenn | barista | Transit and Maple Roads | regular |
| 398. | Marfurt, Kenzie | barista | Transit and Maple Roads | regular |
| 399. | Murphy, Kayla | barista | Transit and Maple Roads | regular |
| 400. | Nappo, Isabella | barista | Transit and Maple Roads | regular |
| 401. | Nicolaides, illy | barista | Transit and Maple Roads | regular |
| 402. | Oschip, Kacie | barista | Transit and Maple Roads | regular |
| 403. | Pawlikowski, Bethany | barista | Transit and Maple Roads | regular |
| 404. | Rauf, Mariah | shift supervisor | Transit and Maple Roads | regular |
| 405. | Redfearn, Emory | barista | Transit and Maple Roads | regular |
| 406. | Roth, Zoë | barista | Transit and Maple Roads | regular |
| 407. | Saad, Kailey | shift supervisor | Transit and Maple Roads | regular |
| 408. | Showalter, Elise | barista | Transit and Maple Roads | regular |
| 409. | Simko, Shania | barista | Transit and Maple Roads | regular |
| 410. | Tomasello, Adrianna | barista | Transit and Maple Roads | regular |
| 411. | Wagner, Rachel | shift supervisor | Transit and Maple Roads | regular |
| 412. | Welch, Sarah | barista | Transit and Maple Roads | regular |
| 413. | Abdallah, Noelle | barista | Transit Commons | regular |
| 414. | Borchert, Georgia | barista | Transit Commons | regular |
| 415. | Cofield, Alyssa | barista | Transit Commons | regular |
| 416. | Crowe, Tay | barista | Transit Commons | regular |
| 417. | Ernst, Alley | barista | Transit Commons | regular |
| 418. | Filipowski, Heather | shift supervisor | Transit Commons | regular |

*The information contained herein is only to be used for the above-noted petition, pursuant to §102.62(d).*
*Inclusion on the voter list does not constitute any admission of eligibility and the Company reserves the right to challenge anyone included on this Voter List.*

Starbucks Coffee Company
NLRB Case No.: 03-RC-282115
Voter List for Position Statement
ATTACHMENT C

| 419. | Franklin, King | barista | Transit Commons | regular |
|---|---|---|---|---|
| 420. | Fuerstinger, Rachel | shift supervisor | Transit Commons | regular |
| 421. | Griffith, Matt | barista | Transit Commons | regular |
| 422. | Hockenberry, Ariana | barista | Transit Commons | regular |
| 423. | Huang, Roger | shift supervisor | Transit Commons | regular |
| 424. | Johnson, Danielle | barista | Transit Commons | regular |
| 425. | Lectora, Melissa | barista | Transit Commons | regular |
| 426. | Lichtenthal, Sarah | barista | Transit Commons | regular |
| 427. | Milliman, Cassidy | shift supervisor | Transit Commons | regular |
| 428. | Moore, Jake | barista | Transit Commons | regular |
| 429. | Moran, Andrew | barista | Transit Commons | regular |
| 430. | Morgan, Kein | barista | Transit Commons | regular |
| 431. | Pasquantino, Nina | barista | Transit Commons | regular |
| 432. | Perry, Erin | barista | Transit Commons | regular |
| 433. | Sanabria, Michael | barista | Transit Commons | regular |
| 434. | Scherrer, Loretta | shift supervisor | Transit Commons | regular |
| 435. | Syed, Hanna | barista | Transit Commons | regular |
| 436. | Tan, Tiffany | shift supervisor | Transit Commons | regular |
| 437. | Tanner, Bethany | shift supervisor | Transit Commons | regular |
| 438. | Tretter, Kelsey | barista | Transit Commons | regular |
| 439. | Vecchio, Cas | barista | Transit Commons | regular |
| 440. | Waits, Khari | barista | Transit Commons | regular |
| 441. | Whitbourne, Katie | barista | Transit Commons | regular |
| 442. | Xu Xu, Emily | barista | Transit Commons | regular |
| 443. | Ahmed, Syed | barista | Walden & Anderson | regular |
| 444. | Akter, JJ | barista | Walden & Anderson | regular |
| 445. | Albakri, Maram | barista | Walden & Anderson | regular |
| 446. | Andrzejewski, Kristen | barista | Walden & Anderson | regular |

*The information contained herein is only to be used for the above-noted petition, pursuant to §102.62(d).*
*Inclusion on the voter list does not constitute any admission of eligibility and the Company reserves the right to challenge anyone included on this Voter List.*

Starbucks Coffee Company
NLRB Case No.: 03-RC-282115
Voter List for Position Statement
ATTACHMENT C

| 447. | Barr, Kathryn | barista | Walden & Anderson | regular |
|------|---------------|---------|-------------------|---------|
| 448. | Black, Jenna | barista | Walden & Anderson | regular |
| 449. | Bonafede, Mariah | barista | Walden & Anderson | regular |
| 450. | Cochran, Colin | barista | Walden & Anderson | regular |
| 451. | Cook, Katie | shift supervisor | Walden & Anderson | regular |
| 452. | Herrmann, Kiersten | barista | Walden & Anderson | regular |
| 453. | Jones, Amira | barista | Walden & Anderson | regular |
| 454. | Kleindinst, Ashley | shift supervisor | Walden & Anderson | regular |
| 455. | Kraft, Zoe | barista | Walden & Anderson | regular |
| 456. | Light, Bree | barista | Walden & Anderson | regular |
| 457. | Mox, Ryan | barista | Walden & Anderson | regular |
| 458. | Prospero, Teghan | barista | Walden & Anderson | regular |
| 459. | Redmond, Liam | barista | Walden & Anderson | regular |
| 460. | Schreiber, Sydney | barista | Walden & Anderson | regular |
| 461. | Scott, Hannah | shift supervisor | Walden & Anderson | regular |
| 462. | Seiflein, Teena | shift supervisor | Walden & Anderson | regular |
| 463. | Shaw, Taylor | shift supervisor | Walden & Anderson | regular |
| 464. | Smith, Francis | shift supervisor | Walden & Anderson | regular |
| 465. | Speicher, Lily | barista | Walden & Anderson | regular |
| 466. | Webb, Amari | barista | Walden & Anderson | regular |
| 467. | Bailey, Crystal | shift supervisor | Walden Galleria | regular |
| 468. | Banaszak, Samantha | shift supervisor | Walden Galleria | regular |
| 469. | Brill, Bobbi | barista | Walden Galleria | regular |
| 470. | Chrzanowski, Lilimae | barista | Walden Galleria | regular |
| 471. | Doherty, Róisín | barista | Walden Galleria | regular |
| 472. | Eisenhardt, River | barista | Walden Galleria | regular |
| 473. | Hersee, Maggie | shift supervisor | Walden Galleria | regular |
| 474. | Kim Dao, My | barista | Walden Galleria | regular |

*The information contained herein is only to be used for the above-noted petition, pursuant to §102.62(d).*
*Inclusion on the voter list does not constitute any admission of eligibility and the Company reserves the right to challenge anyone included on this Voter List.*

Starbucks Coffee Company
NLRB Case No.: 03-RC-282115
Voter List for Position Statement
ATTACHMENT C

| 475. | Krehbiel, Freddi | barista | Walden Galleria | regular |
|------|------------------|---------|-----------------|---------|
| 476. | Leffler, Callie | shift supervisor | Walden Galleria | regular |
| 477. | O'hare, Erin | shift supervisor | Walden Galleria | regular |
| 478. | Quarles, Kendra | barista | Walden Galleria | regular |
| 479. | Sherer, Destiny | barista | Walden Galleria | regular |
| 480. | Vitaris, Jordyn | barista | Walden Galleria | regular |
| 481. | Beyer, Halie | barista | Williamsville Place | regular |
| 482. | Celmer, Shannon | barista | Williamsville Place | regular |
| 483. | Collins, Ryan | barista | Williamsville Place | regular |
| 484. | Conte, Alea | barista | Williamsville Place | regular |
| 485. | Conway, Emma | barista | Williamsville Place | regular |
| 486. | Cook, Caitlin | shift supervisor | Williamsville Place | regular |
| 487. | East, Caroline | barista | Williamsville Place | regular |
| 488. | Fitzgerald, John | shift supervisor | Williamsville Place | regular |
| 489. | Hare, Anastasia | shift supervisor | Williamsville Place | regular |
| 490. | Howell, Kimberly | barista | Williamsville Place | regular |
| 491. | Kistler, Brittany | shift supervisor | Williamsville Place | regular |
| 492. | Lampke, Bridget | barista | Williamsville Place | regular |
| 493. | Lott, Amanda | barista | Williamsville Place | regular |
| 494. | Matzkin, Alana | barista | Williamsville Place | regular |
| 495. | Moore, Casey | barista | Williamsville Place | regular |
| 496. | Narinesingh, Matt | barista | Williamsville Place | regular |
| 497. | Schiro, Vince | barista | Williamsville Place | regular |
| 498. | Tripi, Julia | barista | Williamsville Place | regular |
| 499. | Tripoli, Marissa | barista | Williamsville Place | regular |
| 500. | Wahlgren, Emily | barista | Williamsville Place | regular |
| 501. | Wisniewski, Jonathan | barista | Williamsville Place | regular |
| 502. | Balo, Tia | barista | Williamsville, Main St. | regular |

*The information contained herein is only to be used for the above-noted petition, pursuant to §102.62(d).*
*Inclusion on the voter list does not constitute any admission of eligibility and the Company reserves the right to challenge anyone included on this Voter List.*

Starbucks Coffee Company
NLRB Case No.: 03-RC-282115
Voter List for Position Statement
ATTACHMENT C

| 503. | Beals, Courtney | barista | Williamsville, Main St. | regular |
|---|---|---|---|---|
| 504. | Bendersky, Lori | barista | Williamsville, Main St. | regular |
| 505. | Boeing, Allie | barista | Williamsville, Main St. | regular |
| 506. | Bogold, Megan | barista | Williamsville, Main St. | regular |
| 507. | Calandra, Lauren | barista | Williamsville, Main St. | regular |
| 508. | Campobello, Heather | barista | Williamsville, Main St. | regular |
| 509. | Challoob, Shay | barista | Williamsville, Main St. | regular |
| 510. | Chorazak, Gillian | barista | Williamsville, Main St. | regular |
| 511. | Clark, Kylie | barista | Williamsville, Main St. | regular |
| 512. | Clark-Hyatt, Kiara | barista | Williamsville, Main St. | regular |
| 513. | Connelly, Jacqueline | barista | Williamsville, Main St. | regular |
| 514. | Cumberland, Tayte | barista | Williamsville, Main St. | regular |
| 515. | Dacosta Jr., Danny | barista | Williamsville, Main St. | regular |
| 516. | Daugherty, Daphne | barista | Williamsville, Main St. | regular |
| 517. | Dejesus, Lourdes | barista | Williamsville, Main St. | regular |
| 518. | Ettaro, Gerard | barista | Williamsville, Main St. | regular |
| 519. | Falconer, Katelyn | barista | Williamsville, Main St. | regular |
| 520. | Haider, Haider | barista | Williamsville, Main St. | regular |
| 521. | Johnson, Cory | barista | Williamsville, Main St. | regular |
| 522. | Jurkowski, Julie | barista | Williamsville, Main St. | regular |
| 523. | Kenerson, Garret | shift supervisor | Williamsville, Main St. | regular |
| 524. | Kurtyko, Danuta | shift supervisor | Williamsville, Main St. | regular |
| 525. | Malinowski, Shannon | shift supervisor | Williamsville, Main St. | regular |
| 526. | Morris, Kai | barista | Williamsville, Main St. | regular |
| 527. | Ramzan, Azry | barista | Williamsville, Main St. | regular |
| 528. | Reynolds, Ben | barista | Williamsville, Main St. | regular |
| 529. | Rosche, Alex | shift supervisor | Williamsville, Main St. | regular |
| 530. | Smith, Jada | shift supervisor | Williamsville, Main St. | regular |

*The information contained herein is only to be used for the above-noted petition, pursuant to §102.62(d).*
*Inclusion on the voter list does not constitute any admission of eligibility and the Company reserves the right to challenge anyone included on this Voter List.*

Starbucks Coffee Company
NLRB Case No.: 03-RC-282115
Voter List for Position Statement
ATTACHMENT C

| | | | | |
|---|---|---|---|---|
| 531. | Southern, India | barista | Williamsville, Main St. | regular |
| 532. | Villanueva, Nina | barista | Williamsville, Main St. | regular |
| 533. | Weaver, Desirae | shift supervisor | Williamsville, Main St. | regular |
| 534. | Wieczorek, Ryleigh | barista | Williamsville, Main St. | regular |
| 535. | Yerramsetty, Kenn | barista | Williamsville, Main St. | regular |

Store Addresses:

- Store #7318 - The Commons - Buffalo University 520 Lee Entrance, Buffalo, NY 14228
- Store #7327 - Amherst, Niagara Falls Blvd. - 1703 Niagara Falls Blvd., Buffalo, NY 14228
- Store #7337 - Transit and Maple Road - 8100 Transit Road, Suite 100 Williamsville, NY 14221
- Store # 7381 - Elmwood - 933 Elmwood, Buffalo, NY 14222
- Store # 7448 - 235 Delaware Avenue - 235 Delaware Avenue, Buffalo, NY 14202
- Store # 7486 – Hamburg -3540 McKinley Parkway, Buffalo, NY 14219
- Store # 7665 - Transit & French - 4770 Transit Rd., Depew, NY 14043
- Store #7799 - Delaware & Kenmore - 2730 Delaware Avenue, Buffalo, NY 14216
- Store #7938 - Williamsville Place - 5395 Sheridan Dr., Buffalo, NY 14221
- Store # 10750 -Transit Commons - 9660 Transit Rd., Suite 101, East Amherst, NY 14051
- Store # 23917 - Cheektowaga - Buffalo Airport - 4255 Genesee St., Suite 100, Cheektowaga, NY 14225
- Store #63771 - Orchard Park Hwy 20 - 3235 Southwestern Blvd., Orchard Park, NY 14127
- Store # 59087 -Hamburg, Camp Road - 5120 Camp Rd., Hamburg, NY 14075
- Store # 7340 - Main St. Williamsville – 5265 Main St., Williamsville, NY, 14221
- Store # 7879 - Galleria Mall kiosk - 1 Walden Galleria K-04, Cheektowaga, NY 14225
- Store # 7949 - Walden Anderson -1775 Walden Ave, Cheektowaga, NY 14225
- Store # 19901 - Niagara falls, Niagara fall Blvd. - 6690 Niagara Falls Blvd, Niagara Falls, NY 14304
- Store # 22882 - Lancaster Regal - 6707 Transit Rd #100, Buffalo, NY 14221
- Store #47843 - Sheridan Drive and North Bailey - 3186 Sheridan Drive 100. Buffalo 14226

*The information contained herein is only to be used for the above-noted petition, pursuant to §102.62(d).*
*Inclusion on the voter list does not constitute any admission of eligibility and the Company reserves the right to challenge anyone included on this Voter List.*

Starbucks Coffee Company
NLRB Case No.: 03-RC-282115
Voter List for Position Statement
ATTACHMENT C

- Store #50060 - East Robinson/ Niagara falls Blvd. - 3015 Niagara Falls Blvd, Amherst, NY 14228

*The information contained herein is only to be used for the above-noted petition, pursuant to §102.62(d).*
*Inclusion on the voter list does not constitute any admission of eligibility and the Company reserves the right to challenge anyone included on this Voter List.*

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| | Full Employee Name (Last, First) | Work Location | Job Classification | Shift[1] |
|---|---|---|---|---|
| 1. | Abdallah, Noelle | 10750 Transit Commons | barista | variable |
| 2. | Adams, Amie | 7486-Hamburg | barista | variable |
| 3. | Agliata, Lexi | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 4. | Ahmed, Syed | 7448 Delaware Avenue | barista | variable |
| 5. | Akter, JJ | 7949- Walden & Anderson | barista | variable |
| 6. | Albert, Patricia | 7486-Hamburg | barista | variable |
| 7. | Allen, Alethea | 7799- Delaware & Kenmore | barista | variable |
| 8. | Althen, Jaime | 7327- Amherst, Niagara Falls Blvd. | barista | variable |
| 9. | Amato, Samuel | 47843 Sheridan and N. Bailey, Amherst | shift supervisor | variable |
| 10. | Amoah-Mensah, Adoma | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 11. | Anastasi, Allegra | 7448 Delaware Avenue | shift supervisor | variable |
| 12. | Anatole, Tyler | 7381- Elmwood | barista | variable |
| 13. | Anderson, Justin | 7486-Hamburg | barista | variable |
| 14. | Andreu, Bryana | 7799- Delaware & Kenmore | barista | variable |
| 15. | Andrews, Kylie | 7318- The Commons Buffalo University | barista | variable |
| 16. | Andrzejewski, Catherine | 22882- Lancaster Regal Center | barista | variable |
| 17. | Andrzejewski, Kristen | 7949- Walden & Anderson | barista | variable |

---

[1] Schedules vary depending on Store hours.

**Exhibit 9(c)**

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 18. | Argona, Juliana | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
|---|---|---|---|---|
| 19. | Atif, Jawad | 59087-Hamburg Camp Road | shift supervisor | variable |
| 20. | Aye, Myat | 7448 Delaware Avenue | barista | variable |
| 21. | Baehrle, Jillian | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 22. | Baer, Abigail | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 23. | Baer, Madison | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 24. | Bailey, Alaina | 7318-The Commons Buffalo University | barista | variable |
| 25. | Bafil, Jojo | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 26. | Bailey, Crystal | 7337- Transit & Maple | shift supervisor | variable |
| 27. | Baker, Samantha | 7327- Amherst, Niagara Falls Blvd. | barista | variable |
| 28. | Balatskaya, Angelina | 50060- East Robinson | barista | variable |
| 29. | Balo, Tia | 7340-Williamsville, Main Street | barista | variable |
| 30. | Barr, Kathryn | 7949- Walden & Anderson | barista | variable |
| 31. | Bassett, Emily | 7448 Delaware Avenue | barista | variable |
| 32. | Beals, Courtney | 7340-Williamsville, Main Street | barista | variable |
| 33. | Beane, Chelsea | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
| 34. | Beaudoin, Molly | 59087-Hamburg Camp Road | barista | variable |
| 35. | Beck, Jennifer | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 36. | Beiger, John | 7486-Hamburg | barista | variable |
| 37. | Bell, Raven | 7799- Delaware & Kenmore | barista | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 38. | Bellaus, Madison | 7448 Delaware Avenue | barista | variable |
|-----|-----|-----|-----|-----|
| 39. | Belous, Susan | 50060- East Robinson | barista | variable |
| 40. | Benbenek, Ariana | 59087-Hamburg Camp Road | barista | variable |
| 41. | Bendersky, Lori | 7340-Williamsville, Main Street | barista | variable |
| 42. | Benjamin, Laron | 50060- East Robinson | barista | variable |
| 43. | Berghash, Gregory | 7799- Delaware & Kenmore | barista | variable |
| 44. | Bergmann, Kathryn | 59087-Hamburg Camp Road | barista | variable |
| 45. | Bernecki, James | 7448 Delaware Avenue | shift supervisor | variable |
| 46. | Beyer, Halie | 7938-Williamsville Place | barista | variable |
| 47. | Bielefeld, Maggie | 7448 Delaware Avenue | barista | variable |
| 48. | Bishop, Anthony | 19901- Niagara Falls, Niagara Falls Blvd | shift supervisor | variable |
| 49. | Bishop, Stephen | 7381- Elmwood | shift supervisor | variable |
| 50. | Black, Jenna | 7949- Walden & Anderson | barista | variable |
| 51. | Blidy, Matthew | 63771-Orchard Park | barista | variable |
| 52. | Blom, Madeleine | 7327- Amherst, Niagara Falls Blvd. | barista | variable |
| 53. | Bodden, Tyshawn | 7799- Delaware & Kenmore | barista | variable |
| 54. | Boeing, Allison | 7340-Williamsville, Main Street | barista | variable |
| 55. | Bogold, Megan | 7340-Williamsville, Main Street | barista | variable |
| 56. | Bonafede, Mariah | 7949- Walden & Anderson | barista | variable |
| 57. | Bonavito, Shannon | 7665-Transit & French | barista | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 58. | Bonner, Ieshia | 7318-The Commons Buffalo University | shift supervisor | variable |
|---|---|---|---|---|
| 59. | Booze, Sydni | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
| 60. | Borchert, Georgia | 10750 Transit Commons | barista | variable |
| 61. | Borrayo, Gustavo | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 62. | Boshears, Kali | 7340-Williamsville, Main Street | barista | variable |
| 63. | Bowers, Jessica | 7318-The Commons Buffalo University | barista | variable |
| 64. | Boyers, James | 7665-Transit & French | barista | variable |
| 65. | Brandy, Kaleb | 7799- Delaware & Kenmore | barista | variable |
| 66. | Braun, Jacqueline | 63771-Orchard Park | barista | variable |
| 67. | Brennan, Meghan | 7337- Transit & Maple | barista | variable |
| 68. | Brill, Bobbi | 50060- East Robinson | barista | variable |
| 69. | Brisack, Jaz | 7381- Elmwood | barista | variable |
| 70. | Brooks, Mariah | 63771-Orchard Park | barista | variable |
| 71. | Broscius, Evangeline | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
| 72. | Brown, Ariana | 7327- Amherst, Niagara Falls Blvd. | barista | variable |
| 73. | Brown, Katlyn | 7486-Hamburg | shift supervisor | variable |
| 74. | Bryant, Alek | 7949- Walden & Anderson | barista | variable |
| 75. | Buchholz, Brittany | 7327- Amherst, Niagara Falls Blvd. | shift supervisor | variable |
| 76. | Buchholz, Brittany | 7949- Walden & Anderson | barista | based on scheduling needs |
| 77. | Buchholz, Brittany | 23017-Cheektowaga -Buffalo Airport | barista | based on scheduling needs |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 78. | Bulbulian, Shelby | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
|---|---|---|---|---|
| 79. | Cabrera, Janae | 7381- Elmwood | barista | variable |
| 80. | Cacciato, Brendon | 7448 Delaware Avenue | barista | variable |
| 81. | Calandra, Lauren | 7340-Williamsville, Main Street | barista | variable |
| 82. | Callicutt, Joe | 47843 Sheridan and N. Bailey, Amherst | shift supervisor | variable |
| 83. | Campbell, Sarah | 7337- Transit & Maple | barista | variable |
| 84. | Campobello, Heather | 7340-Williamsville, Main Street | barista | variable |
| 85. | Capuano, Joseph | 63771-Orchard Park | barista | variable |
| 86. | Caraballo, Michael | 7949- Walden & Anderson | barista | variable |
| 87. | Cardinal, Avery | 50060- East Robinson | barista | variable |
| 88. | Carey, Lisa | 7337- Transit & Maple | shift supervisor | variable |
| 89. | Carpenter, Aleigha | 7340-Williamsville, Main Street | barista | variable |
| 90. | Carpenter, Sydney | 7799- Delaware & Kenmore | shift supervisor | variable |
| 91. | Carter, Aliyah | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
| 92. | Carter-Bárcenas, Karina | 7486-Hamburg | barista | variable |
| 93. | Cartwright, Alexis | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 94. | Casamassa, Christopher | 7448 Delaware Avenue | shift supervisor | variable |
| 95. | Casey, Kayla | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
| 96. | Castellana, Maria | 50060- East Robinson | barista | variable |
| 97. | Ceesay, Saihou | 10750 Transit Commons | barista | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 98. | Celmer, Shannon | 7938-Williamsville Place | barista | variable |
|---|---|---|---|---|
| 99. | Cerasani, Rylie | 22882- Lancaster Regal Center | shift supervisor | variable |
| 100 | Challoob, Shymaa | 7340-Williamsville, Main Street | barista | variable |
| 101 | Chaney-Logan, Tamea | 7448 Delaware Avenue | barista | variable |
| 102 | Chorazak, Gillian | 7340-Williamsville, Main Street | barista | variable |
| 103 | Christian, Jocelyn | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
| 104 | Cintron Garcia, Cola | 7949- Walden & Anderson | barista | variable |
| 105 | Cisse, Rokhya | 7799- Delaware & Kenmore | barista | variable |
| 106 | Clancy, Casey | 7665-Transit & French | barista | variable |
| 107 | Clark, Hannah | 7318-The Commons Buffalo University | barista | variable |
| 108 | Clark-Hyatt, Kiara | 7340-Williamsville, Main Street | barista | variable |
| 109 | Clohessy, Deanna | 7799- Delaware & Kenmore | barista | variable |
| 110 | Coates, Bethany | 7799- Delaware & Kenmore | barista | variable |
| 111 | Cochran, Colin | 7949- Walden & Anderson | barista | variable |
| 112 | Code, Malik | 7381- Elmwood | barista | variable |
| 113 | Cofield, Alyssa | 10750 Transit Commons | barista | variable |
| 114 | Cohen, Rachel | 47843 Sheridan and N. Bailey, Amherst | shift supervisor | variable |
| 115 | Collazo, Zaliah | 7799- Delaware & Kenmore | barista | variable |
| 116 | Collins, Abigail | 7486-Hamburg | barista | variable |
| 117 | Collins, Orvis | 7340-Williamsville, Main Street | barista | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 118 | Collins, Ryan | 7938-Williamsville Place | barista | variable |
|---|---|---|---|---|
| 119 | Colon, Vianca | 7318-The Commons Buffalo University | barista | variable |
| 120 | Commesso, Gabby | 7318-The Commons Buffalo University | shift supervisor | variable |
| 121 | Conde, Isabella | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
| 122 | Conforti, Lauren | 63771-Orchard Park | barista | variable |
| 123 | Conklin, Victoria | 50060- East Robinson | shift supervisor | variable |
| 124 | Connelly, Jacqueline | 7337- Transit & Maple | barista | variable |
| 125 | Conte, Alea | 7938-Williamsville Place | barista | variable |
| 126 | Conway, Emmajean | 7938-Williamsville Place | barista | variable |
| 127 | Conway, Shannon | 7337- Transit & Maple | shift supervisor | variable |
| 128 | Cook, Caitlin | 7938-Williamsville Place | shift supervisor | variable |
| 129 | Cooke, Anastasia | 7665-Transit & French | barista | variable |
| 130 | Cordwell jr., Peter | 7486-Hamburg | barista | variable |
| 131 | Cornwell, Julia | 7337- Transit & Maple | shift supervisor | variable |
| 132 | Corthion, Latia | 22882- Lancaster Regal Center | shift supervisor | variable |
| 133 | Coughlin, Jack | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 134 | Coughlin, Joshua | 7448 Delaware Avenue | barista | variable |
| 135 | Courtney, Lisa | 7799- Delaware & Kenmore | barista | variable |
| 136 | Craig, Hannah | 7486-Hamburg | barista | variable |
| 137 | Cremean, Elisa | 22882- Lancaster Regal Center | barista | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 138 | Crowe, Christina | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
|---|---|---|---|---|
| 139 | Cruz, Eden | 7799- Delaware & Kenmore | barista | variable |
| 140 | Cummings, Caitlin | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 141 | Cummings, Rebekkah | 7486-Hamburg | barista | variable |
| 142 | Curry, Janya | 7448 Delaware Avenue | barista | variable |
| 143 | Cutlip, Willow | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
| 144 | Dabney, De'juan | 63771-Orchard Park | barista | variable |
| 145 | Dacosta Jr., Danny | 7340-Williamsville, Main Street | barista | variable |
| 146 | Damato, Francesca | 63771-Orchard Park | barista | variable |
| 147 | D'angelo-diel, Gabriel | 7799- Delaware & Kenmore | barista | variable |
| 148 | Davis, Jayden | 7381- Elmwood | barista | variable |
| 149 | Dean, Alexa | 50060- East Robinson | barista | variable |
| 150 | Defranco, Briana | 7337- Transit & Maple | barista | variable |
| 151 | Dejesus, Lillian | 7327- Amherst, Niagara Falls Blvd. | shift supervisor | variable |
| 152 | Dejesus, Lourdes | 7340-Williamsville, Main Street | barista | variable |
| 153 | Delgado Collazo, Henry | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 154 | Dentice, Coral | 7949- Walden & Anderson | barista | variable |
| 155 | Destefano, Alie | 7318-The Commons Buffalo University | barista | variable |
| 156 | Detomaso, Danielle | 59087-Hamburg Camp Road | barista | variable |
| 157 | Diamond, Lindsay | 23017-Cheektowaga -Buffalo Airport | barista | variable |

8

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 158 | Dickty, Caitlin | 7486-Hamburg | shift supervisor | variable |
|---|---|---|---|---|
| 159 | Digiacomo, Jackson | 23017-Cheektowaga -Buffalo Airport | Barisa | variable |
| 160 | Digiulio, Blue | 7381- Elmwood | barista | variable |
| 161 | Dilek, Ezgi | 7799- Delaware & Kenmore | shift supervisor | variable |
| 162 | Disha, Rubaya | 7799- Delaware & Kenmore | shift supervisor | variable |
| 163 | Disorbo, Kayla | 50060- East Robinson | shift supervisor | variable |
| 164 | Dispenza, Beaux | 7381- Elmwood | barista | variable |
| 165 | Do, Tammy | 7318-The Commons Buffalo University | barista | variable |
| 166 | Doherty, Róisín | 7448 Delaware Avenue | barista | variable |
| 167 | Domzalski, Kelsey | 7337- Transit & Maple | barista | variable |
| 168 | Donofrio, Lori | 7799- Delaware & Kenmore | barista | variable |
| 169 | Donovan II, Michael | 7381- Elmwood | shift supervisor | variable |
| 170 | Donovan, Jessica | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
| 171 | Donovan, Mikaela | 7337- Transit & Maple | shift supervisor | variable |
| 172 | Douglas, Avrium | 7486-Hamburg | barista | variable |
| 173 | Dragic, Danka | 23017-Cheektowaga -Buffalo Airport | shift supervisor | variable |
| 174 | Dragonette, Ashley | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
| 175 | Drake, Victoria | 59087-Hamburg Camp Road | barista | variable |
| 176 | Draves, Jovan | 7448 Delaware Avenue | barista | variable |
| 177 | Dudzic, Angela | 7381- Elmwood | barista | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 178 | Duggan, Erin | 59087-Hamburg Camp Road | barista | variable |
| 179 | Duggan, Laura | 7665-Transit & French | barista | variable |
| 180 | Duggan, William | 7486-Hamburg | barista | variable |
| 181 | Dunkle, Layla | 7486-Hamburg | barista | variable |
| 182 | Dzialak, Haley | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 183 | East, Caroline | 7938-Williamsville Place | barista | variable |
| 184 | Edmond, Brianna | 7327- Amherst, Niagara Falls Blvd. | barista | variable |
| 185 | Edwards, Ashley | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 186 | Eisen, Michelle | 7381- Elmwood | barista | variable |
| 187 | Eisenhardt, Hannah | 22882- Lancaster Regal Center | barista | variable |
| 188 | Ekberg, Jason | 22882- Lancaster Regal Center | barista | variable |
| 189 | Elliot, Ember | 7949- Walden & Anderson | barista | variable |
| 190 | Ely, Shawn | 7665-Transit & French | barista | variable |
| 191 | Emler, Madison | 7337- Transit & Maple | barista | variable |
| 192 | Encarnacion, Angelic | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 193 | Ernst, Allison | 10750 Transit Commons | barista | variable |
| 194 | Esford, Katerina | 7327- Amherst, Niagara Falls Blvd. | shift supervisor | variable |
| 195 | Esford, Katerina | 23017-Cheektowaga -Buffalo Airport | shift supervisor | based on scheduling needs |
| 196 | Ettaro, Gerard | 7340-Williamsville, Main Street | barista | variable |
| 197 | Fair, Ashlyn | 7949- Walden & Anderson | barista | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 198 | Falconer, Katelyn | 7340-Williamsville, Main Street | barista | variable |
|---|---|---|---|---|
| 199 | Felong, Emily | 50060- East Robinson | barista | variable |
| 200 | Fetkenhour, Lucia | 7318-The Commons Buffalo University | barista | variable |
| 201 | Feuerstein, Kelly | 22882- Lancaster Regal Center | shift supervisor | variable |
| 202 | Field, Zachary | 7799- Delaware & Kenmore | barista | variable |
| 203 | Figueroa harris, Francesca | 7486-Hamburg | shift supervisor | variable |
| 204 | Filipowski, Heather | 10750 Transit Commons | shift supervisor | variable |
| 205 | Fillion, Peter | 50060- East Robinson | barista | variable |
| 206 | Fish, Jamie | 7799- Delaware & Kenmore | barista | variable |
| 207 | Fitzgerald, John | 7938-Williamsville Place | shift supervisor | variable |
| 208 | Fleischer, Cassie | 7381- Elmwood | barista | variable |
| 209 | Flick, Ryan | 7799- Delaware & Kenmore | barista | variable |
| 210 | Flowers, Brooklynn | 63771-Orchard Park | barista | variable |
| 211 | Foglia, Anthony | 7318-The Commons Buffalo University | barista | variable |
| 212 | Folaron, Rachel | 63771-Orchard Park | shift supervisor | variable |
| 213 | Foltz, Emily | 10750 Transit Commons | barista | variable |
| 214 | Fong, Ryan | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 215 | Franck, Genevieve | 7318-The Commons Buffalo University | barista | variable |
| 216 | Frankenberger, Alana | 7799- Delaware & Kenmore | barista | variable |
| 217 | Franklin, Akyng | 10750 Transit Commons | barista | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 218 | Frawley, Taryn | 7318-The Commons Buffalo University | barista | variable |
| 219 | Freifeld, Jonathan | 7318-The Commons Buffalo University | barista | variable |
| 220 | Froom, Katie | 47843 Sheridan and N. Bailey, Amherst | shift supervisor | variable |
| 221 | Fuentes, Sole | 63771-Orchard Park | barista | variable |
| 222 | Fuentes-Frysz, Christopher | 7327- Amherst, Niagara Falls Blvd. | shift supervisor | variable |
| 223 | Fuentes-Frysz, Christopher | 23017-Cheektowaga -Buffalo Airport | shift supervisor | based on scheduling needs |
| 224 | Fuerstinger, Rachel | 10750 Transit Commons | shift supervisor | variable |
| 225 | Gabrielli, Hayley | 7448 Delaware Avenue | barista | variable |
| 226 | Gallo, Gianna | 50060- East Robinson | barista | variable |
| 227 | Garrison, Jett | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 228 | Gauthier, Nash | 7665-Transit & French | barista | variable |
| 229 | Geniti, CJ | 59087-Hamburg Camp Road | barista | variable |
| 230 | Gentil, Leyla | 7381- Elmwood | barista | variable |
| 231 | Gerbracht, Sophia | 7486-Hamburg | barista | variable |
| 232 | Giacobello, Nicholas | 7665-Transit & French | barista | variable |
| 233 | Giangreco-Marotta, Sal | 7665-Transit & French | barista | variable |
| 234 | Gill, Yasmine | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 235 | Gillen, Megan | 47843 Sheridan and N. Bailey, Amherst | shift supervisor | variable |
| 236 | Ginsberg, Kat | 7381- Elmwood | barista | variable |
| 237 | Goldberg, David | 7799- Delaware & Kenmore | barista | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 238 | Golden, Donny | 59087-Hamburg Camp Road | barista | variable |
|---|---|---|---|---|
| 239 | Goldenberg, Ash | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 240 | Gollwitzer, Myke | 7381- Elmwood | barista | variable |
| 241 | Gomez, Iliana | 7448 Delaware Avenue | shift supervisor | variable |
| 242 | Gonzalez, Tatyana | 7381- Elmwood | shift supervisor | variable |
| 243 | Gott, Lexie | 22882- Lancaster Regal Center | barista | variable |
| 244 | Gramza, Kelsey | 7665-Transit & French | barista | variable |
| 245 | Grasta, Abby | 7327- Amherst, Niagara Falls Blvd. | barista | variable |
| 246 | Grasta, Abby | 23017-Cheektowaga -Buffalo Airport | barista | based on scheduling needs |
| 247 | Green, Yazminn | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 248 | Greenspan, Mimi | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 249 | Griffith, Matthew | 10750 Transit Commons | shift supervisor | variable |
| 250 | Grube, MJ | 59087-Hamburg Camp Road | barista | variable |
| 251 | Guay, Nicholas | 7327- Amherst, Niagara Falls Blvd. | barista | variable |
| 252 | Guay, Nicholas | 23017-Cheektowaga -Buffalo Airport | barista | based on scheduling needs |
| 253 | Gurskiy, Tati | 47843 Sheridan and N. Bailey, Amherst | shift supervisor | variable |
| 254 | Haefner, Christopher | 19901- Niagara Falls, Niagara Falls Blvd | shift supervisor | variable |
| 255 | Haefner, Steven | 19901- Niagara Falls, Niagara Falls Blvd | shift supervisor | variable |
| 256 | Hager, Alyster | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 257 | Haider, Fatin | 7340-Williamsville, Main Street | barista | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 258 | Hansen, Ronald | 7486-Hamburg | barista | variable |
|---|---|---|---|---|
| 259 | Harden, Kaylah | 7318-The Commons Buffalo University | barista | variable |
| 260 | Hare, Anastasia | 7938-Williamsville Place | shift supervisor | variable |
| 261 | Harris, Daria | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
| 262 | Harris, Johanna | 7318-The Commons Buffalo University | barista | variable |
| 263 | Harrison, Cortlin | 7381- Elmwood | barista | variable |
| 264 | Hartke, Shelby | 59087-Hamburg Camp Road | barista | variable |
| 265 | Hassan. Bryanna | 59087-Hamburg Camp Road | barista | variable |
| 266 | Hatten, Antwoine | 7448 Delaware Avenue | barista | variable |
| 267 | Hayes, Sierra | 22882- Lancaster Regal Center | barista | variable |
| 268 | Heatherly, Josiah | 59087-Hamburg Camp Road | barista | variable |
| 269 | Hejmanowski, Renee | 47843 Sheridan and N. Bailey, Amherst | shift supervisor | variable |
| 270 | Herrmann, Kiersten | 7949- Walden & Anderson | barista | variable |
| 271 | Heutmaker, LaRue | 7381- Elmwood | barista | variable |
| 272 | Hirsch, Emily | 7381- Elmwood | shift supervisor | variable |
| 273 | Hockenberry, Ariana | 10750 Transit Commons | barista | variable |
| 274 | Homer, Jacob | 7799- Delaware & Kenmore | barista | variable |
| 275 | Hood, Alexandra | 50060- East Robinson | shift supervisor | variable |
| 276 | Hopkins, Marcus | 7448 Delaware Avenue | shift supervisor | variable |
| 277 | Horton, Vanessa | 7327- Amherst, Niagara Falls Blvd. | shift supervisor | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 278 | Howell, Kimberly | 7938-Williamsville Place | barista | variable |
| 279 | Hueber, Nicole | 63771-Orchard Park | barista | variable |
| 280 | Hunt, Alanda | 7949- Walden & Anderson | barista | variable |
| 281 | Hunter, Alexis | 22882- Lancaster Regal Center | barista | variable |
| 282 | Imagna, Amelia | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 283 | Incorvia, Rachel | 7799- Delaware & Kenmore | barista | variable |
| 284 | Ingalls, Grace | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
| 285 | Inserra, Gabrielle | 7486-Hamburg | barista | variable |
| 286 | Islam, Zanat | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 287 | Jackson, Matthew | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 288 | Jackson, Sam | 7318-The Commons Buffalo University | barista | variable |
| 289 | Jacobs, Leeann | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 290 | James, Otisha | 7799- Delaware & Kenmore | barista | variable |
| 291 | Jameson, Sydney | 7665-Transit & French | shift supervisor | variable |
| 292 | Janca, Brandon | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 293 | Jankiewicz, Maeve | 50060- East Robinson | barista | variable |
| 294 | Jaquith, Brennan | 7799- Delaware & Kenmore | barista | variable |
| 295 | Jemmison, Niko | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 296 | Jenkins, Elisha | 50060- East Robinson | barista | variable |
| 297 | Jerabek, Andrew | 47843 Sheridan and N. Bailey, Amherst | barista | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 298 | Johns, Briana | 63771-Orchard Park | shift supervisor | variable |
| 299 | Johnson, Cory | 7340-Williamsville, Main Street | barista | variable |
| 300 | Johnson, Danielle | 10750 Transit Commons | barista | variable |
| 301 | Jones, Amira | 7949- Walden & Anderson | barista | variable |
| 302 | Jones, Kiana | 7799- Delaware & Kenmore | barista | variable |
| 303 | Jovanovski, Taylor | 7665-Transit & French | shift supervisor | variable |
| 304 | Junjulas, Mackenzie | 7318-The Commons Buffalo University | shift supervisor | variable |
| 305 | Jurkowski, Julianna | 7340-Williamsville, Main Street | barista | variable |
| 306 | Kaganovich, Dan | 7318-The Commons Buffalo University | barista | variable |
| 307 | Kam, Gianna | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 308 | Kanavel, Danelle | 59087-Hamburg Camp Road | shift supervisor | variable |
| 309 | Kane, Kaire | 7318-The Commons Buffalo University | barista | variable |
| 310 | Kappel, John | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 311 | Keenan, Emma | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 312 | Kelsey, Alyssa | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 313 | Kenerson, Garret | 7340-Williamsville, Main Street | shift supervisor | variable |
| 314 | Keyes, Mellennia | 7448 Delaware Avenue | barista | variable |
| 315 | Khan, Khadija | 7327- Amherst, Niagara Falls Blvd. | barista | variable |
| 316 | Kidd, Erin | 7381- Elmwood | barista | variable |
| 317 | Kirst, Kaylie | 63771-Orchard Park | barista | variable |

16

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 318 | Kistler, Brittany | 7938-Williamsville Place | shift supervisor | variable |
|---|---|---|---|---|
| 319 | Kleindinst, Ashley | 7448 Delaware Avenue | shift supervisor | variable |
| 320 | Koch, Cade | 7327- Amherst, Niagara Falls Blvd. | barista | variable |
| 321 | Kowalski, Madison | 7486-Hamburg | barista | variable |
| 322 | Krempa, Angel | 7665-Transit & French | shift supervisor | variable |
| 323 | Krishnakumar, Nila | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 324 | Kroneiss, Rachael | 7799- Delaware & Kenmore | barista | variable |
| 325 | Krueger, Stephanie | 7486-Hamburg | shift supervisor | variable |
| 326 | Kubas, Alyssa | 50060- East Robinson | barista | variable |
| 327 | Kurtyko, Danuta | 7340-Williamsville, Main Street | shift supervisor | variable |
| 328 | Kutzbach, Isabella | 7799- Delaware & Kenmore | barista | variable |
| 329 | Lamacchia, Nathan | 50060- East Robinson | barista | variable |
| 330 | Lammens, Sean | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 331 | Lampke, Bridget | 7938-Williamsville Place | barista | variable |
| 332 | Langevin, Aynsley | 7337- Transit & Maple | barista | variable |
| 333 | Larson, Samantha | 7665-Transit & French | barista | variable |
| 334 | Laskowski, Zoe | 7318-The Commons Buffalo University | barista | variable |
| 335 | Laspesa, Andrew | 22882- Lancaster Regal Center | barista | variable |
| 336 | Lawson, Carly | 59087-Hamburg Camp Road | barista | variable |
| 337 | Lectora, Melissa | 10750 Transit Commons | barista | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 338 | Leffler, Callie | 7949- Walden & Anderson | shift supervisor | variable |
|---|---|---|---|---|
| 339 | Lemmon, Jessica | 22882- Lancaster Regal Center | shift supervisor | variable |
| 340 | Lerczak, Caroline | 23017-Cheektowaga -Buffalo Airport | shift supervisor | variable |
| 341 | Lichtenthal, Emily | 7337- Transit & Maple | barista | variable |
| 342 | Lichtenthal, Sarah | 10750 Transit Commons | barista | variable |
| 343 | Light, Bree | 7949- Walden & Anderson | barista | variable |
| 344 | Lin, Jennifer | 7337- Transit & Maple | barista | variable |
| 345 | Linn, Mia | 7340-Williamsville, Main Street | barista | variable |
| 346 | Little, Nichelle | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
| 347 | Lobalsamo, Maria | 50060- East Robinson | barista | variable |
| 348 | Locati, Andrea | 63771-Orchard Park | barista | variable |
| 349 | Loncarevich, Juliet | 63771-Orchard Park | barista | variable |
| 350 | Lora, Elian | 59087-Hamburg Camp Road | barista | variable |
| 351 | Love, Jahdiaum | 50060- East Robinson | barista | variable |
| 352 | Lulu, Derar | 7318-The Commons Buffalo University | barista | variable |
| 353 | Lyke, Sarah | 63771-Orchard Park | barista | variable |
| 354 | Lymberpolous, Katherine | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
| 355 | Lyons, Shariah | 7381- Elmwood | barista | variable |
| 356 | Maglio, Guiliana | 50060- East Robinson | barista | variable |
| 357 | Magrich, Katherine | 7665-Transit & French | barista | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 358 | Malinowski, Shannon | 7340-Williamsville, Main Street | shift supervisor | variable |
|---|---|---|---|---|
| 359 | Maloney, Emily | 22882- Lancaster Regal Center | barista | variable |
| 360 | Marciniak, Brianna | 7381- Elmwood | barista | variable |
| 361 | Marks, Alisa | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 362 | Marrano, Jillian | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 363 | Massenburg, Aashe | 7448 Delaware Avenue | barista | variable |
| 364 | Matzkin, Alana | 7938-Williamsville Place | barista | variable |
| 365 | Mcdaniel, Kourtni | 7665-Transit & French | barista | variable |
| 366 | Mcelwain, Alex | 63771-Orchard Park | shift supervisor | variable |
| 367 | McKean, Robin | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 368 | Mcmullen, Colleen | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 369 | Mears, Bridgette | 63771-Orchard Park | barista | variable |
| 370 | Mendez, Joshua | 7381- Elmwood | barista | variable |
| 371 | Messina, Allison | 7486-Hamburg | barista | variable |
| 372 | Meyer, Kathryn | 7665-Transit & French | barista | variable |
| 373 | Michels, Alexandra | 22882- Lancaster Regal Center | shift supervisor | variable |
| 374 | Milanez, Diamond | 7949- Walden & Anderson | barista | variable |
| 375 | Miller, Emily | 22882- Lancaster Regal Center | barista | variable |
| 376 | Miller, Sarah | 7486-Hamburg | barista | variable |
| 377 | Milliman, Cassidy | 10750 Transit Commons | shift supervisor | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 378 | Miranda, Skyler | 59087-Hamburg Camp Road | barista | variable |
|---|---|---|---|---|
| 379 | Mitravich, Gabriella | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
| 380 | Mogavero, Devyn | 7799- Delaware & Kenmore | barista | variable |
| 381 | Molett, Marissa | 7448 Delaware Avenue | barista | variable |
| 382 | Montanye, Kellen | 7381- Elmwood | barista | variable |
| 383 | Moore, Casey | 7938-Williamsville Place | barista | variable |
| 384 | Moore, Jacob | 10750 Transit Commons | barista | variable |
| 385 | Moore, Sarah | 50060- East Robinson | barista | variable |
| 386 | Morales, Deanna | 7799- Delaware & Kenmore | shift supervisor | variable |
| 387 | Morgan, Faith | 10750 Transit Commons | barista | variable |
| 388 | Morris, Jordyn | 7340-Williamsville, Main Street | barista | variable |
| 389 | Morse, Ian | 7799- Delaware & Kenmore | barista | variable |
| 390 | Mox, Ryan | 23017-Cheektowaga -Buffalo Airport | barista | based on scheduling needs |
| 391 | Mox, Ryan | 59087-Hamburg Camp Road | barista | variable |
| 392 | Moxley, Sydnie | 7327- Amherst, Niagara Falls Blvd. | shift supervisor | variable |
| 393 | Moxley, Sydnie | 23017-Cheektowaga -Buffalo Airport | shift supervisor | based on scheduling needs |
| 394 | Munoz, Isabella | 50060- East Robinson | barista | variable |
| 395 | Murphy, Destiny | 7448 Delaware Avenue | barista | variable |
| 396 | Murphy, Kayla | 7337- Transit & Maple | barista | variable |
| 397 | Murray, Brian | 22882- Lancaster Regal Center | barista | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 398 | Mutton, Grey | 59087-Hamburg Camp Road | barista | variable |
|---|---|---|---|---|
| 399 | Nadeau, Mary | 19901- Niagara Falls, Niagara Falls Blvd | shift supervisor | variable |
| 400 | Nappo, Dominic | 7448 Delaware Avenue | barista | variable |
| 401 | Nappo, Isabella | 7337- Transit & Maple | barista | variable |
| 402 | Narinesingh, Matthew | 7938-Williamsville Place | barista | variable |
| 403 | Nasby, Joe | 7665-Transit & French | shift supervisor | variable |
| 404 | Nealon, Elizabeth | 7327- Amherst, Niagara Falls Blvd. | barista | variable |
| 405 | Neerbasch, William | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
| 406 | Neil, Yasmin | 7318-The Commons Buffalo University | barista | variable |
| 407 | Netto, Lindsay | 7337- Transit & Maple | barista | variable |
| 408 | Newsome, Diamond | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
| 409 | Nguyen, Vy | 7318-The Commons Buffalo University | barista | variable |
| 410 | Nichols, Toni | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 411 | Nickerson, Michelle | 7949- Walden & Anderson | barista | variable |
| 412 | Nicolaides, Ilianna | 7340-Williamsville, Main Street | barista | variable |
| 413 | Nieves, Jon | 23017-Cheektowaga -Buffalo Airport | shift supervisor | variable |
| 414 | Nii-addy, Will | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 415 | Norton, Danielle | 7665-Transit & French | barista | variable |
| 416 | Norton, Nicole | 7665-Transit & French | barista | variable |
| 417 | Nowicki, Joshua | 22882- Lancaster Regal Center | barista | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 418 | Oaks, Ashlyn | 7949- Walden & Anderson | barista | variable |
| 419 | Oberther, Scott | 7665-Transit & French | barista | variable |
| 420 | O'Brien, Maeve | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 421 | O'Connor, Aidan | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 422 | O'hare, Erin | 7340-Williamsville, Main Street | shift supervisor | variable |
| 423 | Olson, Conner | 7448 Delaware Avenue | barista | variable |
| 424 | O'Malley, Bill | 7665-Transit & French | barista | variable |
| 425 | Oschip, Kacie | 7337- Transit & Maple | barista | variable |
| 426 | O'Sullivan, Rachel | 7949- Walden & Anderson | shift supervisor | variable |
| 427 | Outhouse, Katie | 50060- East Robinson | barista | variable |
| 428 | Oviatt, Amelia | 50060- East Robinson | barista | variable |
| 429 | Paciorkowski, Ashley | 63771-Orchard Park | barista | variable |
| 430 | Palumbo, Christopher | 10750 Transit Commons | barista | variable |
| 431 | Panos, Maya | 7381- Elmwood | barista | variable |
| 432 | Papero, Adam | 7318-The Commons Buffalo University | shift supervisor | variable |
| 433 | Parham, Kevin | 7381- Elmwood | barista | variable |
| 434 | Park, Minwoo | 7665-Transit & French | shift supervisor | variable |
| 435 | Parmelee, Chloe | 7318-The Commons Buffalo University | barista | variable |
| 436 | Parzymieso, Lily | 63771-Orchard Park | barista | variable |
| 437 | Pascarella, Giovanna | 7938-Williamsville Place | barista | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 438 | Pascual, Jeremy | 7381- Elmwood | shift supervisor | variable |
|---|---|---|---|---|
| 439 | Paso, Marko | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 440 | Pasquantino, Nina | 10750 Transit Commons | barista | variable |
| 441 | Pasquarette, Aiden | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
| 442 | Passanese, Noah | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
| 443 | Pawlikowski, Bethany | 7337- Transit & Maple | barista | variable |
| 444 | Pawlowski, Jess | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 445 | Penvose, Jenna | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 446 | Pero, Katie | 63771-Orchard Park | shift supervisor | variable |
| 447 | Perrin, Kayla | 63771-Orchard Park | barista | variable |
| 448 | Perry, Erin | 10750 Transit Commons | barista | variable |
| 449 | Petrone, Melanie | 7448 Delaware Avenue | shift supervisor | variable |
| 450 | Pfleuger, Elissa | 59087-Hamburg Camp Road | barista | variable |
| 451 | Phillips, Aliyah | 7448 Delaware Avenue | barista | variable |
| 452 | Pike, Josh | 59087-Hamburg Camp Road | shift supervisor | variable |
| 453 | Polek, Sarah | 50060- East Robinson | barista | variable |
| 454 | Pomposelli, Victoria | 7327- Amherst, Niagara Falls Blvd. | barista | variable |
| 455 | Porcari, Jack | 7327- Amherst, Niagara Falls Blvd. | barista | variable |
| 456 | Poremba, Gianna | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
| 457 | Price, Kyla | 7799- Delaware & Kenmore | shift supervisor | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 458 | Prospero, Teghan | 7949- Walden & Anderson | barista | variable |
|---|---|---|---|---|
| 459 | Pulichene, Patricia | 23017-Cheektowaga -Buffalo Airport | shift supervisor | variable |
| 460 | Quarles, Kendra | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 461 | Ragsdale, Kiahesha | 7327- Amherst, Niagara Falls Blvd. | barista | variable |
| 462 | Ramzan, Azry | 7340-Williamsville, Main Street | barista | variable |
| 463 | Ranick, Alex | 23017-Cheektowaga -Buffalo Airport | shift supervisor | variable |
| 464 | Rauf, Mariah | 7337- Transit & Maple | shift supervisor | variable |
| 465 | Rebmann, RJ | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 466 | Redfearn, Emory | 22882- Lancaster Regal Center | barista | variable |
| 467 | Redmond, Liam | 7949- Walden & Anderson | barista | variable |
| 468 | Reed, Austin | 7381- Elmwood | shift supervisor | variable |
| 469 | Reeve, Gianna | 59087-Hamburg Camp Road | shift supervisor | variable |
| 470 | Regan, Patrick | 63771-Orchard Park | barista | variable |
| 471 | Ressler, Amy | 7337- Transit & Maple | barista | variable |
| 472 | Reynolds, Benjamin | 7340-Williamsville, Main Street | barista | variable |
| 473 | Reynolds, Kehala | 19901- Niagara Falls, Niagara Falls Blvd | shift supervisor | variable |
| 474 | Rice, Mariah | 63771-Orchard Park | barista | variable |
| 475 | Rinallo, Dominic | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
| 476 | Rine, Alana | 7949- Walden & Anderson | barista | variable |
| 477 | Ritchie, Matthew | 7327- Amherst, Niagara Falls Blvd. | shift supervisor | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 478 | Ritchie, Matthew | 23017-Cheektowaga -Buffalo Airport | shift supervisor | based on scheduling needs |
| 479 | Rizzo, Lexi | 23017-Cheektowaga -Buffalo Airport | shift supervisor | variable |
| 480 | Rojas, Danny | 47843 Sheridan and N. Bailey, Amherst | shift supervisor | variable |
| 481 | Rojas, Steven | 7665-Transit & French | barista | variable |
| 482 | Roma, Juliette | 50060- East Robinson | barista | variable |
| 483 | Roosevelt, Camille | 7448 Delaware Avenue | shift supervisor | variable |
| 484 | Rosa, Leah | 10750 Transit Commons | barista | variable |
| 485 | Rosche, Alex | 7381- Elmwood | shift supervisor | based on scheduling needs |
| 486 | Rosche, Alex | 7340-Williamsville, Main Street | shift supervisor | variable |
| 487 | Roth, Zoë | 7337- Transit & Maple | barista | variable |
| 488 | Royer, Elizabeth | 50060- East Robinson | shift supervisor | variable |
| 489 | Rozicki, Julia | 50060- East Robinson | shift supervisor | variable |
| 490 | Rutski, Cait | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 491 | Rybat, Ashtin | 22882- Lancaster Regal Center | barista | variable |
| 492 | Saad, Kailey | 7337- Transit & Maple | shift supervisor | variable |
| 493 | Saddler, Jamyra | 50060- East Robinson | barista | variable |
| 494 | Saleem, Hassan | 7327- Amherst, Niagara Falls Blvd. | barista | variable |
| 495 | Sanabria, Michael | 10750 Transit Commons | barista | variable |
| 496 | Sanchez, Keira | 63771-Orchard Park | barista | variable |
| 497 | Sansoucie, Haley | 59087-Hamburg Camp Road | shift supervisor | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 498 | Santoro-Bissett, Trenton | 7318-The Commons Buffalo University | barista | variable |
| 499 | Santoro-Bissett, Trenton | 7381- Elmwood | barista | variable |
| 500 | Sargent, Shai | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 501 | Saulter, Averi | 7318-The Commons Buffalo University | barista | variable |
| 502 | Scamacca, Becca | 7318-The Commons Buffalo University | barista | variable |
| 503 | Scarfino, David | 7799- Delaware & Kenmore | barista | variable |
| 504 | Schack, Amanda | 7665-Transit & French | barista | variable |
| 505 | Schadt, Emily | 7486-Hamburg | barista | variable |
| 506 | Schalk, Emilee | 7327- Amherst, Niagara Falls Blvd. | barista | variable |
| 507 | Scherrer, Loretta | 10750 Transit Commons | shift supervisor | variable |
| 508 | Schieda, Alyssa | 7665-Transit & French | shift supervisor | variable |
| 509 | Schiro, Vincent | 7938-Williamsville Place | barista | variable |
| 510 | Schmieder, Zoe | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 511 | Schoenhals, Alexii | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 512 | Schreiber, Sydney | 7949- Walden & Anderson | barista | variable |
| 513 | Schroeder, Claire | 7949- Walden & Anderson | barista | variable |
| 514 | Scott, Arael | 7799- Delaware & Kenmore | barista | variable |
| 515 | Scott, Hannah | 7949- Walden & Anderson | shift supervisor | variable |
| 516 | Scott, Henyia | 7665-Transit & French | barista | variable |
| 517 | Scott, Nacima | 7327- Amherst, Niagara Falls Blvd. | barista | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 518 | Scott, Rashida | 7949- Walden & Anderson | barista | variable |
|---|---|---|---|---|
| 519 | Scott, Tapainga | 7318-The Commons Buffalo University | shift supervisor | variable |
| 520 | Seiflein, Teena | 7949- Walden & Anderson | shift supervisor | variable |
| 521 | Sellitto, Mira | 22882- Lancaster Regal Center | barista | variable |
| 522 | Serrano, Chanelle | 7799- Delaware & Kenmore | barista | variable |
| 523 | Shaw, Taylor | 7949- Walden & Anderson | shift supervisor | variable |
| 524 | Showalter, Elise | 7337- Transit & Maple | barista | variable |
| 525 | Sicignano, Antoinette | 7486-Hamburg | barista | variable |
| 526 | Siemieniewicz, Alicia | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 527 | Simano, Alex | 59087-Hamburg Camp Road | barista | variable |
| 528 | Simko, Shania | 7337- Transit & Maple | barista | variable |
| 529 | Simmons, Danielle | 7318-The Commons Buffalo University | barista | |
| 530 | Simonelli, Stephen | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 531 | Skretta, James | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 532 | Smith, Charlie | 7665-Transit & French | barista | variable |
| 533 | Smith, Francis | 7949- Walden & Anderson | shift supervisor | variable |
| 534 | Smith, Jada | 7340-Williamsville, Main Street | shift supervisor | variable |
| 535 | Smith, Kamryn | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
| 536 | Sorg, Caroline | 50060- East Robinson | barista | variable |
| 537 | Soto, Tiana | 7665-Transit & French | barista | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 538 | Speicher, Lily | 7949- Walden & Anderson | barista | variable |
|---|---|---|---|---|
| 539 | Spicola, Katryn | 59087-Hamburg Camp Road | shift supervisor | variable |
| 540 | Spruce, Michelle | 7486-Hamburg | shift supervisor | variable |
| 541 | Stachowski, Alexa | 7381- Elmwood | barista | variable |
| 542 | Stack, Bryan | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 543 | Stani, Cindy | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 544 | Staniszewski, Tati | 7381- Elmwood | barista | variable |
| 545 | Starks, Denasia | 50060- East Robinson | shift supervisor | variable |
| 546 | Stickney, Sophia | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
| 547 | Stodola, Aylisha | 7318-The Commons Buffalo University | barista | variable |
| 548 | Stone, Hannah | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 549 | Stout, Cecelia | 7327- Amherst, Niagara Falls Blvd. | barista | variable |
| 550 | Stroeher, Courtney | 7381- Elmwood | barista | variable |
| 551 | Struebing, Nicholas | 7448 Delaware Avenue | shift supervisor | variable |
| 552 | Stuber, Amberly | 7665-Transit & French | barista | variable |
| 553 | Sturniolo, Kayla | 7327- Amherst, Niagara Falls Blvd. | barista | variable |
| 554 | Sullivan, Sean | 7799- Delaware & Kenmore | barista | variable |
| 555 | Suriel, Mary | 50060- East Robinson | barista | variable |
| 556 | Sutherland, Taylor | 7318-The Commons Buffalo University | barista | variable |
| 557 | Sweet, Justen | 7486-Hamburg | barista | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 558 | Szathmary, Ann | 7327- Amherst, Niagara Falls Blvd. | barista | variable |
|---|---|---|---|---|
| 559 | Szathmary, Ann | 47843 Sheridan and N. Bailey, Amherst | barista | based on scheduling needs |
| 560 | Szramka, Joseph | 7327- Amherst, Niagara Falls Blvd. | shift supervisor | variable |
| 561 | Tahir, T | 47843 Sheridan and N. Bailey, Amherst | shift supervisor | variable |
| 562 | Tallchief, Cameron | 7486-Hamburg | shift supervisor | variable |
| 563 | Tan, Tiffany | 10750 Transit Commons | shift supervisor | variable |
| 564 | Tanner, Bethany | 10750 Transit Commons | shift supervisor | variable |
| 565 | Tarnowski, Nathan | 50060- East Robinson | barista | variable |
| 566 | Taylor, Haley | 7327- Amherst, Niagara Falls Blvd. | barista | variable |
| 567 | Taylor, Keitaya | 7448 Delaware Avenue | barista | variable |
| 568 | Thompson, Courtney | 7318-The Commons Buffalo University | barista | variable |
| 569 | Thompson, Geoffrey | 50060- East Robinson | shift supervisor | variable |
| 570 | Thompson, Mackenzie | 7327- Amherst, Niagara Falls Blvd. | barista | variable |
| 571 | Thompson, Mikayla | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
| 572 | Tierney, Taya | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
| 573 | Tirone, Aleks | 7949- Walden & Anderson | barista | variable |
| 574 | Torgalski, Emily | 7318-The Commons Buffalo University | shift supervisor | variable |
| 575 | Tomasello, Adrianna | 7337- Transit & Maple | barista | variable |
| 576 | Tomsic, Heather | 7318-The Commons Buffalo University | shift supervisor | variable |
| 577 | Traore, Kiessi | 7318-The Commons Buffalo University | barista | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 578 | Tretter, Kelsey | 10750 Transit Commons | barista | variable |
|---|---|---|---|---|
| 579 | Tripi, Julia | 7938-Williamsville Place | barista | variable |
| 580 | Tripodi, Victoria | 7318-The Commons Buffalo University | shift supervisor | variable |
| 581 | Tripoli, Marissa | 7938-Williamsville Place | barista | variable |
| 582 | Twiss, Jeremy | 7448 Delaware Avenue | barista | variable |
| 583 | Vanderberg, Janet | 19901- Niagara Falls, Niagara Falls Blvd | shift supervisor | variable |
| 584 | Vazquez, Andraya | 50060- East Robinson | barista | variable |
| 585 | Vecchio, Cassandra | 10750 Transit Commons | barista | variable |
| 586 | Vega, Elyza | 7327- Amherst, Niagara Falls Blvd. | barista | variable |
| 587 | Vicoria, Jessica | 63771-Orchard Park | shift supervisor | variable |
| 588 | Vidal, Anahi | 7799- Delaware & Kenmore | barista | variable |
| 589 | Vles, Skylar | 22882- Lancaster Regal Center | shift supervisor | variable |
| 590 | Wagner, Rachel | 7337- Transit & Maple | shift supervisor | variable |
| 591 | Wahlgren, Emily | 7938-Williamsville Place | barista | variable |
| 592 | Waits, Khari | 7448 Delaware Avenue | barista | variable |
| 593 | Waligora, Sylvia | 63771-Orchard Park | barista | variable |
| 594 | Walsh, Julia | 59087-Hamburg Camp Road | barista | variable |
| 595 | Walsh, Kristin | 7340-Williamsville, Main Street | barista | variable |
| 596 | Want, Lillian | 22882- Lancaster Regal Center | barista | variable |
| 597 | Warren, Mickell | 63771-Orchard Park | shift supervisor | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 598 | Warrior, Alyssa | 7381- Elmwood | barista | variable |
|---|---|---|---|---|
| 599 | Wawrzeniec, Ryan | 7665-Transit & French | barista | variable |
| 600 | Weaver, Desirae | 7340-Williamsville, Main Street | shift supervisor | variable |
| 601 | Webb, Amari | 7949- Walden & Anderson | barista | variable |
| 602 | Weber, Shannon | 7327- Amherst, Niagara Falls Blvd. | shift supervisor | variable |
| 603 | Weber, Shannon | 23017-Cheektowaga -Buffalo Airport | shift supervisor | based on scheduling needs |
| 604 | Weingartner, Dana | 19901- Niagara Falls, Niagara Falls Blvd | shift supervisor | variable |
| 605 | Weiss, Olivier | 7448 Delaware Avenue | barista | variable |
| 606 | Welch, Sarah | 7337- Transit & Maple | barista | variable |
| 607 | Werts, Alyson | 23017-Cheektowaga -Buffalo Airport | barista | variable |
| 608 | Westlake, Will | 59087-Hamburg Camp Road | barista | variable |
| 609 | Wetzel, Saira | 7665-Transit & French | barista | variable |
| 610 | White, Nasia | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 611 | Wieczorek, Ryleigh | 7340-Williamsville, Main Street | barista | variable |
| 612 | Wilcox, Moriah | 7665-Transit & French | barista | variable |
| 613 | Wilczak, Chloe | 50060- East Robinson | barista | variable |
| 614 | Williams, Jasmine | 19901- Niagara Falls, Niagara Falls Blvd | barista | variable |
| 615 | Williams, Talhyia | 7381- Elmwood | barista | variable |
| 616 | Williams, Travis | 7799- Delaware & Kenmore | shift supervisor | variable |
| 617 | Wingate, Samantha | 22882- Lancaster Regal Center | barista | variable |

Starbucks Corporation
NLRB Cases 03-RC-285929, 03-RC-285986, 03-RC-285989
Employee List for Position Statement

| 618 | Wittmeyer, Emma | 23017-Cheektowaga -Buffalo Airport | barista | variable |
|---|---|---|---|---|
| 619 | Wittmeyer, Natalie | 7381- Elmwood | barista | variable |
| 620 | Wolf, Catherine | 63771-Orchard Park | barista | variable |
| 621 | Wolf, Travis | 63771-Orchard Park | barista | variable |
| 622 | Worling, Rebecca | 7486-Hamburg | shift supervisor | variable |
| 623 | Wright Morales, Antonio | 50060- East Robinson | shift supervisor | variable |
| 624 | Wright, Karigan | 7799- Delaware & Kenmore | shift supervisor | variable |
| 625 | Wunsch, Yamila | 47843 Sheridan and N. Bailey, Amherst | barista | variable |
| 626 | Wysocki, Sydney | 59087-Hamburg Camp Road | barista | variable |
| 627 | Yeaple, Austin | 7665-Transit & French | barista | variable |
| 628 | Ye-ling, Kristy | 7318-The Commons Buffalo University | barista | variable |
| 629 | Yildiz, Elif | 7318-The Commons Buffalo University | barista | variable |
| 630 | Zhou, Jack | 7318-The Commons Buffalo University | barista | variable |

**From:** Emily Filc <efilc@starbucks.com>
**Date:** Monday, September 13, 2021 at 3:17 PM
**To:** "Julie Almond (07340)" <US2028890@starbucks.com>, "Mohammed Hossain (07360)" <US2244435@starbucks.com>, "Chris Winnett (07879)" <US1337756@starbucks.com>, "Nicole Schara (19901)" <US2025668@starbucks.com>, "Jodi Keller (22882)" <US1832142@starbucks.com>, "Christopher Thevanesan (47825)" <US2032439@starbucks.com>, "Matthew Morreale (47843)" <US1309025@starbucks.com>, "Julie Spiegel (61896)" <US1854413@starbucks.com>, "Tina Zunner (07318)" <US2225561@starbucks.com>, "Elizabeth Pool (07327)" <US1812299@starbucks.com>, "Joseph Deponceau (07337)" <US1977608@starbucks.com>, "Patty Shanley (07381)" <US2891271@starbucks.com>, "Robert Hunt (07448)" <US2751783@starbucks.com>, "Nicholas Tollar Jr (07665)" <US2475862@starbucks.com>, "Maddi Dixon (07486)" <US2518804@starbucks.com>, "David McManus (07799)" <US1683226@starbucks.com>, "Mark Behrend (07938)" <US1306459@starbucks.com>, "David Almond (10750)" <US2406742@starbucks.com>, "Chris Wright (23917)" <US2173076@starbucks.com>, "Sonia Velazquez (63771)" <US2879852@starbucks.com>, "David Fiscus (59087)" <US1778463@starbucks.com>, "Keitta Clark (50060)" <US32011695@starbucks.com>
**Cc:** "Lori Ruffin (09438)" <US1357331@starbucks.com>, "Tori Clow (24606)" <US1425066@starbucks.com>, "Tracey Valine (10404)" <US1873004@starbucks.com>, "Chris Nestor (57941)" <US2508079@starbucks.com>, Kristina Mkrtumyan <kmkrtumy@starbucks.com>, "Mark (he/him) Szto" <mszto@starbucks.com>, Julie Broxson <jbroxson@starbucks.com>, Nathalie Cioffi <ncioffi@starbucks.com>
**Subject:** Hourly Staffing

Hello team,

I wanted to send a follow up email from our market call this afternoon in regards to hourly hiring as well as respond back to an open question.

We have built a hiring structure for this market to allow all of you more time to support your partners and your business. The purpose is to take those hours spent sourcing and interviewing and repurpose that time back into your store.

What does this mean:
- <u>Store Managers are no longer to be interviewing or hiring</u>
- 2 hourly recruiters- Lori Ruffin and Torie Clow will source candidates
- 2-3 dedicated interviewers- currently Tracey Valine and Chris Nestor will be hiring
- Training structure to train new partners hired during this process

<u>As follow up from the call, if you currently have a candidate in the pipeline or about to make an offer, those candidates need to be funneled to a recruiter.</u>

Please reach out with any questions.



Emily Filc (she/her)
Partner Resource Manager, Area 156
Starbucks Coffee Company
(203) 912-3249
efilc@starbucks.com

**Exhibit 10**

ER 103.001



# Starbucks Makes Historic Investments in its Partners, Building on Long-Time Belief that Success is Best When Shared

October 27, 2021 · 5 min read

S H A R E

**Exhibit 11**







- *Announces significant investment in wage to recognize and reward tenured partners while also increasing pay floor; U.S. hourly partners will average nearly $17/ hr. with new range of $15-$23 for baristas in Summer 2022*

- *Strengthens the Partner Experience through new training and recruiting, implementing 'Training Store' concept in markets around the U.S. and enhanced referral bonuses for store partners*

- *Introduces new behind-the-bar equipment and technology; tests New Cold Beverage Station to help make it easier for partners to handcraft beverages and connect with customers*

- *Innovating the partner and customer experience by teaming retail and support partners together in 20,000 sq. foot Tryer Lab in Seattle for store-partner innovation*

Starbucks Coffee Company (NASDAQ: SBUX) today announced a wave of investments for its partners (employees), building on its 50-year history and tradition of listening and learning, while investing its success back into its people. Announcements of both operational and wage investments for U.S. partners and company-operated stores are designed to retain and recruit the best people and affirm Starbucks as one of the very best jobs in retail – a reflection of the company's unwavering belief that success is best when it's shared.

"As Starbucks celebrates our 50th anniversary we are reminded that our heritage is based on the simple concept that our green apron partners are the heartbeat of Starbucks and that success is best when it's shared," said Kevin Johnson, Starbucks president and chief executive officer. "Today, we are announcing another historic investment in our partners, knowing that when we take care of



to b idea at doing good or one an er or and or society is good or business over the long-term."

In a letter to all U.S. partners, Rossann Williams, Starbucks executive vice president, president North America, emphasized the company's continued commitment to listen, learn together, and deliver real, measurable value to partners, customers and shareholders. The investments the company will be making will enhance wage, training and in-store experiences, nationwide.

Investments include:

- **Unprecedented Investments in Wage:** Building on substantial wage and benefit investments throughout the pandemic, Starbucks is prioritizing another significant investment to recognize and reward tenured partners while also ensuring all partners earn at least $15/hour in Summer 2022.  This next investment culminates in a total of approximately $1 billion in incremental investments in annual wages and benefits over the last two years.
    - Effective in late January 2022, partners with two or more years of service could receive up to a 5% raise and partners with five or more years could receive up to a 10% raise.
    - Additionally, in Summer 2022, average pay for all U.S. hourly partners will be nearly $17/hr.
        - *In December 2020, Starbucks committed to raising its wage floor to $15/hr.*
        - *Barista hourly rates will range based on market and tenure from $15 to $23/ hr. across the country in Summer 2022.*
- **Training and Recruiting:** The company added recruiting specialists across all U.S. markets and is extending its $200 referral bonuses to help attract new talent.  The company is also investing in store partner training, including a

5/31/22, 11:29 AM    Starbucks Makes Historic Investment in its Partners, Building on 50 Years of Offering the Best Jobs in Retail with the Best Benefits in Shared - Starbuc…

Case 1:22-cv-00478-JLS    Document 4-20    Filed 06/22/22    Page 369 of 373



to expand beyond its "own flagship" success of training stores around the country currently dedicated entirely to training partners in this area.

- **Store Partner Hours and In-Store Experiences:** With significant customer demand for Starbucks and an increasing pace of beverage innovation, Starbucks has invested in forecasting capabilities to improve store staffing; testing of a "shifts app" aiming to make it easier for partners to work available shifts that meets their personal needs; and improving behind the bar floor design and equipment, including testing a Cold Beverage Station in select stores around the country. A team of support partners and data analysts, as well as a Store Manager Council, are working side by side with our store partners to help shape this work.

- **Partner-Centered Innovation**: Finally, to ensure ongoing improvements for retail partners, Starbucks has brought together a team of partners to design and test initiatives that will ultimately improve the partner experience and reduce complexity in stores. The 20,000 square foot Tryer Lab is focused on bringing new innovation and ideas to action in stores with a test and learn approach.  This team, which includes a rotation of over 20 of our talented store partners, is focused on several initiatives, including 1) behind-the-bar layout redesigns 2) innovative store equipment and technology, and 3) evolving operational roles in stores. This partner-focused effort helps hold support partners accountable to the store experience with real-life challenges being designed by both support center and store partners, together, working shoulder to shoulder.

"Our founder Howard Schultz believed in the dignity of the human experience, in building a successful company, and that our success should always be shared," said Williams. "These new investments show the continued commitment we all have to creating the best opportunities and experience for our partners."

With innovative benefits for part-time employees, including health care, equity ownership for all levels in the organization, free college tuition through the



investing in its people since the opening of its original store in Pike Place Market in Seattle in 1971. The introduction of these latest investments builds on unprecedented partner investments uniquely designed to support partners during the COVID-19 pandemic.

## Forward-Looking Statements

Certain statements contained herein and in our investor conference call related to these results are "forward-looking" statements within the meaning of the applicable securities laws and regulations.  Generally, these statements can be identified by the use of words such as "anticipate," "believe," "continue," "could," "estimate," "expect," "forecast," "intend," "may," "outlook," "plan," "potential," "predict," "project," "remain," "should," "will," "would," and similar expressions intended to identify forward-looking statements, although not all forward-looking statements contain these identifying words.  These statements include statements relating to: our accelerated labor investments; our business outlook, projections and guidance; operations and financial results; our sustainability goals and initiatives; the recovery of our business; and our ability to drive long-term growth. These forward-looking statements do not represent historical data, are based on currently available operating, financial and competitive information and are subject to a number of significant risks and uncertainties.  Actual future results and trends may differ materially depending on a variety of factors, including, but not limited to: the actual impact of our accelerated labor investments on our operations and financial results; further spread of COVID-19 and its variants; regulatory measures or voluntary actions that may be put in place to limit the spread of COVID-19, including vaccine mandates and restrictions on business operations or social distancing requirements and the duration and efficacy of such restrictions and the world-wide distribution and acceptance of vaccines; the potential for a resurgence of COVID-19 infections in a given geographic region after it has hit its "peak"; fluctuations in U.S. and international economies and currencies; our ability to preserve, grow and leverage our brands; the ability of our business partners and third-party providers to fulfill their responsibilities and



negative effects of material breaches of our information technology systems to the extent we experience a material breach; material failures of our information technology systems; costs associated with, and the successful execution of, the company's initiatives and plans, including the successful expansion of our Global Coffee Alliance with Nestlé; our ability to obtain financing on acceptable terms; the acceptance of the company's products by our customers, evolving consumer preferences and tastes and the availability of consumer financing; changes in the availability and cost of labor; significant increased logistic costs, including but not limited to inflationary pressures; the impact of competition; inherent risks of operating a global business; the prices and availability of coffee, dairy and other raw materials; the effect of legal proceedings; and the effects of changes in tax laws and related guidance and regulations that may be implemented and other risks detailed in the company filings with the Securities and Exchange Commission, including the "Risk Factors" sections of Starbucks Annual Report on Form 10-K for the fiscal year ended September 27, 2020 and Quarterly Report on Form 10-Q for the fiscal quarter ended June 27, 2021.  The company assumes no obligation to update any of these forward-looking statements.

**MORE LIKE THIS**



## PRESS RELEASES

## Bolthouse Farms Acquires Evolution Fresh from Starbucks

Starbucks and Bolthouse Farms today announced an agreement for Bolthouse Farms to acquire the brand and business of Evolution Fresh.



---

STARBUCKS.COM

CAREER CENTER

RESERVE

AT HOME

USA:
English

CANADA:
English

5/31/22, 11:29 AM                    Starbucks Makes Historic Investments in its Partners–Including the Biggest Increase of the Hourly Rate that's Been Shared - Starbuc…

Case 1:22-cv-00478-JLS   Document 4-20   Filed 06/22/22   Page 373 of 373



English


**LATIN AMERICA:**
Español
Português
English


**ASIA:**
English


**JAPAN:**
日本語


PRIVACY POLICY          TERMS & CONDITIONS

© 2022 Starbucks Corporation. All rights reserved.