UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

**LINDA M. LESLIE, Regional Director of the
Third Region of the National Labor Relations Board,
for and on behalf of the
NATIONAL LABOR RELATIONS BOARD**

                        Petitioner

           v.                                                               **CIVIL Case No. 22-CV-00478**

**STARBUCKS CORPORATION**

                        Respondent

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 28, 2022, I electronically filed the following documents with the Clerk of the District Court using its CM/ECF system:

- Petitioner's Opposition to Respondent's Proposed Discovery Order

- Certificate of Service

      I hereby certify that I have served the foregoing documents via the electronic filing system and electronic mail, to the following:

Adam Tuzzo
Littler Mendelson, P.C.
111 E. Kilbourn Ave.
Suite 1000
Milwaukee, WI 53202
414-291-5536
atuzzo@littler.com

Jacqueline Phipps Polito
Littler Mendelson, P.C.
375 Woodcliff Drive, 2nd Floor
Fairport, NY 14450

585-203-3413
Fax: 585-486-1774
Email: jpolito@littler.com


Jonathan O. Levine
Littler Mendelson, P.C.
111 E. Kilbourn Ave.
Suite 1000
Milwaukee, WI 53202
(414) 291-5536
Fax: (414) 291-5526
Email: jlevine@littler.com


David A. Kadela
Littler Mendelson, P.C.
41 S. High Street
Suite 3250
Columbus, OH 43215
614-463-4211
Fax: 614-573-9442
Email: dkadela@littler.com


Jeffrey S. Hiller
Littler Mendelson, P.C.
41 S. High St.
Suite 3250
Columbus, OH 43215
614-463-4230
Fax: 614-573-7475
Email: jhiller@littler.com


Brittany L. Stepp
Littler Mendelson, P.C.
267.402.3124
BStepp@littler.com

Respectfully submitted this 29th day of June, 2022.

    /s/ Caroline V. Wolkoff

Caroline V. Wolkoff
Counsel for Petitioner
National Labor Relations Board – Third Region
Niagara Center Building
130 South Elmwood Ave., Ste. 630
Buffalo, New York 14202
Telephone: (202) 6745235
Facsimile: (518) 431-4157
Email: caroline.wolkoff@nlrb.gov
Attorney Registration No. 4893434

Jessica L. Cacaccio, Counsel for Petitioner
National Labor Relations Board, Third Region
Niagara Center Building, Suite 630
130 S. Elmwood Avenue
Buffalo, New York 14202
Direct Dial: (716) 398-7022
Facsimile: (716) 551-4972
Email: jcacaccio@nlrb.gov

Alicia P. Stanley, Counsel for Petitioner
National Labor Relations Board
Third Region – Resident Office
Leo W. O'Brien Federal Building
11A Clinton Avenue, Room 342
Albany, New York 12207-2350
Telephone: (518) 419-6256
Facsimile: (518) 431-4157
Email: astanley@nlrb.gov