UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK




LINDA M. LESLIE, Regional Director of the Third Region of the National Labor Relations Board for and on behalf of the National Labor Relations Board,

Petitioner,

v.

22-CV-478 (JLS)

STARBUCKS CORPORATION,

Respondent.

**ORDER**

In its June 27, 2022 order, the Court determined, among other things, that expedited discovery in July was appropriate. *See* Dkt. 20. After the Court issued its order, Petitioner argued that her counsel would experience prejudice from the discovery schedule due to the temporal overlap between discovery in this case and the administrative hearing. *See* Dkt. 23, at 21–35. Respondent previously raised similar concerns in its cross-motion to stay. *See* Dkt. 14-1 at 11–13.

After studying the parties' recent submissions (Dkts. 23, 24, 26, 27), the Court modifies its June 27, 2022 (Dkt. 20) as follows:

- This case—including any discovery and submission deadlines other than those discussed in this order—is stayed until further order of the Court;

- So that the Court may determine when to lift the stay and what discovery, if any, remains necessary, each party shall file a status report **within two days of the completion of Petitioner's case-in-chief**, and each party shall file another status report **within two days of closure of the full administrative record**;
- After receiving these status reports, the Court will schedule status conferences, as needed, and will determine when to lift the stay and when to commence any discovery the Court deems necessary;
- If the status reports and conferences indicate that counsel for both parties have the capacity to commence any discovery—and if the Court has determined discovery is necessary—the Court may lift the stay after the close of Petitioner's case-in-chief and before the administrative record closes; and
- Aside from the status reports discussed above, either party may, through a filing on the docket, ask the Court to lift the stay if a change in circumstances requires such a request.

The Court will re-set any previously scheduled discovery and submission deadlines and court appearances, as necessary.

SO ORDERED.

John L. Sinatra, Jr.

JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE

Dated: June 30, 2022
Buffalo, New York