UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



LINDA M. LESLIE, Regional
Director of the Third Region of
the National Labor Relations
Board for and on behalf of the
National Labor Relations Board,

       Petitioner,

v.               22-CV-478 (JLS)

STARBUCKS CORPORATION,

       Respondent.

## ORDER

After studying the parties' status reports (Dkt. 34; Dkt. 35) and hearing from the parties at a September 7, 2022 status conference, the Court orders as follows:

- The stay of this case, entered on June 30, 2022 (Dkt. 29), is lifted;
- The parties need not file status reports after the record in the administrative proceeding closes;
- Respondent shall answer the petition by September 14, 2022;
- Respondent shall serve any document subpoenas by September 9, 2022;
- Any motions to quash subpoenas are due by September 16, 2022;
- Responses to any motions to quash are due by September 21, 2022; and
- The parties shall appear for oral argument on any motions to quash and a status/scheduling conference on September 23, 2022, at 1:30 p.m.

At the September 23, 2022 appearance, the Court anticipates setting deadlines and dates for the following:

- Petitioner's omnibus brief/submission regarding issues, evidence, relief requested, and any necessary hearing witnesses;
- Respondent's responding omnibus brief/submission regarding issues, evidence, relief requested, and any necessary hearing witnesses;
- A pre-hearing status conference, at which the Court will, among other things, decide which witnesses (if any) will testify at a hearing; and
- Set any necessary hearing dates.

SO ORDERED.

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE

Dated:      September 7, 2022
            Buffalo, New York