IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LINDA M. LESLIE, Regional Director of the Third Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,**<br><br>**Petitioner,**<br><br>vs.<br><br>**STARBUCKS CORPORATION,**<br><br>**Respondent.** | Case No. 1:22-cv-00478-JLS |

## RESPONDENT STARBUCKS CORPORATION'S NOTICE OF MOTION PURSUANT TO FED. R. CIV. P. 45(g) FOR CONTEMPT AND IMPOSITION OF SANCTIONS

PLEASE TAKE NOTICE THAT, Respondent Starbucks Corporation, by its attorneys, Littler Mendelson, P.C., pursuant to Rule 45(g) of the Federal Rules of Civil Procedure, and for the reasons set forth in Respondent's Memorandum of Law, will move this Court, at the United States Courthouse located at 2 Niagara Square, Buffalo, New York, on a date and time to be set by the Court, for an order: (1) finding non-parties Workers United, Workers United representatives, and current and former employees of Respondent, on each of whom Respondent served subpoenas duces tecum pursuant to the order issued by the Court on September 7, 2022 (the "Subpoenaed Nonparties"), in contempt of the Court's September 23, 2022, order setting October 14, 2022, as the deadline for documents responsive to the subpoenas duces tecum to be produced and any privilege logs served (Doc. 49); (2) imposing sanctions on the Subpoenaed Nonparties, including monetary sanctions and attorneys' fees and costs; (3) holding the case in abeyance pending the Subpoenaed Nonparties' compliance with the subpoenas; (4) modifying the

briefing and hearing dates set forth in the September 23, 2022, Order; and (5) granting such other and further relief as the Court deems just and proper.

Respondent intends to file and serve Reply papers.

Dated: October 20, 2022

/s/ *David Kadela*
David Kadela (*Pro Hac Vice*)
Jeffrey S. Hiller (*Pro Hac Vice*)
LITTLER MENDELSON, P.C.
41 South High Street, Suite 3250
Columbus, OH 43215
Tel: 614-463-4201
Fax: 614-573-7475
Email: dkadela@littler.com
         jhiller@littler.com

Jacqueline Phipps Polito
LITTLER MENDELSON, P.C.
375 Woodcliff Drive, Suite 2D
Fairport, NY 14450
Tel: 585-203-3413
Fax: 585-486-1774
Email: jpolito@littler.com

Jonathan Levine (*Pro Hac Vice*)
Adam-Paul Tuzzo (*Pro Hac Vice*)
LITTLER MENDELSON, P.C.
111 East Kilbourn Ave., Suite 1000
Milwaukee, WI 53202
Tel: 414-291-5536
Fax: 414-291-5526
Email: jlevine@littler.com
         atuzzo@littler.com

Brittany L. Stepp (*Pro Hac Vice*)
LITTLER MENDELSON, P.C.
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
Tel: 267-402-3124
Fax: 267-402-3131
Email: bstepp@littler.com

*Attorneys for Respondent*
*Starbucks Corporation*