UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

**LINDA M. LESLIE, Regional Director of the
Third Region of the National Labor Relations Board,
for and on behalf of the
NATIONAL LABOR RELATIONS BOARD**

                      Petitioner

              vs.                                    **Docket No. 1-22-cv-00478-JLS**

**STARBUCKS CORPORATION**

                      Respondent

**PETITIONER'S STATUS REPORT TO THE DISTRICT COURT**

Petitioner makes this status report pursuant to Judge Sinatra's November 15, 2022 text order (Dkt. 66). The charge in Case No. 03-CA-304675, alleging that Starbucks' discovery requests were a violation of the NLRA, has been investigated and submitted to the office of the General Counsel for review. The General Counsel will decide whether there is merit to the charge after completing a review of the information. Any subsequent action taken by the Board will depend on whether or not there is a merit determination.

Respectfully submitted this 21st day of November 2022.

                                            Linda M. Leslie, Regional Director
                                            National Labor Relations Board – Region 3
                                            Niagara Center Building, 130 S. Elmwood Ave, Suite 630
                                            Buffalo, NY 14202-2465

                                            By:
                                            */s/ Alicia Pender Stanley*
                                            COUNSEL FOR PETITIONER

## CERTIFICATE OF SERVICE

Counsel for the Petitioner hereby certifies that on the 21st day of November 2022, the foregoing was electronically filed via the CM/ECF system.

Counsel for the Petitioner further certifies that the foregoing has been mailed by electronic mail to the following:

- Adam Tuzzo, Esq., via ECF and electronic mail (atuzzo@littler.com)
- Jacqueline Phipps Polito, Esq., via ECF and electronic mail (jpolito@littler.com)
- Jonathan O. Levine, Esq., via ECF and electronic mail (jlevine@littler.com)
- David A. Kadela, Esq., via ECF and electronic mail (dkadela@littler.com)
- Jeffrey S. Hiller, Esq., via ECF and electronic mail (jhiller@littler.com)
- Brittany L. Stepp, Esq., via ECF and electronic mail (bstepp@littler.com)
- Ian Hayes, Esq., via ECF and electronic mail (ihayes@hayesdolce.com)

Respectfully submitted this 21st day of November 2022.

*/s/ Alicia Pender Stanley*
COUNSEL FOR PETITIONER
National Labor Relations Board – Region 3
Leo O'Brien Federal Building
11A Clinton Ave., Room 342
Albany, NY 12207
E-mail: alicia.stanley@nlrb.gov