IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA M. LESLIE, Regional Director of the Third Region of the National Labor Relations BOARD, for and on behalf of the NATIONAL LABOR RELATIONS BOARD<br><br>Petitioner,<br><br>vs.<br><br>STARBUCKS CORPORATION,<br><br>Respondent. | No. 1:22-cv-00478-JLS |

## WORKERS UNITED'S STATUS REPORT

Movant / amicus curiae Workers United ("Union") makes this additional status report pursuant to Judge Sinatra's December 12, 2022 text order (Dkt. 70).

The Petition for a Writ of Mandamus by Workers United and the other recipients of Starbucks' subpoenas was filed yesterday with the Court of Appeals for the Second Circuit. Attached to this report are copies of the Petition, including an Affidavit of Service, and the three volumes of the Appendix that were filed. Hard copies have been sent to the first listed lead counsel for the NLRB and Starbucks, and all counsel are receiving electronic copies by email.

Respectfully submitted,

*Ian Hayes*
Ian Hayes, Esq.

Cc:   Alicia Pender Stanley, Esq, via ECF and electronic mail
      Adam Paul Tuzzo, Esq., via ECF and electronic mail

1

Jacqueline Phipps Polito, Esq., via ECF and electronic mail
Jonathan O. Levine, Esq., via ECF and electronic mail
David A. Kadela, Esq., via ECF and electronic mail
Jeffrey S. Hiller, Esq., via ECF and electronic mail
Brittany L. Stepp, Esq., via ECF and electronic mail

**CERTIFICATE OF SERVICE**

    I certify that on December 29, 2022, the foregoing document and attachment have been electronically filed with the Clerk of the Court using the CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              /s/ Ian Hayes
                                              Ian Hayes