IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA M. LESLIE, Regional Director of the Third Region of the National Labor Relations BOARD, for and on behalf of the NATIONAL LABOR RELATIONS BOARD<br><br>**Petitioner,**<br><br>vs.<br><br>**STARBUCKS CORPORATION,**<br><br>**Respondent.** | No. 1:22-cv-00478-JLS |

### WORKERS UNITED'S STATUS REPORT

Movant / amicus curiae Workers United ("Union") submits this status report pursuant to the Court's Order dated March 22, 2023.

Since the last status reports, on March 1, 2023, the Administrative Law Judge ("ALJ") in the underlying NLRB matter rendered his decision. Petitioner has submitted the ALJ decision to the Court and moved for its admission. Without repeating the ALJ's findings, the Decision found Starbucks engaged in hundreds of violations of the National Labor Relations Act, and ordered extraordinary remedies for those violations, including that Starbucks recognize the Union and bargain with it at a Buffalo-area store. The Decision also found Starbucks illegally fired seven workers, and ordered they be reinstated and made whole.

In the matter before the Second Circuit Court of Appeals, regarding the discovery issues in this case, the parties are awaiting further action from that court. The Second Circuit consolidated

1

that case with one created when Petitioner filed an All Writs Act petition regarding the same discovery questions, and seeking separate relief.

                                                                     Respectfully submitted,

                                                                     Ian Hayes, Esq.

Cc:    Alicia Pender Stanley, Esq, via ECF and electronic mail
         Adam Paul Tuzzo, Esq., via ECF and electronic mail
         Jacqueline Phipps Polito, Esq., via ECF and electronic mail
         Jonathan O. Levine, Esq., via ECF and electronic mail
         David A. Kadela, Esq., via ECF and electronic mail
         Jeffrey S. Hiller, Esq., via ECF and electronic mail
         Brittany L. Stepp, Esq., via ECF and electronic mail

## CERTIFICATE OF SERVICE

    I certify that on April 5, 2023, the foregoing document and attachment have been electronically filed with the Clerk of the Court using the CM/ECF system.  I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                        /s/ Ian Hayes
                                                        Ian Hayes