IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA M. LESLIE, Regional Director of the Third Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>  Petitioner,<br>v.<br><br>STARBUCKS CORPORATION,<br><br>  Respondent. | Case No. 1:22-cv-00478-JLS |

### STATUS REPORT OF RESPONDENT STARBUCKS CORPORATION

Pursuant to the Court's March 22, 2023, order, Starbucks Corporation ("Starbucks") submits this status report.

1. Workers United's petition for a writ of mandamus in *In Re: Workers United* (23-120) and Petitioner's petition for an injunction under the All Writs Act in *In Re: National Labor Relations Board* (22-3229) were consolidated on February 14, 2023, and remain pending before the Court of Appeals for the Second Circuit.

2. On March 1, 2023, Administrative Law Judge ("ALJ") Rosas issued his administrative decision in National Labor Relations Board ("NLRB") Case No. 03-CA-285671, *et al*. In his decision, ALJ Rosas found violations of the National Labor Relations Act. Starbucks is preparing an appeal (exceptions) to the NLRB. ALJ Rosas's decision does not significantly impact the status of this case because "Congress has instructed this Court to review the decisions of the Board, not those of Administrative Law Judges." *Local 259, United Automobile, Aerospace & Agricultural Implement Workers v. Nat'l Labor Relations Bd.*, 776 F.2d 23, 27 (2d Cir. 1985). On reasonable cause, the Court owes "no special deference" to an administrative law judge's

"inferences and conclusions that do not hinge upon findings of credibility." *Id*. (citations omitted). The Court owes no deference to the NLRB at all with respect to whether injunctive relief is just and proper.

Dated:  April 5, 2023                                                  Respectfully submitted,

*/s/ David A. Kadela*
David A. Kadela (Pro Hac Vice)
Jeffrey S. Hiller (Pro Hac Vice)
LITTLER MENDELSON, P.C.
41 South High Street, Suite 3250
Columbus, OH  43215
Tel: 614.463.4201
Fax: 614.573.7475
Email: dkadela@littler.com
            jhiller@littler.com

Jacqueline Phipps Polito
LITTLER MENDELSON, P.C.
375 Woodcliff Drive, Suite 2D
Fairport, NY 14450
Tel: 585.203.3413
Fax: 585.203.3414
Email: jpolito@littler.com

Jonathan Levine (Pro Hac Vice)
Adam-Paul Tuzzo (Pro Hac Vice)
LITTLER MENDELSON, P.C.
111 East Kilbourn Ave., Suite 1000
Milwaukee, WI 53202
Tel: 414.291.5536
Fax: 414.291.5526
Email: jlevine@littler.com
            atuzzo@littler.com

Brittany L. Stepp (Pro Hac Vice)
LITTLER MENDELSON, P.C.
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
Tel: 267.402.3124
Fax: 267.402.3131
Email: bstepp@littler.com

*Attorneys for Respondent,*
*Starbucks Corporation*

2