IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA M. LESLIE, Regional Director of Region 3 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD, | : : : : : : |
| Petitioner, | : Case No. 1:22-cv-478-JLS |
| v. | : : : |
| STARBUCKS CORPORATION, | : : |
| Respondent, | : : |
| v. | : : |
| LINDA M. LESLIE, | : : |
| Counterclaim Defendant. | : |

## NOTICE OF APPEAL

Notice is hereby given that Petitioner Linda M. Leslie, Regional Director for the Third Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board, appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order, [ECF 132], entered on August 23, 2023 by the United States District Court for the Western District of New York, Hon. John L. Sinatra, Jr., U.S.D.J., dismissing the Board's petition for a preliminary injunction under § 10(j) of the National Labor Relations Act, 29 U.S.C. § 160(j).

Respectfully submitted,

DAWN L. GOLDSTEIN
*Deputy Associate General Counsel*

PAUL A. THOMAS
*Supervisory Attorney*

/s/ David P. Boehm
David P. Boehm
*Trial Attorney* (D.C. Bar 1033755)
National Labor Relations Board
1015 Half Street, S.E.
Washington, D.C. 20003
(202) 273-4202
david.boehm@nlrb.gov

Dated: August 23, 2023 at Washington, D.C.