**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LINDA M. LESLIE, Regional Director of Region 3 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD, | : : : : : : |
| Petitioner, | : Case No. 1:22-cv-478-JLS : |
| v. | : : |
| STARBUCKS CORPORATION, | : : |
| Respondent, | : : |
| v. | : : |
| LINDA M. LESLIE, | : : |
| Counterclaim Defendant. | : |

## DESIGNATION OF RECORD ON APPEAL

Petitioner Linda M. Leslie, Regional Director of the Third Region of the

National Labor Relations Board, for and on behalf of the National Labor Relations

Board, requests this Court certify and transmit the following documents to the

United States Court of Appeals for the Second Circuit for its consideration of the

Appeal in this matter:

| Date Filed | No. | Docket Text |
|---|---|---|
| 06/21/2022 | 1 | COMPLAINT against Starbucks Corporation, filed by Linda M. Leslie, national Labor Relations Board. (Attachments: # 1 Civil Cover Sheet, # 2 Memorandum, # 3 Certificate of Service)(KM) (Entered: 06/22/2022) |
| 06/21/2022 | 2 | MOTION to Shorten Time and for an Expedited Hearing by National Labor Relations Board. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(KM) |

| | | (Entered: 06/22/2022) |
|---|---|---|
| 06/21/2022 | 3 | MOTION to Determine for Injunction Petition on Basis of Affidavits and Documentary Evidence by National Labor Relations Board. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(KM) (Entered: 06/22/2022) |
| 06/22/2022 | | AUTOMATIC REFERRAL to Mediation The ADR Plan is available for download at http://www.nywd.uscourts.gov/alternative-dispute-resolution.(CGJ) (Entered: 06/22/2022) |
| 06/22/2022 | | Notice of Availability of Magistrate Judge: A United States Magistrate of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (AO-85) is available for download at http://www.uscourts.gov/services-forms/forms. (CGJ) (Entered: 06/22/2022) |
| 06/22/2022 | 4 | CONTINUATION OF EXHIBITS to 1 Complaint . (Attachments: # 1 Exhibit Exhibits 1 through 3(d), # 2 Exhibit Exhibits 3(e) through (g), # 3 Exhibit Exhibit 3(h), # 4 Exhibit Exhibit 3(i), # 5 Exhibit Exhibit 3(j), # 6 Exhibit Exhibits 3(k) through (m), # 7 Exhibit Exhibit 3(n), # 8 Exhibit Exhibits 3(o) through (p), # 9 Exhibit Exhibit 3(q), # 10 Exhibit Exhibits 3(r) through (u), # 11 Exhibit Exhibit 3(v), # 12 Exhibit Exhibit 3(w), # 13 Exhibit Exhibit 3(w-i), # 14 Exhibit Exhibits 3(x) through (z), # 15 Exhibit Exhibits 3(aa) through (hh), # 16 Exhibit Exhibits 3(ii) through (nn), # 17 Exhibit Exhibits 3(oo) through (qq), # 18 Exhibit Exhibit 3(rr), # 19 Exhibit Exhibits 3(ss) through (vv), # 20 Exhibit Exhibits 3(ww) through 11, # 21 Exhibit Exhibit 12, # 22 Exhibit Exhibits 13 through 15, # 23 Exhibit Exhibits 16 through 32, # 24 Exhibit Exhibits 33 through 44)(Wolkoff, Caroline) (Entered: 06/22/2022) |
| 06/23/2022 | 5 | NOTICE of Appearance by Jacqueline Phipps Polito on behalf of Starbucks Corporation (Polito, Jacqueline) (Entered: 06/23/2022) |
| 06/23/2022 | 6 | Corporate Disclosure Statement by Starbucks Corporation. (Polito, Jacqueline) (Entered: 06/23/2022) |
| 06/23/2022 | 7 | NOTICE: All parties are expected to comply with Judge Sinatra's individual requirements set forth in the "Judges' Info" section of the Court's website. Business organization parties should pay particular attention to the tab relating to such parties. (KLH) (Entered: 06/23/2022) |

| 06/23/2022 | 8 | MOTION to appear pro hac vice *(David A. Kadela for Starbucks Corporation)* ( Filing fee $ 200 receipt number ANYWDC-4610883.) by Starbucks Corporation. (Attachments: # 1 Exhibit Pro Hac Vice packet)(Polito, Jacqueline) (Entered: 06/23/2022) |
| --- | --- | --- |
| 06/23/2022 | 9 | MOTION to appear pro hac vice *(Jeffrey S. Hiller for Starbucks Corporation)* ( Filing fee $ 200 receipt number ANYWDC-4610904.) by Starbucks Corporation. (Attachments: # 1 Exhibit Pro Hac Vice packet)(Polito, Jacqueline) (Entered: 06/23/2022) |
| 06/23/2022 | 10 | TEXT ORDER: The parties shall appear for a status conference to discuss scheduling on 6/24/2022 at 1:00 PM in Chautauqua Courtroom, 8th Floor East, 2 Niagara Square, Buffalo, NY before Hon. John L. Sinatra, Jr. Parties may appear in person or contact chambers for teleconference accommodations. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 6/23/2022. (KLH) (Entered: 06/23/2022) |
| 06/23/2022 | 11 | NOTICE of Appearance by Jessica Lynn Noto on behalf of Linda M. Leslie (Noto, Jessica) (Entered: 06/23/2022) |
| 06/23/2022 | 12 | TEXT ORDER granting 8 Motion for Pro Hac Vice Admission of David A. Kadela. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 6/23/2022. (KEF) <br><br> -CLERK TO FOLLOW UP- Modified on 6/23/2022 to correct signature date (KEF). (Entered: 06/23/2022) |
| 06/23/2022 | 13 | TEXT ORDER granting 9 Motion for Pro Hac Vice Admission of Jeffrey S. Hiller. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 6/23/2022. (KEF) <br><br> -CLERK TO FOLLOW UP- (Entered: 06/23/2022) |
| 06/24/2022 | 14 | Cross MOTION to Stay re 3 MOTION for Preliminary Injunction, 2 MOTION for Hearing *and Opposition to Motions to Shorten Time and Expedite Hearing and to Determine Petition* by Starbucks Corporation. (Attachments: # 1 Memorandum in Support)(Polito, Jacqueline) (Entered: 06/24/2022) |
| 06/24/2022 | 15 | DECLARATION signed by Jacqueline Phipps Polito re 14 Cross MOTION to Stay re 3 MOTION for Preliminary Injunction, 2 MOTION for Hearing *and Opposition to Motions to Shorten Time and Expedite Hearing and to Determine Petition* filed by Starbucks Corporation . (Polito, Jacqueline) (Entered: 06/24/2022) |

| 06/24/2022 | 16 | MOTION to appear pro hac vice *(Jonathan Levine for Starbucks Corporation)* ( Filing fee $ 200 receipt number ANYWDC-4611837.) by Starbucks Corporation. (Attachments: # 1 Exhibit Pro Hac Vice packet)(Polito, Jacqueline) (Entered: 06/24/2022) |
|---|---|---|
| 06/24/2022 | 17 | MOTION to appear pro hac vice *(Adam Tuzzo for Starbucks Corporation)* ( Filing fee $ 200 receipt number ANYWDC-4611979.) by Starbucks Corporation. (Attachments: # 1 Exhibit Pro Hac Vice packet)(Polito, Jacqueline) (Entered: 06/24/2022) |
| 06/24/2022 | 18 | Minute Entry for proceedings held before Hon. John L. Sinatra, Jr.: Status Conference held on 6/24/2022 re Petitioner's request for an injunction as set forth in the petition, motion to expedite, and motion to determine the petition on the papers, and Respondent's cross motion to stay the petition or for expedited discovery and a hearing. Parties summarize their positions as to next steps. Court will determine procedural path forward and set oral argument at a later date, if needed. Petitioner may respond to Respondent's cross motion by 6/28/2022. Both parties may provide the Court with citations to additional case law on the procedural path question, if necessary.<br><br>Appearances. For Petitioner: Caroline Wolkoff (by teleconference) and Jessica Cacaccio. For Respondent: David Kadela, Jeffrey Hiller, Jacqueline Polito (by teleconference), Jonathan Levine (by teleconference) and Adam Tuzzo (by teleconference). (Court Reporter Bonnie Weber) (KLH) (Entered: 06/24/2022) |
| 06/27/2022 | 19 | MEMORANDUM in Support re 14 Cross MOTION to Stay re 3 MOTION for Preliminary Injunction, 2 MOTION for Hearing *and Opposition to Motions to Shorten Time and Expedite Hearing and to Determine Petition* filed by Starbucks Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Polito, Jacqueline) (Entered: 06/27/2022) |
| 06/27/2022 | 20 | ORDER granting in part and denying in part motions 2 , 3 , and 14 . Please note: This docket entry does not contain every detail of this order. It is your responsibility to read and download the pdf to this document for future reference. Signed by Hon. John L. Sinatra, Jr. on 6/27/2022. (KLH) (Entered: 06/27/2022) |
| 06/28/2022 | 21 | TEXT ORDER granting 16 Motion for Pro Hac Vice Admission of Jonathan Levine. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 6/28/2022. (KEF) |

| | | -CLERK TO FOLLOW UP- (Entered: 06/28/2022) |
|---|---|---|
| 06/28/2022 | 22 | TEXT ORDER granting 17 Motion for Pro Hac Vice Admission of Adam Tuzzo. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 6/28/2022. (KEF) <br><br> -CLERK TO FOLLOW UP- (Entered: 06/28/2022) |
| 06/28/2022 | 23 | RESPONSE in Opposition re 14 Cross MOTION to Stay re 3 MOTION for Preliminary Injunction, 2 MOTION for Hearing *and Opposition to Motions to Shorten Time and Expedite Hearing and to Determine Petition on Basis of Affidavits and Documentary Evidence* filed by Linda M. Leslie. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Certificate of Service Certificate of Service)(Wolkoff, Caroline) (Entered: 06/28/2022) |
| 06/28/2022 | 24 | DISCOVERY PLAN by Starbucks Corporation.(Kadela, David ) (Entered: 06/28/2022) |
| 06/29/2022 | 25 | TEXT ORDER. The Court denies Petitioner's request to reconsider the Court's order regarding discovery, but will consider modifying the order to adopt a procedure similar to the one described in Section III.c of Petitioner's response in opposition (Dkt. 23, at 21-35), summarized in footnote 9. Respondent shall respond solely to this alternative proposal by 6/29/2022. The Court will resolve the issue, and set the scope and timeline for discovery, in its final discovery order. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 6/29/2022. (KEF) (Entered: 06/29/2022) |
| 06/29/2022 | 26 | MEMORANDUM IN OPPOSITION re 24 Discovery Plan by Linda M. Leslie. (Attachments: # 1 Certificate of Service Certificate of Service)(Wolkoff, Caroline) (Entered: 06/29/2022) |
| 06/29/2022 | 27 | MEMORANDUM IN OPPOSITION re 25 Text Order,, *[Respondent Starbucks Corporation's Memorandum in Opposition to Petitioner's Alternative Proposal to Decide Petition on Administrative Record of Petitioner's Case-In-Chief* by Starbucks Corporation. (Kadela, David ) (Entered: 06/29/2022) |
| 06/30/2022 | 28 | MOTION to appear pro hac vice *(Brittany L. Stepp for Starbucks Corporation)* ( Filing fee $ 200 receipt number ANYWDC-4616728.) by Starbucks Corporation. (Attachments: # 1 Exhibit Pro Hac Vice packet)(Polito, Jacqueline) (Entered: 06/30/2022) |
| 06/30/2022 | 29 | ORDER staying this case until further order of the Court. Please |

| | | |
|---|---|---|
| | | note: This docket entry does not contain every detail of this order. It is your responsibility to read and download the pdf to this document for future reference. Signed by Hon. John L. Sinatra, Jr. on 6/30/2022. (KLH) (Entered: 06/30/2022) |
| 07/05/2022 | 30 | TEXT ORDER granting 28 Motion for Pro Hac Vice Admission of Brittany L. Stepp. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 7/5/2022. (KEF)<br><br>-CLERK TO FOLLOW UP- (Entered: 07/05/2022) |
| 07/11/2022 | 31 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings, held on June 24, 2022, before District Judge, the Honorable John L. Sinatra, Jr. Court Reporter/Transcriber Bonnie S. Weber, Bonnie_Weber@nywd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 8/1/2022. Redacted Transcript Deadline set for 8/11/2022. Release of Transcript Restriction set for 10/11/2022. (BSW) (Entered: 07/11/2022) |
| 08/25/2022 | 32 | MOTION Intervene by Workers United. (Attachments: # 1 Memorandum in Support Memorandum of Law in Support of Motion to Intervene, # 2 Appendix Rule 24(c) statement in support of Motion to Intervene)(Hayes, Ian) (Entered: 08/25/2022) |
| 08/25/2022 | 33 | TEXT ORDER re 32 Motion to Intervene filed by Workers United. Responses are due by 9/15/2022. Replies are due by 9/26/2022. The Court will set oral argument at a later date, if necessary. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 8/25/2022. (KEF) (Entered: 08/25/2022) |
| 08/30/2022 | 34 | STATUS REPORT by Linda M. Leslie. (Attachments: # 1 Certificate of Service)(Cacaccio, Jessica) (Entered: 08/30/2022) |
| 08/31/2022 | 35 | STATUS REPORT by Starbucks Corporation. (Hiller, Jeffrey) (Entered: 08/31/2022) |
| 09/01/2022 | 36 | TEXT ORDER. The parties shall appear for a status conference on 9/7/2022, at 3:00 PM in Chautauqua Courtroom, 8th Floor East, 2 Niagara Square, Buffalo, NY before Hon. John L. Sinatra, Jr. to discuss the status reports filed by 34 Linda M. Leslie and 35 Starbucks Corporation. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 9/1/2022. (KEF) (Entered: |

| | | 09/01/2022) |
|---|---|---|
| 09/06/2022 | 37 | MEMORANDUM in Opposition re 32 MOTION Intervene filed by Starbucks Corporation. (Hiller, Jeffrey) (Entered: 09/06/2022) |
| 09/07/2022 | 38 | Minute Entry for proceedings held before Hon. John L. Sinatra, Jr.: Status Conference held on 9/7/2022. Court suggests a path forward, given the parties' competing concerns, and sets deadlines regarding service of subpoenas, motions to quash, and Respondent's answer to the Petition. Parties to return on 9/23/2022 at 1:30 PM for argument on subpoenas and further scheduling conference. Scheduling Order to follow.<br><br>Appearances. For Petitioner: Jessica Cacaccio. For Movant: Ian Hayes. For Respondent: David Kadela, Jeffrey Hiller, Jacqueline Polito. (Court Reporter Bonnie Weber) (KLH) (Entered: 09/07/2022) |
| 09/07/2022 | 39 | ORDER that the stay of this case is lifted; that the parties need not file status reports after the record in the administrative proceeding closes; that Respondent shall answer the petition by 9/14/2022; that Respondent shall serve any document subpoenas by 9/9/2022; that any motions to quash are due 9/16/2022; that responses to motions to quash are due 9/21/2022; and that the parties shall appear for oral argument on any motions to quash and a status/scheduling conference on 9/23/2022 at 1:30 PM. Signed by Hon. John L. Sinatra, Jr. on 9/7/2022. (KLH)<br><br>Please note: This docket entry does not contain every detail of this order. It is your responsibility to read and download the pdf to this document for future reference. Modified on 9/8/2022 (KLH). (Entered: 09/07/2022) |
| 09/14/2022 | 40 | ANSWER to 1 Complaint *Starbucks Corporation's Answer to Petition for Injunction Under Section 10(j) of the National Labor Relations Act* by Starbucks Corporation.(Kadela, David ) (Entered: 09/14/2022) |
| 09/15/2022 | | ADR Plan electronically forwarded to attorneys. The ADR Plan is available for download at http://www.nywd.uscourts.gov/alternative-dispute-resolution.(CGJ) (Entered: 09/15/2022) |
| 09/15/2022 | 41 | MEMORANDUM IN OPPOSITION re 32 MOTION Intervene by Linda M. Leslie. (Wolkoff, Caroline) (Entered: 09/15/2022) |
| 09/16/2022 | 42 | MOTION to Quash *Subpoenas Duces Tecum* by Workers United.(Hayes, Ian) (Entered: 09/16/2022) |

| 09/16/2022 | 43 | MOTION to Quash *Subpoena Duces Tecum to COR of Workers United* by Workers United.(Hayes, Ian) (Entered: 09/16/2022) |
|---|---|---|
| 09/16/2022 | 44 | MOTION to Quash *or, in the Alternative MOTION for a Protective Order* by Linda M. Leslie.(Wolkoff, Caroline). Added MOTION for Protective Order on 9/19/2022 (JLV). (Entered: 09/16/2022) |
| 09/19/2022 | | E-Filing Notification: 44 MOTION; Clerk added additional relief, MOTION for a Protective Order. (JLV) (Entered: 09/19/2022) |
| 09/21/2022 | 45 | MEMORANDUM in Opposition re 44 MOTION to Quash *or, in the Alternative, for a Protective Order* MOTION for Protective Order filed by Starbucks Corporation. (Kadela, David ) (Entered: 09/21/2022) |
| 09/21/2022 | 46 | MEMORANDUM in Opposition re 43 MOTION to Quash *Subpoena Duces Tecum to COR of Workers United* filed by Starbucks Corporation. (Kadela, David ) (Entered: 09/21/2022) |
| 09/21/2022 | 47 | MEMORANDUM in Opposition re 42 MOTION to Quash *Subpoenas Duces Tecum* filed by Starbucks Corporation. (Kadela, David ) (Entered: 09/21/2022) |
| 09/23/2022 | 48 | Minute Entry for proceedings held before Hon. John L. Sinatra, Jr.: Oral argument and scheduling conference held on 9/23/2022. Court hears argument and rules on motions. Hearing set for November 15 - 17, 2022 at 9:30 AM. Pre-hearing conference set for November 9, 2022 at 10:00 AM. Petitioner's brief/submissions due October 14, 2022. Respondent's brief/submissions due November 4, 2022. Parties may exceed page limitations set forth in the local rules. Document production deadline set for October 14, 2022. Order to follow.<br><br>Appearances. For Petitioner: Jessica Cacaccio. For Movant: Ian Hayes. For Respondent: David Kadela, Jeffrey Hiller, Brittany Stepp, and Adam Tuzzo. (Court Reporter Bonnie Weber) (KLH) (Entered: 09/23/2022) |
| 09/23/2022 | 49 | ORDER memorializing rulings on motions following oral argument, and setting hearings and briefing schedule. Signed by Hon. John L. Sinatra, Jr. on 9/23/2022. Please note: This docket entry does not contain every detail of this order. It is your responsibility to read and download the pdf to this document for future reference. (KLH) (Entered: 09/23/2022) |

| 09/26/2022 | 50 | REPLY/RESPONSE to re 37 Memorandum in Opposition to Motion, 41 Memorandum in Opposition filed by Workers United. (Hayes, Ian) (Entered: 09/26/2022) |
|---|---|---|
| 09/29/2022 | 51 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on September 23, 2022, before District Judge, the Honorable John L. Sinatra, Jr. Court Reporter/Transcriber Bonnie S. Weber, Bonnie_Weber@nywd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 10/20/2022. Redacted Transcript Deadline set for 10/31/2022. Release of Transcript Restriction set for 12/28/2022. (BSW) (Entered: 09/29/2022) |
| 10/07/2022 | 52 | DECISION AND ORDER granting, in part, and denying, in part, Workers United's motion to intervene or, in the alternative, participate as *amicus curiae* (Dkt. 32), as follows. Workers United may not intervene in this proceeding--under either Federal Rule of Civil Procedure 24(a) or 24(b). Workers United may participate as *amicus curiae* by filing a brief by October 26, 2022, but may not present evidence or participate in oral arguments or any hearing. Signed by Hon. John L. Sinatra, Jr. on 10/7/2022. Please note: This docket entry does not contain every detail of this order. It is your responsibility to read and download the pdf to this document for reference. (KLH) (Entered: 10/07/2022) |
| 10/07/2022 | 53 | MOTION for Reconsideration by Workers United. (Attachments: # 1 Appendix ULP Charge against Starbucks)(Hayes, Ian) (Entered: 10/07/2022) |
| 10/08/2022 | 54 | TEXT ORDER re 53 Motion for Reconsideration, filed by Workers United. The parties may respond by 10/11/2022. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 10/8/2022. (KEF) (Entered: 10/08/2022) |
| 10/11/2022 | 55 | RESPONSE to Motion re 53 MOTION for Reconsideration filed by Linda M. Leslie. (Wolkoff, Caroline) (Entered: 10/11/2022) |
| 10/11/2022 | 56 | MEMORANDUM in Opposition re 53 MOTION for Reconsideration *or in the Alternative Certify Question for Appeal* filed by Starbucks Corporation. (Kadela, David ) (Entered: 10/11/2022) |
| 10/12/2022 | 57 | ORDER denying 53 Motion for Reconsideration filed by Workers United. Signed by Hon. John L. Sinatra, Jr. on 10/12/2022. |

| | | Please note: This docket entry does not contain every detail of this order. It is your responsibility to read and download the pdf to this document for reference. (KLH) (Entered: 10/12/2022) |
|---|---|---|
| 10/14/2022 | 58 | MEMORANDUM/BRIEF *Petitioner's Omnibus Brief* by Linda M. Leslie. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C vol 1 1-141, # 4 Exhibit Exhibit C vol 2 142-246, # 5 Exhibit Exhibit C vol 3 247-404, # 6 Exhibit Exhibit C vol 4 405-517, # 7 Exhibit Exhibit C vol 5 518-657, # 8 Exhibit Exhibit C vol 6 658-813, # 9 Exhibit Exhibit C vol 7 814-939, # 10 Exhibit Exhibit C vol 8 940-1064, # 11 Exhibit Exhibit C vol 9 1065-1271, # 12 Exhibit Exhibit C vol 10 1272-1405, # 13 Exhibit Exhibit C vol 11 1406-1584, # 14 Exhibit Exhibit C vol 12 1585-1776, # 15 Exhibit Exhibit C vol 13 1777-1819, # 16 Exhibit Exhibit C vol 14 1820-1972, # 17 Exhibit Exhibit C vol 15 1973-2213, # 18 Exhibit Exhibit C vol 16 2214-2383, # 19 Exhibit Exhibit C vol 17 2384-2532, # 20 Exhibit Exhibit C vol 18 2533-2694, # 21 Exhibit Exhibit C vol 19 2695-2795, # 22 Exhibit Exhibit C vol 20 2796-2878, # 23 Exhibit Exhibit C vol 21 2879-2970, # 24 Exhibit Exhibit C vol 22 2971-3110, # 25 Exhibit Exhibit C vol 23 3111-3317, # 26 Exhibit Exhibit C vol 24 3318-3486, # 27 Exhibit Exhibit D, # 28 Exhibit Exhibit E, # 29 Exhibit Exhibit F, # 30 Exhibit Exhibit G, # 31 Exhibit Exhibit H, # 32 Exhibit Exhibit I, # 33 Exhibit Exhibit J, # 34 Exhibit Exhibit K, # 35 Exhibit Exhibit L, # 36 Exhibit Exhibit M, # 37 Exhibit Exhibit N, # 38 Exhibit Exhibit O, # 39 Exhibit Exhibit P, # 40 Exhibit Exhibit Q, # 41 Exhibit Exhibit R, # 42 Exhibit Exhibit S, # 43 Exhibit Exhibit T, # 44 Exhibit Exhibit U, # 45 Exhibit Exhibit V, # 46 Exhibit Exhibit W, # 47 Exhibit Exhibit X)(Stanley, Alicia) (Entered: 10/14/2022) |
| 10/20/2022 | 59 | MOTION for Sanctions *Pursuant to Fed.R.Civ.P.45(g) for Contempt and Imposition* by Starbucks Corporation. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A)(Kadela, David ) (Entered: 10/20/2022) |
| 10/20/2022 | 60 | TEXT ORDER re 59 Motion for Contempt and Imposition of Sanctions filed by Starbucks Corporation. Responses are due by 10/25/2022. Oral Argument set for 10/27/2022, at 9:30 AM in Chautauqua Courtroom, 8th Floor East, 2 Niagara Square, Buffalo, NY before Hon. John L. Sinatra, Jr. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 10/20/2022. (KEF) (Entered: 10/20/2022) |
| 10/25/2022 | 61 | RESPONSE in Opposition re 59 MOTION for |

| | | |
|---|---|---|
| | | Sanctions *Pursuant to Fed.R.Civ.P.45(g) for Contempt and Imposition* filed by Workers United. (Hayes, Ian) (Entered: 10/25/2022) |
| 10/26/2022 | 62 | MEMORANDUM/BRIEF *Amicus Curiae Brief* by Workers United. (Hayes, Ian) (Entered: 10/26/2022) |
| 10/27/2022 | 63 | RESPONSE in Support re 59 MOTION for Sanctions *Pursuant to Fed.R.Civ.P.45(g) for Contempt and Imposition* filed by Starbucks Corporation. (Kadela, David ) (Entered: 10/27/2022) |
| 10/27/2022 | 64 | Minute Entry for proceedings held before Hon. John L. Sinatra, Jr.: Oral argument re 59 Defendant's motion for contempt and imposition of sanctions held on 10/27/2022. Counsel for Movant Workers United advises the Court of his plan to petition the Second Circuit for a writ of mandamus involving the privilege issue, which could affect the Court's discovery order. Court holds the contempt/sanctions motion in abeyance, holds the merits briefing schedule in abeyance, and takes all scheduled court dates off the calendar, pending the outcome of Workers United's mandamus petition. Parties shall file a status report with this Court after the Circuit resolves the mandamus petition, at which time the Court will re-set deadlines and hearings.<br><br>Appearances. For Petitioner: Jessica Cacaccio. For Movant: Ian Hayes and Michael Dolce. For Respondent: David Kadela, Jeffrey Hiller, Brittany Stepp, and Adam Tuzzo. (Court Reporter Bonnie Weber) (KLH) (Entered: 10/27/2022) |
| 11/09/2022 | 65 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on October 27, 2022, before District Judge, the Honorable John L. Sinatra, Jr. Court Reporter/Transcriber Bonnie S. Weber, Bonnie_Weber@nywd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 11/30/2022. Redacted Transcript Deadline set for 12/12/2022. Release of Transcript Restriction set for 2/7/2023. (BSW) (Entered: 11/09/2022) |
| 11/15/2022 | 66 | TEXT ORDER re 59 Motion for Sanctions. By November 22, 2022, counsel for Petitioner, Respondent, and the subpoenaed individuals shall file status reports addressing the status of the submissions to the Second Circuit that were discussed at the October 27, 2022 oral argument. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 11/15/2022. (KEF) (Entered: 11/15/2022) |

| 11/19/2022 | 67 | STATUS REPORT by Workers United. (Hayes, Ian) (Entered: 11/19/2022) |
| --- | --- | --- |
| 11/21/2022 | 68 | STATUS REPORT *Petitioner status report* by Linda M. Leslie. (Stanley, Alicia) (Entered: 11/21/2022) |
| 11/22/2022 | 69 | STATUS REPORT by Starbucks Corporation. (Kadela, David ) (Entered: 11/22/2022) |
| 12/12/2022 | 70 | TEXT ORDER re 59 Motion for Sanctions. By December 19, 2022, counsel for Petitioner, Respondent, and the subpoenaed individuals shall file status reports addressing the status of the submissions to the Second Circuit that were discussed at the October 27, 2022 oral argument. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 12/12/2022. (KEF) (Entered: 12/12/2022) |
| 12/19/2022 | 71 | STATUS REPORT by Workers United. (Attachments: # 1 Exhibit Complaint in NLRB Case 03-CA-304675)(Hayes, Ian) (Entered: 12/19/2022) |
| 12/19/2022 | 72 | MOTION for Extension of Time to File *PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 4(a)(5)(A)* by Linda M. Leslie. (Attachments: # 1 Memorandum in Support PETITIONERS MOTION FOR EXTENSION OF TIME, # 2 Certificate of Service Certificate of Service)(Wolkoff, Caroline) (Entered: 12/19/2022) |
| 12/19/2022 | 73 | STATUS REPORT by Linda M. Leslie. (Attachments: # 1 Certificate of Service)(Wolkoff, Caroline) (Entered: 12/19/2022) |
| 12/19/2022 | 74 | STATUS REPORT by Starbucks Corporation. (Kadela, David ) (Entered: 12/19/2022) |
| 12/20/2022 | 75 | TEXT ORDER. Respondent shall respond to Petitioner's 72 Motion for Extension of Time Pursuant to Federal Rule of Appellate Procedure 4(a)(5)(A) by 12/30/2022. Respondent also may respond to the request by counsel for Workers United for an extension of time to file a notice of appeal (*see* Dkt. 71) by 12/30/2022. Any reply is due by 1/4/2023.<br><br>To the extent that counsel for Workers United seeks to stay enforcement of the subpoenas pending the outcome of an administrative case (*see* Dkt. 71), the Court denies that request.<br><br>SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 12/20/2022. (KEF) (Entered: 12/20/2022) |
| 12/22/2022 | 76 | STATUS REPORT by Workers United. (Hayes, Ian) (Entered: |

| | | 12/22/2022) |
|---|---|---|
| 12/22/2022 | 77 | MOTION for Extension of Time to File *Pursuant to Federal Rule of Appellate Procedure 4(a)(5)(A)* by Linda M. Leslie. (Attachments: # 1 Memorandum in Support Petitioner's Motion for Extension of Time Pursuant to Federal Rule of Appellate Procedure 4(a)(5)(A), # 2 Declaration Attorney Declaration in Support of Petitioner's Motion for Extension of Time Pursuant to Federal Rule of Appellate Procedure 4(a)(5)(A), # 3 Certificate of Service Certificate of Service)(Stanley, Alicia) (Entered: 12/22/2022) |
| 12/22/2022 | 78 | TEXT ORDER. To the extent that Petitioner's 77 Motion for Extension of Time Pursuant to Federal Rule of Appellate Procedure 4(a)(5)(A) requires a response separate from Petitioner's motion at Dkt. 72, Respondent shall respond according to the briefing schedule previously set at Dkt. 75. Specifically, Respondent shall respond by 12/30/2022, and any reply is due by 1/4/2023. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 12/22/2022. (KEF) (Entered: 12/22/2022) |
| 12/22/2022 | 79 | MOTION for Reconsideration re 49 Order, *Renewed Motion to Quash Subpoenas, Motion for Reconsideration of Relief Under Rule 60, or Alternatively, to Certify Question for Appeal Pursuant to 28 USC 1292(b)* by Linda M. Leslie. (Attachments: # 1 Memorandum in Support Renewed Motion to Quash Subpoenas, Motion for Reconsideration or Relief Under Rule 60, or Alternatively, to Certify Question for Appeal Pursuant to 28 USC 1292(b), # 2 Declaration Declaration, # 3 Certificate of Service Certificate of Service)(Stanley, Alicia). Added MOTION to Quash on 12/27/2022 (CGJ). (Entered: 12/22/2022) |
| 12/23/2022 | 80 | TEXT ORDER re Petitioner's 79 Motion for Reconsideration re 49 Order: *Renewed Motion to Quash Subpoenas, Motion for Reconsideration of Relief Under Rule 60, or Alternatively, to Certify Question for Appeal Pursuant to 28 USC 1292(b).* Response due by 1/13/2023. Reply, if any, due by 1/20/2023. The Court will set oral argument at a later date, if necessary. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 12/23/2022. (KEF) (Entered: 12/23/2022) |
| 12/27/2022 | | E-Filing Notification: re 79 Modified to add Motion to Quash (CGJ) (Entered: 12/27/2022) |
| 12/29/2022 | 81 | STATUS REPORT *and Copy of Petition for Writ of Mandamus* by Workers United. (Attachments: # 1 Exhibit Petition for Writ of Mandamus, # 2 Exhibit Appendix Vol. 1, |

13

| | | |
|---|---|---|
| | | # 3 Exhibit Appendix Vol. 2, # 4 Exhibit Appendix Vol. 3)(Hayes, Ian) (Entered: 12/29/2022) |
| 12/30/2022 | 82 | REPLY/RESPONSE to re 77 MOTION for Extension of Time to File *Pursuant to Federal Rule of Appellate Procedure 4(a)(5)(A)* filed by Starbucks Corporation. (Kadela, David ) (Entered: 12/30/2022) |
| 12/30/2022 | 83 | REPLY/RESPONSE to re 76 Status Report filed by Starbucks Corporation. (Kadela, David ) (Entered: 12/30/2022) |
| 01/04/2023 | 84 | STATUS REPORT by Workers United. (Hayes, Ian) (Entered: 01/04/2023) |
| 01/04/2023 | 85 | REPLY/RESPONSE to re 82 Reply/Response *Petitioner's Reply to Respondent's Opposition to Motion for Extension of Time* filed by Linda M. Leslie. (Attachments: # 1 Declaration Declaration in Support of Petitioner's Reply, # 2 Certificate of Service Certificate of Service)(Stanley, Alicia) (Entered: 01/04/2023) |
| 01/06/2023 | 86 | DECISION AND ORDER denying Petitioner's motion for an extension of time to file a notice of appeal (Dkt. 72; Dkt. 77) and denying the request by Workers United for an extension of time to file a notice of appeal (Dkt. 67). Signed by Hon. John L. Sinatra, Jr. on 1/6/2023.<br><br>Please note: This docket entry does not contain every detail of this order. It is your responsibility to read and download the pdf of this document for reference. (KLH) (Entered: 01/06/2023) |
| 01/13/2023 | 87 | MEMORANDUM in Opposition re 79 MOTION for Reconsideration re 49 Order, *Renewed Motion to Quash Subpoenas, Motion for Reconsideration of Relief Under Rule 60, or Alternatively, to Certify Question for Appeal Pursuant to 28 USC 1292(b)* MOTION to Quash filed by Starbucks Corporation. (Kadela, David ) (Entered: 01/13/2023) |
| 01/20/2023 | 88 | REPLY/RESPONSE to re 87 Memorandum in Opposition to Motion, *to Quash Subpoenas, Motion for Reconsideration or Relief Under Rule 60, or Alternatively, to Certify Question for Appeal Pursuant to 28 U.S.C. 1292(b)* filed by Linda M. Leslie. (Attachments: # 1 Certificate of Service Certificate of Service)(Wolkoff, Caroline) (Entered: 01/20/2023) |
| 01/25/2023 | 89 | ORDER denying 79 Motion to Quash and Motion for Reconsideration. Signed by Hon. John L. Sinatra, Jr. on 1/25/2023. Please note: This docket entry does not contain every detail of this order. It is your responsibility to read and |

| | | |
|---|---|---|
| | | download the pdf of this document for reference. (KLH) (Entered: 01/25/2023) |
| 01/30/2023 | 90 | STATUS REPORT by Linda M. Leslie. (Attachments: # 1 Exhibit Attachment A - Petition for Writ of Injunction, # 2 Exhibit Attachment B - Supplemental Appendix, # 3 Certificate of Service Certificate of Service)(Wolkoff, Caroline) (Entered: 01/30/2023) |
| 03/22/2023 | 91 | TEXT ORDER. The parties shall file status reports by 4/5/2023. SO ORDERED. Issued Hon. John L. Sinatra, Jr. on 3/22/2023. (KEF) (Entered: 03/22/2023) |
| 04/05/2023 | 92 | STATUS REPORT *and Motion to Supplement the Record with the Law Judge's Decision* by Linda M. Leslie. (Attachments: # 1 Exhibit Second Circuit Order, # 2 Exhibit Amended ALJ Decision, # 3 Certificate of Service Certificate of Service)(Wolkoff, Caroline) Modified to convert to motion on 4/6/2023 (CGJ). (Entered: 04/05/2023) |
| 04/05/2023 | 93 | STATUS REPORT by Workers United. (Hayes, Ian) (Entered: 04/05/2023) |
| 04/05/2023 | 94 | STATUS REPORT by Starbucks Corporation. (Kadela, David ) (Entered: 04/05/2023) |
| 04/06/2023 | 95 | TEXT ORDER re 92 Motion to Supplement the Record with the ALJ's Decision. Any response is due by 4/12/2023. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 4/6/2023. (KEF) (Entered: 04/06/2023) |
| 04/06/2023 | | E-Filing Notification: re 92 Modified to convert into a Motion (CGJ) (Entered: 04/06/2023) |
| 04/17/2023 | 96 | TEXT ORDER granting 92 Petitioner's unopposed Motion to Supplement the Record. The record now includes Administrative Law Judge Michael A. Rosas's March 1, 2023 decision (Dkt. 92-2). SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 4/17/2023. (KEF) (Entered: 04/17/2023) |
| 04/19/2023 | 97 | NOTICE of Appearance by Samuel Patrick Wiles on behalf of Starbucks Corporation (Wiles, Samuel) (Entered: 04/19/2023) |
| 04/21/2023 | 98 | MOTION to Withdraw as Attorney by Starbucks Corporation.(Polito, Jacqueline) (Entered: 04/21/2023) |
| 04/24/2023 | 99 | TEXT ORDER granting 98 Motion to Withdraw as Attorney. Attorney Jacqueline Phipps Polito terminated. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 4/24/2023. (KEF) |

| | | |
|---|---|---|
| | | Clerk to Follow up (Entered: 04/24/2023) |
| 05/10/2023 | 100 | STATUS REPORT by Workers United. (Attachments: # 1 Appendix Second Circuit Order)(Hayes, Ian) (Entered: 05/10/2023) |
| 05/11/2023 | 101 | TEXT ORDER. Status Conference set for 5/18/2023, at 11:00 AM in Chautauqua Courtroom, 8th Floor East, 2 Niagara Square, Buffalo, NY before Hon. John L. Sinatra, Jr. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 5/11/2023. (KEF) (Entered: 05/11/2023) |
| 05/17/2023 | 102 | STATUS REPORT *Regarding ALJ Muhl's Decision* by Linda M. Leslie. (Attachments: # 1 Exhibit Exhibit A - ALJ Muhl Decision, # 2 Certificate of Service Certificate of Service)(Wolkoff, Caroline) (Entered: 05/17/2023) |
| 05/17/2023 | 103 | STATUS REPORT *Regarding ALJ Muhl's Decision (with Revised Exhibit A)* by Linda M. Leslie. (Attachments: # 1 Exhibit Revised Exhibit A, # 2 Certificate of Service Certificate of Service)(Wolkoff, Caroline) (Entered: 05/17/2023) |
| 05/18/2023 | 104 | Minute Entry for proceedings held before Hon. John L. Sinatra, Jr.: Status conference held on 5/18/2023. Parties provide an update to the Court as to the decisions from the ALJs and the Second Circuit. Court continues to hold Starbucks's pending motion for sanctions in abeyance and sets deadlines for motions regarding next steps in this case. Motions due 6/16/2023. Responses due 7/7/2023. The Court will set any reply deadlines and further court proceedings, if necessary, at a later date.<br><br>Appearances. For Petitioner: Jessica Cacaccio. For Movant: Ian Hayes and Michael Dolce. For Respondent: David Kadela, Jeffrey Hiller, Brittany Stepp, and Adam Tuzzo. (Court Reporter Bonnie Weber) (KLH) (Entered: 05/18/2023) |
| 05/26/2023 | 105 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on May 18, 2023, before District Judge, the Honorable John L. Sinatra, Jr. Court Reporter/Transcriber Bonnie Weber, Bonnie_Weber@nywd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 6/16/2023. Redacted Transcript Deadline set for 6/26/2023. Release of Transcript Restriction set for 8/24/2023. (BSW) (Entered: |

| | | 05/26/2023) |
|---|---|---|
| 06/16/2023 | 106 | MOTION to Stay by Linda M. Leslie. (Attachments: # 1 Certificate of Service)(Wolkoff, Caroline) (Entered: 06/16/2023) |
| 06/16/2023 | 107 | COUNTERCLAIM *Against National Labor Relations Board, its General Counsel Jennifer Abruzzo* against Linda M. Leslie, filed by Starbucks Corporation.(Kadela, David ) (Entered: 06/16/2023) |
| 06/16/2023 | 108 | MOTION for Reconsideration by Workers United.(Dolce, Michael) (Entered: 06/16/2023) |
| 06/16/2023 | 109 | MOTION to Dismiss *Motion to Lift Abeyance on Motion for Sanctions and Petition for Writ of Injunction or, in the Alternative, Motion to Dismiss 10(J) Petition* by Starbucks Corporation. (Attachments: # 1 Exhibit A - Complaint and Hearing, # 2 Exhibit B - General Counsel's Brief to the ALJ)(Kadela, David ) (Entered: 06/16/2023) |
| 06/20/2023 | 110 | TEXT ORDER re 106 Motion to Stay filed by Linda M. Leslie, 108 Motion for Reconsideration filed by Workers United, 109 Motion to Dismiss/Motion to Lift Abeyance on Motion for Sanctions and Petition for Writ of Injunction or, in the Alternative, Motion to Dismiss 10(j) Petition filed by Starbucks Corporation. Replies in further support of each motion are due by 7/21/2023. Oral Argument on each motion is set for 8/2/2023, at 10:00 AM in Chautauqua Courtroom, 8th Floor East, 2 Niagara Square, Buffalo, NY before Hon. John L. Sinatra, Jr. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 6/20/2023. (KEF) (Entered: 06/20/2023) |
| 06/26/2023 | 111 | First MOTION for Extension of Time to File Response/Reply *and Motion to Adjourn Hearing Date* by Linda M. Leslie. (Attachments: # 1 Declaration Declaration in Support of Petitioner's Motion, # 2 Certificate of Service Certificate of Service)(Wolkoff, Caroline) (Entered: 06/26/2023) |
| 06/27/2023 | 112 | TEXT ORDER granting Petitioner's 111 motion for an extension of time and to adjourn. All responses are due by 7/21/2023. All replies are due by 8/4/2023. Oral Argument is re-set to 8/23/2023, at 10:00 AM in Chautauqua Courtroom, 8th Floor East, 2 Niagara Square, Buffalo, NY before Hon. John L. Sinatra, Jr. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 6/27/2023. (KEF) (Entered: 06/27/2023) |

| 07/19/2023 | 113 | NOTICE of Appearance by David Paul Boehm on behalf of Linda M. Leslie (Boehm, David) (Entered: 07/19/2023) |
|---|---|---|
| 07/21/2023 | 114 | MEMORANDUM in Opposition re 108 MOTION for Reconsideration filed by Starbucks Corporation. (Kadela, David ) (Entered: 07/21/2023) |
| 07/21/2023 | 115 | MEMORANDUM in Opposition re 106 MOTION to Stay filed by Starbucks Corporation. (Kadela, David ) (Entered: 07/21/2023) |
| 07/21/2023 | 116 | RESPONSE in Opposition re 109 MOTION to Dismiss *Motion to Lift Abeyance on Motion for Sanctions and Petition for Writ of Injunction or, in the Alternative, Motion to Dismiss 10(J) Petition* filed by Workers United. (Hayes, Ian) (Entered: 07/21/2023) |
| 07/21/2023 | 117 | MEMORANDUM in Opposition re 109 MOTION to Dismiss *Motion to Lift Abeyance on Motion for Sanctions and Petition for Writ of Injuntion or, in the Alternative, Motion to Dismiss 10(J) Petition* filed by Linda M. Leslie. (Attachments: # 1 Exhibit EXH A ROSAS ALJ DECISION, # 2 Exhibit EXH B MULH ALJ DECISION, # 3 Exhibit EXH C ORDER RE DECERTIFCATION PETITION, # 4 Exhibit EXH D TRANSCRIPT EXCERPT, # 5 Certificate of Service CERTIFICATE OF SERVICE)(Boehm, David) (Entered: 07/21/2023) |
| 07/28/2023 | 118 | MOTION for Leave to File Excess Pages by Starbucks Corporation.(Hiller, Jeffrey) (Entered: 07/28/2023) |
| 07/28/2023 | 119 | TEXT ORDER granting Respondent Starbucks Corporation's 118 Motion for Leave to File Excess Pages. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 7/28/2023. (KEF) (Entered: 07/28/2023) |
| 07/28/2023 | 120 | RESPONSE to Motion re 118 MOTION for Leave to File Excess Pages *or in the Alternative, Request to File Sur-Reply* filed by Linda M. Leslie. (Boehm, David) (Entered: 07/28/2023) |
| 07/28/2023 | 121 | TEXT ORDER granting 120 Petitioner's alternative request for permission to file a sur-reply, on the parameters stated in Petitioner's submission. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 7/28/2023. (KEF) (Entered: 07/28/2023) |
| 08/04/2023 | 122 | REPLY to Response to Motion re 106 MOTION to Stay filed by Linda M. Leslie. Modified on 8/7/2023 (CGJ). (Entered: 08/04/2023) |
| 08/04/2023 | 123 | REPLY to Response to Motion re 108 MOTION for |

| | | |
|---|---|---|
| | | Reconsideration filed by Workers United. (Hayes, Ian) (Entered: 08/04/2023) |
| 08/04/2023 | 124 | REPLY to Response to Motion re 109 MOTION to Dismiss *Motion to Lift Abeyance on Motion for Sanctions and Petition for Writ of Injuntion or, in the Alternative, Motion to Dismiss 10(J) Petition* filed by Starbucks Corporation. (Kadela, David ) (Entered: 08/04/2023) |
| 08/04/2023 | 125 | REPLY to Response to Motion re 109 MOTION to Dismiss Motion to Lift Abeyance on Motion for Sanctions and Petition for Writ of Injuntion or, in the Alternative, Motion to Dismiss 10(J) Petition filed by Starbucks Corporation. (Kadela, David ) Modified on 8/7/2023 (CGJ). (Entered: 08/04/2023) |
| 08/04/2023 | 126 | MOTION for Leave to File *Supplemental Pleading and Parties* by Starbucks Corporation. (Attachments: # 1 Exhibit A - Proposed Answer)(Kadela, David ) (Entered: 08/04/2023) |
| 08/07/2023 | | E-Filing Notification: re 125 REPLY to Response to Motion and 122 REPLY to Response to Motion. Docket text modified to link correct motions. (CGJ) (Entered: 08/07/2023) |
| 08/07/2023 | 127 | TEXT ORDER re 126 Motion for Leave to File Supplemental Pleading and Parties. Opposition due by 8/16/2023. Reply, if any, due by 8/22/2023, at noon. The Court will address the motion at the oral argument scheduled for 8/23/2023. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 8/7/2023. (KEF) (Entered: 08/07/2023) |
| 08/11/2023 | 128 | MOTION for Extension of Time to File Answer re 107 Counterclaim *or alternatively*, MOTION for Extension of Time to File Response/Reply as to 126 MOTION for Leave to File *Supplemental Pleading and Parties* by Linda M. Leslie.(Boehm, David) (Entered: 08/11/2023) |
| 08/11/2023 | 129 | Supplemental MOTION for Extension of Time to File Answer re 107 Counterclaim, 126 MOTION for Leave to File *Supplemental Pleading and Parties* , MOTION for Extension of Time to File Response/Reply as to 126 MOTION for Leave to File *Supplemental Pleading and Parties with corrected response date* by Linda M. Leslie.(Boehm, David) (Entered: 08/11/2023) |
| 08/15/2023 | 130 | TEXT ORDER re 129 Motion for Extension of Time to File Answer to Starbucks' Counterclaim and Motion for Leave to File Supplemental Pleading and Parties. All deadlines with respect to Starbucks' counterclaim and motion at Dkt. 126 are held in |

| | | |
|---|---|---|
| | | abeyance and will be discussed at the end of the August 23, 2023 oral argument. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 8/15/2023. (KEF) (Entered: 08/15/2023) |
| 08/18/2023 | 131 | REPLY/RESPONSE to re 125 Reply to Response to Motion, *sur-reply* filed by Linda M. Leslie. (Attachments: # 1 Exhibit Exhibit A - Transcript Excerpt, # 2 Exhibit Exhibit B - Post-hearing Brief to ALJ, # 3 Exhibit Exhibit C - Answering Brief to Cross-Exceptions to ALJ Decision)(Boehm, David) (Entered: 08/18/2023) |
| 08/23/2023 | 132 | DECISION AND ORDER that Court DENIES the motions by Petitioner and the union to reconsider the discovery order in light of ALJ Muhl's decision on the *Guess?* Complaint; DENIES the motions to stay by Petitioner and the union; DENIES the union's request to certify the question whether the subpoenas should be enforced in light of ALJs Rosas and Muhl's decisions under 28 U.S.C. § 1292(b); DENIES, without prejudice, Respondent's request for an injunction; DENIES, without prejudice, Respondent's motion to lift the abeyance on its contempt/sanctions motion; and GRANTS Respondent's motions to dismiss the petition, unless Petitioner certifies, by CM/ECF filing on or before September 1, 2023, that she has terminated all efforts to impede or frustrate the discovery order, including termination of the *Guess?* proceeding. Signed by Hon. John L. Sinatra, Jr. on 8/23/2023.<br><br>Please note: This docket entry does not contain every detail of this order. It is your responsibility to read and download the pdf of this document for reference. (KLH) (Entered: 08/23/2023) |
| 08/23/2023 | 133 | Minute Entry for proceedings held before Hon. John L. Sinatra, Jr.: Oral argument held on 8/23/2023. After hearing argument, Court rules on 106 Motion to Stay filed by Linda M. Leslie, 108 Motion for Reconsideration filed by Workers United, 109 Motion to Dismiss/Motion to Lift Abeyance on Motion for Sanctions and Petition for Writ of Injunction or, in the Alternative, Motion to Dismiss 10(j) Petition filed by Starbucks Corporation. Court's written decision is read into the record and filed on the docket at Dkt. #132.<br><br>Appearances. For Petitioner: Jessica Cacaccio and David Boehm. For Movant: Ian Hayes and Michael Dolce. For Respondent: David Kadela, Jeffrey Hiller, and Adam Tuzzo. (Court Reporter Bonnie Weber) (KLH) (Entered: 08/23/2023) |

| 08/23/2023 | 134 | NOTICE by Linda M. Leslie re 132 Order,,,,, Terminate Motions,,,, *with respect to ongoing administrative proceedings* (Boehm, David) (Entered: 08/23/2023) |
| 08/23/2023 | 135 | NOTICE OF APPEAL as to 132 Order, by Linda M. Leslie. Appeal Record due by 9/6/2023. Fee Status: Waived (Boehm, David) Modified on 8/24/2023 (CGJ). (Entered: 08/23/2023) |
| 08/24/2023 | | Pursuant to Local Rule 12.1 of the US Court of Appeals for the Second Circuit, Forms C and D must be completed within 14 days after the filing of a notice of appeal. Forms C and D can be obtained at www.ca2.uscourts.gov. (CGJ) (Entered: 08/24/2023) |
| 08/24/2023 | | Within 14 days of filing the Notice of Appeal, the appellant is required to electronically file with the District Court an index of filed documents it wishes the Court of Appeals to consider, called Designation of Record on Appeal. After receipt, the Clerks Office will certify and transmit the index to the Circuit. (CGJ) (Entered: 08/24/2023) |
| 08/24/2023 | 136 | TEXT ORDER. For the reasons set forth in the August 23, 2023 decision and order (Dkt. 132), and in light of Petitioner's certification (Dkt. 134), the petition is dismissed. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 8/24/2023. (KEF) (Entered: 08/24/2023) |

Respectfully submitted,

DAWN L. GOLDSTEIN
*Deputy Associate General Counsel*

PAUL A. THOMAS
*Supervisory Attorney*

/s/ David P. Boehm
David P. Boehm
*Trial Attorney* (D.C. Bar 1033755)
National Labor Relations Board
1015 Half Street, S.E.
Washington, D.C. 20003
(202) 273-4202
david.boehm@nlrb.gov

Dated: August 28, 2023 at Washington, D.C.