UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

LINDA M. LESLIE, Regional
Director of the Third Region of
the National Labor Relations
Board for and on behalf of the
National Labor Relations Board,

                    Petitioner,

v.                                        22-CV-478 (JLS)

STARBUCKS CORPORATION,

                    Respondent.
_____

## ORDER

On July 25, 2024, the Court held a status conference to hear input from counsel for the parties and for Workers United regarding the next steps in this proceeding. The Court set the following schedule to move expeditiously, in light of the age of the petition.

### I.   Discovery-related deadlines and briefing

Any subpoenas from Respondent, as well as a brief explaining the propriety of the requested discovery, are due by **August 5, 2024**. Respondent shall attach the served subpoenas as exhibits to its brief.

Responses to Respondent's brief, as well as any motions to quash subpoenas, are due by **August 16, 2024**.

Respondent may email the Court (sinatra@nywd.uscourts.gov) and opposing counsel by **August 21, 2024**, with <u>citations only</u> to any additional cases it intends to rely on at oral argument regarding its discovery requests.

The Court will hear oral argument on all of the above on **August 29, 2024, at 10:00 a.m.**

II. **<u>Merits-related deadlines and briefing</u>**

Petitioner shall file an amended omnibus brief on the merits of her Section 10(j) petition by **August 16, 2024**.

The Court holds open other deadlines related to the merits. The Court will discuss those dates with counsel at the August 29, 2024 oral argument, and will set the remaining dates based on that discussion.

SO ORDERED.

Dated:   July 25, 2024
         Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE